UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE<br><br>Plaintiff<br><br>v.<br><br>JOHN D. ASHCROFT, in his official position as Attorney General of the United States<br><br>Defendant | Case No. 04-10593-WGY |

## PROOF OF SERVICE

1.   My name is Carl C. Fierimonte and I am employed by Segal, Roitman & Coleman, counsel for Plaintiff.

2.   I hereby certify that I served John D. Ashcroft in this matter by sending true and accurate copies of the Summons and Complaint by certified mail addressed to the civil process clerk at the office of the United States Attorney for this District on March 26, 2004, and by sending trtue and accurate copies of the Summons and Complaint by certified mail to John D. Ashcroft, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Room 4545, Washington, DC 20530 on March 26, 2004.

3.   I received confirmation that the documents were received by the civil process clerk on March 29, 2004, and received by the Attorney General on March 31, 2004. Copies of the signed certified mail cards are attached hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14TH DAY OF APRIL, 2004.

Carl C. Fierimonte

lt/inda-e/decaire/proof of service.doc

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   U.S. Attorney's Office
   1 Courthouse Way
   Suite 9200
   Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 3110 0002 8329 2492

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John D. Ashcroft
   U.S. Dept. of Justice
   950 Pennsylvania Ave., NW
   Room 4545
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No
   [signature]
   MAR 31 2004

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 3110 0002 8329 2508

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-154