UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CYNTHIA A. DeCAIRE

      Plaintiff,

      v.                          Civ. No. 04-10593WGY

JOHN D. ASHCROFT, in his official position
as Attorney General of the United States,

      Defendant.

_____

DEFENDANT'S MOTION FOR AN EXTENSION OF TIME WITHIN
WHICH TO RESPOND TO THE COMPLAINT

     The United States of America, GLENN T. SUDDABY, United States Attorney for the Northern District of New York, BARBARA D. COTTRELL, Assistant U.S. Attorney, of counsel, hereby moves this Court for an extension of time to and including **July 9, 2004**, within which to respond to the Complaint filed in the above-captioned matter.  Attached hereto and incorporated herein is the Affidavit of AUSA Cottrell submitted in support of the instant request.

                         GLENN T. SUDDABY
                         UNITED STATES ATTORNEY
                         Northern District of New York

                         BY:   /s/ Barbara D. Cottrell

                         BARBARA D. COTTRELL
                         Assistant U.S. Attorney
                         218 James T. Foley U.S. Courthouse
                         445 Broadway
                         Albany, New York 12207
                         (518)431-0247