UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CYNTHIA A. DeCAIRE

      Plaintiff,

      v.                                                                                      Civ. No. 04 -10593WGY

JOHN D. ASHCROFT, in his official position
as Attorney General of the United States,

      Defendant.
_____

AFFIDAVIT

      BARBARA D. COTTRELL, deposes and states under penalty of perjury that:

      1.  The undersigned is an Assistant United States Attorney in the office of the United States Attorney for the Northern District of New York;

      2.  The United States Department of Justice has recused the United States Attorney's Office for the District of Massachusetts from the above-captioned matter and has assigned responsibility for defense of this matter to the Northern District of New York.  The undersigned is pending assignment as attorney of record for the Defendant.

      3.  Upon information and belief, the U.S. Attorney's Office for the District of Massachusetts was served on March 29, 2004, and a response is currently due to be filed on or before May 28, 2004.  The undersigned is awaiting appointment by the Department of Justice as a Special Attorney in the District of Massachusetts for the purposes of entering an appearance in this matter, and is further awaiting a requested litigation report from the U.S. Marshal's Service.  Until such time as the undersigned has

been designated a Special Attorney, the undersigned is not authorized to appear in this matter on substantive issues.

    4.  The undersigned has now been added to the District's ECF system and is familiar with the local rules of Court.

    5.  Plaintiff's counsel was contacted on May 17, 2004 by telephone, and has consented to the instant request.

    6.  Accordingly, it is respectfully requested that the government be granted an extension of time within which to respond to Plaintiff's Complaint up to and including **July 9, 2004**.

Dated: May 21, 2004
Albany, New York

                                                      /s/ Barbara D. Cottrell
                                        BARBARA D. COTTRELL
                                        Assistant U.S. Attorney
                                        Northern District of New York