**U.S. Department of Justice**

Executive Office for United States Attorneys

RECEIVED
04 JUN -3 AM 9:43
IS AUSA SYRACUSE, NY

Room 8017, Bicentennial Building    (202) 616-6830
600 E Street, N..W.    FAX (202) 305-1430
Washington, DC 20530

May 25, 2004

Ms. Barbara Cottrell
Assistant United States Attorney
Northern District of New York
Post Office Box 7198
100 South Clinton Street
Syracuse, New York 13261

Dear Ms. Cottrell:

    You are hereby appointed as a Special Attorney to the United States Attorney General pursuant to 28 U.S.C. § 515. Subject to the terms and conditions set forth below and pursuant to 28 U.S.C. § 515, you are authorized to file informations and to conduct in the District of Massachusetts any kind of legal proceedings, civil or criminal, including Grand Jury proceedings and proceedings before United States Magistrates which United States Attorneys are authorized to conduct.

    This appointment is made subject to the following terms and conditions, with which we ask that you express your concurrence by signing this letter and returning it to me in the enclosed envelope:

1. This appointment is effective the date of this letter not to exceed May 24, 2005, unless extended;

2. With regard to all matters handled by you as a Special Attorney, you will report to and act under the direction of the United States Attorney General, or his delegee, Glenn T. Suddaby;

3. During and after the term of your appointment, you will be subject to all laws, regulations and policies applicable to employees. These include, but are not limited to, the Standards of Ethical Conduct for Employees of the Executive Branch, 5 C.F.R. § 2635 et seq., Federal conflict of interest statutes 18 U.S.C. §§ 207, 208, and 209; laws restricting the disclosure of certain confidential governmental information, 18 U.S.C. § 1905 and the Freedom of Information and Privacy Acts, 5 U.S.C. § 552 and § 522a; and political activity restrictions, 5 U.S.C. § 7321 et seq.;

- 2 -

4. You will serve without compensation other than that which you now receive as an employee of the Department of Justice; and

5. Your appointment may be terminated at any time without cause or notice.

Please execute the enclosed Appointment Affidavit which contains the oaths of office and return it to Karin Ring, Program Specialist, Policy and Special Programs Division, within fourteen (14) days. This appointment is effective upon the execution of the required oath of office.

You must file a copy of this letter with the Clerk of the District Court to evidence this appointment.

Sincerely,

Linda M. Schwartz
Assistant Director
Personnel Staff

Enclosure

The foregoing terms and conditions
are hereby agreed to and accepted:

Barbara Cottrell

cc: James B. Comey, Deputy Attorney General