# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CYNTHIA A. DECAIRE,

    Plaintiff

vs.

JOHN D. ASHCROFT, in his official position as Attorney General of the United States.

    Defendant

C.A. No. 10593WGY

## JOINT STATEMENT

The parties submit this joint statement pursuant Local Rule 16.1(D).

I. **Joint Discovery Plan**

    A.    Having considered the desirability of conducting phased discovery as provided by Local Rule 16.1(D), and conforming to the obligations to limit discovery as set forth in Fed. R. Civ. Proc. 26(b), the parties propose the following joint discovery plan:

    B.    Within fourteen days after the Rule 26(f) conference, each party shall submit to the other party the sworn statement described in Local Rule 26.1(B).

    C.    Non-expert discovery shall be completed by April 1, 2005.

    D.    Expert disclosures shall be controlled by Fed. R. Civ. P. 26 and Local Rule 26.4. If any experts are designated, discovery concerning such experts shall take place as set forth in the Rules.

## II. Schedule for Filing of Motions

The parties propose that all pre-trial motions be filed within forty-five days after the close of non-expert discovery.

Respectfully submitted,

| | |
|---|---|
| **CYNTHIA A. DeCAIRE,** | **JOHN D. ASHCROFT, in his official position as Attorney General of the United States** |
| By her attorney, | By his attorney, |
| *(signature)* | Glenn T. Suddaby<br>United States Attorney |
| Indira Talwani<br>BBO # 645577<br>**SEGAL, ROITMAN & COLEMAN**<br>11 Beacon Street<br>Suite #500<br>Boston, MA 02108<br>(617) 742-0208 | *(signature)*<br>Barbara D. Cottrell<br>Assistant U.S. Attorney<br>Bar Roll No. 101411(NDNY)<br>218 James T. Foley U.S. Courthouse<br>445 Broadway<br>Albany, New York<br>(518) 431-0247 |

Dated: August 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Joint Statement** has been served upon Defendant John D. Ashcroft, in his official position as Attorney General of the United States, by service upon the attorney of record for the Defendant, Barbara Cottrell, Assistant United States Attorney, Northern District of New York, 218 James T. Foley United States Courthouse, 445 Broadway, Albany, New York, by mail, postage prepaid, this 20th day of August, 2004.

*(signature)*
Indira Talwani

IT/decaire/AmendedComplaint.doc