**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

FILED

2004 AUG 31 P 2: 02

U.S. DISTRICT COURT
DISTRICT OF MASS

CYNTHIA A. DECAIRE,

       Plaintiff

       vs.

C.A. No. 10593WGY

JOHN D. ASHCROFT, in his official position as
Attorney General of the United States.

       Defendant

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Plaintiff and her counsel affirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolutions programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Cynthia A. DeCaire

Indira Talwani
BBO # 645577
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  August **30**, 2004

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION** has been served upon Defendant John D. Ashcroft, in his official position as Attorney General of the United States, by service upon the attorney of record for the Defendant, Barbara Cottrell, Assistant United States Attorney, Northern District of New York, 218 James T. Foley United States Courthouse, 445 Broadway, Albany, New York, by mail, postage prepaid, this 30 day of August, 2004.

Indira Talwani

L:\ITalwani\decaire\districtcourt\CERTIFICATE.doc

2