UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE, <br><br> Plaintiff <br><br> vs. <br><br> JOHN D. ASHCROFT, in his official position as Attorney General of the United States. <br><br> Defendant | C.A. No. 04-10593WGY |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION
OF EEO COMPLAINTS AND GRIEVANCES OF OTHER EMPLOYEES AND
INVESTIGATIVE FILES AND FOR FEES**

Pursuant to Federal Rule of Civil Procedure 37(a), Plaintiff Cynthia A. DeCaire moves for an order compelling Defendant to produce:

> All grievances or EEO Complaints alleging that Marshal Dichio has engaged in discriminatory, retaliatory or threatening conduct, and the investigative files relating to such grievances or complaints, including but not limited to the complaints of Deputy U.S. Marshal Susan Williams, the complaint or complaints of Supervisory Deputy U.S. Marshal Alison Hodgkins, the complaint or complaints of former Assistant Chief United States Marshal Paul Durette, and the complaint or complaints of Supervisory Deputy United States Marshal Jeffrey Bohn.

The motion to compel should be granted because the files sought are relevant to Plaintiff's claims and/or Defendant's defenses, and the request is reasonably calculated to lead to admissible evidence, and because the Privacy Act, 5 U.S.C. §552a, does not create a separate privilege or bar limiting such production. Moreover, to the extent that Defendant's objection is based on legitimate privacy concerns of other employees, Plaintiff does not object to entry of an appropriate protective order.

Plaintiff also seeks an award of her fees incurred in bringing this motion under Rule 37(a)(4).

This motion is supported by the certificate set forth below, the accompanying Memorandum, and the pleadings on file in this matter.

> Respectfully submitted,
>
> **CYNTHIA A. DeCAIRE**,
>
> By her attorney,
>
> _____/s/_____
> Indira Talwani
> **SEGAL, ROITMAN & COLEMAN**
> 11 Beacon Street
> Suite #500
> Boston, MA  02108
> (617) 742-0208

Dated:  November 30, 2004

### CERTIFICATE PURSUANT TO LOCAL RULES 7.1(A)(2) & 37.1

I hereby certify that I conferred with Defendant's counsel, Barbara Cottrell, on November 22, 2004, and attempted in good faith to resolve or narrow the issues, and that I have complied with the provisions of Rule 37.1.

> _____/s/_____
> Indira Talwani

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION TO COMPEL PRODUCTION OF EEO COMPLAINTS AND GRIEVANCES OF OTHER EMPLOYEES AND INVESTIGATIVE FILES AND FOR FEES has been served upon Defendant John D. Ashcroft, in his official position as Attorney General of the United States, by service upon the attorney of record for the Defendant, Barbara Cottrell, Assistant United States Attorney, Northern District of New York, 218 James T. Foley United States Courthouse, 445 Broadway, Albany, New York, by mail, postage prepaid, this 30th day of November, 2004.

> _____/s/_____
> Indira Talwani