UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>        Plaintiff<br><br>        vs.<br><br>JOHN D. ASHCROFT, in his official position as Attorney General of the United States.<br><br>        Defendant | C.A. No. 04-10593WGY |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION
OF DOCUMENTS AND ANSWERS TO INTERROGATORIES AND FOR FEES**

Pursuant to Federal Rule of Civil Procedure 37(a), Plaintiff Cynthia A. DeCaire moves for an order compelling Defendant:

(1) to answer Plaintiff's First Set of Interrogatories, served October 14, 2004; and

(2) to produce all documents requested in Requests 1-3 and 5- 29 of Plaintiff's First

    Request for Production of Documents, served October 14, 2004.

Plaintiff also seeks an award of her fees incurred in bringing this motion under Rule 37(a)(4).

2

      This motion is supported by the certificate set forth below, the accompanying Memorandum, and the pleadings and documents on file in this matter.

                            Respectfully submitted,

                            **CYNTHIA A. DeCAIRE**,

                            By her attorney,

                            ___/s/__Indira Talwani_____
                            Indira Talwani
                            **SEGAL, ROITMAN & COLEMAN**
                            11 Beacon Street
                            Suite #500
                            Boston, MA  02108
                            (617) 742-0208

Dated:  December 13, 2004

### CERTIFICATE PURSUANT TO LOCAL RULES 7.1(A)(2) & 37.1

      I hereby certify that I conferred with Defendant's counsel, Barbara Cottrell, on November 22, 2004, and on December 9, 2004, and attempted in good faith to resolve or narrow the issues, and that I have complied with the provisions of Rule 37.1.

                            __/s/__ Indira Talwani_____
                            Indira Talwani