## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CYNTHIA A. DECAIRE,

      Plaintiff

      vs.

JOHN D. ASHCROFT, in his official position as Attorney General of the United States.

      Defendant

C.A. No. 10593WGY

### PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendant answer the following interrogatories.

### INSTRUCTIONS AND DEFINITIONS

1. Pursuant to Local Rule 26.5, the full text of the definitions set forth in Local Rule 26.5(C) is deemed incorporated by reference into this discovery request.

2. Pursuant to Federal Rule of Civil Procedure 33 and Local Rule 33.1(C), Defendant shall respond within thirty days after service of the request, and shall answer each interrogatory separately and fully in writing under oath, unless it is objected, in which event Defendant shall state the reasons for objection and shall answer to the extent the interrogatory is not objectionable, and no part of an interrogatory shall be left unanswered merely because an objection is interposed to another part.

3. Pursuant to Local Rule 33.1(A), answers and objections in response to interrogatories shall be made in the order of the interrogatories propounded, each answer,

statement or objection shall be preceded by the interrogatory to which it responds, and each objection and the ground therefore shall be stated separately.

4. Pursuant to Local Rule 33.1(B), if Defendant answers any interrogatory by reference to records from which the answer may be derived or ascertained, as permitted in Federal Rule of Civil Procedure 33(c): the specification of documents to be produced shall be in sufficient detail to permit the interrogating party to locate and identify the records and to ascertain the answer as readily as could the party from whom discovery is sought; the producing party shall make available any computerized information or summaries thereof that it either has, or cn adduce by a relatively simple procedure, unless these materials are privileged or otherwise immune from discovery; the producing party shall provide any relevant compilations, abstracts, or summaries in its custody or readily obtainable by it, unless these materials are privileged or otherwise immune from discovery; and the documents shall be made available for inspection and copying within fourteen (14) days after service of the answers to interrogatories or at a date agreed upon by the parties.

## **INTERROGATORIES**

1. As to each allegation of fact in the Complaint not fully admitted, please state the specific basis for the denial.

2. Please state the material facts on which each affirmative defense is based.

3. Please identify each person with substantial discoverable information regarding each disputed allegation of the Amended Complaint and/or each material fact on which an affirmative defense is based, and as to each such person, provide a brief summary of that information.

4. Please identify each document containing information relevant to any disputed allegation of the Amended Complaint and/or each material fact on which an affirmative defense is based.

5. As to each individual holding the position of Deputy United States Marshal in the District of Massachusetts at any time between August 1, 2002, and the present, please state the date the individual commenced employment with the Marshals Service, the location or locations to which the individual was assigned between August 1, 2002, and the present, and the dates of those assignments.

6. As to each award or other recognition of superior service given to an employee of the Marshals Service for the District of Massachusetts since August 1, 2002, please identify the award or recognition given, the employee who received the award or recognition, the date of the award or recognition, the basis for the award or recognition, the group of employees considered for the award or recognition, and the individual or individuals who made the determination that the award or recognition should be given.

    /s/ Indira Talwani_____
Indira Talwani
BBO # 645577
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated: October 14, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **PLAINTIFF'S FIRST SET OF INTERROGATORIES** has been served upon Defendant John D. Ashcroft, in his official position as Attorney General of the United States, by service upon the attorney of record for the Defendant, Barbara Cottrell, Assistant United States Attorney, Northern District of New York, 218 James T. Foley United States

3

Courthouse, 445 Broadway, Albany, New York, by mail, postage prepaid, this 14th day of October, 2004.

                                                   __/s/ Indira Talwani_____
                                                   Indira Talwani

L:\ITalwani\decaire\districtcourt\discovery\interrogatories1.doc