**Indira Talwani**

**From:** Indira Talwani
**Sent:** Tuesday, November 30, 2004 10:27 AM
**To:** 'Barbara.Cottrell@usdoj.gov'
**Cc:** 'cyndy d'
**Subject:** RE: DeCaire

You do have my sympathy on the work load, and I'm sorry to contribute further (though clearly I am).

I am filing the motion to compel on Document Request No. 4 today in the hope that that will be resolved before the January depositions.

On the formal interrogatory responses and formal document response, I understood from our conversation on the 22nd that the only objection you are raising is as to Document Request No. 4. If you do raise new objections in those responses, I will be arguing that they are deemed waive because of the delay in responding within the initial thirty day time period.

We can move Dimmit to the following week if that helps with his schedule, and move Bezanson up to the 5th or 6th. I will send you a revised schedule in a separate e-mail.

Thanks.

-----Original Message-----
From: Barbara.Cottrell@usdoj.gov [mailto:Barbara.Cottrell@usdoj.gov]
Sent: Tuesday, November 30, 2004 4:30 AM
To: Indira Talwani
Subject: RE: DeCaire

Regarding request No. 4: You are correct in your characterization of our conversation of the 22d. I don't believe the matter is capable of resolution by the protective order you suggest. I'd go ahead and make the motion. Regarding interrogatory responses and the formal document response letter - it has to follow the motion I'm working on in another case which is due tomorrow. I'm trying to get the whole package out by Friday as previously noted (re the inventory), and will have it out before I start working on my next motion which is due next Tuesday. I simply can't multi-task when I'm writing summary judgment motions. Again, I apologize for the delay. Finally, Dave Dimmitt is on detail during the week we proposed for his deposition. I propose that we depose Taylor or Dunne first - Dimmitt will be available during the following week. Thanks. BDC

-----Original Message-----
From: ITalwani@segalroitman.com [mailto:ITalwani@segalroitman.com]
Sent: Wednesday, November 24, 2004 11:00 AM
To: Cottrell, Barbara
Subject: RE: DeCaire

Just so that we are clear, however, for my motion to compel responses to Document Request No. 4.

On Monday, November 22, you verbally informed me that Defendant is objecting to produce any documents in response to Request No. 4. We conferred by phone on Monday afternoon, November 22, and you stated that Defendant objected on the grounds of relevance and the Privacy Act. I informed you that Plaintiff would postpone the deposition of David Dimmitt (set for the following day) and bring a motion to compel.

Can we resolve this issue if Plaintiff agrees to the entry of a protective order concerning these documents? Let me know, as I am preparing my motion at this time.

Thanks. Indi

-----Original Message-----
From: Barbara.Cottrell@usdoj.gov [mailto:Barbara.Cottrell@usdoj.gov]

1

Sent: Wednesday, November 24, 2004 10:24 AM
To: Indira Talwani
Subject: RE: DeCaire

I will have interrogatory responses and the response to the document requests out of here in Tuesday's Fedex - I can bootleg the responses by email late Monday if you'd like. Documents that have to come from Washington will be forwarded upon receipt. The detailed index you reqested will be provided by Dec. 6th. That's the best I can do. Sorry about the misunderstanding re your vacation plans. BDC

-----Original Message-----
From: ITalwani@segalroitman.com [mailto:ITalwani@segalroitman.com]
Sent: Wednesday, November 24, 2004 10:02 AM
To: Cottrell, Barbara
Subject: RE: DeCaire


Thanks.

Re: my schedule -- I am here today, and then taking off just the Thanksgiving weekend. I will be back in the office on Monday, November 29, and it was my understanding from our last conversation that you would have to me by then the interrogatory responses, the response to the document request and all remaining documents requested (other than the request for other complaints against the Marshal which you told me you were objecting to on privacy act and relevance grounds). If this is not correct, please get in touch with me right away.

(The week of vacation I mentioned was the week between Christmas and New Years which we discussed in connection with the deposition scheduling).

Indi


-----Original Message-----
From: Barbara.Cottrell@usdoj.gov [mailto:Barbara.Cottrell@usdoj.gov]
Sent: Wednesday, November 24, 2004 9:15 AM
To: Indira Talwani
Subject: RE: DeCaire

I think you will find that the email correspondence is substantially in chronological order. There is no mechanism for keeping them "in the ordinary course of business" outside the computer, but I went through the documents supplied to me to omit duplications. As I noted on Monday, I have no tech support available to me because of criminal trials and ended up doing a last minute compilation of all the documents myself. I have a summary judgment motion due in another case next Wednesday and will thereafter go back through the documents and categorize them so that I can email that list to you so that you will have it when you return to the office on 6 Dec. BDC


-----Original Message-----
From: ITalwani@segalroitman.com [mailto:ITalwani@segalroitman.com]
Sent: Tuesday, November 23, 2004 3:49 PM
To: Cottrell, Barbara
Subject: RE: DeCaire


Barbara,

Rule 34 requires that "A party who produces documents for inspection shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the request."

The documents I received this morning do not appear to have been produced "as they are kept in the usual course of business," and they were not organized and labeled to correspond to the categories in the request.

Please let me know which documents are responsive to which requests.
Thanks. Indi

2