**U.S. Department of Justice**

DEC -7 2004

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*           TEL: *(518) 431-0247*
*James T. Foley U.S. Courthouse*   FAX: *(518) 431-0249*
*Albany, New York 12207-2924*

6 December 2004

**BY FAX AND FEDEX**
Indira Talwani
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108

Re: <u>DeCaire v. Ashcroft CA No. 10593WGY</u>

Dear Ms. Talwani:

With regard to Defendant's First Production of Documents (pp. 1- 401), please be advised that documents 1 - 401 are responsive to the requests for production which follow. Please also be advised that this assessment is based upon my own judgment as I did not receive the documents from the agency in any order whatsoever. With exception of request #4, which will shortly be addressed through motion practice, any document request for which there is currently no response has been referred to the agency for follow-up and/or confirmation that the documents requested do not exist.

"2. Plaintiff's complete personnel record, including but not limited to all documents concerning: (a) Plaintiff's qualifications for employment, promotion, transfer, additional compensation or disciplinary action; and/or (b) Plaintiff's work history at the United States Marshals Service, including job titles, work assignments, job location, performance evaluations, promotions, disciplinary action, or commendations;"

**Please refer to pages 1-42, 48-49, 55, 63-65, 67-70, 73-88, 90-93, 102, 106-08, 110-28, 139-41, 244-47, 250-56, 259-60, 263-64, 266-60, 272-331, 359-370, 373-75, 379-80.**

"3. All documents, written or created since August 1, 2002, which refer to Plaintiff or her EEO complaint or complaints, including all parts of the investigative files for Plaintiff's EEO complaints that were not previously produced to Plaintiff."

**Please refer to page 358.**

"5. Marshal Dichio's contemporaneous notes of his initial meetings after taking office as

United States Marshal with each of his subordinates, including but not limited to the notes of his August 26, 2002, meeting with Cynthia DeCaire."

**Please refer to pages 381-401.**

"6. All documents concerning the filling of the investigative position referenced in Paragraph 16 of the Amended Complaint, including but not limited to documents concerning Deputy United States Marshal Susan Williams' interest in or qualifications for the position, documents concerning Deputy United States Marshal Mark Lewis' interest in or qualifications for the position, documents concerning the evaluation of candidates for the position, and documents concerning the decision to place Deputy United States Marshal Lewis in the position."

**Please refer to pages 47, 50-53.**

"7. All documents concerning the transfer of Deputy Marshal McKearney out of the non-investigative position in Worcester as reference [sic] in Amended Complaint, ¶ 24."

**Please refer to pages 43-44, 54.**

"9. All documents concerning the decision in January 2003 to assign only Cynthia DeCaire and Deputy U.S. Marshal Williams to rotate to the boston Court operations;"

**Please refer to page 261.**

"10. All documents concerning the decision in January of February 2003 to stop the rotation of Deputy United States Marshal to the Boston Court operations;"

**Please refer to page 61.**

"13. All documents concerning the decision not to assign a Deputy other than Cynthia DeCaire to fill the vacancy in the Boston Courts Operation as referenced in the Amended Complaint, ¶ 36."

**Please refer to page 66.**

"18. All documents concerning the filling of the Warrant coordinator position referenced in Paragraph 43 of the Amended Complaint, including but not limited to documents concerning Deputy United States Marshal Paul Sugrue's interest in or qualifications for the position, documents concerning the evaluation of candidates for the position, and documents concerning the decision to place Deputy United States Marshal Sugrue in the position."

**Please refer to pages 242-43.**

"20. All documents concerning the filling of the Warrant Coordinator position referenced in Paragraph 46 of the amended Complaint, including but not limited to documents concerning Deputy United States Marshal Kevin Donahue's interest in or qualifications for the position, documents concerning the evaluation of candidates for the position, and documents concerning the decision to place Deputy United States Marshal Donahue in the position."

**Please refer to pages 89, 100-01.**

"21. All documents concerning health and safety concerns raised by any person regarding work in the Boston control room."

**Please refer to pages 130-38, 332-56.**

"24. Job descriptions in effect at any time since August 2002 for the following positions: (a) the series 0082 position; (b) the series 1811 Criminal Investigator position; (c) the Team Leader position in Warrants; (d) the warrant coordinator position; and the (e) court operations supervisory position."

**Please refer to pages 103-05, 109, 248-49, 376-78.**

Additionally, the following pages have been provided by the agency (and thereafter, to you), which do not appear to fall within Plaintiff's First Document request:

**Pages 45-46, 56-60, 62, 71-72, 94, 129, 257, 262, 265, 270-71, 357-58, 371-72.**

As additional materials are received from the agency, those that are responsive to Plaintiff's First Document Request will be forwarded to you.

    Sincerely

    GLENN T. SUDDABY
    UNITED STATES ATTORNEY
    Northern District of New York

    *Barbara D. Cottrell*
    BARBARA D. COTTRELL
    ASSISTANT U.S. ATTORNEY