**Indira Talwani**

**From:** Barbara.Cottrell@usdoj.gov
**Sent:** Monday, December 06, 2004 4:30 PM
**To:** Indira Talwani
**Subject:** RE: DISCOVERY CONFERENCE

I can do Thursday afternoon anytime before 3 pm.

-----Original Message-----
From: ITalwani@segalroitman.com [mailto:ITalwani@segalroitman.com]
Sent: Monday, December 06, 2004 3:26 PM
To: Cottrell, Barbara
Subject: RE: DISCOVERY CONFERENCE


Can you do Thursday afternoon?  If not, maybe we can start early so that I do not need to step out of too much of my partners' meeting.  Thanks.

-----Original Message-----
From: Barbara.Cottrell@usdoj.gov [mailto:Barbara.Cottrell@usdoj.gov]
Sent: Monday, December 06, 2004 3:27 PM
To: Indira Talwani
Subject: RE: DISCOVERY CONFERENCE

How about Thursday morning?  I'd be surprised if you need to file additional motions.   BDC

-----Original Message-----
From: ITalwani@segalroitman.com [mailto:ITalwani@segalroitman.com]
Sent: Monday, December 06, 2004 2:25 PM
To: Cottrell, Barbara
Subject: DISCOVERY CONFERENCE


Barbara,



We need to confer to see if we can resolve issues before I bring a motion to compel:


1.      Answers to Plaintiff's First Set of Interrogatories (served October 14, 2004);

2.      Documents sought in Requests 1, 8, 11, 12, 14, 15, 16, 17, 19, 22, 23, 25, 26, 27, 28, 29 of Plaintiff's First Request for Production of Documents (served October 14, 2004);

3.      Additional Documents sought in Requests 2, 3, 5, 6, 7, 9, 10, 13, 18, 20, 21, 24



Please let me know when we can talk.  I am in mediation at the Federal Courthouse in Worcester all day Friday (December 10) but will make time any other day this week. Thanks.  Indi

1