UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA A. DECAIRE,

    Plaintiff

    vs.

JOHN D. ASHCROFT, in his official position as Attorney General of the United States.

    Defendant

C.A. No. 04-10593WGY

## AMENDED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES AND FOR FEES BY PLAINTIFF CYNTHIA A. DECAIRE

Plaintiff Cynthia A. DeCaire moves for an order:

(1) pursuant to Federal Rule of Civil Procedure 37(a) and (d), compelling Defendant within seven days of the Court's Order:

    (a) to serve answers to Plaintiff's First Set of Interrogatories, answering each Interrogatory fully and without objection;

    (b) to serve a written response to Plaintiff's First Request for Production of Documents, stating that as to Requests 1-3 and 5-29, inspection will be permitted without objection;

    (c) to conduct a diligent search for documents responsive to Requests 1-3 and 5-29 of Plaintiff's First Request for Production of Documents, including conducting a computer search for requested documents, including e-mails;

    (d) to provide an affidavit or affidavits detailing the search conducted for documents responsive to Requests 1-3 and 5-29 of Plaintiff's First Request for Production of Documents; and

    (e) to permit inspection of all documents requested in Requests 1-3 and 5- 29 of Plaintiff's First Request for Production of Documents; and

(2) pursuant to Rule 37(d) directing Defendant that in the event that it fails to serve answers to Plaintiff's First Set of Interrogatories or to serve a written response to Plaintiff's First Request for Production of Documents within seven days of the Court's order, that Defendant's failure will be treated as a contempt of court; and

(3) awarding Plaintiff under Rule 37(a)(4) and 37(d) her expenses, including fees and the cost of the transcript for the Rule 30(b)(6) deposition, caused by Defendant's failure to act and/or incurred in connection with this motion.

This motion is supported by the certificate set forth below, the accompanying Memorandum, and the pleadings and documents on file in this matter.

    Respectfully submitted,

    **CYNTHIA A. DeCAIRE**,

    By her attorney,

    ___/s/__Indira Talwani_____
    Indira Talwani
    **SEGAL, ROITMAN & COLEMAN**
    11 Beacon Street
    Suite #500
    Boston, MA 02108
    (617) 742-0208

Dated: December 15, 2004

## CERTIFICATE PURSUANT TO RULE 37 AND LOCAL RULES 7.1(A)(2) & 37.1

      I hereby certify that I conferred with Defendant's counsel, Barbara Cottrell, on November 22, December 9, and December 14, 2004, in a good faith attempt to resolve or narrow the issues and in an effort to obtain answers and responses without court action, and that I have complied with the provisions of Rule 37.1.

                                                   /s/   Indira Talwani
                                                 Indira Talwani