UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CYNTHIA A. DECAIRE,

      Plaintiff

    vs.

JOHN D. ASHCROFT, in his official position as Attorney General of the United States.

      Defendant

C.A. No. 04-10593WGY

---

**NOTICE OF DEPOSITION OF THE UNITED STATES MARSHALS SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)**

**PLEASE TAKE NOTICE** that on December 14, 2004, at 9:30 a.m. at the offices of Segal, Roitman & Coleman, 11 Beacon Street, Suite 500, Boston MA 02108, or at such other location as shall be agreed upon in writing by Plaintiff and Defendant, and continuing from day to day until completed, Plaintiffs will take the deposition of the United States Marshals Service pursuant to Federal Rule of Civil Procedure 30(b)(6). Examination is requested on the search undertaken by the Defendant to locate documents (including e-mails) requested in Plaintiff's First Request for Production of Documents. Under Rule 30(b)(6), Defendant shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated the matters on which the person will testify. The persons so designated shall testify as to matters known or reasonably available to the Defendant.

This deposition will be taken pursuant to Fed. R. Civ. P. 30 before a duly qualified Notary Public or other office qualified to administer oaths, will be recorded stenographically and may be used for discovery purposes or introduced as evidence at the trial in this action.

      /s/ Indira Talwani
Indira Talwani
BBO # 645577
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  November  30, 2004

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Notice of Deposition of the United States Marshals Service Pursuant to Federal Rule of Civil Procedure 30(b)(6)** has been served upon Defendant John D. Ashcroft, in his official position as Attorney General of the United States, by service upon the attorney of record for the Defendant, Barbara Cottrell, Assistant United States Attorney, Northern District of New York, 218 James T. Foley United States Courthouse, 445 Broadway, Albany, New York, by mail, postage prepaid, this 30th day of November, 2004.

      /s/ Indira Talwani
Indira Talwani

L:\ITalwani\decaire\districtcourt\discovery\deponotice30(b)(6).doc