<u>Agreed-Upon Statement Regarding Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6)</u>

On December 14, 2004, Plaintiff deposed the United States Marshals Service pursuant to Federal Rule of Civil Procedure 30(b)(6) regarding "the search undertaken by the Defendant to locate documents (including e-mails) requested in Plaintiff's First Request for Production of Documents." Defendant designated William Fallon, Chief Deputy United States Marshal, to testify on its behalf.

Chief Fallon testified that he did not review Plaintiff's Request for Production of Documents at any time prior to the deposition. He testified further that he was only requested by the Marshals Services headquarters in Washington D.C. to provide any documents, e-mails, notes or other documents relating to Plaintiff, plus her personnel file. He testified further that in response to this request, he sent an e-mail to US Marshal Dichio, Assistant Chief United States Marshal Dave Taylor, Administrative Officer William Ryan, Supervisory Deputy United States Marshal Paul Dunne, Supervisory Deputy United States Marshal Thomas Bezanson, and Supervisory Deputy United States Marshal Allison Hodgkins. A copy of that e-mail was marked as Exhibit 4 to the Deposition and is attached hereto.

Chief Fallon testified further that he did not contact either the regional or Massachusetts person responsible for information technology for any assistance in conducting a computer search for documents or e-mails.

Chief Fallon testified further that he was unaware of what search for documents had been conducted by the United States Marshal Service in Washington, D.C.

Attorney Barbara Cottrell stipulated on behalf of the Defendant that of the documents produced to Plaintiff in November in response to her First Request for Production, pages 1 – 380

were from the documents gathered by Chief Fallon and pages 381-401 were gathered directly from United States Marshal Anthony Dichio.

| | |
|---|---|
| **CYNTHIA A. DeCAIRE,**<br><br>By her attorney,<br><br>____/s/_____<br>Indira Talwani<br>BBO # 645577<br>**SEGAL, ROITMAN & COLEMAN**<br>11 Beacon Street<br>Suite #500<br>Boston, MA 02108<br>(617) 742-0208 | **JOHN D. ASHCROFT, in his official position as Attorney General of the United States**<br><br>By his attorney,<br><br>Glenn T. Suddaby<br>United States Attorney<br><br>____/s/_____<br>Barbara D. Cottrell<br>Assistant U.S. Attorney<br>Bar Roll No. 101411(NDNY)<br>218 James T. Foley U.S. Courthouse<br>445 Broadway<br>Albany, New York<br>(518) 431-0247 |

Dated:  December 15, 2004

EXHIBIT 4
Fallon

**From:** William Fallon
**To:** USM,Dave,AO,Paul,Tom,Alison
**Date:** 8/17/04 11:02am
**Subject:** DUSM DeCaire

The AUSA in the civil case has asked we forward any records relating to DUSM DeCaire. These will include Emails, notes and anything else which might assist the GOV in its defense of this claim.

Bill  - Pls make a copy of her personnel file and forward it to me by COB on Wednesday.

All others - pls do the same and send me a complete package of any records/notes you may have in this case by COB Wednesday.

Thanks

Mail Envelope Info: (41221DE8.7UD : 24 : 20884)

| | |
|---|---|
| Subject: | DUSM DeCaire |
| Creation Date: | 8/17/04 11:02am |
| From: | William Fallon |
| | |
| Created By: | MMASS.PO:wfallon |

| Recipients | Action | Date & Time |
|---|---|---|
| Post Office MMASS.PO | Delivered | 08/17/04 11:02am |
| adichio (Anthony Dichio) | Opened | 08/17/04 12:12pm |
| ahodgkin (Alison Hodgkins) | Opened | 08/17/04 12:02pm |
| dtaylor (David Taylor) | Opened | 08/17/04 11:08am |
| pdunne (Paul Dunne) | Opened | 08/17/04 11:50am |
| tbezanso (Tom Bezanson) | Opened | 08/17/04 11:27am |
| | Deleted | 08/18/04 08:50am |
| wryan (William Ryan) | Opened | 08/18/04 09:46am |
| | Deleted | 08/23/04 08:10am |

| Domain.Post Office | Delivered | Route |
|---|---|---|
| MMASS.PO | 08/17/04 11:02am | MMASS.PO |

| Files | Size | Date & Time |
|---|---|---|
| MESSAGE | 417 | 08/17/04 11:02am |

Options
| | |
|---|---|
| Auto Delete: | No |
| Expiration Date: | 11/14/04 |
| Notify Recipients: | Yes |
| Priority: | Normal |
| Reply Requested: | No |
| Return Notification:: | None |
| | |
| Concealed Subject: | No |
| Security: | Normal |
| | |
| To Be Delivered: | Immediate |
| Status Tracking: | All Information |