UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA A. DeCAIRE,
                Plaintiff,

v.                                        Civ. Action No. 04-10593WGY

JOHN D. ASHCROFT, in his official
position as Attorney General of the
United States,
                Defendant.

-------------------------------------------------------

## AFFIDAVIT

BARBARA D. COTTRELL, does hereby state under penalty of perjury that:

1. She is an Assistant United States Attorney for the Northern District of New York and has been appointed a Special Attorney in the District of Massachusetts for the defense of the above-captioned matter.

2. October 26, 2004, I appeared at the offices of Segal, Roitman & Coleman, 11 Beacon Steet, Suite #500, Boston, MA, with Anthony Dichio, United States Marshal for the District of Massachusetts, who had been noticed for deposition at that location.

3. At a break in the deposition, it was discovered that a reporter from a local newspaper had been made aware of the deposition and was present outside the entryway to the aforementioned offices. The reporter remained in the hallway throughout the lunch break (approximately one hour) and was present in the hallway when the deposition was thereafter suspended. Neither the Marshal nor myself had advised the press of the deposition.

4. Thereafter, an article appeared in a local paper which detailed certain of the allegations raised by plaintiff in this matter. Named in a number of the allegations reported are non-parties

to this action. See Exhibit 1, attached hereto.

     5. On December 15, 2004, I contacted the Office of General Counsel at the United States Marshals' Service in Washington, D.C., and confirmed that an EEO complaint recently filed by Deputy United States Marshal Jeffrey Bohn is currently under active investigation.

                                           */s/ Barbara D. Cottrell*
                                              Barbara D. Cottrell

Dated: December 15, 2004