# US marshal said to face earlier probe

**By Sean P. Murphy**
GLOBE STAFF

US Marshal Anthony Dichio was investigated last year by the US Marshals Service for looking the other way when he learned that a deputy was playing golf while out of work with an injury, according to officials from the Justice Department.

Dichio's own work habits are now under investigation by the inspector general of the US Justice Department after Globe reporters found that Dichio rarely worked a full day over 10 recent days when reporters trailed him.


GLOBE STAFF PHOTO/ WENDY MAEDA
Cynthia DeCaire, a deputy marshal, sued Anthony Dichio, alleging discrimination.

Globe reporters observed Dichio not working at all on two of the days; instead, they saw him doing errands near his home in Westford, 36 miles from the office. On another of the days, he worked three hour and one minute, for an average of fou hours and 22 minutes over the period His time sheets, however, credited hin with eight hours each day.

MARSHAL, Page B

# Marshal probed for work habits said to 1

▶ MARSHAL
*Continued from Page B1*

Dichio, 44, who has held the job supervising 120 employees since August 2002, has declined to comment on the Globe's findings, referring questions to the US Marshals Service in Washington.

As marshal, Dichio is responsible for protecting federal judges, juries, witnesses, and other court officials, as well as for capturing fugitives and transporting prisoners. Dichio is paid $130,300 a year, according to Donald Hines, a spokesman for the US Marshals Service, correcting a previous statement that Dichio's pay is $129,000 a year.

A spokesman for the US Marshals Service initially said that the Globe's findings would prompt the agency to review Dichio's attendance, including electronic security records of the courthouses in Boston, Worcester, and Springfield and his phone and computer records.

The agency then decided to refer the allegations against Dichio, a former state trooper with strong Republican ties, to the inspector general's office of the Justice Department.

In another matter last year, there was an internal probe of Dichio's handling of an allegation that a deputy who was supposed to be recovering from an on-the-job injury was playing golf, according to two Justice Department officials with direct knowledge of the internal investigation.

The officials said they did not learn the outcome of the investigation, handled by officials from Washington.

The deputy involved declined to comment on the matter through Hines, who would not confirm or deny the existence of that internal affairs investigation.

In a case involving another deputy, Dichio allegedly took a different tack on attendance patterns. Cynthia A. DeCaire, a deputy marshal for 13 years, has since sued him for sex discrimination and retaliation in US District Court in Boston. She alleges that Dichio's decision to pass her over for a preferred assignment was based on bias, according to court documents.

When DeCaire complained about a deputy with less seniority getting the promotion, Dichio reprimanded her and ordered her supervisor to closely monitor her punctuality, said DeCaire's lawyer, Indira Talwani.

Supervisor Walter Doherty told DeCaire that Dichio routinely questioned him about DeCaire's whereabouts whenever she was not at her desk, said Talwani, who spoke on DeCaire's behalf.

> Questions have been raised about Dichio's handling of attendance issues involving two of his subordinates.

Another supervisor, Paul Dunne, told DeCaire that "people are watching you" and reminded her that she was expected at work even before her 8:30 a.m. starting time, Talwani said.

When DeCaire asked why she was being scrutinized, Dunne replied, "It's coming from upper management," according to Talwani.

Dichio declined to comment on DeCaire's allegations through Hines, the US Marshals Service spokesman, who also declined comment on behalf of Doherty and Dunne.

DeCaire also alleges that Dichio told Brockton police officer Joseph Cummings that she "would get what is coming to her, that he would get her, and that as long as he was here she was going nowhere," according to the suit.

Cummings did not return phone calls seeking comment.

Dichio's appointment as marshal of Massachusetts in August 2002 was controversial, in part because he lacked antiterrorism and management experience and because at the time of his appointment, the US Marshals Service was called on to play a larger role, including bolstering security at the nation's airports after the attacks of Sept. 11, 2001.

Dichio, however, had the strong backing of Paul Cellucci, then US ambassador to Canada, and his successor as governor, Jane Swift. President Bush appointed Dichio over the opposition of the state's two US senators and nine of its 10 US representatives.

The surveillance of Dichio was conducted in late September and October by two reporters who were sometimes joined by a Globe photographer. The Globe staked out Dichio's Westford neighborhood, noted his departure time each day, and followed his route from there. On days when he went to his office, the Globe kept watch on the only exit of the building's garage to record his time of departure from the courthouse and follow him home.

*Sean P. Murphy can be reached at smurphy@globe.com.*



BATHTUBS & CERAMIC TILE REGLAZED
$329 Standard Tub — Call For a Free Brochure
K&D Reglazing 1-888-557-1060
http://www.kdreglazing.com

Had it with your Old Bathtub?
Time For A New Bathtub?
CALL TODAY For Your ONE DAY Installation!
Financing Available!
BATH FITTER®
1-800-479-8827
Lic. #132343
www.bathfitterma.com



Real Estate Listings
boston.com