UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>        Plaintiff<br><br>        vs.<br><br>JOHN D. ASHCROFT, in his official position as Attorney General of the United States.<br><br>        Defendant | C.A. No. 04-10593WGY |

**AFFIDAVIT OF CYNTHIA A. DECAIRE IN SUPPORT OF REQUEST FOR CLARIFICATION AND/OR RECONSIDERATION OF COURT'S ORDER OF DECEMBER 16, 2004, BY PLAINTIFF CYNTHIA A. DECAIRE**

I, Cynthia A. DeCaire, declare:

1. I am a Deputy United States Marshal and the plaintiff in the above-captioned matter.

2. On October 26, 2004, I attended Marshal Anthony Dichio's deposition at the offices of Segal, Roitman & Coleman.  When my attorney and I returned from our lunch break, I learned for the first time that a reporter from *The Boston Globe* had been watching the office door of my attorney's firm waiting for Marshal Dichio.  I had not alerted anyone at *The Boston Globe* or at any other media outlet of the deposition, and I had not directed or suggested to anyone else to do so.  I have no knowledge as to how the reporter learned of the deposition or its location, and I was surprised by her presence.

Signed under the penalties of perjury this 17th day of December, 2004, in Worcester, Massachusetts.

                                                           ____/s/ Cynthia A. DeCaire____
                                                              Cynthia A. DeCaire