UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CYNTHIA A. DeCAIRE,

                              Plaintiff,

v.                                                  Civ. Action No. 04-10593WGY

JOHN D. ASHCROFT, in his official
position as Attorney General of the
United States,

                              Defendant.

---

# AFFIDAVIT IN RESPONSE TO PLAINTIFF'S AMENDED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES AND FOR FEES

BARBARA D. COTTRELL states under penalty of perjury:

1) that she represents the defendant herein on behalf of Glenn T. Suddaby, United States Attorney for the Northern District of New York;

2) that she hereby responds to Plaintiff's amended motion to compel production of documents and answers to interrogatories and for fees as follows:

3) that this office has employed its best efforts to comply with plaintiff's demands throughout the discovery process and continues to do so. The one civil paralegal assistant employed by this office was out of the office for medical reasons between September 22 and October 15, 2004, and worked partial days from October 15, 2004 to October 22, 2004. As a result, all discovery provided to date in this matter has been collected, duplicated, numbered and distributed by the undersigned.

4) that the discovery materials received by this office from the USMS in Washington,

2

D.C., contained a substantial amount of e-mail correspondence collected from supervisors in the Boston, MA office. These e-mails were submitted as collected, in no particular order, and contained numerous duplications. The undersigned personally undertook to organize the e-mails by date, remove duplications, and provide the materials to plaintiff at the earliest possible date. Approximately 400 pages of discovery materials were provided to plaintiff on or about November 22, 2004. The undersigned thereafter personally went back through the 400 pages provided to categorize them according to plaintiff's document request. An additional 34 pages were provided by the undersigned on December 17, 2004, and 54 additional pages are being provided today, having been received on this date. A copy of that forwarding letter is attached hereto.

5) that the undersigned has today personally reproduced documents for *in camera* production to the Court which also were received earlier today.

6) that the undersigned was physically present in Boston on this matter October 20 and 26, November 22 - 24, and December 13 - 15, and was therefore unavailable to receive and/or collate discovery materials already received during those periods. Additionally, considerable time has been expended responding to plaintiff's various discovery motions, which time would better have been dedicated to efforts to complete outstanding discovery.

7) that the appropriate parties in Boston and Washington have received a copy of plaintiff's document request and that the undersigned has no reason to believe that complete discovery is not being provided by Defendant. The undersigned has requested that the USMS in Boston and in Washington confirm the existence or non-existence of documents responsive to document requests 8, 11, 12, 14-17, 19, 22, 23, 28 and 29. The undersigned is scheduled to be in

3

Boston January 5-6, and will continue efforts to comply with the document request.

8) that with regard to Plaintiff's request for fees in this matter, the undersigned would ask

that the Court consider the logistical constraints under which this Office is operating in its efforts

to complete discovery in this matter as expeditiously as possible, that the delay in production of

documents is in no manner intentional, and that this Office has committed and continues to

commit to ongoing production of discovery materials as they are received by this office.

*Barbara D. Cottrell*

BARBARA D. COTTRELL
Assistant U.S. Attorney
Bar Roll No. 101411 (NDNY)
445 Broadway
Room 218
Albany, New York 12207

Dated: December 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing AFFIDAVIT IN RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR FEES has been served upon Plaintiff Cynthia A. DeCaire, by service upon the attorney of record for the Plaintiff, Indira Talwani, Segal, Roitman & Coleman, 11 Beacon Street, Suite #500, Boston, MA 02108, by CMF filing and by mail on December 29, 2004.

_____/s/_____
Barbara D. Cottrell

**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

---

445 Broadway, Room 218                    TEL: (518) 431-0247

James T. Foley U.S. Courthouse            FAX: (518) 431-0249

Albany, New York 12207-2924

29 December 2004

**FEDEX**
Indira Talwani
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108

Re: <u>DeCaire v. Ashcroft CA No. 10593WGY</u>

Dear Ms. Talwani:

Enclosed please find documents numbered 436-490, provided pursuant to Plaintiff's First Request for Production of Documents. These documents are included in the updated index below. Again, document request for which there is currently no response has been referred to the agency for follow-up and/or confirmation that the documents requested do not exist.

