U.S. Department of Justice

*United States Attorney*
*Northern District of New York*

---

January 11, 2005

*445 Broadway, Room 218*
*James T. Foley U.S. Courthouse*
*Albany, New York 12207-2924*

*TEL: (518) 431-0247*
*FAX: (518) 431-0249*

Hon. William G. Young
Chief U.S. District Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

RE:  *DeCaire v. Ashcroft*
Civil No. 04-10593WGY

Dear Chief Judge Young:

Pursuant to your Order of December 16, 2004, the following documents have been provided to this Office for your *in camera* inspection. These documents were provided by the U.S. Marshals' Service in Washington, D.C.

1) 2001 Mediation between DUSM Alison Hodgkins, Complainant and USM Nancy J. McGillivary and CDUSM Timothy G. Bane;

2) 2003 Grievance Adjudication regarding February 11, 2002 grievance filed by DUSM Alison Hodgkins;

3) 2003 Report of Investigation regarding formal EEO complaint filed on April 3, 2002 by DUSM Alison Hodgkins;

4) 2004 Report of Investigation regarding formal EEO complaint filed on December 31, 2003 by DUSM Susan J. Williams;

5) 2004 Grievance Adjudication regarding March 2004 grievance filed by DUSM

2

Susan Williams.

6) September 27, 2004 letter regarding the EEO complaint of DUSM Jeffrey Bohn.

I am advised by the USMS Office of General Counsel that they have no records responsive to Plaintiff's request for grievance records pertaining to DUSM Paul Durette and am further advised that the EEO investigation relating to certain of the allegations made by DUSM Jeffrey Bohn is ongoing.

The entire submission consists of approximately 200-250 pages of material. I am prepared to forward or deliver these documents to you in whatever manner you prefer. Some of the judges in my District prefer that such materials be hand delivered to chambers, others direct that they be mailed directly to chambers. I would appreciate it if a member of your chambers staff would indicate your preference to me so that the documents are provided in accordance with your procedure. I may be reached at (518) 431-0247, or by email at barbara.cottrell@usdoj.gov.

Respectfully submitted,

GLENN T. SUDDABY
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF NEW YORK

BY: Barbara D Cottrell

BARBARA D. COTTRELL
ASSISTANT U.S. ATTORNEY
Bar Roll No. 101411 (NDNY)

cc: Indira Talwani, Esq.