CERTIFICATE OF SERVICE

      I hereby certify that the foregoing **AFFIDAVIT** has been served upon Plaintiff Cynthia DeCaire, by service upon the attorney of record for the Plaintiff, Indira Talwani, Segal Roitman & Coleman, 11 Beacon Street, Suite 500, Boston, MA 02108, on February 4, 2005, along with **Defendant's Response to Plaintiff's First Demand for Production of Documents** and **Defendant's Response to Plaintiff's Interrogatories.**

                                              /s/
                                  Barbara D. Cottrell