UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CYNTHIA A. DECAIRE,

        Plaintiff

        vs.                                      C.A. No. 04-10593WGY

JOHN D. ASHCROFT, in his official position as
Attorney General of the United States.

        Defendant

_____

## JOINT REQUEST FOR DISCOVERY STATUS CONFERENCE

      Plaintiff Cynthia DeCaire has previously filed discovery motions in this matter, and the Court has ordered in camera review of certain documents and production of others. See Electronic Order, December 22, 2004 (motion to compel (docket number 10) allowed to the extent of requiring in camera production); Electronic Order, January 5, 2005 (motion to compel (docket number 14) granted, discovery to be furnished within 30 days of the date of this order). Discovery is set to close on April 1, 2005.

      Counsel for both parties now request a discovery conference be held in chambers to address the following issues:

      1.     archived e-mails; and

      2.     the status of documents submitted for in camera review.

      Counsel respectfully suggest the following dates for this conference: March 7, 2005 or March 9, 2005.

      Respectfully submitted,

| | |
|---|---|
| **CYNTHIA A. DeCAIRE**, | **JOHN D. ASHCROFT, in his official position as Attorney General of the United States** |
| By her attorney, | |
| | By his attorney, |
| _____/s/_____ | |
| Indira Talwani | Glenn T. Suddaby |
| BBO # 645577 | United States Attorney |
| **SEGAL, ROITMAN & COLEMAN** | |
| 11 Beacon Street | _____/s/_____ |
| Suite #500 | Barbara D. Cottrell |
| Boston, MA  02108 | Assistant U.S. Attorney |
| (617) 742-0208 | Bar Roll No. 101411(NDNY) |
| | 218 James T. Foley U.S. Courthouse |
| | 445 Broadway |
| | Albany, New York |
| | (518) 431-0247 |
| February 24, 2005 | |