March 10, 2005


Hon. William G. Young
Chief U.S. District Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

      RE: *DeCaire v. Ashcroft*
           Civil No. 04-10593WGY

Dear Chief Judge Young:

     I am in receipt of the ECF notice issued documenting the discovery conference held yesterday. It was my understanding during the conference, and reflected in my notes, that the government has one week to produce or challenge the documents tabbed for review after *in camera* inspection, and two weeks within which to complete a search of all live computers in the U.S. Marshal's Office. As I read the ECF order, it reflects that only one week was provided for the computer search. If my notes and I are correct, I would respectfully request that the ECF order be amended to grant the government the additional week within which to conduct its search. In response to an inquiry I received earlier today, I communicated to the USMS my understanding that the computer search will involve all offices in the District and is not restricted to Boston.

                                      Respectfully submitted,

                                      GLENN T. SUDDABY
                                    UNITED STATES ATTORNEY
                                    NORTHERN DISTRICT OF NEW YORK
                                    BY:        /s/

BARBARA D. COTTRELL
ASSISTANT U.S. ATTORNEY
Bar Roll No. 101411 (NDNY)

cc: Indira Talwani, Esq.