March 17, 2005

Hon. William G. Young
Chief U.S. District Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

      RE:   *DeCaire v. Ashcroft*
               Civil No. 04-10593WGY

Dear Chief Judge Young:

    After discussion of the March 9, 2005 Chambers conference with the USMS Office of General Counsel, it was determined that the tabbed documents contained in the materials provided for your *in camera* inspection would be disclosed to plaintiff's counsel. This letter will advise that copies of the tabbed materials were hand delivered to plaintiff's counsel on March 16, 2005.

    I will retain the materials as tabbed by Chambers for future reference, as needed.

                                      Respectfully submitted,

                                      GLENN T. SUDDABY
                                      UNITED STATES ATTORNEY
                                      NORTHERN DISTRICT OF NEW YORK

                                      BY:

                                        BARBARA D. COTTRELL
                                        ASSISTANT U.S. ATTORNEY
                                        Bar Roll No. 101411 (NDNY)

cc: Indira Talwani, Esq.