UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

**CYNTHIA A. DeCAIRE,**
                       **Plaintiff,**

   v.                                                Civ. Action No. 04-10593WGY

**JOHN D. ASHCROFT, in his official
position as Attorney General of the
United States,**
                       **Defendant.**

-------------------------------------------------------

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant John D. Ashcroft, Attorney General of the United States of America - hereby move under Federal Rule of Civil Procedure 56 for a grant of summary judgment and dismissal of Plaintiff's Complaint, with prejudice; and entry of a final civil judgment in favor of the Defendant and against Plaintiff, and such other relief as the Court may deem appropriate.

                                        Respectfully submitted,

                                        GLENN T. SUDDABY
                                        UNITED STATES ATTORNEY
                                        Northern District of New York

                                        BY:          /s/

                                        BARBARA D. COTTRELL
                                        ASSISTANT U.S. ATTORNEY
                                        Bar Roll No. 101411
                                        218 James T. Foley U.S. Courthouse
                                        445 Broadway
                                        Albany, New York 12207
                                        (518)431-0247