UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CYNTHIA A. DECAIRE,

        Plaintiff

        vs.                                   C.A. No. 04-10593WGY

JOHN D. ASHCROFT, in his official position as
Attorney General of the United States.

        Defendant
_____

**PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT**

PLAINTIFFS CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Cynthia A. DeCaire brings this cross-motion for partial summary judgment. As demonstrated by the pleadings, depositions, answers to interrogatories, admissions and affidavits submitted herewith, Plaintiff is entitled to a judgment in her favor on the issue of whether Plaintiff has exhausted her administration remedies.

    This Motion is supported by the Statement of Material Facts as to Which Plaintiff Contends no Dispute Exists, the Memorandum in Support of Plaintiff's Cross-Motion for Summary Judgment, Plaintiff's Exhibits in Support of Plaintiff's Cross-Motion for Partial Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment, Plaintiff's Request for Judicial Notice in Support of Plaintiff's Cross-Motion for Partial

Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment, and the pleadings on file in this matter.

PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiff requests oral argument on her Cross-Motion for Partial Summary Judgment.  Defendant's Motion for Summary Judgment, has been set for hearing on May 17, 2005 at 2:00 p.m., and Plaintiff requests that hearing on the Cross-Motion be set for the same time.

Respectfully submitted,

**CYNTHIA A. DECAIRE**,

By her attorney,


_____/s/ Indira Talwani_____
Indira Talwani
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated: April 16, 2005