UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CYNTHIA A. DECAIRE,

        Plaintiff

        vs.                                        C.A. No. 04-10593WGY

JOHN D. ASHCROFT, in his official position as
Attorney General of the United States.

        Defendant
_____

### REQUEST FOR JUDICIAL NOTICE PURSUANT TO FED. R. EV. 201(b)(2) IN SUPPORT OF PLAINIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT

        Plaintiff, Cynthia A. Decaire, requests the Court take judicial notice of Executive Order 12632, 53 FR 9852, 1988 WL 1099334 (Pres.), amending Executive Order 12171, 44 FR 66565, 1979 211464 (Pres.). Copies of these Executive Orders are attached hereto as Exhibits A and B. Federal Rule of Evidence 201(b)(2) permits courts to adjudicate facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." See Getty Petroleum Marketing, Inc., v. Capital Terminal Company, 391 F.3d 312, 326 (2004) ("[w]here documents that establish the relevant law are readily available by ordinary legal research from citation provided by

- 2 -

a party . . . the court would be authorized . . . to take judicial notice of that law, whether it is found in statutes, regulations, executive orders").

Respectfully submitted,

**CYNTHIA A. DECAIRE**,

By her attorney,

\_\_\_\_/s/ Indira Talwani\_\_\_\_
Indira Talwani
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated: April 16, 2005