Westlaw.

Exec. Order No. 12632                                                              Page 1

Exec. Order No. 12632, 53 FR 9852, 1988 WL 1099334 (Pres.)

**(Cite as: 53 FR 9852)**

**Executive Order 12632**

Exclusions From the Federal Labor-Management Relations Program

March 23, 1988

*9852 By virtue of the authority vested in me as President by the Constitution and laws of the United States of America, including Section 7103(b) of Title 5 of the United States Code, and in order to exempt certain agencies or subdivisions thereof from coverage of the Federal Labor-Management Relations Program, it is hereby ordered as follows:

Section 1. Determinations. The agencies or subdivisions thereof set forth in Section 3 of this Order are herby determined to have as a primary function intelligence, counterintelligence, investigative, or national security work. It is also hereby determined that Chapter 71 of Title 5 of the United States Code cannot be applied to these agencies or subdivisions in a manner consistent with national security requirements and considerations. These agencies or subdivisions thereof are hereby excluded from coverage under Chapter 71 of Title 5 of the United States Code.

Sec. 2. Relationship to Executive Order No. 12559. The determinations set forth in Section 1 of this Order are the same determinations that I made at the time of and as a predicate to my issuance on May 20, 1986, of Executive Order No. 12559, which was issued for the same purpose as this Order. On July 10, 1987, Executive Order No. 12559 was held by a United States District Court to be incomplete as a matter of form, and therefore invalid, because it did not expressly set forth these determinations. AFGE v. Reagan, Civil No. 86-1587 (D.D.C.). These determinations were not expressly set forth in the text of Executive Order No. 12559 because all that Order did was amend Executive Order No. 12171 by adding the agencies or subdivisions referred to in Section 1 of this Order to the list in Executive Order No. 12171 of entities excluded from coverage of the Federal Labor-Management Relations Program, and these determinations were already expressly set forth in the text of Executive Order No. 12171, which remains in effect (as amended). This Order is not intended to reflect any belief that the form of Executive Order No. 12559 was invalid, but is intended solely to accomplish the purpose of that Order.

Sec. 3. Amendment of Executive Order No. 12171. Executive Order No. 12171 is amended by deleting Section 1-209 and inserting in its place:

Sec. 1-209. Agencies or subdivisions of the Department of Justice. (a) The Office of Enforcement and the Office of Intelligence, including all domestic field offices and intelligence units, of the Drug Enforcement Administration.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exec. Order No. 12632                                                                          Page 2

Exec. Order No. 12632, 53 FR 9852, 1988 WL 1099334 (Pres.)

**(Cite as: 53 FR 9852)**

  (b) The Office of Special Operations, the Threat Analysis Group, the Enforcement Operations Division, the Witness Security Division and the Court Security Division in the Office of the Director and the Enforcement Division in Offices of the United States Marshals in the United States Marshals Service Service.

RONALD REAGAN

THE WHITE HOUSE,

March 23, 1988.

 Exec. Order No. 12632, 53 FR 9852, 1988 WL 1099334 (Pres.)

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.