Exec. Order No. 12171, 44 FR 66565, 1979 WL 211464 (Pres.)

## Executive Order 12171

Exclusions From the Federal Labor-Management Relations Program

November 19, 1979

By the authority vested in me as President by the Constitution and statutes of the United States of America, including <u>Section 7103(b) of Title 5 of the United States Code</u>, and in order to exempt certain agencies or subdivisions thereof from coverage of the Federal Labor-Management Relations Program, it is hereby ordered as follows:

1-1. Determinations.

1-101. The agencies or subdivisions thereof set forth in Section 1-2 of this Order are hereby determined to have as a primary function intelligence, counterintelligence, investigative, or national security work. It is also hereby determined that Chapter 71 of Title 5 of the United States Code cannot be applied to those agencies or subdivisions in a manner consistent with national security requirements and considerations. The agencies or subdivisions thereof set forth in Section 1-2 of this Chapter are hereby excluded from coverage under Chapter 71 of Title 5 of the United States Code.
1-102. Having determined that it is necessary in the interest of national security, the provisions of Chapter 71 of Title 5 of the United States Code are suspended with respect to any agency, installation, or activity listed in Section 1-3 of this Order. However, such suspension shall be applicable only to that portion of the agency, installation, or activity which is located outside the 50 States and the District of Columbia.

1-2. Exclusions.

1-201. The Information Security Oversight Office, General Services Administration.
1-202. The Federal Research Division, Research Services, the Library of Congress.
1-203. Agencies or subdivisions of the Department of the Treasury:
(a) The U.S. Secret Service.
(b) The U.S. Secret Service Uniformed Division.
(c) The Office of Special Assistant to the Secretary (National Security).
(d) The Office of Intelligence Support (OIS).
(e) The Office of the Assistant Secretary (Enforcement and Operations) (OEO).
(f) The Office of Criminal Enforcement, Bureau of Alcohol, Tobacco, and Firearms.
(g) The Office of Investigations, U.S. Customs Service.
(h) The Criminal Investigation Division, Internal Revenue Service.
1-204. Agencies or subdivisions of the Department of the Army, Department of Defense:
(a) Office of Assistant Chief of Staff for Intelligence.
(b) U.S. Army Intelligence and Security Command.
(c) U.S. Army Foreign Science and Technology Center.
(d) U.S. Army Intelligence Center and School.
(e) U.S. Army Missile Intelligence Agency.
(f) Foreign Intelligence Office, U.S. Army Missile Research and Development Command.
1-205. Agencies or subdivisions of the Department of the Navy, Department of Defense:
(a) Office of Naval Intelligence.
(b) Naval Intelligence Command Headquarters and Subordinate Commands.
(c) Headquarters, Naval Security Group Command.
(d) Naval Security Group Activities and Detachments.
(e) Fleet Intelligence Center, Europe and Atlantic (FICEURLANT).
(f) Fleet Intelligence Center, Pacific (FICPAC).
(g) Units composed primarily of employees engaged in the operation, repair, and/or maintenance of 'off line' or 'on line' cryptographic equipment.
(h) Units composed primarily of employees of naval telecommunications activities in positions which require a cryptographic authorization.
1-206. Agencies or subdivisions of the Department of the Air Force, Department of Defense:

(a) Office of Space Systems, Office of the Secretary of the Air Force.
(b) Office of Special Projects, Office of the Secretary of the Air Force.
(c) Engineering Office, Space and Missile Systems Organization (Air Force Systems Command).
(d) Program Control Office, Space and Missile Systems Organization (Air Force Systems Command).
(e) Detachment 3, Space and Missile Systems Organization (Air Force Systems Command).
(f) Defense Dissemination Systems Program Office, Space and Missile Systems Organization (Air Force Systems Command).
(g) Satellite Data System Program Office, Space and Missile Systems Organization (Air Force Systems Command).
(h) Project Office at El Segundo, California, Office of the Secretary of the Air Force.
(i) Project Office at Patrick Air Force Base, Florida, Office of the Secretary of the Air Force.
(j) Project Office at Fort Myer, Virginia, Office of the Secretary of the Air Force.
(k) Air Force Office of Special Investigations.
(l) U.S. Air Force Security Service.
(m) Foreign Technology Division, Air Force Systems Command, Wright-Patterson Air Force Base.
(n) 1035 Technical Operations Group (Air Force Technical Applications Center), Air Force Systems Command, and subordinate units.
(o) 3480 Technical Training Wing, Air Training Command, Goodfellow Air Force Base, Texas.
1-207. The Defense Intelligence Agency, Department of Defense.
1-208. The Defense Investigative Service, Department of Defense.
1-209. The Office of Enforcement and the Office of Intelligence, including all domestic field offices and intelligence units, of the Drug Enforcement Administration, Department of Justice.
1-210. Offices of the Assistant Secretary for Defense Programs, Department of Energy.
1-211. Offices within the Agency for International Development:
(a) The Immediate Office of the Auditor General.
(b) The Office of Inspections and Investigations.
(c) The Office of Security.
(d) The Office of the Area Auditor General/Washington.

1-3. Units outside the 50 States and the District of Columbia.

1-301. The Drug Enforcement Administration, Department of Justice.

JIMMY CARTER
THE WHITE HOUSE,
November 19, 1979.
Exec. Order No. 12171, 44 FR 66565, 1979 WL 211464 (Pres.)
END OF DOCUMENT

(C) 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.