UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CYNTHIA A. DECAIRE,

    Plaintiff

vs.

JOHN D. ASHCROFT, in his official position as Attorney General of the United States.

    Defendant

C.A. No. 04-10593WGY

---

**PLAINTIFF'S EXHIBITS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(c) and (e) and Local Rule 56.1, Plaintiff submits the following Exhibits 1 – 6 and 30 in Support of Plaintiff's Cross-Motion for Partial Summary Judgment and 1 - 81 in Opposition to Defendant's Motion for Summary Judgment and :

    Plaintiff's Exhibit 1, Complaint of Discrimination, February 27, 2003*

    Plaintiff's Exhibit 2, Letter to Lisa M. Dickinson, May 16, 2003*

    Plaintiff's Exhibit 3, Complaint of Discrimination, January 5, 2004*

    Plaintiff's Exhibit 4, Memorandum from Plaintiff to Ronnie Boyd, January 23, 2003

    Plaintiff's Exhibit 5, Notice from EEO Division, January 24, 2003

    Plaintiff's Exhibit 6, Affidavit of Cynthia A. DeCaire, April 16, 2005

---

\* Defendant has admitted the genuineness of this documents. See Plaintiff's Exhibit temp Plaintiff's Exhibit temp 63, Defendant's Response to Plaintiff's First Request for Admissions, March 10, 2005, Response to Request for Admission 1.

Plaintiff's Exhibit 7, Affidavit of Susan J. Williams in Opposition to Motion for Summary Judgment, April 15, 2005

Plaintiff's Exhibit 8, Affidavit of Jeffrey Bohn in Opposition to Motion for Summary Judgment, April 16, 2005

Plaintiff's Exhibit 9, Affidavit of Susan Williams, June 2003*

Plaintiff's Exhibit 10, Plaintiff's First Set of Requests for Production of Documents, October 14, 2004

Plaintiff's Exhibit 11, Defendant's Updated Response to Plaintiff's First Request Production of Documents [Letter from Attorney Barbara Cottrell], February 4, 2005

Plaintiff's Exhibit 12, Excerpts from the Transcript of the Deposition of Cynthia A. DeCaire, March 16, 2005

Plaintiff's Exhibit 13, Affidavit of Joseph Cummings, June 27, 2003*

Plaintiff's Exhibit 14, Affidavit of Paul Sugrue, April 15, 2005

Plaintiff's Exhibit 15, Affidavit of Stephen Ridge, April 15, 2005

Plaintiff's Exhibit 16, Affidavit of Kevin M. Roche, April 15, 2005

Plaintiff's Exhibit 17, Affidavit of Donald Freeman, April 15, 2005

Plaintiff's Exhibit 18, Affidavit of Anthony Dichio, June 5, 2003, and attached supplemental affidavit of September 17, 2003, and attached notes of August 26, 2002, meeting with Deputy DeCaire*

Plaintiff's Exhibit 19, Affidavit of Dave Dimmit, June 2003*

Plaintiff's Exhibit 20, Excerpts from the Transcript of the Deposition of Paul Durette, January 28, 2005

Plaintiff's Exhibit 21 (Exhibit 3 to the Deposition of Paul Durette), E-Mail from Assistant Chief Paul Durette to Chief Timothy Bane, August 16, 2002*

Plaintiff's Exhibit 22 ( Exhibit 4 to the Deposition of Paul Durette), E-mail from Deputy DeCaire to Assistant Chief Paul Durette, September 6, 2002

---

*  Defendant has admitted the genuineness of this documents. See Plaintiff's Exhibit temp Plaintiff's Exhibit temp 63, Defendant's Response to Plaintiff's First Request for Admissions, March 10, 2005, Response to Request for Admission 1.

Plaintiff's Exhibit 23 (Exhibit 5 to the Deposition of Paul Durette), E-mail from Assistant Chief Paul Durette to Chief Timothy Bane, September 16, 2002*

Plaintiff's Exhibit 24 (Exhibit 8 to the Deposition of Paul Durette), E-mail from Paul Durette to Supervisory Deputy Tom Bezanson and Supervisory Deputy Walter Doherty, January 24, 2003*

Plaintiff's Exhibit 25 (Exhibit 9 to the Deposition of Paul Durette), E-mail from Assistant Chief Durette to all hands, February 3, 2003

Plaintiff's Exhibit 26, E-mail from Tom Bezanson to Senior Inspector of Electronics Surveillance Brian Murphy, Senior Inspector of Electronics Surveillane Tony Visalli, Administrative Officer William Ryan, and Supervisory Deputy Dan Spellesi, March 5, 2004, Exhibit 2 to the Deposition of Thomas W. Bezanson

