M03-0025

U.S. Department of Justice          Complaint of Discrimination
                                    (See instructions on reverse)

#03-0023 (Informal)

PRIVACY ACT STATEMENT: 1. AUTHORITY- The authority to collect this information is derived from 42 U.S.C. Section 2000e-16; 29 CFR Sections 1614.106 and 1614.108. 2. PURPOSE AND USE-This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), sexual orientation or reprisal. The signed statement will serve as the record necessary to initiate an investigation and will become part of the complaint file during the investigation; hearing, if any; adjudication; and appeal, if one, to the Equal Employment Opportunity Commission. 3. EFFECTS OF NON-DISCLOSURE-Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

**1. Complainant's Full Name**
Cynthia A. DeCaire

**Street Address, RD Number, or Post Office Box Number**
30 Chauncy St.

**City, State and Zip Code**
Westboro, Ma. 01580

**2. Your Telephone Number (including area code)**
Home: 508-870-0552
Work: 617-748-2613

**3. Which Department of Justice Office Do You Believe Discriminated Against You?**
Unites States Marshal Service

**B. Street Address of Office**
1 Courthouse Way Suite 500

**C. City, State and Zip Code**
Boston, Ma.

**4. Current Work Address**
1 Courthouse Way Suite 500
Boston, Ma.

**A. Name of Agency Where You Work**
U.S. Marshal Service

**B. Street Address of Your Agency**
1 Courthouse Way Suite 500

**C. City, State and Zip Code**
Boston, Ma.

**D. Title and Grade of Your Job**
CIDUSM 12/5

**5. Date on Which Most Recent Alleged Discrimination Took Place**
Month 02 | Day 03 | Year 03

**6. Check Below Why You Believe You Were Discriminated Against?**
☐ Race or Color (Give Race or Color) _____
☐ Religion (Give Religion) _____
☒ Sex (Give Sex)   ☐ Male  ☒ Female
☐ Sexual Harassment
☐ Age (Give age) _____
☐ National Origin (Give National Origin) _____
☐ Disability   ☐ Physical   ☐ Mental
☐ Sexual Orientation
☒ Reprisal
☒ Parental Status
☐ Class Complaint

**7. Explain How You Believe You Were Discriminated Against** (treated differently from other employees or applicants) Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation, Parental Status, or Reprisal. Do not include specific issues or incidents that you have not discussed with your EEO Counselor. (You may continue your answer on another sheet of paper if you need more space.)

SEE ATTACHED

**8. What Corrective Action Do You Want Taken on Your Complaint?**

SEE ATTACHED

**9. A) I have discussed my complaint with an Equal Employment Opportunity Counselor and/or other EEO Official.**

DATE OF FIRST CONTACT WITH EEO OFFICE: 01 / 23 / 03

DATE OF RECEIPT OF NOTICE OF FINAL INTERVIEW WITH EEO COUNSELOR: 02 / 22 / 03

**B) Name of Counselor**
Robert Wesley

☐ I Have Not Contacted an EEO Counselor

**10. Date of This Complaint**
Month 02 | Day 27 | Year 03

**11. Sign Your Name Here:**
Cynthia DeCaire

EXHIBIT 1

FORM DOJ-201A

As stated in my original complaint, I believe I have been discriminated against by USM Dichio. Beginning at our first meeting, USM Dichio was focused on my being a single mother, and the importance of a mother being close to home. USM Dichio inquired if I was interested in the Worcester office, I expressed to him that at one time I was, and was not selected and since then I worked hard to ascertain my position in the investigation unit. USM Dichio further attempted to persuade me by commenting that I would not be losing any money by going to Worcester, so what difference would it make if I do court in Worcester for a while.

