U.S. Department of Justice

Complaint of Discrimination
*(See instructions on reverse)*

M04-0012

PRIVACY ACT STATEMENT. 1. AUTHORITY- The authority to collect this information is derived from 42 U.S.C. Section 2000e-16; 29 CFR Sections 1614.106 and 1614.108. 2. PURPOSE AND USE-This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment) religion, national origin, age, disability (physical or mental), sexual orientation or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and will become part of the complaint file during the investigation, hearing, if any, adjudication and appeal, if any, to the Equal Employment Opportunity Commission. 3. EFFECTS OF NON-DISCLOSURE-Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

1. Complainant's Full Name: Cynthia A DeCaire

Street Address, RD Number, or Post Office Box Number: 30 Chauncy St.

City, State and Zip Code: Westborough, MA 01581

2. Your Telephone Number (including area code):
Home: 508-870-0552
Work: 508-368-7305
       617-748-2500

3. Which Department of Justice Office Do You Believe Discriminated Against You?
U.S. Marshals Service

B. Street Address of Office: 595 Main St

C. City, State and Zip Code: Worcester, MA 01608

4. Current Work Address: Worcester, MA  M,F
Boston, MA  T,W,Th

A. Name of Agency Where You Work: US Marshal Service

B. Street Address of Your Agency:

C. City, State and Zip Code:

D. Title and Grade of Your Job: Deputy US Marshal 12/5

5. Date on Which Most Recent Alleged Discrimination Took Place:
| Month | Day | Year |
|---|---|---|
| 11 | 20 | 03 |
| 12 | 22 | 03 |

6. Check Below Why You Believe You Were Discriminated Against?
- ☐ Race or Color (Give Race or Color)
- ☐ Religion (Give Religion)
- ☑ Sex (Give Sex)  ☐ Male  ☑ Female
- ☐ Sexual Harassment
- ☐ Age (Give age)
- ☐ National Origin (Give National Origin)
- ☐ Disability  ☐ Physical  ☐ Mental
- ☐ Sexual Orientation
- ☑ Reprisal

7. Explain How You Believe You Were Discriminated Against (Treated differently from other employees or applicants) Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation or Reprisal. (You may continue your answer on another sheet of paper if you need more space.)

See Attached

8. What Corrective Action Do You Want Taken on Your Complaint?

See Attached

9. I Have Discussed My Complaint With an Equal Employment Opportunity Counselor
DATE OF FIRST CONTACT:
DATE OF LAST INTERVIEW: 11/28/03

B) Name of Counselor: Beverly Beasley

☐ I Have Not Contacted an EEO Counselor

10. Date of This Complaint:
Month  Day  Year

11. Sign Your Name Here: Cynthia DeCaire

EXHIBIT 1

January 5, 2004

To: Lisa Dickinson, EEO Complaints Officer

From: Cynthia A. DeCaire

Re: Formal Complaint, Discrimination, Retaliation Questions 7&8

It is my intention to file a formal complaint, based on sexual discrimination, and ongoing retaliation based on a prior EEO complaint. I believe the following facts establish Management's discriminatory actions and continuation of retaliatory behavior.

On August 21, 2003, I e-mailed Acting Assistant Chief David Taylor my interest in being considered for the position of Acting Supervisor of Court Operations. This Position was given to another Deputy whose 120 days as Acting had expired. AACDUSM Taylor e-mailed me back that he would forward my request. No one in Management, including AACDUSM Taylor spoke to me further regarding this request.

On September 23, 2003, I believe the ongoing retaliation against me was proven when AACDUSM Taylor requested a meeting with DUSM Annette Lawlor. At this meeting AACDUSM Taylor asked DUSM Lawlor if she would be interested in being appointed the Acting Supervisor for Court Operations. DUSM Lawlor explained to Taylor, she had no interest in this position or any interest in progressing to the Management level. After the meeting, DUSM Lawlor informed myself and DUSM Kevin Donahue of the offer by AACDUSM Taylor. Not only did AACDUSM Taylor not discuss this position with me, he sought out another Deputy who was not interested and did not express any interest in the position, and offered her the position anyway. I believe my request was ignored.

