Complainant's Name: _Cynthia DeCaire_

Docket Number Assigned: _03-0023_
Date of Initial EEO Contact: _January 23, 2003_
Rights & Responsibilities Package: 7001 1940 0002 0800 1995   _1-24-03_
(Certified Mail#)                                           Date Mailed)

You have contacted the Equal Employment Opportunity (EEO) Division and requested EEO counseling on employment matters which you believe were based on discrimination. Regulations of the Equal Employment Opportunity Commission (EEOC) require that you be given the following information in writing. Please read this information package. If you have any questions concerning your rights and responsibilities, or about the Federal Sector EEO Complaint Procedures, please contact a member of the Complaints Processing Team at: (202) 307-9048.

The Laws That Govern Federal Sector EEO Complaint Procedures

The U.S. Equal Employment Opportunity Commission was created by and enforces **Title VII of the Civil Rights Act of 1964**, which prohibits employment discrimination based on race, color, religion, sex, national origin or reprisal for participation in, or opposition to, activity made illegal by anti-discrimination laws and statutes. Since 1979, the EEOC also has enforced:

- **The Age Discrimination in Employment Act (ADEA) of 1967**, which protects persons 40 years of age or older;
- **The Equal Pay Act of 1963**, which protects men and women from sex-based wage discrimination;
- **Section 501 of the Rehabilitation Act of 1973**, which prohibits federal sector discrimination against persons with disabilities; and,
- is also responsible for enforcing any subsequent changes to the above statutes and provides oversight and coordination of all federal equal employment opportunity regulations, practices and policies.

On July 3, 1996, the Department of Justice (DOJ) revised its Equal Employment Opportunity (EEO) Policy to include sexual orientation as a prohibited basis for discrimination. The processing of complaints with issues of discrimination based on sexual orientation will be processed the same as other complaints of discrimination. However, after the investigative stage, a complaint based on sexual orientation will be forwarded to DOJ, Complaint Adjudication Officer to issue a Final Agency Decision within 30 days of receipt of the investigative file.

# ALTERNATIVE DISPUTE RESOLUTION

During the pre-complaint process you may elect to participate in the agency's Alternative Dispute Resolution program. The program is designed to encourage an open atmosphere in which human relationships may be improved. It will encourage employees and managers to raise concerns and disputes without fear of reprisal. The purpose of the Alternate Dispute Resolution program is to settle disputes at the lowest possible level, and to do so quickly, fairly, and impartially. ADR empowers the participants to resolve the dispute and attempts to achieve demonstrations of mutual respect between the parties who benefit from the use of ADR processes which result in increased productivity and improve working conditions. (A copy of the ADR Handbook is included.)

The U.S. Marshals Service has an agreement with the Executive Office for the U.S. Attorneys who will provide trained mediators for complaints of discrimination at the formal and informal stages.

# COMPLAINTS ALLEGING SEXUAL ORIENTATION or PARENTAL STATUS as a BASIS

Although not prohibited by federal statutes, it is the policy of the Department of Justice to eliminate any internal practice or procedure which discriminates on the basis of race, color, sex, religion, national origin, age, physical or mental disability, sexual orientation or parental status. In accordance with Departmental policy, such complaints will be processed and adjudicated in accordance with DOJ 1200.1 Human Resources Order, Part 4, Chapter 1, Equal Employment Opportunity, at paragraph B.7.J.

> <u>Complaints on the Bases of Sexual Orientation or Parental Status</u>: Complaints on the bases of sexual orientation discrimination or discrimination based on parental status will be processed by utilizing the informal EEO Counseling process, and as necessary, the EEO Alternative Dispute Resolution (ADR) Program. If the dispute is not resolved, the complainant is entitled to an investigation and a final Department decision. Back pay and nonmonetary remedies are available when there is a finding of discrimination. Individual entitlement in this regard is derived from Department of Justice policy and practice and not from EEOC regulations which govern other types of discrimination complaints in the federal sector. Although complaints based on sexual orientation and parental status are processed under the same administrative time frames, they cannot be the subject of a hearing beore an EEOC Administrative Judge or an appeal to the EEOC.

