UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA A. DECAIRE,

        Plaintiff

        vs.                           C.A. No. 04-10593WGY

JOHN D. ASHCROFT, in his official position as
Attorney General of the United States.

        Defendant

## AFFIDAVIT OF JEFFREY L. BOHN IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, Jeffrey L. Bohn, declare:

1. I am employed as a Supervisory Deputy United States Marshal, Criminal Investigator, 1811 grade 13 with the United States Marshals Service and I have been married to Deputy United States Marshal Cynthia A. DeCaire, the Plaintiff in this action, since October 2003.

2. In or about August 2002, after Anthony Dichio was appointed the United States Marshal for the District of Massachusetts, he had a one-on-one interview with me. In this one-on-one interview, Marshal Dichio insisted during my interview that he felt that Deputy Marshal DeCaire should move to the Worcester office so that she could be closer to her daughter.

3. In early January, 2003, I had a conversation with Marshal Dichio about certain issues concerning the Worcester office and the HIDTA Task Force. Through that conversation I learned that Marshal Dichio blamed Deputy Marshal DeCaire for

discontent in the office concerning his assignment of Deputy Marshal Mark Lewis to the HIDTA Task Force.

Signed under the penalties of perjury this 16th day of April, 2005, in Westboro, Massachusetts.

                                                                                      /s/ Jeffrey Bohn
                                                                                      Jeffrey Bohn