# AFFIDAVIT

STATE: MASSACHUSETTS            DATE: June 2003
PLACE: BOSTON

## PRIVACY ACT INFORMATION

The Privacy Act of 1974 (PL 93-579) requires Federal Agencies to give individuals who are asked to furnish personal information about themselves, the following facts.
AUTHORITY: The Equal Employment Opportunity Commissions' Federal Sector Equal Employment Opportunity Rules and Regulations authorizes Investigators to administer oaths, and take written statements under the penalty of perjury: 29 CFR 1614.108.
PRINCIPAL PURPOSES: Affidavits are used to provide necessary information for the resolution and/or adjudication of discrimination complaints by federal employees or applicants for employment.
ROUTINE USES: This affidavit will be used by the Justice Department and possibly other federal agencies and/or the Federal Judiciary. It may also be used to execute statutory requirements of the Freedom of Information Act.
VOLUNTARY DISCLOSURE: The personal information you provide is entirely voluntary, therefore you may decline without penalty to provide the information being requested.

## NO CONFIDENTIALITY

I understand that the statement I am giving is not to be confidential and that it may be shown to the interested parties.

My name is Susan J. Williams. I am employed by the U.S. Department of Justice, United States Marshals Service, and I am assigned to the District of Massachusetts, Worcester office, Worcester, MA. My job title and position grade is Deputy United States Marshal (DUSM), GS-1811-12, and my immediate supervisor's name is Thomas W. Bezanson, Supervisory Deputy United States Marshal (SDUSM). My race, national origin, and sex is Caucasian American female.

Note: The issues accepted for investigation are: Whether the Complainant (Cynthia A. DeCaire) was subjected to sex (Female), and parental status (single parent) discrimination when on January 21, 2003, she was told that she had to rotate from the Worcester sub-office to the Boston office on a weekly basis due to the lack of manpower. However, the two male deputies assigned to the Worcester sub-office did not have to rotate to Boston. (2) Whether the Complainant (Cynthia A. DeCaire) was subjected to sex (Female),

Page _1_ of _8_ Pages                                    Affiant's Initials: SJW


EXHIBIT 16

## AFFIDAVIT

parental status (single parent) and reprisal discrimination (prior EEO activity) when on February 3, 2003, she was notified that she was being permanently transferred to the Boston office.

Note: I have not been privy to anyone's affidavit. I am responding to the questions posed by the EEO Investigator.

Question-1: Ms. DeCaire alleges that on January 21, 2003, you and she were told that you had to rotate from the Worcester sub-office to the Boston office on a weekly basis due to the lack of manpower. Who told you that you had to rotate? Explain why you should not have been instructed to rotate to Boston? What did your supervisor tell you with regards to why you were selected to rotate? Had you rotated to Boston before? If so, when and under what circumstances?

Answer: Our supervisor Thomas Bezanson informed us (DUSM Wahl, Decaire & myself) of the rotation. We were informed that only she and I would be rotating to Boston and not Wahl. I asked why, and the response Bezanson gave was it was a management decision. I was visibly upset about this rotation, and Bezanson called me back into his office after DeCaire & Wahl went to court. I asked how did management expect to a single mother (myself) to take care of my children and still commute back and forth to Boston. I also questioned him that since this would be an incredible hardship on me and my family, to whom do I call in for sick leave. He stated that if we call in, we have to make up that day in Boston, which does not substantiate his reasoning behind the manpower issue in the

Page 2 of 8 Pages                                         Affiant's Initials: SW

# AFFIDAVIT

Boston office. He further replied that there was one incidence in which he angered management, like myself, and was transferred to another office while he was stationed in Florida. He stated after management "cooled off", he was permitted to return to his original district. He said it was best for me not to do or say anything, but just go to Boston and sit at a desk and go to court. I again asked why Wahl was part of this rotation, since Wahl had resided at his present location and commuted to Boston for approximately 1-2 years prior to the Worcester transfer. Additionally, he has a wife, whereas myself and DeCaire are single parents. In response to your question, if I had rotated to Boston before, yes I have. In the past (prior to the last change of administration), all DUSMs in the office would help out the Boston office if they required assistance. The were not any exclusionary individuals from that duty.

Question-2: Were you permanently assigned to the Worcester office as of January 21, 2003? If so, when were you assigned?

Answer: Yes, I was permanently assigned in mid to late February 1996.

Question-3: Prior to your transfer to Worcester, where was your duty station? How long were you assigned to that office?

Answer: As of November 1993, I was assigned to the Boston Office. Prior to that I was assigned to the D/RI for three years.

Question-4: What is your parental status, i.e., single parent, divorced or separated, living

Page __3__ of __8__ Pages                                        Affiant's Initials: [signature]

# AFFIDAVIT

alone, etc? Do you believe your parental status or sex were factors in your office assignment or being instructed to rotate to Boston? Explain why or why not.

Answer: I am a single parent not living with any other adults. I believe my rotational assignment to Boston was due to the fact that I requested to attend a Women's Law Enforcement Conference, was denied and re-requested a review of the denial. I further believe, after myself and Decaire spoke to our supervisor Bezanson after a Christmas party and complaining about a State Trooper in the office he and management did not like "our attitudes" in the office. It was shortly after that only myself and Decaire were required to rotate to Boston, excluding the other DUSMs in the office. I do not know what the factors were in the transfer status, sex, parental status, etc. Clearly it shows of the four DUSMs available to rotate, the two that were mandated were the two female single parents.

