1

1 - 71

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DeCAIRE, | ) |
| | ) |
| Plaintiff, | ) |
| -v- | ) CIVIL ACTION NO. |
| | ) 10593-WGY |
| JOHN D. ASHCROFT, in his personal) | |
| capacity as Attorney General of | ) |
| the United States of America, | ) |
| | ) |
| Defendant. | ) |

THE ORAL DEPOSITION OF CYNTHIA DeCAIRE, held

pursuant to Notice, and the applicable provisions of the

Federal Rules of Civil Procedure, before Carol Summers, a

Court Reporter and Notary Public, within and for the

Commonwealth of Massachusetts, at the offices of the

United States Attorney, 1 Courthouse Way, Suite 9200,

Boston, Massachusetts, on Wednesday, March 16, 2005,

commencing at 9:43 a.m.

ORIGINAL

6

1    Q    And when you came on board with the marshal

2  service, where were you first assigned?

3    A    To Boston, Massachusetts.

4    Q    Is Boston a main office with sub-offices?

5    A    Correct.

6    Q    And during your assignment in June of 1991, were

7  you assigned to Boston or to one of the sub-offices?

8    A    To Boston, the Boston office.

9    Q    And at that time, in June 1991, what were your

10 duties and responsibilities, please?

11   A    I was assigned to court operations when I first

12 came on, and I did prisoner transportation and I served

13 process.  I did not work investigations right away when I

14 first came on the job.

15   Q    Subsequent to June 1991, did you work in an office

16 outside of Boston or in another district?

17   A    No.

18   Q    So you've always been assigned to Boston,

19 specifically, and not to a sub-office?

20   A    There was a time when I was an acting supervisor

21 in the Worcester office.

22   Q    And when was that?

23   A    And that was in June to October, I believe, of

24 2001.

25   Q    How did that assignment come about?

APEX Reporting
(617) 426-3077

24

1    particular -

2         A    No.  They only have one supervisor in the District

3    of New Hampshire.

4         Q    And did you interview for that position?

5         A    No I did not.

6         Q    And after that position, did you apply for other

7    supervisory?

8         A    I applied for the electronic surveillance unit

9    which is not a supervisor, but it's a promotional --

10        Q    Okay.

11        A    -- a promotional position.

12        Q    When was that?

13        A    I believe, maybe the end of 2-  I'm sorry, maybe

14   the end of 2002, towards the beginning of 2003.

15        Q    And what was the result of that application?

16        A    I had made the top five and that was it.  They

17   didn't have an interview process at that time and I was not

18   selected for that.

19        Q    And was that in the District of Massachusetts?

20        A    Correct.

21        Q    Who was selected for that position?

22        A    Tony Visalli.

23        Q    And after the electronics supervisor position?

24        MS. TALWANI:  I think it was electronic

25   surveillance supervisor.

32

1    here and the positions that there were in the Worcester

2    office.

3        Q    Specifically, what did you tell him about the

4    Worcester office?  How it came to be?

5        A    I had told him that the Worcester office opened up

6    -- I probably gave him an approximation because I don't

7    remember to this day exactly when it did open, I think it

8    was maybe 1993, 1994, somewhere around there where the

9    Worcester office actually opened.

10            And that Dave Taylor was sent out there because

11   it, you know, there wasn't an active court yet, they were

12   still in the progress of -  process, excuse me, of getting

13   it up and running.

14            And then Kevin Wahl was assigned out there shortly

15   thereafter to help Dave.  And then they asked if anybody was

16   interested in going out to the Worcester office.  And I did

17   express my interest that I would be interested in going to

18   the Worcester office.  And  -

19       Q    When was that?

20       A    That was in 1994, 1995.  And Sue Williams was

21   selected to go at the time, they told me it was based on

22   seniority.  So she went.  And then -- excuse me, then I

23   believe Leo Rosetti was assigned there sometime in 2000

24   maybe.  And I believe that that was for punishment that he

25   was assigned there.

33

1    Q    What leads you to believe that?

2    A    General talk around the office.  Everybody knew of

3  the incident that occurred that caused him to be assigned

4  there.  I have no evidence of it, but that was just what

5  everybody had said it was -  he was there to be separated

6  from another deputy.

7         And then Steve McKierney was sent out there,

8  again, I believed it was for a punishment based on incidents

9  that had happened in the office at the time.  And I did not

10  have  - he asked me what the incidents were and I didn't

11  really know.  I knew that it was conversations that were

12  heard or not heard, incidents that had happened that I

13  wasn't involved in.  I didn't really have much knowledge of.

14         And that's what I explained to him was the

15  breakdown of the Worcester office as far as, you know, who

16  was assigned there at what points in time.

17         And -- I forgot what your question was?

18    Q    Well, you've answered it.

19    A    Okay.

20    Q    In your experience, what is it about the Worcester

21  office that would constitute punishment to be assigned

22  there?

