AFFIDAVIT OF JOSEPH CUMMINGS

1. My name is Joseph Cummings. I am a Detective with the Brockton Police Department. I served on the HIDTA Task Force for two years, ending in Spring of 2003.

2. During the week of February 24, 2003, I had a conversation with United States Marshal Anthony Dichio in the basement of the Federal Court House in Boston. During this conversation, Marshal Dichio asked me how Supervisory Deputy United States Marshal Jeffrey Bohn was doing as supervisor of the HIDTA Task Force. He then went on to speak about Deputy United States Marshal Cynthia DeCaire and her complaint filed with the EEOC. During the conversation, Marshal Dichio said to me that Cynthia is vicious, that she would get what is coming to her, that he would get her, and that as long as he was here she was going nowhere.

I have read the above statement, consisting of 1 page, and swear or affirm that it is true and complete.

Joseph Cummings

Sworn to or affirmed before me on this 27 day of June, 2003.

Andrea Cummings
Notary Public
My commission expires on 9-10-04

ANDREA CUMMINGS
Notary Public
My Commission Expires September 10, 2004


EXHIBIT 27

# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
■ SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUNEZ

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, JR.
PAUL S. HOROVITZ

* Also Admitted to the
  New Hampshire Bar

** Also Admitted to
   the California Bar

June 30, 2003

<u>By Facsimile (443) 394-8549 and Certified Mail</u>
Eugene Clark
E. Clark & Associates
4 Kentucky Court
Owings Mills, Maryland 21117-7118

Re: Cynthia A. DeCaire and United States Marshals Service
    Docket No. M003-0023

Dear Mr. Clark:

Enclosed please find the Affidavit of Detective Joseph Cummings in the above-captioned matter.

Thank you in advance for your attention to this matter.

Sincerely,

Indira Talwani

Encl.
Cc: Cynthia DeCaire

TEL: (617) 742-0208 • FAX: (617) 742-2187