UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CYNTHIA A. DECAIRE,

        Plaintiff

        vs.                                     C.A. No. 04-10593WGY

JOHN D. ASHCROFT, in his official position as
Attorney General of the United States.

        Defendant
_____

## AFFIDAVIT OF STEPHEN RIDGE

I, Stephen Ridge, declare:

1. I am patrolman in the Boston Police Department, and I have served on the New England HIDTA fugitive task force since August of 2000. In early 2003, the supervisor of the task force was Supervisory Deputy United States Marshal Jeffrey Bohn.

2. At the beginning of Supervisory Deputy Marshal Bohn's tenure in that position, I heard United States Marshal Anthony Dichio say at a commendation ceremony for Supervisory Deputy Marshal Bohn at Boston Police Headquarters that Jeff's "doing a great job, he is not going anywhere."

3. After that, at some point it became obvious that Supervisory Deputy Marshal Bohn was being excluded from critical task force matters, and that his position on the task force was in jeopardy. At that point I went to talk to Acting Chief Deputy United States Marshal Dave Dimmitt regarding Supervisory Deputy Marshal Bohn, and

- 2 -

what a loss it would be to the task force if Supervisory Deputy Marshal Bohn was removed from the task force.

    4.    During this conversation, Marshal Dichio entered Acting Chief Deputy Marshal Dave Dimmitt's office. Marshal Dichio said words to the effect that it was his call that Jeff was removed from the task force, and to deal with it.

    5.    At some point I learned that Deputy Marshal Cynthia DeCaire had filed an EEO complaint concerning Marshal Dichio. After that, I heard repeatedly in offices of the United States Marshals Service and out on the street with employees of the United States Marshals Service that Marshal Dichio had removed Supervisory Deputy Marshal Bohn from his position on the HIDTA task force because of Deputy Marshal DeCaire's EEO complaint.

Signed under the penalties of perjury this 15th day of April, 2005, in Weymouth, Massachusetts.

                                                                                   /s/ Stephen J. Ridge
                                                                                   Stephen J. Ridge