UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA A. DECAIRE,

Plaintiff

vs.                                                    C.A. No. 04-10593WGY

JOHN D. ASHCROFT, in his official position as
Attorney General of the United States,

Defendant

### AFFIDAVIT OF Kevin M. Roche

I, Kevin M. Roche, declare:

1.    I am employed by the Department of Justice, United States Marshals Service, as a Deputy United States Marshal assigned to the District of Massachusetts.

2.    In late November 2002, I sustained a ruptured disc injury in my neck and was unable to work for a period of time. Beginning in March 2003, I returned to work on a part-time status, which allowed me to participate in an intensive spine rehab physical therapy program. The program consisted of two hour sessions, three days a week for a seven week period.

3.    During this period of time, my duties consisted of a light-duty, non-physically stressful type nature. These responsibilities included manning the Operations Desk, serving civil process, conducting jail inspections, and administering physical fitness agility assessments to other Deputy Marshals.

Signed under the penalties of perjury this 15th day of April, 2005, in Pembroke, Massachusetts.

_____
Kevin M. Roche