## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

CYNTHIA A. DECAIRE,

        Plaintiff

        vs.                                    C.A. No. 04-10593WGY

JOHN D. ASHCROFT, in his official position as
Attorney General of the United States.

        Defendant

_____

## **AFFIDAVIT OF DONALD F. FREEMAN**

      I, Donald F. Freeman, declare:

      1.      I am a Deputy United States Marshal and have been with the United States Marshals Service since 1998. I have been assigned to the District of Massachusetts since I began my employment with the Marshals Service, and my duty station has been Boston throughout this time. I was assigned to Warrants Investigations unit from 2000 through 2004. Between September 2001 and September 2002 my team leader in Warrants Investigations was Deputy United States Marshal Cynthia DeCaire.

      2.      In February 2003, I received an e-mail notifying staff that Deputy DeCaire was being assigned to replace Jaime Viator in Court Operations.

      3.      Shortly after I received this e-mail, I initiated a conversation with United States Marshal Anthony Dichio. I told him that I was aware that I was junior to at least one Deputy United States Marshal assigned to Court Operations and that I was willing to be placed back in Court Operations so that the senior deputy could be placed in Warrants

- 2 -

Investigations.  Marshal Dichio told me that I was doing a good job in Warrants Investigations and to "let him take care of that."

Signed under the penalties of perjury this 15th day of April, 2005, in Hanover, Massachusetts.

                  /s/ Donald F. Freeman  
                Donald F. Freeman