From:     Paul Durette
To:       CD
Date:     8/16/02 5:24pm
Subject:  SDUSM Coordination

Chief: SDUSM Doherty and ASDUSM Visalli have discussed coordination of back filling court assignments and they have agreed to communicate directly with one another, rather than use the team leaders to coordinate court assignments. SDUSM Doherty will meet ASDUSM Visalli each day with the court schedule and they will go over assignments for the next day.



DEPOSITION EXHIBIT 3
Durette