| | |
|---|---|
| From: | Cindy Decaire |
| To: | pdurette |
| Date: | 9/6/02 1:20pm |
| Subject: | Worcester |

I would like the opportunity, to express to you my desire to be considered for the Position that may be vacant in Worcester, once DUSM Taylor transfers to JSU in this office.
I have also talked in depth with SDUSM Visalli about the Position, and we have agreed there are solutions to personal issues that may come up.
Although DUSM Visalli conveyed he would recommend me to this position, I would like to voice a few accomplishments for you to consider.

Starting with the most recent, I was selected to be a Team Leader in our Warrant squad, and have worked hard to keep up the morale and productiveness of my Team.
12/01- I was Awarded a Superior Accomplishment Award from this office. In particular, I was acknowledged for rejuvenating the fugitive program in Worcester, performing case reviews and updating databases, as well as field training other DUSM's and Task Force Agents.
4/01- I was awarded a Team Work Award, along with other warrant squad members. I was awarded for training and certifying every District DUSM in Leaps/CJIS and NCIC.
I have also scored in the superior catagory for every fit test in past 11 years.
As you are aware I have been a Deputy in this office for 11 years, I have worked numerous Governor's Task Forces with Local and State Police, I was assigned for a year with the FBI Violent Fugitive Task Force, I am the CJIS/LEAPS back-up rep Boston/the rep in Worc., I am an NCIC certified Instructor and I have also received extensive WIN Training. Throughout my training file you will see numerous Fugitive related training certificates.
I am hoping you will conclude, throughout my career I have focused and remained diligent in the field of Fugitive Apprehensions/Investigations, and I would ask you to consider this information, and my roots in the Worcester community when you make your selection.

CC:   avisalli,tbane, adichio



P1