```
From:      Paul Durette
To:        CD
Date:      9/16/02 2:28pm
Subject:   HIDTA Worcester
```

Chief, I have conferred with SDUSM Visalli and ASDUSM Bohn regarding the vacant HIDTA position in Worcester. We collectively agree that now is not a good time to fill this position and the best thing to do is leave it vacant for the immediate future. Once we get some 082 DUSMs on board who can backfill the vacancy that would be created by assigning another 1811 to HIDTA, then we should revisit the staffing levels again. For the time being, we can use Boston and Worcester 1811's and HIDTA TFA's to assist TFA Darlene Decaire and VFAS Trooper Dave Skelly if/when they need assistance.

CC:        avisalli, jbohn

