From:        Paul Durette
To:          tbezanso, wdoherty
Date:        1/24/03 3:46pm
Subject:     Worcester Support

Tom/Walter: to clarify the rotation of DUSM's from Worcester to Boston, assignments are to be made only as needed.  Walter is to communicate with Tom on a daily basis to discuss staffing needs.  If Boston does not need a particular DUSM for a day or more, then Walter is to advise Tom of that fact.

CC:          adichio



DEPOSITION EXHIBIT
8
Durette
PENGAD 800-631-6989