```
From:      Paul Durette
To:        038allhands
Date:      2/3/03 11:04am
Subject:   Reassignment
```

Effective Tuesday, February 4, 2003, DUSM Cynthia Decaire is reassigned from the Worcester Office to the Boston Office.  DUSM Decaire will replace DUSM Jaime Viator in the Court Operations section.



From:    Paul Durette
To:      038allhands
Date:    2/3/03 11:04am
Subject: Reassignment

Effective Tuesday, February 4, 2003, DUSM Cynthia Decaire is reassigned from the Worcester Office to the Boston Office. DUSM Decaire will replace DUSM Jaime Viator in the Court Operations section.