From:     Tom Bezanson
To:       Brian,Tony,Bill,Dan
Date:     3/5/04 12:13pm
Subject:  request Forwarded Forwarded

Please read..... THIS is ridiculous!!!!!!!!!!!!

It never ends, why is this guy still here???????????



| | |
|---|---|
| **To:** | David Taylor<br>ACDUSM |
| **From:** | Jeffrey L. Bohn<br>SDUSM |
| **Date:** | March 02, 2004 |
| **Subject:** | Worklife |

The United States Marshals Service promotes the Department of Justice Worklife Program and encourages a Worklife philosophy. Some of the many benefits of this program include; improved morale, increased productivity, and reduced leave usage. The Worklife philosophy says that the department will "strive to support employees by making available *practical and workable solutions* to balancing the demands of work and personal lives." The United States Marshals Service has supported this philosophy and has granted Worklife requests on many occasions. The positive impact of this program is confirmed by testimonials provided by Deputy United States Marshals who have participated first hand in the program.

On 03/02/04, I spoke with the United States Marshals Service, Worklife Coordinator, Mary Jo Britt. Ms. Britt did reaffirm the agencies commitment to the Worklife program. Ms. Britt also said that the agency fully supports all aspects of the Worklife program including "Telecommunting." Ms. Britt was not aware that Telecommuting may include an employee working from a department office which is closer in proximity to an employee's home. Ms. Britt does know that there has been instances where Deputy United States Marshals have been approved for Telecommuting from satellite offices or even from home.

Because the United States Marshals Service encourages this philosophy I would like to request a work schedule that incorporates these ideas. In particular, I would request to work in the Worcester office during the last two weeks of my wife's pregnancy. This time period would begin sometime between April 6, 2004 and April 20, 2004. Participation in this program would provide me flexibility in balancing professional and personal priorities, decreased stress, and decreased annual and sick leave usage. This work option would allow me to be closer to home in the event that my wife required assistance or transportation to the hospital.

Because this request is only for a maximum of 2 weeks I do not believe a formal Worklife request will be necessary. If you do need Worklife forms completed please let me know as soon as possible.