**U.S. Department of Justice**
United States Marshals Service

# 1996 Master Agreement

# U.S. Department of Justice
# United States Marshals Service



# American Federation of Government Employees, AFL-CIO
# International Council of
# U.S. Marshals Service Locals, C-210

## ARTICLE 1
## RECOGNITION

### Section 1.  Exclusive Recognition

This Agreement is made and entered into between the United States Marshals Service (USMS), U.S. Department of Justice (DOJ), referred to as the "Employer" or the "Agency", and the International Council of U.S. Marshals Service Locals 210 (ICUSMSL), American Federation of Government Employees (AFGE), AFL-CIO, hereinafter referred to as the "Union", the exclusive bargaining unit agent for all bargaining unit personnel in the USMS.

### Section 2.  Purpose

The Employer hereby recognizes the Union as the exclusive bargaining agent under the provisions of the Federal Service Labor-Management Relations Statute, (FSLMRS), Title 5 Chapter 71, hereinafter referred to as the Statute, and the Civil Service Reform Act of 1978, for all the employees in the unit, as the recognized Union for bargaining purposes with respect to conditions of employment as defined in 5 U.S.C. 7103 a(14), of employees represented by the Union and as provided by law. The Union has the full authority as provided by Statute to meet and confer with the agency for the purpose of entering into collective bargaining agreements, concerning changes in conditions of employment covering the above employees, and to administer this National Master Agreement (NMA), herein referred to as the Agreement.

The Employer agrees that it will not bargain, negotiate, or enter into any agreement(s), memoranda of understanding with any other labor organization, association, persons or representatives thereof with respect to the terms and conditions expressed or contained in this Agreement.

### Section 3.  Certification of Unit

The Union was certified as the exclusive representative of bargaining unit employees on August 20, 1974, in Case No. 22-5070(Ro). The term "employee" as used in this Agreement means any employee of the Employer represented by the Union.

3

Except as provided by 5 U.S.C. 7103, the bargaining unit consists of all nonprofessional employees of the United States Marshals Service, including Deputy U.S. Marshals/Criminal Investigators GS-1811-5/7-9 operational employees, GS-1811-11 and above not excluded by Executive Order (E.O.) 12171, intermittent and term deputies, detention officers, and administrative employees.

Employees specifically excluded from bargaining unit coverage and representation by Statute and court decision include; professional employees, confidential employees, temporary employees with no reasonable expectation of continuous employment, internal investigators, supervisors, management officials, contract guards, and federal personnel workers in other than a purely clerical capacity.

Employees excluded by E.O. 12171 include those assigned to the USMS Headquarters Investigative Services Division, Judicial Services Division, and employees assigned to the Operations Divisions in the offices of the United States Marshal (USM).