| DUSM | EOD | LOCATIONS ASSIGNED | DATES |
|---|---|---|---|
| William Fallon | 06/01/88 | Boston | 6/29/03-present |
| David Taylor | 09/04/85 | Worcester | 8/01/02-present |
| Jeffrey Bohn | 03/08/92 | Boston | 8/01/02-present |
| Paul Dunne | 06/01/77 | Boston | 8/01/02-present |
| Alison Hodgkins | 11/24/84 | Boston | 8/01/02-present |
| David Milne | 08/03/92 | Boston | 8/20/04-present |
| Thomas Bezanson | 02/17/80 | Worcester | 3/24/02-present |
| Daniel Spellacy | 09/29/85 | Springfield | 8/01/02-present |
| Jeff Christo | 04/11/83 | Boston | 8/01/02-present |
| Francis Dawson | 07/19/76 | Boston | 8/01/02-present |
| Steve Donaher | 02/25/80 | Boston | 8/01/02-present |
| Kevin Donahue | 10/16/92 | Boston | 8/01/02-present |
| Donald Feeman | 09/05/95 | Boston | 8/01/02-present |
| Michael Hughes | 05/06/01 | Boston | 8/01/02-present |
| Scott Kimball | 04/30/87 | Boston | 8/01/02-present |
| Annette Lawlor | 11/23/81 | Boston | 8/01/02-present |
| Chris McEnaney | 02/20/96 | Boston | 8/01/02-present |
| Stephen McKearney | 10/16/94 | Worcester<br>Boston | 3/34/02-3/22/03<br>3/23/03-present |
| Kevin Neal | 02/24/02 | Boston | 8/01/02-present |
| Joseph Norton | 12/29/02 | Boston | 8/01/02-present |
| Gary Oliveira | 05/06/01 | Boston | 8/01/02-present |
| Kevin Roche | 05/04/98 | Boston | 8/01/02-present |
| Leo Rosette | 7/18/80 | Boston | 8/01/02-present |
| Joseph Saccardo | 08/03/92 | Boston | 8/01/02-present |
| Paul Sugrue | 10/28/90 | Boston | 8/01/02-present |
| John Wickham | 07/15/01 | Boston | 8/01/02-present |
| Susan Williams | 09/17/85 | Worcester<br>Boston | 08/01/02-10/11/03<br>10/12/03-present |
| Sean Weddeke | 10/31/98 | Worcester<br>Boston | 01/24/03-10/02/04<br>10/03/04-present |
| Gary Mattison | 07/01/95 | Springfield | 08/01/02-present |

1

| DUSM | EOD | LOCATIONS ASSIGNED | DATES |
|---|---|---|---|
| Michael Nelson | 09/05/91 | Springfield | 08/01/02-present |
| Richard Winaskas | 06/09/96 | E/New York<br>Springfield | 8/01/02-01/10/04<br>01//11/04-present |
| Cynthia DeCaire | 06/10/91 | Boston<br>Worcester<br>Boston<br>Worcester<br>Limited Duty<br>LWOP<br>Worcester | 8/01/02-9/30/02<br>09/30/02-01/24/03<br>01/25/03-10/13/03<br>10/14/03-11/23/03<br>11/24/03-04/05/04<br>04/05/04-09/19/04<br>9/20/04-present |
| Mark Lewis | 05/04/98 | Boston<br>Worcester | 08/01/02-09/19/02<br>09/20/02-present |
| Kevin Wahl | 09/09/86 | Worcester | 08/01/02-present |
| Timothy Bane | 07/05/77 | Boston | to 12/31/02 |
| Paul Durette | 06/17/90 | Boston | to 04/18/03 |
| Walter Doherty | 09/17/79 | Boston | to 05/19/03 |
| William Francis | 10/28/87 | Springfield | to 06/14/03 |
| Mark Smythers | 07/14/91 | Boston | to 10/31/03 |
| Anthony Visalli | 06/20/88 | Boston | to 11/02/03 |
| Sean Bianchi | 02/19/03 | Boston | to 09/11/04 |
| David Dimmit | | Boston-Temporary Assigned | 02/11/03-07/15/03 |