**From:** Tony Visalli
**To:** wdoherty
**Date:** 8/16/02 3:17pm
**Subject:** Court Staffing

Walt: Apparently there was a complaint made to the USM about utilizing Team Leaders to coordinate the requests to staff Court Assignments. I did not realize that there was a problem in this area and was never advised that there was by yourself, either of my Team Leaders or Annette. To avoid any further confusion I was directed to ensure that we meet every afternoon, after you prepare the Court list. Please bring a copy of the Court list with you so that I can review it and assist you with the assignments. If I am tied up or not in the office then you can just leave the Court list for me and give me a call on my Nextel. If I am on leave please get together with Jeff Bohn or whomever is Acting SDUSM for the Unit. Thanks....Tony