From:     Mark Lewis
To:       adichio
Date:     9/6/02 12:44pm

It has come to my attention that a HIDTA position may be opening up in Worcester. I am aware that DUSM Cyndy Decaire is interested in the position. DUSM Decaire has seniority and after working with her I know has the capability. I could recommend her. The purpose of this letter is to let you know I would be interested in the position if for any reason DUSM Decaire is not chosen. I have worked extensively and successfully with the State Police VFAS team as well as numerous local police departments. I have had considerable experience in warrant work and have closed a large number of Federal cases. My arrest record speaks for itself.

I would appreciate your consideration and fully accept any decision you make. I have not discussed this matter with anyone in the office, except my immediate supervisor, to prevent rumor or misunderstandings.


Respectfully,

Mark S. Lewis

47