```
From:       Timothy Bane
To:         038allhands, 038HQsupport
Date:       9/17/02 2:04pm
Subject:    Reassignment
```

This is to announce the reassignment of DUSM Mark Lewis from the Investigation Unit to the HIDTA Task Force.  DUSM Lewis will work out of the Worcester HIDTA TF section. This reassignment will be effective Friday, September 20.

tgb