```
From:      Timothy Bane
To:        038allhands, 038HQsupport
Date:      9/25/02 12:53pm
Subject:   Reassignments
```

This is to announce the reassignments of DUSM Cynthia Decaire from the Investigation Unit, Boston to the Worcester Sub-Office and DUSM Stephen McKearney from the Worcester Sub-Office to the Investigation Unit, In Boston

These reassignments will be effective Monday, September 30, 2002

54