**From:** Alison Hodgkins
**To:** pdunne
**Date:** 11/5/02 8:46am
**Subject:** Operations Desk -Reply

Whatever it takes to make it work! There have been some changes in procedures. I'm sure Annette will fill me in...gladly! Later, Alison

>>> Paul Dunne 11/05/02 08:23am >>>
Alison; Effective Tuesday November 12th you are assigned as the Deputy in Charge of the Operations Desk. Congratulations. As you have had an abundance of experience in that position, I don't see any need for a training period. Annette will brief you on current matters.

56