EXHIBIT 7 Dichio

FEBRUARY **5** WEDNESDAY



2003    36th day – 329 days follow

Anniversary of the Constitution (M)

Appox 1500 contacted Deputy Director re Asst chief Duriette And EEO Complaints DD said will contact Art Roderick to Temp chief for 120 days until I get my permanent chief.