MARCH **31** MONDAY

2003   90th day – 275 days follow   2003

At Approx 0830
CDR Pimmel ofc ACDUSN DuRath that his office will be relocated to Adm Arce glomar school across from AO Ryan & that his Ford Explorer will be reassigned to warrants D~Sm Hodgkins, & you will take her Chevy Lumina

385