APRIL **18** FRIDAY

2003   108th day – 257 days follow

Good Friday

AC Dwyer Dur- Me
last day will start w/ FPS
See April 20 in D.C

387