EXHIBIT 5 2-17-06 David Taylor

**From:** David Taylor
**To:** 038mgmt
**Date:** 10/15/03 4:16pm
**Subject:** SDUSM Responsibilities 10-14-03.

Effective 10-14-03 with the re-alignment of the Operations Desk the following SDUSM duties are as follows;
Both SDUSM Dunne and Bohn will oversee the daily operations of the Operations Desk. In addition to this, SDUSM Dunne is responsible for the following;
1) Civil Process.
2) NASAF.
3) Cell Block Operations.
4) All other assignments, such as: assigning DUSMs to work warrants, serve process, or conduct background investigations when not needed to perform court related matters.
5) SDUSM Dunne will also maintain and coordinate special assignments and extraditions.
SDUSM Dunne will be responsible for the completion of the USM-540's for the following DUSMs;
1) Bianchi.
2) Oliveira.
3) Roche.
4) Wickham.
5) Williams.

SDUSM Bohn will also be responsible for the following;
1) Daily court assignments.
2) Guard hire.
3) Prisoner productions.
4) Operation of the Command Center.
5) Jail inspections.
SDUSM Bohn will be responsible for the completion of the USM-540's for the following DUSMs;
1) Donaher.
2) Hughes.
3) Lawlor.
4) Neal.
5) Norton.
ASDUSM Sugrue will oversee the HIDTA FTF and D/MA Warrant Squad. ASDUSM Sugrue will be responsible for the completion of the USM-540's for the following DUSMs;
1) Christo.
2) Dawson.
3) Donahue.
4) Freeman.
5) Kimball.
6) McEnaney.
7) McKearney.
8) Saccardo.
If warrant DUSMs are needed for court, an Ops SDUSM will contact ASDUSM Sugrue and let him know the number of DUSMs and times needed to accomplish court mission. ASDUSM Sugrue will assign which DUSMs will be sent to Ops.

When ASDUSM needs additional DUSMs for enforcement initiatives, he will contact SDUSM Dunne.

Any questions regarding the above, please contact me.
Thanks,
    Dave


CC:        psugrue

102