**From:** David Taylor
**To:** jbohn
**Date:** 12/1/03 3:25pm
**Subject:** Guards.

Jeff,
Effective 12-02-03, no guards will be hired to man the Control Center. A CSO and one USMS personnel will be utilized. As it presently stands, DUSM DeCaire (Limited Duty) can be the USMS personnel assigned to the Control Center. You can still use a guard for relief purposes, but this should be for limited use.
Also, if you anticipate a need for more than three guards on any given day, get approval from the ACDUSM or CDUSM before hiring them. It is important that you closely monitor the utilization of guards, due to the reduction of funding the D/MA has received. For example, Fri. 11-28-03, you probably shouldn't have hired Phil for that day.
Any questions or concerns, please see me.

Thanks,
    Dave

55S