To:        Joe Buonocore
           Assistant Chief
           Central Courthouse Management
From:      Jeffrey L. Bohn
           SDUSM
Date:      December 11, 2003
Subject:   OSHA

    Since September, 2002, employees of the United States Marshals Service, Boston office have raised concerns about the working conditions in The Cell Block Control (CBC). The CBC is a 12X8 foot room located in the Boston Office of the United States Marshals office located at 1 Courthouse Way, Suite 1-500. Employees are routinely assigned to sit in this room for periods of eight hours or more.

    Located in the CBC is a large amount of digital recording equipment which generates a significant amount heat and noise. A number of emails have been sent to William Palk and Mark Meredith with regards to this issue. It has been noted in an email to Park and Meredith dated 09/17/02, that the temperatures inside the CBC routinely reach 85 to 95 degrees. It is also my belief that it may be necessary to implement a noise monitoring program for the CBC. OSHA guidelines suggest that noise monitoring should be conducted when exposures are near 85 dB. Factors which suggest that noise exposures may be at this level include employee complaints about the loudness, indications that employees are losing their hearing, or noisy conditions which make normal conversation difficult. All of these factors are relevant to the daily working conditions in the CBC. In addition to these concerns, employees have also raised concerns about poor air quality due to the fact that brown liquid dispensed from an air conditioning unit collects in a bucket which is located in this room.

    Because these issues have not been addressed in a timely manner our regional OSHA office has been contacted and is willing to assist in any way. Sometime over the next couple of weeks OSHA will be performing an inspection of the CBC with regards to these issues and others concerns related to the CBC. The OSHA coordinator for our district is DUSM Sean Bianchi (617) 748-2606.

    Any questions concerning this matter can be addressed to SDUSM Jeffrey Bohn, (617) 748-2660.

133