From:          David Taylor
To:            wfallon
Date:          12/12/03 10:27am
Subject:       OSHA -Reply -Forwarded -Reply -Reply

Chief,
12-12-03 10:00 am, I spoke with SDUSM J. Bohn regarding contacting Buonocore re the
OSHA complaint. I told him he put the district in an embarrassing situation and asked
him to give me the common courtesy of notifying me first, to give me the opportunity
to address the problem.
he responded to the effect of: that's why he e-mailed Buonocore, so they would know
OSHA was looking into it. He also mentioned that anyone can call OSHA. I told him I
realized that, but would have liked to had a chance to look into the situation.
I told him to put together a package of all the complaints received and correspondence
sent on this subject.

DBT

CC:            adichio

135