From:       David Taylor
To:         jbohn,pdunne
Date:       12/12/03 2:46pm
Subject:    CBC

Effective Monday 12-15-03:
Due to potential conflict regarding personnel issues, SDUSM P. Dunne will
assume supervisory responsibilities of the CBC, until further notice.

DBT

CC:         wfallon,psugrue,tbezanso,dspellac

136