**From:** Tom Bezanson
**To:** dtaylor
**Date:** 12/12/03 2:58pm
**Subject:** CBC -Reply

Enough already!!!

Send both of them home, NO more light duty.

THEY are just going to keep attacking.............................

>>> David Taylor 12/12/03 02:46pm >>>
Effective Monday 12-15-03:
Due to potential conflict regarding personnel issues, SDUSM P. Dunne will assume supervisory responsibilities of the CBC, until further notice.

DBT

**CC:** pdunne

635