| | |
|---|---|
| From: | Cindy Decaire |
| To: | dtaylor |
| Date: | 1/22/04 12:07pm |
| Subject: | Reassignment #7 |

I recieved a phone call yestaerday in the CBC at approximately 1430 hours, from SDUSM Bezanson. SDUSM Bezanson called demanding a reason why I e-mailed the Chief and did not cc him a copy. SDUSM Bezanson's tone from the onset of the conversation was very antagonistic, and he interrupted me several times as I tried to explain my reasoning. After finally explaining to SDUSM Bezanson that the Chief called me directly in Boston and asked me to send him an email, this was not exceptable to him and he accused me of several violation's. SDUSM Bezanson then told me that I will now be assigned to the Boston office until further notice. I asked SDUSM Bezanson " is this because of the e-mail". SDUSM Bezanson's tone remained antagonistic and he told me he was addressing the issues of my e-mail, and that if I need anything out of the Worcester office I should get it before or after hours.

In my 12 years with the US Marshal Service, I have never been addressed in such an unprofessional manner, and consider SDUSM Bezansons's phone call to be threatening and unwarranted. I also feel his punishment of banishing me to the Boston office and not allowing me in the Worcester office during working hours to be an irrational order.

I am finding it very difficult to be productive in such a hostile and retaliatory environment.

CC:      tbezanso,wfallon

254