**From:** Tom Bezanson
**To:** Chief
**Date:** 1/28/04 1:32pm
**Subject:** AED Training

Chief,

I wanted to share with you some concerns I have about the assignment of DUSM DeCaire working on AED training. First some background.

In 2001, I was assigned to conduct AED training for all DUSMs and CSOs in the district.
Training schedule:
Boston - Feb 14,15 & 26, 2 & 3 times per day to include the CSO night shift.
Worcester - Mar 1st
Springfield - Mar 2nd

The training was completed as described above. With one day to setup the schedule. This should give you an idea of what can be done to accomplish the training.

DUSM Kevin Roche was then sent to the next AED trainer class to be able to recertify and teach new DUSMs/CSOs. Roche never did anything, nor did management direct him to.

Now we have two DUSMs trained to teach the AED. My training included a review of CPR not a certification. And I do not know if this new training includes CPR cert. There is physical activity required to teach the course and especially if CPR is required in the program. From the stand point of a trainer you have to carry and position the CPR mannequins and AED machine. Also, demonstrate rescue breathing with physical movement of bending up and down.

In my opinion, a DUSM who is currently on light duty and will be 7 months pregnant should not be conducting this training. And as was already proven, training can be set up and provided by 1 DUSM.

If DUSM DeCaire attempts this training while pregnant and given her history in this district can only lead to trouble for the district and the USMS.

Thank you,

Tom



CC:      Dave

77S