| | |
|---|---|
| From: | Tom Bezanson |
| To: | Chief |
| Date: | 1/29/04 10:25am |
| Subject: | 1811 Reassignment |

Chief,

I would like to talk to you and Dave about the possible reassignment of an 1811 position from Worcester to Boston. I wanted to outline my thoughts to you and have a meeting to discuss this if necessary.

This past year the Worcester office and the district has been involved with many personnel issues that involve only a few employees. Unfortunately, these issues have effected the moral of the district and have created an enormous amount of work for managers especially yourself and the ACDUSM. Additionally, the district is suffering from a budget shortfall and a decrease in district manpower.

Any supervisor would tell you that they do not want to give up any positions in their office however, because of the events of last year, my office operated without a CIDUSM 1811 for months. This of course created a strain on the other DUSMs assigned but the job got done without complaint.

Currently, Senior CIDUSM Wahl is our Warrant Coordinator, CIDUSM Lewis is assigned to the HIDTA Task Force, CIDUSM DeCaire is on light duty status and DUSM Weddeke assists with court and process. Because the former assigned CIDUSM Williams was out of this office for months and CIDUSM DeCaire has been limited in assisting this office, I propose to you and the Marshal that we should reassign that position to Boston.

Again, we have already operated without the additional 1811 for months. CIDUSM Lewis has and continues to assist this office in all matters assigned. DUSM Weddeke was hired and assigned to assist 1811s in both sub-offices which he does. Also, the ACDUSM will be here when he's not in Boston.

The Boston office will only benefit from an additional person full time. This way both sub-offices will be consistent and operate with 3 operational personnel and 1 SDUSM. As always we will continue to support the district in any office as needed.

Please consider this proposal and let me know what you think.

Thank you,

Tom


CC:        Dave,Dan,Bill

80S