| | |
|---|---|
| From: | Tom Bezanson |
| To: | Chief, Dave |
| Date: | 2/5/04 12:44pm |
| Subject: | FYI -Reply -Forwarded |

The attached is Alison's reply to me.  My message is at the bottom.

This is a classic and I know you guys will get a laugh...

CC:     Dan

93S