**From:** Tom Bezanson
**To:** ahodgkin
**Date:** 2/5/04 12:48pm
**Subject:** FYI -Reply -Reply

Al,

I can't stop laughing.................... This is a classic!!!!!!!!

It did not take you long to identify the BS problems, no names needed....

Thank you and keep laughing it's the only way to get through it.

PS. Your directions were correct and I'll hear from you soon.


>>> Alison Hodgkins 02/05/04 12:28pm >>>
Great. We can always use the extra body in Boston. It really helps me when I can use a guard in the cellblock, rather than in the CBC. You cost-effective, staffing-conscious, helpful SDUSM, you.

Will talk to them both after lunch. As you know, I did physically qualify with the Glock when Gary was out here, but missed the first day. I'll be glad to do it again!  ...but then I have to carry it, right?  I love my Sig. : (

How long does it take to get to Worcester from the Boston office?  Better yet, how do I get there??!!!!! Does this still apply:
Mass Pike to I-290 East (Auburn/Worcester). Take Exit 13 (Vernon Street). At light, go left and follow to large intersection (look for Merit gas station) and turn left. At 2nd light, turn right. At the next light, turn left. The building will be on the left. Park somewhere around the building?

Do I get per diem for this? If it goes over 10 hours, do I get paid OT? If my time starts from the office, but I work out on the way in, and have some time to kill after I shower, does that mean I get more overtime at the end of the day? What if I get stuck in traffic on the way home?...more OT?

 And if I lose an eye, can I come in to work whenever I feel like it, as long as I was at physical therapy just before I decide to come in? And can I still work warrants while I'm on the street?

If these directions are wrong, and you don't give me the right ones, how late am I allowed to be before I have to explain my horrific ride in?

Am I allowed to wear capri pants, a tank top, or a gownless evening strap to the range? You always let my male counterparts. Surely you don't want me to make a fashion faux pas!!! Can I chew gum and tobacco at the range? If it's hunting season, can I shoot bunnies?

Is it inside...'cause I don't want my bangs to go flat. If it's outside, will there be any bugs?

Please bring CA-1s...if I break a nail, you're in BEEEEEEEEEEG trouble, Buddy Boy.

>>> Tom Bezanson 02/05/04 10:51am >>>
Hi Al,

Would you advise DUSM DeCaire that she will not be needed in Worcester on Friday 02/06 & Monday 02/09. However, she should be here for JABS training on Tuesday 02/10.

Also, the Chief wants me to train you and Annette on our issued GLOCK. I thought we could get this done next week on Thursday or Friday. We will start @09:30am in Worcester for the classroom part. Then proceed to the Worcester County Sheriff's range. After that have lunch, then your freeeeee......

How does that sound??

Please talk to Annette and let me know. I have to call the Sheriff back with a date and time.

Thanks,

Tom