| | |
|---|---|
| From: | Alison Hodgkins |
| To: | dtaylor |
| Date: | 2/6/04 9:19am |
| Subject: | Bohnbarded!! |

How DARE you leave me alone with these Bohnbadiers!!??

Got tag-teamed this morning about seniority! If that boob had paid the least bit of attention to me...EVER...he would have known that the district radio callsigns are based on EOD dates! URRRRGGGGGGGGGGH (Of course, Cyndy thinks hers should be a Boston #...because she's "here 7 days a week.") Dear God Take me now!!!!

I even have a daily scheduling list...with 1811s and 082s listed
B Y   S E N I O R I T Y !! Of course, he doesn't need it!

OK. I'll be completing a 157 today. I'm requesting a padded room, a white jacket with arms that clasp in the back, filtered in classical music, and a fire extinguisher! The soles of my shoes are charred! One fire barely gets to the smoldering stage and...

POOF!         There's another one!!

H  O  W     have you kept your sanity all this time???

Gotta go. My therapist is calling...or was that the voices in my head?

Signed, Bohneville Ballerina

955