| | |
|---|---|
| From: | Tom Bezanson |
| To: | ahodgkin |
| Date: | 2/10/04 4:03pm |
| Subject: | CBC and Cellblock- "Relief" and Assignments -Reply |

This sounds like we have to start acting like adults!!!

What is the meaning of THIS!!!!

Hey, your the BEST. I think you already deserve an award for courage under fire without leaving the office. The streets are a safer place to be than that ZOO..

Rule with an IRON FIST, it's the only way..

PS. Cyndy left at 1:15pm today. She said she already sent a leave slip to me or Ruth, we are still looking for it....


>>> Alison Hodgkins 02/10/04 03:43pm >>>
Just a reminder:

Each day there is a notation on the Court Calendar assigning DUSM(s) as "Relief". This is for the CBC DUSM/Guard to take necessary breaks, and to allow them time for lunch. Please make the appropriate arrangements with the CBC for proper coverage and proper relief. Be careful not to let these breaks conflict with your own assignments.

As the "Relief", you may also need to cover the Block at lunchtime, especially on days when the morning courts go later than expected. Be sure to plan your own lunch accordingly. As a general rule, most courts are down 1:00PM - 2:00PM, and prisoner movement should be minimal...but that's not always the case. There have been several days when the cellblock has had to rush through lunch, or they have missed it completely, simply because there were no DUSMs or guards available to cover them. Do your best to keep that from happening.

When assigned to the CBC, you may also be needed in court. Please be sure to have court attire available at all times, as always. Let the Ops Desk SDUSM know that you are going to court, and whether you have coverage or not, so that they may make the appropriate adjustments.

There must be either a DUSM or a guard overseeing the CBC at all times. In that case, a DUSM or a guard who has experience running the CBC can cover for you. The Ops Desk can also assist with brief breaks.

There are no limitations to "necessary breaks", but suffice it to say that 5-15 minutes is pretty reasonable. Work it out amongst yourselves.

Questions? Comments? Concerns? Please see me.

Thanks, Alison

965
290
(bottom msg)