4000

Arlington, VA 22202-4210
April 7, 2004

**FILE COPY**

**MEMORANDUM TO:** Maureen Pan, Chief
Management and Budget Division

**FROM:** Dave Barnes, Chief
Central Courthouse Management Group (CCMG)
USMS Safety and Health Officer

*DAVE*

**SUBJECT:** Complaint and Request for Funding

The Occupational Safety and Health Administration (OSHA) notified the USMS Office of Occupational Safety & Health that a report of alleged hazardous working conditions existed in USMS space in the Moakley U.S. Courthouse located in Boston, Massachusetts. Specifically, the report alleged that hazardous conditions existed in the USMS Cellblock Control Room.

In response, the USMS Office of Occupational Safety & Health coordinated with the General Services Administration to complete an industrial hygiene assessment of the spaces identified. As a result of the assessment, several hazards were identified and recommendations were made to abate the hazards. The recommendations include installing quieter equipment, installing a cooling unit, installing sound attenuation panels on the control console, and increasing the size of the Cellblock control room.

Rather than installing quieter equipment, we recommend the installation of sound attenuation panels on the console at an estimate cost of $2,000. The attached estimate was received from the GSA in the amount of $34,000 for the installation of an appropriate cooling unit. This office recommends the above steps be taken and evaluated prior to performing construction. Since this is an unfounded mandate, we are requesting the funds to complete the abatement of these identified hazards.

If additional information is needed, please contact Project Manager Michael Davenport or Assistant Chief Randy Dell on (202) 353-USMS, or by facsimile on (202) 353-STAR.

Attachment: Estimate and letter dated August 12, 2003

*332*