| | |
|---|---|
| From: | Joe Buonocore |
| To: | MMASS.PO.adichio, MMASS.PO.wfallon, MMASS.PO.sbian... |
| Date: | 7/1/04 1:49pm |
| Subject: | OSHA Complaint - Boston, MA |

USM Dichio, CDUSM Fallon, and DUSM Bianchi,

Spoke with Patrick Sclafani, GSA, and he advised that the modifications and installation of the HVAC unit for the Cellblock Control Room should be completed within two weeks.

Once the unit is installed, we will need to evaluate the conditions of the room. If additional actions or measures are indicated, we will address them and attempt to resolve.

If you need anything, please have your staff contact me on 202-353-8767 or via email. Regards,

Joseph E. Buonocore, Assistant Chief
Central Courthouse Management Group
United States Marshals Service
202-353-USMS voice
202-353-STAR fax

CC:        dbarnes, HQMAIL.JSD.mdavenpo

1435