U.S. Department of Justice

# United States Marshals Service District of Massachusetts



## District Policy Notice Amended

NUMBER: 04-01

DATE: July 20, 2004

SUBJECT: Investigative Assignments

EFFECTIVE DATE: 08-02-04

SCOPE: This Policy applies to all D/MA personnel

PROPONENT: CDUSM William Fallon
Telephone Number 617-748-2504

DISTRIBUTION: District of Massachusetts - All offices

POSTING INSTRUCTIONS: This policy will be posted in the squad rooms and on the District Web page.

_____
United States Marshal

This policy pertains to the District of Massachusetts only. If this policy conflicts with U.S. Marshals Service policy, Marshals Service policy will control.

371

# United States Marshals Service
# District of Massachusetts

**NUMBER:** 04-01                                **DATE:** July 20, 2004

**SUBJECT:** Investigative Assignments

**PURPOSE:** Establish Warrant Squad and HIDTA Fugitive Task Force Assignments.

**Policy:** This policy establishes the D/Mass's warrant squad rotation and HIDTA Fugitive Task Force assignments. This policy takes into account our current workload and caseload, the current participating agencies on the HIDTA FTF, and the overall performance of all of our criminal investigators and their effort to work fugitive investigations. This reorganization should assist our district in accomplishing our mission in a more efficient manner and was designed to reduce the amount of time our investigators assigned to the enforcement section have to spend in court.
     The assignments listed below will be evaluated in 6 months with the possibility of a rotation at that time.

Boston Warrant Squad/HIDTA FTF Supervisor: Paul Dunne

Boston JTTF: Joe Saccardo
Boston Warrant Squad:
Warrant Coordinator - Paul Sugrue
Warrant Squad - Susan Williams, Kevin Donahue, Scott Kimball, Kevin Roche

HIDTA Fugitive Task Force:
HIDTA Coordinator/Boston PD area - Chris McEnaney
Lawrence/Lowell area - Steve McKearney
Worcester area - Mark Lewis (Supervised by SDUSM Tom Bezanson)

All future rotations will be evaluated every six months, with no guarantees of rotation. As stated in our last office meeting, DUSMs who demonstrate a high level of investigative performance on a consistent basis, while assigned to warrants or operations, will have a better chance of selection into one of the warrant squad or TF positions. The enforcement SDUSM will attempt to assign as many cases as possible to DUSMs in the operations section, without jeopardizing our district's ability to clear our class 1 warrants. Operations DUSMs are reminded to use their spare and LEAP time to conduct their investigations and to also work with their SDUSM to find time to work their warrants. All SDUSMs must work together in an attempt to free up DUSMs as needed for their investigations.

The operations SDUSMs will develop a weekly rotation list for our 082 DUSMs for potential participation in the warrants section. The Ops SUSMs will assign the 082, at the top of the list for that particular week, to assist the warrant squad when the opportunity exists. All 1811 DUSMs are reminded to assign various investigative duties to 082 DUSMs and assist them in learning the fugitive investigative process.

.372