| NAME | TITLE | GRADE | EOD | Prior Svc Date |
|------|-------|-------|-----|----------------|
| Fallon, William | CDUSM | GS-15 | 06/01/88 | n/a |
| Taylor, David | ACDUSM | GS-14 | 01/04/85 | n/a |
| Bezanson, Thomas | SDUSM - Worc | GS-13 | 01/04/85 | 02/17/80 |
| Bohn, Jeffrey | SDUSM | GS-13 | 03/08/92 | n/a |
| Dunne, Paul | SDUSM | GS-13 | 06/01/80 | 06/01/77 |
| Hodgkins, Alison | SDUSM | GS-13 | 11/24/84 | n/a |
| Spellacy, Daniel | SDUSM - Spgfld | GS-13 | 09/29/85 | n/a |
| Milne, David | JSI | GS-13 | 08/03/92 | n/a |
| | | | | |
| Christo, Jeffrey | CIDUSM | GS-12 | 03/01/86* | 04/11/83 |
| Dawson, Francis | CIDUSM | GS-12 | 06/02/80 | 07/19/76 |
| DeCaire, Cynthia | CIDUSM - Worc | GS-12 | 06/10/91 | n/a |
| Donaher, Steve | CIDUSM | GS-12 | 09/01/86* | 02/25/80 |
| Donahue, Kevin | CIDUSM | GS-12 | 10/16/94 | n/a |
| Freeman, Donald | CIDUSM | GS-12 | 05/04/98 | 09/05/95 |
| Kimball, Scott | CIDUSM | GS-12 | 02/01/96* | 04/30/87 |
| Lawlor, Annette | CIDUSM | GS-12 | 11/23/81 | n/a |
| Lewis, Mark | CIDUSM - Worc | GS-12 | 05/04/98 | n/a |
| Mattison, Gary | CIDUSM - Spgfld | GS-12 | 10/15/95 | 07/01/95 |
| McEnaney, Chris | CIDUSM | GS-12 | 02/20/96 | n/a |
| McKearney, Stephen | CIDUSM | GS-12 | 10/16/94 | n/a |
| Nelson, Michael | CIDUSM - Spgfld | GS-12 | 06/01/95 | 09/05/91 |
| Roche, Kevin | CIDUSM | GS-12 | 05/04/98 | n/a |
| Rosette, Leo | CIDUSM | GS-12 | 09/01/86* | 07/18/1980 |
| Saccardo, Joseph | CIDUSM | GS-12 | 08/03/92 | n/a |
| Sugrue, Paul | CIDUSM | GS-12 | 10/28/90 | n/a |
| Wahl, Kevin | CIDUSM- Worc | GS-12 | 08/07/89 | 09/09/86 |
| Williams, Susan | CIDUSM | GS-12 | 10/28/90 | 09/17/1985 |
| Wisnaskas, Richard | CIDUSM -Spgfld | GS-12 | 06/09/96 | n/a |
| Hughes, Michael | DUSM | GS-09 | 05/06/01 | n/a |


RYAN
EXHIBIT 16
3-22-05
PENGAD 800-631-6989

| NAME | TITLE | GRADE | EOD | Prior Svc Date |
|---|---|---|---|---|
| Neal, Kevin | DUSM | GS-09 | 12/29/02 | 02/24/02 |
| Norton, Joseph | DUSM | GS-09 | 12/29/02 | n/a |
| Weddeke, Sean | DUSM | GS-09 | 01/21/03 | 10/31/98 |
| Wickham, John | DUSM | GS-09 | 12/29/02 | 03/06/01 |
| Oliveira, Gary | DUSM | GS-07 | 05/06/01 | n/a |
|  |  |  |  |  |
| Burnett, Jon | DEO | GS-07 | 02/07/05 | unk |
| Rose, Edward | DEO | GS-07 | 07/26/02 | unk |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Sorted by 1st by Title, 2nd by Alpha Name
*month/year known - date is not