Standard Form 52
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

**PART A – Requesting Office** (Also complete Part B, Items 1, 7-22, 32, 33, 36 and 39.)

1. Actions Requested: PROMOTION
2. Request Number:
3. For Additional Information Call (Name and Telephone Number): Francis T. Burke, 223-9718
4. Proposed Effective Date:
5. Action Requested By (Typed Name, Title, Signature, and Request Date): Thomas B. Nixon, Chief Deputy
6. Action Authorized By (Typed Name, Title, Signature, and Concurrence Date): Robert T. Guiney, U.S. Marshal, 11/5/93

**PART B – For Preparation of SF 50** (Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)

1. Name (Last, First, Middle): DECAIRE, Cynthia
2. Social Security Number:
3. Date of Birth:
4. Effective Date: 12/13/93

**FIRST ACTION**
- 5-A. Code:
- 5-B. Nature of Action:
- 5-C. Code:
- 5-D. Legal Authority:
- 5-E. Code:
- 5-F. Legal Authority:

**SECOND ACTION**
- 6-A. Code:
- 6-B. Nature of Action:
- 6-C. Code:
- 6-D. Legal Authority:
- 6-E. Code:
- 6-F. Legal Authority:

7. FROM: Position Title and Number: DUSM

15. TO: Position Title and Number: Criminal Investigator

| Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0082 | 09 | 02 | | | GS | 1811 | 11 | 01 | | P/A |

Name and Location of Position's Organization:
U.S. Marshals Service
District of Massachusetts
Boston, MA

22. Name and Location of Position's Organization: Same as #14.

**EMPLOYEE DATA**

Veterans Preference: 1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%

24. Tenure: 0-None, 1-Permanent, 2-Conditional, 3-Indefinite
25. Agency Use:
26. Veterans Preference for RIF: YES / NO
28. Annuitant Indicator:
29. Pay Rate Determinant:

FEGLI:
Retirement Plan:
31. Service Comp. Date (Leave):
32. Work Schedule:
33. Part-Time Hours Per Biweekly Pay Period:

**POSITION DATA**

Position Occupied: 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved
35. FLSA Category: E-Exempt, N-Nonexempt
36. Appropriation Code:
37. Bargaining Unit Status:

Duty Station Code:
39. Duty Station (City – County – State or Overseas Location): Boston, Suffolk, Massachusetts

Agency Data: 41. 42. 43. 44.

Educational Level: 46. Year Degree Attained 47. Academic Discipline 48. Functional Class 49. Citizenship: 1-USA 8-Other 50. Veterans Status 51. Supervisory Status

**PART C – Reviews and Approvals** (Not to be used by requesting office.)

| Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| | | | D. | | |
| | | | E. | | |
| | | | F. | | |

Approval: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

Signature:
Approval Date:

CONTINUED ON REVERSE SIDE

OVER

Editions Prior to 7/91 Are Not Usable After 6/30/93

225