# NOTIFICATION OF PERSONNEL ACTION

**1. Name (Last, First, Middle):** DECAIRE, CYNTHIA A
**2. Social Security Number:** 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
**3. Date of Birth:** 04/19/68
**4. Effective Date:** 12/22/96

## FIRST ACTION
- **5-A. Code:** 702
- **5-B. Nature of Action:** PROMOTION
- **5-C. Code:** N7M
- **5-D. Legal Authority:** REG 335.102 RECLASS
- **5-E. Code:**
- **5-F. Legal Authority:**

## SECOND ACTION
- **6-A. Code:**
- **6-B. Nature of Action:**
- **6-C. Code:**
- **6-D. Legal Authority:**
- **6-E. Code:**
- **6-F. Legal Authority:**

**7. FROM: Position Title and Number:** CRIM INVSTGR  N0076189  N0076
- **8. Pay Plan:**
- **9. Occ. Code:**
- **10. Grade/Level:** 11
- **11. Step/Rate:** 04
- **12. Total Salary:** 55,764.00
- **13. Pay Basis:** PA
- **12A. Basic Pay:** 38,479.00
- **12B. Locality Adj.:** 6,157.00
- **12C. Adj. Basic Pay:** 44,636.00
- **12D. Other Pay:** 11,128.00
- **14. Name and Location of Position's Organization:**

**15. TO: Position Title and Number:** CRIM INVSTGR  S0114831  S0114
- **16. Pay Plan:** GS
- **17. Occ. Code:** 1811
- **18. Grade/Level:** 12
- **19. Step/Rate:** 01
- **20. Total Salary/Award:** 60,760.40
- **21. Pay Basis:** PA
- **20A. Basic Pay:** 41,926.00
- **20B. Locality Adj.:** 6,708.00
- **20C. Adj. Basic Pay:** 48,634.00
- **20D. Other Pay:** 12,126.40
- **22. Name and Location of Position's Organization:** MASSACHUSETTS ENFORCEMENT DIVISION

## EMPLOYEE DATA
- **Veterans Preference:** 1 - None
- **FEGLI:** BASIC
- **24. Tenure:** 1
- **25. Agency Use:**
- **26. Veterans Preference for RIF:** NO
- **Retirement Plan:** FERS AND FICA SPECIAL
- **28. Annuitant Indicator:** 9 NOT APPLICABLE
- **29. Pay Rate Determinant:** 0
- **31. Service Comp. Date (Leave):** 06/10/91
- **32. Work Schedule:** F FULL TIME
- **33. Part-Time Hours Per Biweekly Pay Period:**

## POSITION DATA
- **Position Occupied:** 1 - Competitive Service
- **35. FLSA Category:** E - Exempt
- **36. Appropriation Code:**
- **Duty Station Code:** -0120-025
- **37. Bargaining Unit Status:** 8888
- **39. Duty Station:** BOSTON  SUFFOLK  MA

## AGENCY DATA
- **41.** SEX: F
- **42.** CITZ: 1
- **43.** VET STAT: N
- **44.** ED LV:08  YR:00  INST PRG:000000

**Remarks:** ...LT OF ADDITIONAL DUTIES AND RESPONSIBILITIES. ...CCORDANCE WITH USMS POLICY NOTICE #95-011 DATED 7-21-95. ...RY IN BLOCK 12 INCLUDES AVAILABILITY PAY OF $ 11,128.00. ...RY IN BLOCK 20 INCLUDES AVAILABILITY PAY OF $ 12,126.40.

