**From:** Joann Grady
**To:** MMASS.PO.wfallon
**Date:** 9/16/03 4:12pm
**Subject:** Request for Information

Chief Fallon,

We are completing the investigation in the complaint of discrimination filed by Cynthia DeCaire. It was indicated in the complaint file that some assignments were made based on seniority. Therefore, I am requesting a list of all 1811's in the district and their entry on duty dates.

The list may be either sent to me by email or fax (202) 307-8765. Should you have any questions, please give me a call on (202) 307-9040. Thanks for your assistance in this matter.

Joann Grady
Chief, Complaints Processing