**From:** William Ryan
**To:** jgrady
**Date:** 9/17/03 9:42am
**Subject:** requested information

Joann,
   The following is a list of all 1811's for the D/MA and their EOD dates:

1. Jeffrey Christo        4-11-83
2. Francis Dawson         7-19-76
3. Cynthia DeCaire        6-10-91
4. Steven Donaher         2-25-80
5. Kevin Donahue          10-16-92
6. Donald Freeman         9-5-95
7. Alison Hodgkins        11-24-84
8. Scott Kimball          4-30-87
9. Annette Lawlor         11-23-81
10. Mark Lewis            5-4-98
11. Gary Mattison         7-1-95
12. Chris McEnaney        2-20-96
13. Steven McKearney      10-16-94
14. Michael Nelson        9-5-91
15. Kevin Roche           5-4-98
16. Leo Rosette           7-18-80
17. Joseph Saccardo       8-3-92
18. Mark Smythers         7-14-91
19. Paul Sugrue           10-29-90
20. Kevin Wahl            9-9-86
21. Susan Williams        9-17-85

CC:        wfallon