**THIS IS A DEVELOPMENTAL POSITION. THE FULL PERFORMANCE LEVEL OF THIS POSITION IS DEPUTY UNITED STATES MARSHAL, GS-082-11.**

## DEPUTY UNITED STATES MARSHAL
### GS-082-05

### INTRODUCTION

This position is located in a United States Marshals Service (USMS) District office. The incumbent of this position serves as a trainee Deputy United States Marshal.

### SUPERVISORY CONTROLS

The incumbent works under the close supervision of a higher graded United States Marshals Service law enforcement employee. The incumbent is provided with detailed instructions pertaining to the work. The incumbent works in strict adherence to established procedures. Assistance is available to the incumbent on issues that come up which are not covered by the original instructions.

### MAJOR DUTIES

The incumbent receives formal and on-the-job-training in the use of firearms; self-defense techniques; restraint and control of prisoners; first aid; use of surveillance, detection, and communications equipment; movement of prisoners; courtroom functions, such as maintaining order in court, administrative arrangements for guarding jurors or court officials, presenting and guarding prisoners in court, etc. The incumbent is also given training on the application of Federal statutes, laws, and procedures applicable to the United States Marshals Service; precedent court decisions, etc.

The incumbent assists with in-district movement of prisoners and detainees.

The incumbent executes limited civil and criminal process.

The incumbent assists higher graded USMS law enforcement personnel in providing in-court security in criminal and civil proceedings. The incumbent guards sequestered juries.

The incumbent conducts the following body searches of prisoners and persons who are under arrest: pat-down searches, in-custody searches, and strip searches.

Performs other duties as assigned.



EXHIBIT 2

PAGE 1 of 1

P80