# AFFIDAVIT

STATE: MASSACHUSETTS
PLACE: BOSTON

DATE: June 24, 2004

## PRIVACY ACT INFORMATION

The Privacy Act of 1974 (PL 93-579) requires Federal Agencies to give individuals who are asked to furnish personal information about themselves, the following facts.
<u>AUTHORITY</u>: The Equal Employment Opportunity Commissions' Federal Sector Equal Employment Opportunity Rules and Regulations authorizes Investigators to administer oaths, and take written statements under the penalty of perjury: 29 CFR 1614.108.
<u>PRINCIPAL PURPOSES</u>: Affidavits are used to provide necessary information for the resolution and/or adjudication of discrimination complaints by federal employees or applicants for employment.
<u>ROUTINE USES</u>: This affidavit will be used by the Justice Department and possibly other federal agencies and/or the Federal Judiciary. It may also be used to execute statutory requirements of the Freedom of Information Act.
<u>VOLUNTARY DISCLOSURE</u>: The personal information you provide is entirely voluntary, therefore you may decline without penalty to provide the information being requested.

## NO CONFIDENTIALITY

I understand that the statement I am giving is not to be confidential and that it may be shown to the interested parties.

My name is Kevin J. Wahl. I am employed by the U.S. Department of Justice, United States Marshals Service, and I am assigned to the District of Massachusetts, 595 Main Street, Worcester, MA. My job title and position grade is Deputy United States Marshal (DUSM), GS-1811-12, and my immediate supervisor's name is Thomas Bezanson.

My race, national origin, and sex is Caucasian American male.

Note: The issues accepted for investigation are: Whether the Complainant (Susan J. Williams) was subjected to sex (female), and reprisal discrimination (prior EEO activity) when: (1) on October 14, 2003, she was reassigned from the District of Massachusetts Worcester Office to the Boston Office.
Whether the Complainant (Susan J. Williams) was subjected to reprisal discrimination (prior EEO activity) when:

Page 1 of 5 Pages

Affiant's Initials: _____

EXHIBIT 23

# AFFIDAVIT

Note: I have not been privy to anyone's affidavit. I am responding to the questions posed by the EEO Investigator.

Question-1: Ms. Williams alleges that on October 14, 2003, she was reassigned from the District of Massachusetts Worcester Office to the Boston Office. (A) Where were you and what was your assignment on this date? (B) Explain what you were told as the reason Ms. Williams was selected for the Boston reassignment as opposed to yourself or other deputies assigned to the Worcester office?

Answer: I was never asked about coming to Boston. I live 20 miles on the other side of Worcester. I was assigned to Worcester on October 14, 2003. I found out along with Deputy Williams that she was being reassigned to Boston. I don't recall the reason given for her reassignment.

Question-2: Did you discuss with anyone the possibility of your being reassigned to Boston during the fall of 2003? If so, whom did you talk with, what was said between you, and when did the conversation take place?

Answer: Throughout the time the previous Chief was here, I had been threatened a number of times with being transferred to Boston. I have never been transferred to Boston once I was assigned to Worcester. My duty station was Boston from 1989 to 1996. The Worcester office was not open during that period. I applied to be considered for the

Page _2_ of _5_ Pages                                                Affiant's Initials: ___

# AFFIDAVIT

Worcester office when it opened, and I was selected. I understand at the time that I was placed in Worcester because no one more senior than I wanted the assignment.

Question-3: Were you assigned to report to any office other than Worcester during the fall of 2003? If so, what office did you report to and what was the duration of each assignment?

Answer:    I don't know the specifics, but I was assigned to work in both Springfield and Boston. The duration was generally for a day, depending on what was going on in that office.

Question-4: How long have you been assigned to the Worcester office? During the last three years, when and how often were you assigned to report to Boston as your duty assignment? Explain who gave you the assignment and DUSM Williams' status at the time of each?

Answer:    During the past three years I have been assigned to report to both Boston and Springfield on multiple occasions. My supervisor at the time, would have given me the assignment. I am not sure of Deputy Williams' status each time I was assigned.

Question-5: During the past two years, how many times, and when, have you been assigned to report to the Springfield Office? Who gave you these assignments?

Answer:    See previous responses.

Page __3__ of __5__ Pages                              Affiant's Initials ____

# AFFIDAVIT

Question-6: I have been advised that you were on sick leave for hernia surgery and recovery during 2003. If so, what was the duration of your absence? Were you on "light duty" or otherwise not assigned your full range of duties after your return? If so, how long did this situation last, and describe the nature of your assignments during this period?

Answer: In December 2003, I took between three and four weeks of sick time. I was not on light duty upon my return.

Question-7: Have you and DUSM Williams been assigned to work the cellblock while assigned to Worcester? (B) If so, what did the cellblock assignment(s) entail, i.e., describe her duties relative to this assignment?

Answer: Everyone assigned to Worcester works the cellblock. It is a generic office, and everyone works everything. We receive, and process prisoners, move them to court, and perform the full range of duties associated with prisoners. I don't recall either Deputy Williams or myself being specifically assigned to work the cellblock. She and I have been in the cellblock together to perform all the duties that needed to be done.

Question-8: Did Ms. Williams complain to you about being assigned to work the cellblock? If so, explain the nature of her complaint(s).

Answer: To my knowledge she was never assigned to the cellblock. She performed the full range of deputy duties. She never complained to me about having to perform

Page __4__ of __5__ Pages                                          Affiant's Initials: ___

# AFFIDAVIT

duties associated with the cellblock.

Question-9: When were you hired by the U.S. Marshals Service. How long have you been assigned to the District of Massachusetts and how long have you been in your current position?

Answer: August 7, 1989 is when I was hired. I arrived in the District of MA in November 1989, after the Academy. I have been in the Worcester office since 1996, when the building opened.

Question-10: Is there anything else that you would like to add to this statement?

Answer: I have been assigned to work in Boston two or three times during the past three weeks.

I have read the above statement, consisting of _5_ pages, and swear or affirm that it is true and complete to the best of my knowledge, information and belief.

Kevin J. Wahl, Affiant

Subscribed and Sworn to or affirmed before me this __24th__ day of _June_, 20_04_

Eugene Clark, EEO Contract Investigator