# AFFIDAVIT

STATE: MASSACHUSETTS
PLACE: BOSTON

DATE: June 5, 2003

## PRIVACY ACT INFORMATION

The Privacy Act of 1974 (PL 93-579) requires Federal Agencies to give individuals who are asked to furnish personal information about themselves, the following facts.
**AUTHORITY**: The Equal Employment Opportunity Commissions' Federal Sector Equal Employment Opportunity Rules and Regulations authorizes Investigators to administer oaths, and take written statements under the penalty of perjury: 29 CFR 1614.108.
**PRINCIPAL PURPOSES**: Affidavits are used to provide necessary information for the resolution and/or adjudication of discrimination complaints by federal employees or applicants for employment.
**ROUTINE USES**: This affidavit will be used by the Justice Department and possibly other federal agencies and/or the Federal Judiciary. It may also be used to execute statutory requirements of the Freedom of Information Act.
**VOLUNTARY DISCLOSURE**: The personal information you provide is entirely voluntary, therefore you may decline without penalty to provide the information being requested.

## NO CONFIDENTIALITY

I understand that the statement I am giving is not to be confidential and that it may be shown to the interested parties.

My name is Kevin D. Donahue. I am employed by the U.S. Department of Justice, United States Marshals Service, and I am assigned to the District of Massachusetts, One Courthouse Way, Suite 500, Boston, MA. My job title and position grade is Deputy United States Marshal (DUSM), GS-1811-12, and my immediate supervisor's name is Alison Hodgkins, Acting Supervisory Deputy United States Marshal (ASDUSM). My race, national origin, and sex is Caucasian American male.

Note: I have not been privy to anyone's affidavit. I am responding to the questions posed by the EEO Investigator.

Question-1: Ms. DeCaire has stated that you were present sometime during March 2003,

Page 1 of 4 Pages

Affiant's Initials: KD


EXHIBIT 15

## AFFIDAVIT

when Detective Joe Cummings related to you and others what Marshal Dichio had told him about Ms. DeCaire's EEO complaint. Do you recall such a conversation? If so, who was present, what was the context of the conversation, and who said what?

Answer:   Joe Cummings and I were partners assigned to the HIDTA Task Force. Joe is a Brockington Police Detective. I believe that Joe told me shortly after Cindy was transferred from Worcester back to Boston that Marshal Dichio and he had a conversation in the basement of this building (Moakley Courthouse). Joe said that Marshal Dichio had told him that he had taken care of Cindy and he had taken care of her career. Joe said the Marshal Dichio had some choice words to say about Cindy or words to that effect. Joe had known Marshal Dichio before he became USM. I have had many other conversations with Joe about Cindy being transferred. He would ask me how is she doing and what is her status in the office. Since March I have been transferred from the HIDTA unit, along with Jeff Bohn. Joe told me that he had quit the unit. When I was in the unit Brian Albert, a Boston Police Officer; Steven Ridge, a Boston P.O.; Ed Sarabia, a DEA Agent; Frank Dawson, a DUSM; Darlene DeCaire, a Detective Sargeant with the Mass. State Police; Mark Lewis, a DUSM, were all part of HIDTA.

Question-2:   Have you heard Marshal Dichio discuss Ms. DeCaire's EEO complaint with others.

Answer:   No.

Page  2  of  4   Pages                                                                                                 Affiant's Initials: _KD_

# AFFIDAVIT

Question-3: Did you hear Chief Deputy Dimmitt advised individuals not to "take on" the Marshals Service and that he was looking for a few individuals "to change their attitude." If so, with whom did the Chief Deputy have these discussions, when, and what was the context of the discussions? How were you made aware of these comments and discussions?

Answer: My first day after being transferred back to Court Operations, the Chief had a meeting with the unit. It was about a half hour meeting. I don't know how long I have been back in Court Operations, but I was transferred back the same day as Jeff. I believe the Chief had a meeting with each squad. It seemed to me to be a problem employee meeting. The Chief went over his training and experience, he said some people had some bad attitudes, and that some people needed to think of the Marshals Service first. I remember Cindy asking him why had she been transferred. The Chief responded that it was because of manpower. She responded that if it is because of manpower, why am I being replaced in Worcester with an 082 employee. Worcester was considered to be a choice position that does not normally go to a new employee. Mr. Dimmitt also told the 082's, during that meeting, that they could not go to court by themselves. Most of the employees in the meeting were brand new employees and he was giving them guidance that they should follow until they gained some experience.

Question-4: Did Cindy DeCaire tell you that she had asked to be assigned to Worcester

Page  3  of  4  Pages                                                    Affiant's Initials: _KD_

## AFFIDAVIT

or that she wanted to be assigned there when she was sent there in September 2002?

Answer:   Cindy has always let it be known that she wanted to work in Worcester. I have known that for a while. She has a little girl, and she lives closer to Worcester than she does here. It is an easier commute. Normally, the Worcester office is a sought after assignment for deputies that live in that area.

Question-5:   When were you hired by the U.S. Marshals Service, and what was your position at the time of your hire, and where was your duty station?

Answer:   October 22, 1992. I was in southern New York, and I was in Chicago. I came to Boston around March or April 1997.

Question-6:   Is there anything else that you would like to add to this statement?

Answer:

    I have read the above statement, consisting of _4_ pages, and swear or affirm that it is true and complete to the best of my knowledge, information and belief.

_____
Kevin D. Donahue, Affiant

Subscribed and Sworn to or affirmed before me
on this _5th_ day of June, 2003

_____
Eugene Clark, EEO Contract Investigator

Page _4_ of ___ Pages                                                                 Affiant's Initials: K.D.