UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CYNTHIA A. DECAIRE,

       Plaintiff

       vs.                                              C.A. No. 04-10593WGY

JOHN D. ASHCROFT, in his official position as
Attorney General of the United States.

       Defendant

---

## SUBSTITUTE EXHIBITS

Plaintiff submits herewith as Exhibits A and B the signed declarations for Susan J. Williams and Paul Sugrue to be substituted for unsigned Exhibits 7 and 14, respectively, of Plaintiff's Exhibits In Opposition To Defendant's Motion For Summary Judgment.

       Respectfully submitted,

       **CYNTHIA A. DeCAIRE**,

       By her attorney,

       ___/s/ Indira Talwani_____
       Indira Talwani
       **SEGAL, ROITMAN & COLEMAN**
       11 Beacon Street
       Suite #500
       Boston, MA  02108
       (617) 742-0208

Dated:  April 25, 2005