UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA A. DECAIRE,

        Plaintiff

        vs.                              C.A. No. 04-10593WGY

JOHN D. ASHCROFT, in his official position as
Attorney General of the United States.

        Defendant

## AFFIDAVIT OF PAUL SUGRUE

I, Paul Sugrue, declare:

1. I am employed by the Department of Justice, United States Marshals Service, as a Deputy United States Marshal assigned to the District of Massachusetts.

2. I am currently a Warrant Coordinator in the Warrants Investigations unit in Boston. I have held that position since I was assigned to it in April 2003.

3. In April 2003, Acting Chief Deputy United States Marshal Dave Dimmitt approached me about becoming a Warrant Coordinator. I had not requested to be considered for the position. I informed Acting Chief Dimmitt that I was not interested in the position. Acting Chief Dimmitt nonetheless informed me that I was being assigned to the position.

Signed under the penalties of perjury this 14 day of April, 2005, in Boston, Massachusetts.

                                                      /s/ Paul P. Sugrue
                                                      Paul Sugrue