UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CYNTHIA A. DECAIRE,

        Plaintiff

        vs.                                  C.A. No. 04-10593WGY

JOHN D. ASHCROFT, in his official position as
Attorney General of the United States.

        Defendant
_____

## ASSENTED TO MOTION TO SUBSTITUTE PARTY BY PLAINTIFF CYNTHIA DECAIRE

Pursuant to Federal Rule of Civil Procedure 25(d), Plaintiff Cynthia A. DeCaire brings this assented to motion for an order substituting ALBERTO R. GONZALES, in his official position as Attorney General of the United States for Defendant John D. Ashcroft.

This action was brought against John D. Ashcroft in his official position as Attorney General of the United States. Mr. Ashcroft no longer holds that position, and on February 3, 2005, Alberto R. Gonzales was sworn in as Attorney General.

Rule 25(d)(1) provides that:

> [w]hen a public officer is a party to an action in an official capacity and during its pendency dies, resigns, or otherwise ceases to hold office, the action does not abate and the officer's successor is automatically substituted as a party. Proceedings following the substitution shall be in the name of the substituted party, but any misnomer not affecting the substantial rights of the parties shall be disregarded. An order of substitution may be entered at any time, but the omission to enter such an order shall not affect the substitution.

Accordingly, Plaintiff requests an order of the Court substituting Alberto R. Gonzales for Defendant John D. Ashcroft.

    Respectfully submitted,

    **CYNTHIA A. DECAIRE**,

    By her attorney,

    _____/s/ Indira Talwani_____
    Indira Talwani
    **SEGAL, ROITMAN & COLEMAN**
    11 Beacon Street
    Suite #500
    Boston, MA  02108
    (617) 742-0208

Dated: April 27, 2005

### CERTIFICATE PURSUANT TO LOCAL RULES 7.1(A)(2)

I hereby certify that I conferred with Defendant's counsel, Barbara Cotrell, and that Defendant has assented to this motion.

    ____/s/ Indira Talwani_____
    Indira Talwani