"2. Plaintiff's complete personnel record, including but not limited to all documents concerning: (a) Plaintiff's qualifications for employment, promotion, transfer, additional compensation or disciplinary action; and/or (b) Plaintiff's work history at the United States Marshals Service, including job titles, work assignments, job location, performance evaluations, promotions, disciplinary action, or commendations;"

**Please refer to pages 1-42, 48-49, 55, 63-65, 67-70, 73-88, 90-93, 102, 106-08, 110-28, 139-241, 244-47, 250-56, 259-60, 263-64, 266-60, 272-331, 359-370, 373-75, 379-80, 402-435.**

"3. All documents, written or created since August 1, 2002, which refer to Plaintiff or her EEO complaint or complaints, including all parts of the investigative files for Plaintiff's EEO complaints that were not previously produced to Plaintiff."

**Please refer to page 258, 358.**

"5. Marshal Dichio's contemporaneous notes of his initial meetings after taking office as United States Marshal with each of his subordinates, including but not limited to the notes of his August 26, 2002, meeting with Cynthia DeCaire."

**Please refer to pages 381-401.**

"6. All documents concerning the filling of the investigative position referenced in Paragraph 16 of the Amended Complaint, including but not limited to documents concerning Deputy United States Marshal Susan Williams' interest in or qualifications for the position, documents concerning Deputy United States Marshal Mark Lewis' interest in or qualifications for the position, documents concerning the evaluation of candidates for the position, and documents concerning the decision to place Deputy United States Marshal Lewis in the position."

**Please refer to pages 47, 50-53.**

"7. All documents concerning the transfer of Deputy Marshal McKearney out of the non-investigative position in Worcester as reference [sic] in Amended Complaint, ¶ 24."

**Please refer to pages 43-44, 54.**

"9. All documents concerning the decision in January 2003 to assign only Cynthia DeCaire and Deputy U.S. Marshal Williams to rotate to the boston Court operations;"

**Please refer to page 261.**

"10. All documents concerning the decision in January of February 2003 to stop the rotation of Deputy United States Marshal to the Boston Court operations;"

**Please refer to page 61.**

"13. All documents concerning the decision not to assign a Deputy other than Cynthia DeCaire to fill the vacancy in the Boston Courts Operation as referenced in the Amended Complaint, ¶ 36."

**Please refer to page 66.**

"18. All documents concerning the filling of the Warrant coordinator position referenced in Paragraph 43 of the Amended Complaint, including but not limited to documents concerning Deputy United States Marshal Paul Sugrue's interest in or qualifications for the position, documents concerning the evaluation of candidates for the position, and documents concerning the decision to place Deputy United States Marshal Sugrue in the position."

**Please refer to pages 242-43.**

"20. All documents concerning the filling of the Warrant Coordinator position referenced in Paragraph 46 of the amended Complaint, including but not limited to documents concerning

2

Deputy United States Marshal Kevin Donahue's interest in or qualifications for the position, documents concerning the evaluation of candidates for the position, and documents concerning the decision to place Deputy United States Marshal Donahue in the position."

**Please refer to pages 89, 100-01.**

"21. All documents concerning health and safety concerns raised by any person regarding work in the Boston control room."

**Please refer to pages 130-38, 332-56.**

"24. Job descriptions in effect at any time since August 2002 for the following positions: (a) the series 0082 position; (b) the series 1811 Criminal Investigator position; (c) the Team Leader position in Warrants; (d) the warrant coordinator position; and the (e) court operations supervisory position."

**Please refer to pages 103-05, 109, 248-49, 376-78, 436-447.**

"25. All documents describing the policy or policies of the Marshals Service (as a whole and/or within the District of Massachusetts) regarding discrimination on the basis of gender and/or retaliation against employees who complain about such discrimination."

**Please refer to pages 448-450, 487.**

"26. All documents describing the policy or policies of the Marshals Service (as a whole and/or within the District of Massachusetts) concerning limited duty assignments."

**Please refer to pages 468-482**

"27. All documents describing the policy or policies of the Marshals Service (as a whole and/or within the District of Massachusetts) concerning the use of seniority in connection with assignments, transfers, promotions, or similar employment actions."

**Please refer to pages 451-486.**

Additionally, the following pages have been provided by the agency (and thereafter, to you), which do not appear to fall within Plaintiff's First Document request:

**Pages 45-46, 56-60, 62, 71-72, 94, 95-99, 129, 257, 262, 265, 270-71, 357-58, 371-72, 488-90.**

As additional materials are received from the agency, those that are responsive to Plaintiff's First Document Request will be forwarded to you.

3

Sincerely

GLENN T. SUDDABY
UNITED STATES ATTORNEY
Northern District of New York

*Barbara D. Cottrell*

BARBARA D. COTTRELL
ASSISTANT U.S. ATTORNEY

4