Plaintiff's Exhibit 27, Excerpts from the Transcript of Deposition of Thomas W. Bezanson, February 15, 2005

Plaintiff's Exhibit 28, 1996 Master Agreement Between the United States Marshals Service and the American Federation of Government Employees, AFL-CIO, International Council of U.S. Marshals Service Locals, C-210, Articles 30 – 38*

Plaintiff's Exhibit temp 29, Excerpts from the Transcript of Deposition of William Ryan, March 22, 2005

Plaintiff's Exhibit 30, 1996 Master Agreement Between the United States Marshals Service and the American Federation of Government Employees, AFL-CIO, International Council of U.S. Marshals Service Locals, C-210, Article 1

Plaintiff's Exhibit 31, tables showing Deputy United States Marshals with Locations Assigned and Dates for these Assignments, Exhibit 20 to the Deposition of William Ryan*

Plaintiff's Exhibit 32, E-mail from Supervisory Deputy Anthony Visalli to Supervisory Deputy Walter Doherty, August 16, 2002*

Plaintiff's Exhibit 33, E-mail from Deputy Marshal Mark Lewis to Marshal Dichio, September 6, 2002*

---

* Defendant has admitted the genuineness of this documents. See Plaintiff's Exhibit temp Plaintiff's Exhibit temp 63, Defendant's Response to Plaintiff's First Request for Admissions, March 10, 2005, Response to Request for Admission 1.

    Plaintiff's Exhibit 34, E-mail from Chief Timothy Bane to all hands, September 17, 2002*

    Plaintiff's Exhibit 35, E-mail from Chief Timothy Bane to all hands, September 25, 2002*

    Plaintiff's Exhibit 36, E-mail string between Deputy Alison Hodgkins and Supervisory Deputy Paul Dunne, November 5, 2002*

    Plaintiff's Exhibit 37, Marshal Dichio's notes from February 5, 2003, Exhibit 7 to the Deposition of Anthony Dichio*

    Plaintiff's Exhibit 38, Marshal Dichio's notes from March 31, 2003*

    Plaintiff's Exhibit 39, Marshal Dichio's notes from April 18, 2003*

    Plaintiff's Exhibit 40, E-mail from Assistant Chief Taylor to management, October 15, 2003*

    Plaintiff's Exhibit 41, E-mail from Assistant Chief Taylor to Supervisory Deputy Bohn, December 1, 2003 *

    Plaintiff's Exhibit 42, Memorandum from Supervisory Deputy Bohn to Joe Buonocore, Central Courthouse Management, December 11, 2003*

    Plaintiff's Exhibit 43, E-mail from Acting Assistant Chief David Taylor to Chief William Fallon, with copy to Marshal Dichio, December 12, 2003*

    Plaintiff's Exhibit 44, E-mail from Acting Assistant Chief David Taylor to Supervisory Deputy Bohn and Supervisory Deputy Dunne, December 12, 2003*

    Plaintiff's Exhibit 45, E-mail from Supervisory Deputy Bezanson to Assistant Chief Taylor and Supervisory Deputy Dunne, December 12, 2003*

    Plaintiff's Exhibit 46, Affidavit of Cynthia A. DeCaire, June 18, 2004*

    Plaintiff's Exhibit 47, E-mail from Deputy DeCaire to Assistant Chief Taylor, January 22, 2004*

    Plaintiff's Exhibit 48, E-mail from Supervisory Deputy Bezanson to Chief Fallon, January 28, 2004 *

---

\* Defendant has admitted the genuineness of this documents. <u>See</u> Plaintiff's Exhibit temp Plaintiff's Exhibit temp 63, Defendant's Response to Plaintiff's First Request for Admissions, March 10, 2005, Response to Request for Admission 1.