Later that same week, an investigative position opened up in Worcester. I e-mailed USM Dichio my interest along with my qualifications for this position. I spoke to my Supervisor (Visalli) about the opening, and Visalli stated he would recommend me for the position, and would even volunteer to Supervise me in the event my " boyfriend" DUSM Jeff Bohn (Boston) became the supervisor for the unit. I also spoke with ACDUSM Durette about the position, Durette advised me that due to manpower he was going request the position be eliminated. At this time it was rumored USM Dichio intended that position for a junior DUSM that he was associated with outside of work. This rumor was discounted by both SDUSM Visalli and ACDUSM Durette, who stated there was no way junior DUSM Lewis would be qualified for that position. USM Dichio never spoke to me about my request until after he reassigned DUSM Lewis to the investigative position, and it was apparent the office was in dismay over his decision. USM Dichio called me in his office, and explained to me he still intended to send me to Worcester to do court. At this time I expressed to USM Dichio that I wished to remain in my current position. USM Dichio appeared upset by this decision and made the following comments "Now I am going to look like a fool because I need to put someone in Worcester to get DUSM Mckearney back here". USM Dichio further informed me, that either I go willingly or he did not know how much longer I would be assigned to the investigative unit in Boston. At this time it was obvious to me, that either I go to Worcester or USM Dichio was going to take away my position. I went to Worcester the following week.

After a short time in Worcester, it was apparent DUSM Lewis needed assistance in performing his duties. DUSM Williams expressed dismay that DUSM Lewis was chosen for this position but could not perform basic duties. ( DUSM Williams also expressed interest in this position) DUSM Williams was approached by Task Force DeCaire, who made numerous statements that I considered offensive. At the end of December I filed a complaint with DUSM Bezanson regarding this incident.

On January 21, 2003, SDUSM Bezanson at 4:30 p.m. called a meeting with DUSM Williams, DUSM Wahl and myself. At this meeting he informed us that DUSM Williams and myself would be rotating on a weekly basis to Boston. DUSM Williams inquired why DUSM Wahl would be exempt. SDUSM Bezanson informed that it was a management decision, and that Wahl would got to Springfield if needed. It was apparent to DUSM Williams and myself, we were being treated differently than the "men" in the office (Wahl and Lewis). DUSM Williams and myself knew that Springfield was the slowest office in the District that hardly ever needed assistance. Although DUSM Wahl lived closer to Springfield, he had acquired and maintained this residence while assigned to the Boston office.

DUSM Williams and myself discussed our belief that the USM Dichio did not have much regard for women and their achievements in this office. We discussed our initial meeting with USM Dichio and the inappropriate questions he focused on, as apposed to our accomplishments and training. We feel we were both overlooked for the Worcester investigative position over a junior male DUSM who was not as qualified. And then we were forced to rotate to Boston while the "men" remained in their positions. At this time DUSM Williams and myself filed a complaint.

I further believe USM Dichio retaliated against me after he was informed that I filed a complaint. ACDUSM Durette notified USM Dichio on Friday, January 23 that I had filed a complaint the previous day. On Tuesday January 28, USM Dichio traveled to Worcester and notified SDUSM Bezanson that I would be transferred permanently to Boston. I was notified when I returned from leave (February 4) that I should pack up my belongings and report to the Boston court Supervisor the following day. It is obvious to me this is a direct form of retaliation, after finding out about my complaint the original rotation never took place and changed to a permanent reassignment. ACDUSM Durette put out an e-mail that I would be replacing an 082, which further demeaned me. Since USM Dichio has come to our office I have been demoted from a Team Leader in Investigations to replacing an 082.

In closing, I would like disciplinary action to be taken against USM Dichio. I believe USM Dichio has made decisions based on my sex and parental status, with absolutely no regard to my qualifications and training. I would like to be treated in professional manner, with the same opportunity's as my fellow male co-worker's. USM Dichio has allowed the "good ole boy" network to resurface and has taken all professionalism out of the D/MA. I have attempted to participate in the proper complaint procedure, and have been preyed upon with retaliation. USM Dichio's actions have caused irreparable harm to my career and future job opportunities. I am seeking to be returned to my leadership position in Investigations and to be allowed to work in an environment free from discrimination, work place bullying and retaliation.