On September 29, 2003, while commuting into work with SDUSM Bohn, I was involved in a phone conversation with Boston Police Detective Steven Ridge. Ridge, who is a member of the USMS HITDA task force, informed SDUSM Bohn and myself, that he received a phone call from SDUSM Anthony Visalli on September 26, 2003.

SDUSM Visalli's reason for calling Ridge, was to inform him that DUSM Kevin Donahue would be the new Warrant Coordinator starting on Monday. When I arrived at work that morning I had a discussion with DUSM Donahue, who was assigned to the Court Operations Unit with me. I asked him if he was aware of his supposed new assignment. DUSM Donahue was not aware of this information nor did he ask for the position, and was upset that someone outside the agency was aware of this. DUSM Donahue discounted the information as a rumor. At the end of this same day, DUSM Donahue was told to immediately report to Chief William

Fallon's office. At this time Donahue was informed of his new position as the Warrant Coordinator.

I believe the re-assignment of DUSM Donahue to be discriminatory and retaliatory. I had asked to be considered for this position in April of 2003, when the position was last vacant. My request was ignored, and the reason given for my non-selection in my prior EEO complaint was that I was a Court Deputy, and you need to be in Warrants to be considered for the position. DUSM Donahue was not in warrants, he was in court with me. It should also be noted that in the prior Warrant Coordinator assignment, seniority was a factor, I am 4-5 years senior to DUSM Donahue. Once again management ignored my prior requests, and sought out a "junior" male co-worker who did not ask to be considered for the position.

On October 3, 2003, Chief Fallon put out an e-mail regarding the new assignments.

On October 14, 2003, at approximately 0930, I was told by SDUSM Dunne that I was being transferred to the Worcester office, and should pack up my belonging's and be out there by 1200 hours. SDUSM Dunne advised me this transfer was due to the conflict between myself and SDUSM Bohn. SDUSM Bohn and I were married on October 11, 2003. SDUSM Bohn and myself have been engaged for over a year, and have lived together for two years. This relationship was known to the current Management for at least a year, and was known to the previous Administration. SDUSM Dunne also informed me that DUSM Susan Williams would be reassigned from Worcester to Boston, to take my place. I asked Dunne why I was being transferred and not assigned to another Supervisor, to alleviate the need for DUSM Williams transfer. SDUSM Dunne had no answers, only that he had found out about the transfer five minutes prior to speaking to me. I attempted to explain to Dunne my concern over the hardship this was going to cause DUSM Williams, who was in the process of building a house 30 miles west of Worcester and 70 miles west of Boston. SDUSM Dunne told me there was nothing I could do about it, and that DUSM Williams was chosen because she was the least Senior in Worcester.

I then contacted DUSM Williams, Williams was extremely emotionally upset over the transfer, and she believed her selection to be discriminatory and retaliatory. DUSM Williams informed me of her conversation with her Supervisor Tom Bezanson. SDUSM Bezanson called her into his office at 0900 hours and asked her if "Jeff and Cyndy" had gotten married over the weekend. DUSM Williams told him possibly, not thinking it was her place to offer this information. SDUSM Bezanson then asked her if she attended the Wedding, DUSM Williams again stated possibly. SDUSM Bezanson then told her she was being transferred to Boston, and DUSM DeCaire will be coming to Worcester. DUSM Willaims questioned SDUSM Bezanson, why she a Senior 1811 DUSM was being transferred and not DUSM Weddeke, a junior 082 with six months on the job. (1811's are Criminal Investigator's, 082's are entry level non-investigatory position's).

DUSM Williams was told it had to be an 1811 for an 1811, and she was the junior 1811. It should be noted that in my prior EEO complaint, Lisa Dickinson requested a copy of all 1811's and their entry onto duty dates, if these dates have been honestly calculated Williams is the Senior DUSM in Worcester.

When I arrived in Worcester this same day, I met with SDUSM Bezanson. After discussing my concerns regarding DUSM Williams, I asked him if my transfer was permanent. SDUSM Bezanson told me he believed my transfer was "what I made of it". I told SDUSM Bezanson I needed to know the status of my transfer, he told me he would go up the chain of command and find out. This statement is of concern to me, I do not believe the male Deputies assigned to the Worcester Office are held under the same criteria, they do not have to worry that there position's are "what they make of it".