## WRITTEN NOTICES REQUIRED BY EEOC REGULATION
## 29 CFR 1614.105(b) and EEO MD-110 [Appendix B]

As a potential complainant, you must be advised, in writing, of the following rights:

1. The RIGHT to anonymity during the pre-complaint EEO counseling stage. You must advise the EEO Counselor of your desire to remain anonymous. If a formal complaint is filed, your right to anonymity ceases.

2. The RIGHT to representation throughout the complaint process including the counseling stage. The EEO Counselor is not your representative.

3. The RIGHT to be advised of the time frames in the complaint process. The time frames are listed in an attachment to this notice.

4. The RIGHT to choose between EEO Counseling or ADR for those cases and issues where the U.S. Marshals Service agrees to offer ADR.[1] If you choose the ADR option, your EEO Counselor should be notified immediately so that your issues can be referred to the ADR Ombuds.

   - If EEO counseling is selected, you have the RIGHT to receive, in writing, within 30 calendar days of the first counseling session (unless you agree to an extension), a Notice of Right to File a Discrimination Complaint.

   - If participation in the ADR program is selected, you have the RIGHT to receive a Notice of Right to File A Discrimination Complaint upon completion of the ADR process (if the matter remains unresolved) or within ninety (90) calendar days of the first counseling session with the EEO Counselor, whichever is earlier.

5. The RIGHT to go directly to a court of competent jurisdiction on claims of sex-based wage discrimination under the Equal Pay Act even when such claims are also cognizable under Title VII.[2] Be advised, however, that there is a statute of

---

[1] See the Rules Section of the ADR Handbook for examples of the matters for which ADR is not available.

[2] Sex based claims of wage discrimination may also be raised under Title VII; individuals so aggrieved may thus file claims alleging violations of both statutes simultaneously. Equal Pay Act complaints may be processed administratively under Part 1614. In the alternative, a complainant with an EPA claim may go directly to a court of competent jurisdiction.

3

limitations (2 years, or 3 years if a willful violation is alleged) for filing a civil action, even if you file an administrative complaint.

6. The RIGHT to request a hearing before an EEOC Administrative Judge, (except in a mixed-case complaint), after 180 calendar days from the filing of a formal complaint, or after completion of the investigation, whichever comes first.

7. The RIGHT to an immediate final decision by the agency after an investigation in accordance with 29 CFR §1614.108(f).

8. The RIGHT to go to U.S. District Court 180 days after filing a formal complaint or 180 days after filing an appeal.

9. Under certain circumstances, you have the RIGHT to file a class complaint. These circumstances are explained in EEOC's regulations at 29 CFR §1614.204. If you want to file a class complaint, you must tell the EEO Counselor during counseling so that you receive the proper instructions.

   A class complaint is filed on behalf of a class by the Agent-of-the-Class who claims that: (a) The class is so numerous that a consolidated complaint of the members of the class is impractical; (b) There are questions of fact common to the class; (c) The claims of the Agent-of-the-Class are typical of the claims of the members of class; and, (d) The Agent-of-the-Class will fairly and adequately protect the interests of the class.

# NOTICE OF RIGHTS OF ELECTION

## AGE DISCRIMINATION IN EMPLOYMENT ACT (ADEA) Complaints

If you are alleging that you were discriminated against pursuant to the ADEA, you have the RIGHT to make an election from the following two options:

Option 1: You may pursue your age complaint through the federal EEO complaint procedures; or,

Option 2: You may bypass the administrative complaint process and file a civil action directly in an appropriate U.S. District Court. If you elect to file a civil action, you must take the following actions:

    a. You must provide the EEOC with 30 days written notice of your intent to file such a civil action. The notice must be filed with EEOC, Office of Federal Operations, Federal Sector Programs, P.O. Box 19848, Washington, D.C. 20036;

    b. Your notice of intent to sue must be filed with the EEOC within 180 days of the occurrence of the alleged unlawful practice of age discrimination, and must contain the following information:

        1. A statement of your intent to file a civil action under §15(d) of the Age Discrimination in Employment Act of 1967, as amended;

        2. Your name, address and telephone number;

        3. Your representative's (if any) name, address and telephone number;

        4. The name and location of the Federal agency where the alleged discrimination occurred;

        5. The date on which the alleged discrimination occurred;

        6. A statement of the nature of the alleged discriminatory action(s); and,

...