Question-5: What deputies were not selected for the weekly rotational assignment to Boston? Give their name, sex, and parental status? Why should they have been selected for the assignment instead of you?

Answer: DUSM Mark Lewis, male, married no children...working warrants.

DUSM Wahl, male, married one child, wife at home by 3:00. I do not believe Wahl should have gone **instead** of myself or Decaire, he should have been included in the rotation. If there was a manpower issue, than all DUSMs should have rotated to Boston. He was unfairly *excluded* from the rotation.

Page __4__ of __8__ Pages                                                Affiant's Initials:

# AFFIDAVIT

Question-6: Were each of these deputies under SDUSM Bezanson's supervision? Were each assigned to Worcester Court Operations?

Answer: It is uncertain and very vague as to who supervises the warrant DUSM, Lewis. Wahl, DeCaire and myself were all supervised by Bezanson.

Question-7: What USMS policy mandates the consideration of gender and parental status when deputies are assigned duties or duty stations?

Answer: I believe there is a policy that mandates the fair and equitable treatment of all individuals regardless of their status. It was apparent that USM Dichio was very concerned about parental status. This was clearly demonstrated at our first meeting, when he bluntly and inappropriately asked if I received child support from my exhusband.

Question-8: Did Ms. DeCaire express to you her desire to be assigned to either Worcester or Boston? If so, when and what was the context of the conversation?

Answer: Decaire was content and respected in her position as team leader in the investigations unit. She informed me of the conversations between her and Dichio, when he asked her if she wanted to transfer to Worcester. She informed me she replied to Dichio that she wanted to transfer to the investigations unit position that was due to be vacant in the near future.

Question-9: Ms. DeCaire alleges that on February 3, 2003, she was notified that she was being permanently transferred to the Boston office. What reason were you told that she

Page 5 of 8 Pages                                    Affiant's Initials:

# AFFIDAVIT

was being permanently transferred instead of yourself? Who told you and when?

Answer: I was never told of a reason from my supervisor, management, nor anyone else why Decaire was being transferred to Boston. I was informed from rumor the week before Decaire was notified that she was being transferred. According to your question, it implies the transfer was between Decaire and myself. I have no knowledge of that decision or why it was just she and I on the "short list".

Question-10:    Between January 21, 2003 and February 3, 2003, did you work the Boston rotational assignment? If so, what days did you work in Boston? If not, why not?

Answer: Yes, I worked the rotational assignment on all required days I was assigned. I did need to take family sick leave due to the hardship. To the best of my recollection, I believe I requested (in advance) and was approved 12 hours of leave. I informed Bezanson, SDUSM Doherty (Boston Court Operations) and USM Dicchio of the hardship and the need for the requested leave. If specific dates are required, you can contact Bezanson or the secretary for that information. All my time & attendance reports are at my office, unavailable to me.

Question-11:    Between January 21, 2003 and February 3, 2003, did Ms. DeCaire work the Boston rotational assignment? If so, what days did she work in Boston? If not, why not?

Answer: I did not, nor do I keep track of DUSm DeCaire's work schedule. I do know she

# AFFIDAVIT

did call in sick the day after her daughter's surgery. This was her first scheduled day to go into the Boston office. (She was notified the day before at 4:00 pm)

Question-12: I was told by Mr. Bezanson that after he told you and Ms. DeCaire that you were to report to Boston starting the next day, you raised the question: what if you called out sick. Did you raise this question? If so, why? It is noted that the following day, Ms. DeCaire called in sick. Were you aware that Ms. DeCaire was going to call in sick? If so, how did you know?

Answer: I was not aware DUSM Decaire was going to call in sick. As stated in question one's answer I did raise that question of where do I call in sick to (if necessary) due to the hardship this would place on myself by adding a minimum of 3 hours per day travel time. It should be noted though that I never called in sick. All leave was pre-approved.

Question-13: Is there anything else that you would like to add to this statement?

Answer: On my first scheduled day in Boston (Friday), I informed ACDUSM Durette that myself and DeCaire were filing a grievance and an EEO complaint due to the treatment from USM Dicchio and Bezanson. Durette informed Dicchio of the pending complaint that morning. Later that day Dicchio called me into his office with DUSM Taylor present to informed me that he approved my second request to attend training. He further stated he did not know how long the rotation between DeCaire and myself would continue but as soon as manpower increases things will go back to normal. He stated there were three

Page 7 of 8 Pages                                   Affiant's Initials: ___

## AFFIDAVIT

082 DUSMs in the academy and were graduating soon, which would alleviate a major manpower problem.

I have read the above statement, consisting of __8__ pages, and swear or affirm that it is true and complete to the best of my knowledge, information and belief.

_____
Susan J. Williams, Affiant

Sworn to or affirmed before me
on this _23rd_ day of June, 2003


_____
NOTARY

PAUL R. LANDRY
Notary Public
My Commission Expires January 3, 2008

Page __8__ of __8__ Pages                                            Affiant's Initials: SJW