23    A    I think it was a distance for them to travel.  I

24  think that was probably the number one factor was the

25  distance.  And my personal opinion?

34

1      Q    Yes.

2      A    It's boring.  I think it was more the commute that

3   they would have endure that it would be considered

4   punishment.

5      Q    How did the first conversation with the marshal

6   end?  Did he give any indication of what he was going to do

7   or any changes he was going to make?

8      A    Yeah, he really truly believed that I should be in

9   the Worcester office and that's pretty much where it ended.

10  I attempted to explain to him the difference in my position

11  and the positions that are out there.

12     Q    And the position you were in at the time was what?

13     A    I was the team leader of the investigative unit.

14     Q    And what was the second conversation that you

15  mentioned?

16     A    The second conversation -- he had called me into

17  his office after he had assigned Mark Lewis to the HIDTA

18  task force in the Worcester office.  And he was upset that I

19  was upset and that other people in the office were upset.

20  And he kind of accused me of upsetting the office.  And I

21  tried to explain to him that it had nothing to do with me,

22  the reason why everybody was upset, whether I was interested

23  in that position or not, people were going to be upset over

24  his selection.

25         And he told me that he still intended on putting

35

1    me in Worcester and that I was going to be assigned to court

2    operations.  And I told him that I did not want to go, I

3    wished to just be left alone, to stay where I was, I did not

4    want to go.  He told me I would make him look like a fool if

5    I didn't go.  He needed somebody to go out there because he

6    wanted to bring Steve McKierney back here.

7              And he said to me that if I remained here he could

8    not guarantee me that I would remain in the position that

9    I'm in.  And he said, so you might as well just go to court

10   in Worcester, or you're going to end up in court in Boston

11   anyway.  And I said, fine.

12        Q    How did you interpret his statement that he would

13   look like a fool if you weren't assigned to Worcester?

14        A    I interpreted it that he thought that he looked

15   like a fool already and he did.  And I think he  -

16        Q    Based on?

17        A    Based on the decision that he made to send Mark

18   Lewis to the investigative position.  There was kind of an

19   uproar in the office about it.

20        Q    Did you have occasion to discuss the marshal's

21   comments to you during either of these conversations with

22   anyone else on the management staff?

23        A    In management?

24        Q    Yes.

25        A    I - yeah.  I discussed -  I know right after I

36

1  left his office, the second conversation, I went into my

2  supervisor's office, Tony Visalli, and Jeff Bohn was in

3  there, and discussed with the two of them what the marshal

4  had just told me.

5          Q    What about the first conversation?

6          A    In management, right after it happened -- yes I

7  did.  Not -  I'm sorry, not -  maybe a few days after I

8  talked to him, I talked to Paul Durette about it.

9          Q    And what was the substance of that conversation?

10         A    Paul had called me into his office after he

11 learned that the marshal had intended to send me to

12 Worcester.  And Paul questioned me why I had never come to

13 him with this issue and I told him that I did not  -

14         Q    What issue was that?

15         A    -- going to Worcester.  How come I didn't ask him

16 if I wanted to go to the Worcester office.

17              And I explained to Paul that I did not ask the

18 marshal to go to the Worcester office.  That he insisted

19 that I go there.  And I said to Paul, can you bring the

20 marshal in here right now so we can discuss this?  I kind of

21 felt like Paul didn't believe me when we were talking.  And

22 I said to him, let's, you know, please if you don't believe,

23 call the marshal in here right now.  I did not ask for this.

24              Paul was a little upset that I did not go through

25 my chain of command at the time.  And I explained to him,

APEX Reporting
(617) 426-3077

37

1   again, that I did not ask for this, this is something that

2   Marshal Dichio approached me with.  And I explained to him

3   the nature of our conversation -  the one-on-one

4   conversation that we had and what we talked about.

5        Q    Did you ever approach the chief deputy about

6   either conversation?

7        A    Yes, I believe I did.  I don't -  he may have

8   approached me.  I don't think I sought him out.

9        Q    And that would have been Chief Dimmitt?

10       A    No, that would have been Tim Bane, Chief Bane.

11       Q    Chief Bane?  And this was the first conversation?

12       A    I don't know if I discussed the first conversation

13  with Chief Bane.  I know I talked to Assistant Chief Durette

14  about it, but not Chief Bane.

15       Q    What did you discuss with Chief Bane then about

16  the second conversation?

17       A    I think it was the -  may have been the intent to

18  send me out there.  It might have been that I talked to

19  Chief Bane in-between the first conversation.  I really

20  can't recall.  I know that I had conversations with him

21  about the marshal's intent, or it might have been after the

22  second conversation, I'm not really sure.

23       Q    Did you ever express to Chief Bane your feeling

24  that you were being discriminated against?

25       A    Yes.  And that wasn't to mainly do with the