**Employing Department or Agency:** DEPARTMENT OF JUSTICE/USMS
- **48. Personnel Office ID:** 3435
- **49. Approval Date:** 01/10/97
- **50. Signature/Authentication and Title of Approving Official:** PERSONNEL OFFICER

14 0001000000000  PP 26

# POSITION DESCRIPTION (Please Read Instructions on the Back)

| Field | Entry |
|---|---|
| 2. Reason for Submission | [X] New |
| 3. Service | [X] Field |
| 4. Employing Office Location | McLean, VA |
| 5. Duty Station | Various Districts |
| 1. Agency Position No. | S1501148 |
| 7. Fair Labor Standards Act | [X] Exempt |
| 8. Employment/Financial Stmt Required | No |
| 9. Subject to IA Action | [X] Yes |
| 10. Position Status | [X] Competitive |
| 11. Position is | [X] Neither |
| 12. Sensitivity | [X] Noncritical |

**Official Title of Position:** Criminal Investigator
**Pay Plan:** GS **Occupational Code:** 1811 **Grade:** 12 **Initials:** BW **Date:** 12/21/87

**16. Organizational Title of Position (if different from official title):** Senior DUSM (General)

**18. Department, Agency, or Establishment:** Department of Justice
**a. First Subdivision:** U.S. Marshals Service
**b. Second Subdivision:** Office of the Director

**21.b. Typed Name and Title of Higher-Level Supervisor or Manager:**
JOHN J. TWOMEY
Deputy Director

**Typed Name and Title of Official Taking Action:**
KENNETH C. HOLECKO
Personnel Officer
Date: 11/17/87

FPL: GS-1811-12

SUPERVISOR COPY

202

## I. Introduction

This position is located in the headquarters or suboffice of judicial Districts, reporting to a United States Marshal, through the District reporting channel. The primary purpose of this position is to apply investigative knowledge, skills, and abilities to plan, conduct, and coordinate a variety of difficult and complex criminal investigations concerning violations of laws, rules, and regulations enforced by the U.S. Marshals Service.

## II. Major Duties

### A. Investigative Duties

The incumbent spends the majority of time on investigative activities, having program responsibility for a variety of designated operational investigative programs in the District or sub-office including the following types:

a) Warrant investigations which involve determination of the identity and location of Federal and international (Interpol) fugitives;

b. Court Security investigations which involve investigations of threats and allegations endangering the integrity of the judicial process and/or involving the lives and safety of Federal judges, court officials, jurors, and those designated by the Attorney General, e.g. foreign dignitaries; members of the United Nations General Assembly;

c. General Criminal/Civil investigations, including investigating judicial and prisoner/detainee complaints concerning mistreatment, inadequate food or housing; and services within the parameters of the Community Detention program; conducting investigations to locate seizable assets of a person or company to satisfy a court order;

1. Serves as the focal point within the District or sub-office for monitoring, coordinating, and directing the assigned operational investigative program. Formulates and recommends policies, programs, and procedures governing the program, contributing to nationwide policy development, communicating the policy to Districts, and advises U.S. Marshals on operational matters.

2. Makes evaluative analysis of all aspects of the assigned operational program within the District or sub-office, including program objectives, policies, work operations and progress, resource estimates and utilization and inter and intra program balances. Develops and recommends District program objectives and operations and manpower, money, and material allocations to meet identified needs.

263

3. Initiates, plans, and conducts criminal and civil investigations, performing the full range of investigative functions on assigned cases or portions of cases from planning through fact finding to reporting the results.

4. Develops facts and evidence utilizing a range of investigative techniques, including interviewing, examination of physical, documentary, and other types of evidence, analysis of records, use of technical investigative aids, working undercover, developing and utilizing informants and other confidential sources and maintaining surveillance.

5. Gathers information/intelligence from a variety of sources. Examples of sources of information include business records, public documents, and public utilities, law enforcement agencies, and information provided by informants.

6. Performs analysis of available facts, evidence and intelligence. Determines need for additional investigation and conducts further fact-finding, if necessary.

7. Prepares detailed written investigative reports concerning case development and disposition. Presents oral briefings and testimony and written material to be used as evidence in court proceedings.

8. Applies a high degree of personal resourcefulness and a constant regard for sources of information and cooperation with other enforcement and investigative agencies in the detection, apprehension, and ultimate conviction of violators of laws, rules, and regulations enforced by the Marshals Service.