Plaintiff's Exhibit 49, E-mail from Supervisory Deputy Bezanson to Chief Fallon, January 29, 2004*

Plaintiff's Exhibit 50-A, E-mail from Supervisory Deputy Bezanson to Chief Fallon and Acting Chief Taylor, with copy to Supervisory Deputy Dan Spellesi, forwarding Plaintiff's Exhibit temp 50-B*

Plaintiff's Exhibit 50-B, E-mail string between Supervisory Deputy Alison Hodgkin and Supervisory Deputy Tom Bezanson, February 5, 2004*

Plaintiff's Exhibit 51, E-mail from Supervisory Deputy Hodgkins to Assistant Chief Taylor, February 6, 2004*

Plaintiff's Exhibit 52, E-mail string between Supervisory Deputy Bezanson and Supervisory Deputy Hodgkins*

Plaintiff's Exhibit 53, Memorandum from Dave Barnes to Maureen Pan, April 7, 2004*

Plaintiff's Exhibit 54, E-mail from Joe Buonocore to Marshal Dichio and others, July 1, 2004*

Plaintiff's Exhibit 55, United States Marshals Service, District of Massachusetts, Number 04-01, July 20, 2004*

Plaintiff's Exhibit 56, Affidavit of Cynthia A. DeCaire, June 2003*

Plaintiff's Exhibit 57, seniority table *

Plaintiff's Exhibit, Excerpts from the Transcript of the Deposition of Anthony Dichio, Volume I, October 26, 2004

Plaintiff's Exhibit 59, Request for Personnel Action, December 13, 1993*

Plaintiff's Exhibit 60, Notification of Personnel Action, December 22, 1996, with attached job description*

Plaintiff's Exhibit 61, Defendant's Amended Response to Plaintiff's First Request for Admissions, April 7, 2005

Plaintiff's Exhibit 62, Defendant's Response to Plaintiff's First Set of Interrogatories, February 4, 2005

---

\* Defendant has admitted the genuineness of this documents. See Plaintiff's Exhibit temp Plaintiff's Exhibit temp 63, Defendant's Response to Plaintiff's First Request for Admissions, March 10, 2005, Response to Request for Admission 1.

Plaintiff's Exhibit 63, Defendant's Response to Plaintiff's First Request for Admissions [incorrectly captioned "PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS"], March 10, 2005

Plaintiff's Exhibit 64, E-Mail from EEO Officer Joann Grady to Chief Deputy Marshal Fallon, September 16, 2003*

Plaintiff's Exhibit 65, E-Mail from Administrative Officer William Ryan to Joann Grady*

Plaintiff's Exhibit 66, GS-082-05 Position Description, marked as Exhibit 2 to the Deposition of Anthony Dichio

Plaintiff's Exhibit 67, Affidavit of Paul Durette, October 29, 2002*

Plaintiff's Exhibit 68, Affidavit of Timothy Bane, January 2002, and attached Affidavit of Timothy Bane, October, 2001*

Plaintiff's Exhibit 69, Affidavit of Susan J. Williams, June 2004*

Plaintiff's Exhibit 70, Affidavit of United States Marshal Anthony Dichio, June 24, 2004*

Plaintiff's Exhibit 71, Affidavit of Chief Deputy United States Marshal William Fallon, June, 2004*

Plaintiff's Exhibit 72, Affidavit of David B. Taylor, June 25, 2004*

Plaintiff's Exhibit 73, Affidavit of Thomas W. Bezanson, June 24, 2004*

Plaintiff's Exhibit 74, Affidavit of Kevin J. Wahl, June 24, 2004*

Plaintiff's Exhibit 75 Affidavit of Kevin Donahue, June 5, 2003*

Plaintiff's Exhibit 76 Excerpts from the Transcript of the Deposition of David M. Dimmitt, February 18, 2005

Plaintiff's Exhibit 77, Excerpts from Transcript of the Deposition of David B. Taylor, Volume 1, February 15, 2005

Plaintiff's Exhibit 78, Excerpts from Transcripts of the Deposition of David B. Taylor, Volume 2, February 17, 2005

---

\* Defendant has admitted the genuineness of this documents. See Plaintiff's Exhibit temp Plaintiff's Exhibit temp 63, Defendant's Response to Plaintiff's First Request for Admissions, March 10, 2005, Response to Request for Admission 1.

Plaintiff's Exhibit 79, Excerpts from the Transcript of the Deposition of Alison Hodgkins, Volume 1, March 23, 2005

Plaintiff's Exhibit 80, Excerpts from the Transcript of the Deposition of Alison Hodgkins, Volume 2, March 24, 2005

Plaintiff's Exhibit 81, Excerpts from the Transcript of the Deposition of Anthony Dichio, Volume 2, November 15, 2004

Respectfully submitted,

**CYNTHIA A. DeCAIRE**,

By her attorney,

/s/
Indira Talwani
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  April 16, 2005

---

\*   Defendant has admitted the genuineness of this documents. See Plaintiff's Exhibit temp Plaintiff's  Exhibit temp 63, Defendant's Response to Plaintiff's First Request for Admissions, March 10, 2005, Response to Request for Admission 1.