It should be noted that in my prior EEO complaint, I was also transferred from Worcester to Boston. Management' reason for my transfer was that I was less senior and I was not permanently transferred to Worcester. It should also be noted, I replaced a female 082 in the Court Unit. DUSM Williams is now assigned to the Court Unit. DUSM Williams believes this to be a discriminatory transfer and also believes to be the victim of ongoing retaliation based off my prior EEO complaint. (Williams also filed an EEO complaint, but later dropped out of the process for fear of retaliation, but has sworn out an affidavit on my complaint).

This will be my third transfer in a year, no other DUSM's other than DUSM Williams and I, have had to worry about when and what our next transfer will be. I have asked for numerous other positions in the Boston office, and have been ignored and overlooked for every single one. There were numerous other alternative positions that I could have been transferred too, to alleviate having to displace DUSM Williams and myself, yet one more time. It is obvious that as two females in the Boston office we are dispensable, compared to our junior male counterparts. It should also be noted, I have still not received notice of whether or not my transfer is permanent or not.

On November 3, 2003, I filed an EEO complaint regarding ongoing retaliation and discrimination.

On November 14, 2003, I was notified by a letter from Chief Fallon via Supervisor Bezanson that due to my limited duty status I would be transferred again. This time my duty station would change on a daily basis. I was told I would have to sign this letter, which I had reservations about doing. I was warned by Supervisor Bezanson, that if I did not sign the letter I would be assigned to the Boston Office, and would have to work in the control room five days a week. (The control room being an undesirable position for Deputies). I was also warned by Bezanson that the office did not have to give me limited Duty, and that they could make me use my sick leave. I told Bezanson I would sign the letter but that I did not agree with it. I was then called into Bezanson's office for a conference call with Chief Fallon. Fallon advised me, that he was doing me a favor by allowing me limited duty, and that if I did not sign the letter I would go back to Boston full time and be assigned to the control room. I told Fallon that the constant transfer's I was forced to endure were causing me a hardship. I also reminded him this was my fifth transfer in a year, and that a month ago I was given four hours notice to get out of Boston, and transfer to Worcester. Fallon told me there was nothing for me to do in Worcester. I told Fallon that before I signed his letter I wanted to speak to my attorney. Fallon told me that decisions are not made by attorneys, and he wanted an immediate decision. I told Fallon I would take leave, he said "is that what you want to do", and I said " considering I have no time to confer with anyone, I feel I have no other choice". That was the end of the conversation.

It should also be noted, that a week prior to Fallon's letter, Fallon and AACDUSM Taylor were in the Worcester office and asked me how everything was going here, I told them everything was fine and that it was convenient to be close to my Doctor and Hospital. Neither one mentioned I may be transferred.

Starting on November 17, I took sick leave for three days awaiting a phone call from EEO, who I e-mailed asking for help.

Again, I feel this is ongoing retaliation from management, no other Deputy in the District of Ma. is forced to transfer from office to office. There are many other Deputies who go on light duty due to injuries etc., they are not required to transfer, nor are they threatened that limited duty is a favor, and that there may not be limited duty for them, and they may need to take sick leave. I was also pregnant in the Boston office 5 years ago, and never received such cruel treatment, nor did I have to worry about taking sick leave because there was nothing for me to do. I have spoken to many of my female co-workers who have had children while employed by the USMS, and no one has received such treatment. I have also been on limited duty in the Worcester office in the past, for over a two month duration.

On November 18, 2003, while I was out on sick leave, I received a message from SDUSM Bezanson, who informed me I would need a Doctor's note for being out sick for more than three days. After conferring with my attorney, on November 13, I called Bezanson and informed him I would sign the letter but I still did not agree with it, and return to work. Bezanson again reminded me that management did not have to give me limited duty, and that Jeff (my husband, who is on limited duty) should also be aware that management can take it away at any time. I

consider this an indirect threat to my husband SDUSM Jeffrey Bohn. I have made myself familiar with the USMS Policy Directive 3.39, regarding pregnant operational employees, and it is apparent that limited duty should be made available, and that after the third trimester, limited duty is required. This contradicts management's threats, that they do not have to allow me limited duty and that I may need to take sick leave. If this were true, there should be a plethora of female Deputies who have had to take months of sick leave in their third trimester, I know of none.