      7.    The notice must be signed by either you or your representative.

  c.    You must name the Attorney General as the defendant in the civil action.

## NEGOTIATED GRIEVANCE PROCEDURES

If you are covered by a collective bargaining agreement that permits you to raise allegations of discrimination under a negotiated grievance procedure, you have the RIGHT to elect the way you want your allegation handled. Under 29 CFR §1614.103 <u>et seq.</u>, you may elect one of the following two options:

Option 1:    File a grievance under the negotiated grievance procedure; or,

Option 2:    File a complaint in the EEO complaints system; but **not both.**

An election to proceed in the EEO complaint system is made when you file a written, formal complaint. Your involvement in the counseling process is not considered an election under the 1614 procedure. Once you file a formal complaint, you cannot thereafter file a grievance on the same matter.

On the other hand, when you file a timely written grievance under a negotiated grievance procedure, that constitutes your decision to use that forum, and you cannot then file an EEO complaint on the same matter, whether or not you mentioned discrimination in your grievance.

If you file an EEO complaint <u>after</u> you file a grievance on the same matter, your EEO complaint will be dismissed, and you will be told to raise the matter of discrimination in your grievance. You will then have the right to appeal the final decision on the grievance to the EEOC.

## MIXED-CASE COMPLAINTS/MIXED-CASE APPEALS

If the matter you are complaining about is related to or stems from an action that is appealable to the MSPB, your complaint is considered a Mixed-Case, and you have the RIGHT to elect the forum in which your allegation of discrimination will be processed.

Option 1:   You may elect to file a mixed-case complaint using the EEO procedures in 29 CFR §1614.302 et seq., or,

Option 2:   You may elect to file a mixed-case appeal with the MSPB under 5 CFR §1201.151; but **not both**.

Whichever forum you file first in shall be considered your election to proceed in that forum. If you elect to file a mixed-case complaint, you are not entitled to a hearing before an EEOC or MSPB administrative judge.

If you file first with the MSPB, and the MSPB dismisses your appeal for lack of jurisdiction, you may then contact an EEO Counselor and file an EEO complaint. The date of your MSPB appeal will be counted as your contact date for the EEO complaint. 29 CFR §1614.302. If you elect to file a mixed-case appeal, you may be entitled to a hearing before an MSPB administrative judge. 29 CFR §1614.302(d)(2).

## YOUR RESPONSIBILITIES & DUTIES IN THE COMPLAINT PROCESS:

1. If you designate a representative, you are RESPONSIBLE for notifying the EEO Division of that person's name, address, and telephone number. You may use the enclosed Designation of Representative form to do so.

2. You have the DUTY to keep the agency informed of your current mailing address and to serve copies of appeal papers on the agency. If you change your name and/or your address or file an appeal with the EEOC or the MSPB, you must immediately notify the EEO Division, and/or serve a copy of your appeal at the following address:

   United States Marshals Service
   EEO Division
   Washington, D.C. 20530-1000.
   Fax (202) 307-8765

   If you file an appeal, you must also notify appropriate officials at the EEOC or the MSPB (if applicable) of your change of address. The correct addresses of these agencies will be provided to you, by letter, during the processing of your complaint.

3. You are RESPONSIBLE for serving copies of appeal papers on the EEO Division at the same time you mail them to the EEOC or the MSPB.

4. You have a DUTY to mitigate damages, e.g., interim earnings or amounts that could be earned by you with reasonable diligence generally must be deducted from an award of back pay.

5. Time Frames. You are RESPONSIBLE for adhering to administrative and court time frames. The time frames are listed in an attachment to this Notice.

**Attorney's Fees** - If DOJ or EEOC awards attorney's fees or costs, the complainant's attorney shall submit a verified statement of costs and attorney's fees (including expert witness fees), as appropriate, to the Department within **30 days** of receipt of the decision unless a request for reconsideration is filed.