These investigative assignments are typified by the following characteristics:

-- Investigator is required to work with fragmentary or cold evidence;

-- A substantial number of separate investigative matters grow from the original assignment;

-- A high degree of skill is required to establish the interrelationships of fact and evidence;

-- Witnesses are reluctant to give information which may explode into an important Federal case;

-- Suspects are subjects of major news media;

-- An extensive knowledge required of the laws, rules, policies, and practices of several local, county, state, and Federal agencies.

## B. Law Enforcement Functions

As a secondary function, the incumbent may lead, coordinate and provide guidance to lower level investigators in performance of the following complex law enforcement activities:

1. Performs protective assignments on dignitaries, judicial officer, protected witnesses, and other officials. Provides supervision and guidance to deputies assigned to the protective detail. Conducts advanced surveys to identify security risks. Makes security recommendations and implements procedures for eliminating or coping with such risks. Assignments may be performed in home or out-of-district and typically involve protection of the principal.

2. Plans and directs the activities of District personnel, carrying out court security assignments for the full range of trials, hearings, and arraignments encountered in a District office, including sensitive trials and sequestered jury trials. Oversees security for judicial conferences, workshops, and other meetings within the assigned circuit. Trains the U.S. Marshals Service personnel devoted to the court security mission in the latest developments and operating procedures in physical and personal security. Supervises the activities of in-district personnel assigned to the court security mission and coordinates the activities of the out-of-district personnel. Prepares duty rosters and allows and disallows overtime, administratively uncontrollable overtime, and per diem.

3. Enforces the full range of civil and criminal process cases, including the most complex cases. Uses extensive knowledge of investigative skills and techniques in locating and identifying persons or property named in the process. Exercises independent judgement, resourcefulness, and versatility in planning and executing the process. Work assignments might include, but are not limited to operating a business seized under court order when so instructed by the order; coordinating the seizure of a large business or major illegal operation when several law enforcement agencies are involved; conducting the sale of a seized business or other extensive property holdings (e.g., ocean-going vessels, airplanes, large amounts of land); or locating seizable assets of a person or company and determining the most appropriate course of action to take to satisfy the court order.

4. Participates in the enforcement of major or high profile injunctions or other assignments involving civil disturbances, terrorism, or other activities disruptive to the safe and efficient operation of the judicial system or of other government operations.

-3-

205

3. As required, serves as team leader on a variety of assignments, including protective details, sequestered or sensitive jury details, complex prisoner movements, etc. Provides technical guidance to Deputy U.S. Marshals at the GS-5,7,9 and 11 levels in the execution or enforcement of various civil and criminal process cases, or in specific aspects of such cases.

7. Performs all types of in-district and out-of-district special assignments. These may be initiated by court orders or by the instructions of the Director of the Marshals Service, the Attorney General, or the President.

8. May be assigned direction of the Community Detention Program. This involves leading pre-contract inspections of local jails and facilities for conformance with established standards for security, hygiene, food service, medical assistance and determining ease of access to the Federal Courts, using established prisoner transportation routes. Evaluates specific local jails to assess adequacy to temporarily house and feed federal prisoners or detainees. Conducts periodic inspections of facilities for contract compliance; recommends changes in the facilities to meet Federal standards and requirements; works with jail officials to correct problems revealed by inspections.

9. Performs other duties as assigned.

## II. Factors

A. Factor 1: Knowledge Required by the Position

1. Extensive knowledge of laws, regulations, and procedures enforced by the U.S. Marshals Service to plan, conduct, and coordinate a variety of difficult and complex criminal investigations.

2. Extensive knowledge of criminal statutes relating to searches, seizures, arrests, conspiracies; knowledge of court procedure; knowledge of writs and warrants to lead, coordinate, and provide guidance to lower level investigators in performance of complex law enforcement activities;

3. Through knowledge of the U.S. Marshals Manual to direct others in properly carrying out criminal investigations;

4. Highly developed skill in gathering, consolidating, evaluating, correlating and analyzing a wide variety of seemingly unrelated facts and occurrences in order to plan, conduct and develop criminal investigations for presentation to management and/or the U.S. Attorney for prosecution;