I reported to work in Boston on November 20, 2003, and was assigned to the control room. I do not have a desk, computer or phone in the Boston office. The constant retaliation is so blatant, that my fellow co-workers are appalled and offer constant sympathy regarding my treatment. I have endured constant retaliation since January 2003, after filing an EEO complaint and attempting to go through the EEO process, and have asked for protection, relief and have engaged in the Employee Assistance Program.

On December 22, 2003, while assigned to the Worcester office, I became aware of a different set of rules being applied to my fellow male co-worker. Deputy Kevin Wahl, has been out sick on leave for over two weeks, after having a hernia operation. Deputy Wahl returned to work on December 22, 2003, and based on his apparent physical condition should have been on limited duty. Deputy Wahl complained of the pain he was in, and how it was painful to wear pants. Deputy Wahl was able to walk at a slow tip-toed pace and was wincing in pain trying to sit in his chair. Deputy Wahl remained in casual clothes all day and was not required to perform his normal duties. Numerous employees approached me about Deputy Wahl's condition, and why he was not in Boston in the control room on limited duty and how there were obviously two sets of rules being applied.
Chief Fallon obviously has no problem with Wahl not being able to walk or sit down in a chair, but required me to be on limited duty against my wishes and with medical documentation proving I was fit for duty. Chief Fallon has already taken the position there is nothing for me to do in Worcester, but yet Wahl who can not walk is not required to work in Boston.
Chief Fallon either has two sets of rules for his male and female Deputies, or has joined in on Marshal Dichio's retaliation against me.
During my thirteen year tenure with the US Marshal's Service, I have been a model employee and have always received excellent evaluations. I have been awarded numerous times for representing the USMS in public relations and volunteer work. I have received over 6 awards from the USMS for fugitive investigations and was made a Team Leader, I have received Top Secret clearance and two awards while working on the FBI Violent Fugitive Task Force. I have received awards for training I have provided the D/Ma. I have been appointed as an Acting Supervisor GS-13, and was awarded a Superior Accomplishment Award for my contributions. My career since Marshal Dichio took office has rapidly been destroyed, and my responsibilities have all been taken away, according to Chief Fallon all I now have to offer the USMS is pushing buttons in a control room with Court Security Officers.
Up until Marshal Dichio's discrimination/retaliation, I had taken pride in my profession and looked forward to my duties and assignments with the USMS. I now have to mentally prepare myself every Sunday night to return to work on Mondays, and be faced with what I will have to endure next. My co-workers who used to display sympathy regarding the retaliation against me,

have now gotten so used to my constant belittlement that I am often the subject of office jokes. Although I have asked your office over and over again for relief, and I believe my requests to be futile, for the record I will ask again.

I still require immediate relief, I am emotionally and physically drained, and I am finding it very difficult to be productive in such a hostile environment. My career has been irreparably damaged, and my working conditions continue to get worse.

I am asking to be assigned limited duty in a HQ's entity immediately. I am aware, that there are limited duty assignments available in Witness Protection, OCDEFT and Judicial Security. I feel this is the only place the US Marshal can not continue with his ongoing efforts to destroy my career.

Sincerely,

Cynthia A. DeCaire



# UNITED STATES MARSHALS SERVICE

## District of Massachusetts

United States Courthouse
Harold D. Donohue Federal Building
595 Main Street
Worcester, MA 01608

Office: (508) 368-7300,  Facsimile: (508) 368-7319

DATE : JANUARY 5, 2004 (2:50PM)

*From :*  CYNTHIA DECAIRE
DEPUTY UNITED STATES MARSHAL

*To:*  Beverly Beasely

*Phone:*

*Fax:*  202-3078765

Total Pages:  7

*Comments :*  Formal Complaint