Attachments:
Designation of Representative form
Time Frames for Federal EEO Complaint Process
Alternative Dispute Resolution Handbook

# DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE
### Designation of Representative for EEO Complaint

I, _____, hereby designate
(Name of Complainant)

_____ to act as my representative in matters
(Name of Representative)

pertaining to my complaint of discrimination which was initiated/filed with the United States

Marshals Service on _____. The complete mailing address
(insert date)

and telephone number of my representative is: _____
_____
_____
_____

    I understand that the authority and responsibility granted to the above-named person by virtue of this designation may be terminated by me at any time. Should this occur, I shall notify, in writing:

        EEO Office
        U.S. Marshals Service
        Washington, D.C. 20530-1000.
        Fax (202) 307-8765

    I understand that the person named above may act for me in all matters pertaining to the discrimination complaint and will be sent copies of all correspondence on my complaint. I further understand that if I withdraw my complaint or reach a settlement with the U.S. Marshals Service, I _must_ personally sign the withdrawal or settlement agreement.

    If my representative is an attorney, unless I state otherwise (in writing), all official correspondence shall be served upon my attorney representative with copies to myself as provided by 29 CFR 1614.605(d), and all time frames for receipt of materials by me, as a complainant, shall be computed from the time of receipt by my attorney.

_____
(Signature of Complainant)

_____
(Date)

# Time Frames for Processing an Individual EEO Complaint

| Processing Step | Time Frames (29 CFR §§1614.105 thru 1614.110) |
|---|---|
| Initiate Counseling 45 days | The regulation requires a complainant to make contact with an EEO Official **within 45 calendar days** of the alleged discriminatory action or event. To access the federal EEO complaint system, employees and applicants are required to participate in pre-complaint counseling. §1614.105(a)(1) |
| Informal Counseling 30 to 90 days | The informal counseling stage generally lasts for **30 days**, but may be **extended an additional 60 days** to facilitate early resolution. If the parties agree to participate in the agency's ADR (Alternative Dispute Resolution) program, the counseling period is **automatically extended to 90 days**. Informal counseling is concluded when a resolution is reached or the EEO Counselor issues a Notice of Right to File A Formal Complaint. §1614.105(d)(e)(f) |
| Formal Complaint 15 days | After Informal Counseling is completed, a complainant has **15 calendar days** from the date of receipt of the Notice of Right to File a Discrimination Complaint to file the complaint with the US Marshals Service, EEO Office. §1614.106(b) |
| Complaint Accepted or Dismissed | Once a formal complaint is filed, it is reviewed for acceptability. If it is accepted, it moves on for investigation. If the complaint, or any portion of a complaint, is dismissed, it moves forward to the Agency Final Action step outlined below. |
| Investigation 180 to 360 days | If a complaint is accepted, the agency has **180 days** to complete the EEO investigation. The time may be extended an additional **90 days**. Upon completion, the agency issues the Report of Investigation (ROI) with a Notice of Election for an EEOC hearing or a decision by the Department of Justice. §1614.108(e). Complainant may amend the complaint at any time up to the completion of the investigation. In this circumstance, the agency must complete the investigation the earlier of **180 days after the last amendment or 360 days after the original filing date**. |
| ROI Issuance & Election Notice 30 days | Upon receipt of the ROI and Election Notice, complainant has **30 calendar days** to request an EEOC Hearing or an Agency decision. §1614.108(f) In the absence of the Notice being issued in the required 180 days, the complainant may file a request for a Hearing directly with the EEOC. §1614.108(g) |
| EEOC Hearing/AJ's Findings & Conclusions 180 days | If a hearing is requested, the EEOC Administrative Judge has **180 days** from receipt of the file to conduct the hearing and issue findings and conclusions. §1614.109 |
| Agency Final Actions 40 or 60 days | After receipt of the EEOC AJ's findings and conclusions, the agency issues its final order **within 40 days**. If a final decision without a hearing is requested, the agency shall render its final decision **within 60 calendar days** of receipt of the request. §1614.110 |
| Appeals to EEOC 30 days | If complainant disagrees with the Final Agency Action, he/she may appeal the final decision/action to the EEOC **within 30 days** of receipt of the final action. If the agency determines not to implement the AJ's findings and conclusions, it will issue the final action and simultaneously file an appeal **within 40 days**. |
| Civil Actions 90 days | Complainant may file a Civil Action in an appropriate U.S. District Court, **within 90 days** after receipt of a Final Agency Action or EEOC Appellate Decision. Complainant may also file a civil action 180 days after filing the formal complaint or an EEOC appeal if no decision has been rendered. |