-4-

206

5. Highly developed skills in interviewing violators, suspects, and witnesses to lead others in discovering violations, making conclusions, and recommending decisions;

6. Skill in oral and written reports in order to support allegations of violations to management and/or the U.S. Attorney;

7. Qualified in the use of firearms and self-defense; knowledge of firearm policies;

8. Must possess a valid state motor vehicle operators license.

### Factor 2: Supervisory Control

The supervisor sets the objectives and resources available for investigative cases for a large geographic area or for a specialized enforcement activity. The supervisor and the employee collaborate in developing deadlines and approaches to unusual or particularly sensitive cases. Completed work is reviewed for accomplishment of overall objectives and adherence to policy. Reports are reviewed for general development and the basis for probable successful prosecution, or for reasonableness and justification for recommended actions.

### Factor 3: Guidelines

Guidelines consist of U.S. Marshals and related laws and regulations, criminal statutes, precedent court decisions, U.S. Marshal policies, procedures and objectives. Initiative, originality, resourcefulness, coverage, and seasoned judgement are required in handling unusual or emergency situations and leading others in working with fragmentary evidence, doing risky undercover work, resolving conflicting facts and evidence, etc.

### Factor 4: Complexity

As an experienced investigator, incumbent plans, conducts, and coordinates sensitive and complex investigative assignments. A substantial number of separate investigative matters grow from the original assignment, reaching the top levels of the organization. The investigator is required to work with fragmentary or cold evidence, requiring a high degree of skill to establish the interrelationships of fact and evidence. Surveillance and undercover work include hazardous and critical situations where the possibility of serious injury or death exists. The complexity of the investigative assignment is heightened by the prominence of the suspects and the reluctance of the witnesses to testify. An extensive knowledge is required of the laws, rules, policies, and practices of several local, county, state, and federal agencies.

-5-

207

### Factor 5: Scope and Effect

Evidence developed in the investigation under the direction of the incumbent is used by the U.S. Attorney in prosecuting cases by violations of U.S. laws. This entails possible prison terms, criminal fines, administrative properties, and/or forfeiture of assets and property. Improper development and conduct of the investigation would cause significant repercussions, e.g. public embarrassment of prominent figures or the U.S. Marshals Service.

### Factor 6: Personal Contacts

Personal contacts include Federal, state, and local law enforcement officials, U.S. Marshals Service and other government employees, businessmen, witnesses, informants, and criminals. Contacts may be nonroutine and may take place under varying situations and ground rules.

### Factor 7: Purpose of Contacts

The purpose of contacts is to provide direction and instruction, lead or participate in raids and surveillances, obtain facts and views, explain findings and methods used in cases, discuss cases, provide direction and instructions, exchange information, gather intelligence and develop facts and evidence, assist the U.S. Attorney, and testify as a witness in judicial hearings and administrative and courtroom trial proceedings. Contacts may be prominent individuals who are subjects of investigative cases requiring a considerable degree of sensitivity. Investigations are potentially important federal cases, and the subject's activities could be major news items. Persons contacted are often skeptical, uncooperative, or fearful, requiring a high degree of skill in interviewing, questioning, and conducting meetings.

### Factor 8: Physical Demands

Performance of the duties of this position requires physical strength and stamina to perform such activities as long periods of surveillance, pursuing and restraining suspects, carrying heavy equipment to be utilized in investigative efforts, etc. These activities require considerable physical exertion, such as running, stooping, bending, climbing, lifting and carrying heavy objects.

### Factor 9: Work Environment

Incumbent works indoors and outdoors in a variety of environments, including a wide variety of potentially dangerous and stressful situations. Incumbents may be subject to physical attack, including the use of lethal weapons. Position requires working long, irregular hours on weekends, and at night changing shift and duty stations.

208

## Additional Significant Factors

The incumbent of this position must have prior experience in a primary federal law enforcement position and immediate prior experience in a position approved for coverage under 5 U.S.C., 8336(c)(1) since this position includes responsibilities directly involving the investigations of criminal activities.

Incumbent may be subject to reassignment in connection with officially assigned duties.

-7-

209