# Time Frames for Processing a Mixed-Case Complaint

| | |
|---|---|
| Definition | A "mixed-case" complaint is a complaint of employment discrimination filed with a Federal agency based on race, color, religion, sex, national origin, age, disability, or reprisal that is related to or stems from an action that may be appealed to the Merit Systems Protection Board (MSPB). There is no right to an EEOC Hearing for a "mixed-case" complaint. |
| Procedures | For a complaint to be a "mixed-case" complaint, two criteria must be met: (1) that the employee has standing to file an MSPB appeal; and, (2) the agency action that forms the issue of the complaint is appealable to the MSPB. |

| Processing Step | Time Frames (29 CFR §1614.302) |
|---|---|
| Initiate Counseling<br>45 days | The regulation requires a complainant to make contact with an EEO Official within 45 calendar days of the alleged discriminatory action or event. To access the federal EEO complaint system, employees and applicants are required to participate in pre-complaint counseling. §1614.105(a)(1) |
| Informal Counseling<br>30 to 90 days | The informal counseling stage generally lasts for 30 days but may be extended an additional 60 days to facilitate early resolution. Participation in the agency's ADR (Alternative Dispute Resolution) program is generally not an option on disciplinary actions appealable to the MSPB; however, performance based actions may be reviewed on a case by case basis. If ADR is requested, the time limit to file a MSPB Appela will not be waived. If a complainant elects to pursue an MSPB Mixed-Case Appeal, he/she must do so within the 30 day deadline. §1614.105(d)(e)(f) |
| Formal Complaint<br>15 days | After Informal Counseling is completed, a complainant has 15 calendar days from the date of receipt of the Notice of Right to File a Discrimination Complaint to file the complaint with the US Marshals Service, EEO Office. §1614.106(b) |
| Complaint Accepted or Dismissed | Once a formal complaint is filed, it is reviewed for acceptability. If it is accepted, it moves on for investigation. If the complaint, or any portion of a complaint, is dismissed, it moves forward to the Agency Final Action step outlined below. |
| Investigation and Final Agency Decision<br>120 days | When a "mixed-case" complaint is accepted, the agency has a total of 120 days to complete the EEO investigation <u>and</u> issue a final decision without a hearing. §1614.302 (d)(2). |
| File MSPB Appeal<br>30 or 120 days | Within 30 days of receipt of the final agency decision, complainant may file his/her appeal on the decision with the MSPB. 5 CFR §1201.154(a)<br>If the final agency decision is not issued in 120 days, complainant may file an MSPB appeal anytime after the 120 days has elapsed. |
| Petition to EEOC to Consider MSPB's Decision<br>30 days | Within 30 days of receipt of the MSPB's decision, complainant may file a petition with the EEOC Office of Federal Operations to consider the decision.<br>29 CFR §1614.302(d)(3). |
| Civil Actions<br>30, 120, or 180 days | Complainant may file a Civil Action in an appropriate U.S. District Court:<br>- **within 30 days** after receipt of a Final Agency Action, MSPB Decision, or EEOC decision on a Petition. §1614.310(a)(b)(c)(d)(e);<br>- after 120 days, if there is no final decision by the Agency. §1614.310(g);<br>- after 120 days from filing an appeal with the MSPB, and the MSPB has not made a decision. §1614.310(h);<br>- after 180 days from filing a Petition with the EEOC, and the EEOC has not rendered a decision. §1614.310(i). |

# READ CAREFULLY

- This form should be used only if you, as an applicant for Federal Employment or as a Federal Employee, think you have been discriminated against because of race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), sexual orientation, parental status or reprisal by a FEDERAL agency, and have presented the matter for informal resolution to an Equal Employment Opportunity (EEO) Counselor within 45 calendar days of the date the incident occurred or, if a personnel action, within 45 calendar days of its effective date.

- Your complaint must be filed within 15 calendar days of the date of your receipt of the Notice of Final Interview with the EEO Counselor. If the matter has not been resolved to your satisfaction within 30 calendar days of the date you contacted the EEO office and the final counseling interview has not been completed within that time, you have the right to file a complaint at any time thereafter up to 15 calendar days after your receipt of the Notice of Final Interview. These time limits will only be extended under limited circumstances.

- The EEO Counselor or the EEO Officer will assist you in preparing your complaint, upon request.

- Your written complaint should be filed by you with the EEO Officer for the Bureau where the alleged discrimination occurred.

- You may have a representative at all stages of the processing of your complaint.

- You will have an opportunity to talk with an impartial investigator and present all facts which you believe support your complaint of discrimination.

- After the investigation of your complaint has been completed, you will be furnished a copy of the investigative file. You will then be given an opportunity to request a final agency decision by the Department of Justice's Complaint Adjudication Officer (CAO) or a hearing before the Equal Employment Opportunity Commission (EEOC), which will be conducted by an Administrative Judge of the EEOC. At the hearing, which will be held at a convenient time and place, you may present witnesses and other evidence in your behalf.

- If your complaint is based upon sexual orientation or parental status, your investigative file will be reviewed by the Department of Justice's CAO and a final decision will be rendered with no entitlement for further administrative review.

- If a hearing is held on your complaint and a decision is rendered, the CAO will take final action on your complaint by issuing a final order. The final order will notify you whether or not the agency will fully implement the Administrative Judge's decision and it will explain your appeal rights. If you elect to have an immediate final agency decision without having a hearing, the CAO will take final action on your complaint by issuing a final agency decision which consists of findings on the merits of each issue in the complaint. The final agency decision will also include an explanation of your appeal rights.

- If you are not satisfied with the final order or final agency decision, you have the right to file a written appeal with the EEOC, Washington, DC, within 30 calendar days after your receipt of the final order or final agency decision. A copy of your appeal must be provided to the agency at the same time it is filed with the EEOC.

- If your complaint is based upon race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental) or reprisal, you also have the right to file a civil action in the appropriate Federal District Court:

    (a) Within 90 days of receipt of the final action on an individual or class complaint if no appeal has been filed;

    (b) After 180 days of filing an individual or class complaint if an appeal has not been filed and final action has been taken;

    (c) Within 90 days of receipt of the Commission's final decision on an appeal; or

    (d) After 180 days from the date of filing an appeal with the Commission if there has been no final decision by the Commission.

NOTE: Special statutory provisions (PL 93-259) relating to the right to file a civil action apply to age discrimination complaints. Please consult with your EEO Officer for assistance.

# DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE

### Designation of Representative for EEO Complaint

CASE NUMBER   03-0023

---

I_____, hereby designate
      (Name of Complainant)

_____to act as my representative in
      (Name of Representative)

matters pertaining to my complaint of discrimination which was initiated/filed with the United States Marshals Service on_____.
      (insert date)

The complete mailing address and telephone number of my representative is:

_____

_____

_____

      I understand that the authority and responsibility granted to the above-named person by virtue of this designation may be terminated by me at any time.   Should this occur, I shall notify, in writing (or facsimile, 202/307-8765):

**U.S. Marshals Service/EEO Division**
**Washington, DC 20530-1000**

      I understand that the person named above may act for me in all matters pertaining to the discrimination complaint and will be sent copies of all correspondence on my complaint. I further understand that if I withdraw my complaint or reach a settlement with the U.S Marshals Service, I must personally sign the withdrawal or settlement agreement.

      If my representative is an attorney, unless I state otherwise (in writing), all official correspondence shall be served upon my attorney representative with copies to myself as provided by 29 CFR 1614.605(d), and all time frames for receipt of materials by me, as a complainant, shall be computed from the time of receipt by my attorney.

_____
(Signature of Complainant)

_____
(Date)