UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CYNTHIA A. DECAIRE,

        Plaintiff

        vs.                                  C.A. No. 04-10593WGY

ALBERTO R. GONZALES, in his official position as
Attorney General of the United States.

        Defendant
_____

## PLAINTIFF'S NOTICE OF OBJECTIONS TO DEFENDANT'S EXHIBITS

Pursuant to the Court's Procedural Order, Plaintiff hereby gives notice that she intends to object to the following exhibits:

    A.    E-mail from Deputy Hodgkins to Supervisory Deputy Doherty, September 4, 2002. <u>Objection</u>: relevance, lack of foundation.

    B.    E-mail from Deputy Marshal Mark Lewis to Marshal Dichio, September 6, 2002. <u>Objection</u>: hearsay.

    G.    E-mail from Chief Fallon to USMS HQ, July 25, 2003. <u>Objection</u>: relevance.

    H.    E-mail from Chief Fallon to USMS HQ, July 31, 2003. <u>Objection</u>: relevance.

    I.    E-mail string between Chief Fallon and Assistant Chief Taylor, September 15, 16, 2003. <u>Objection</u>: relevance.

    J.    E-mail from Assistant Chief Taylor to Chief Fallon, October 28, 2003. <u>Objection</u>: hearsay.

K.     E-mail from Chief Fallon to Assistant Chief Taylor, October 28, 2003.  <u>Objection</u>:  hearsay.

L.     E-mail string between Supervisory Deputy Bezanson and Chief Fallon, November 3, 2003.  <u>Objection</u>:  hearsay.

M.     E-mail from Chief Fallon to Supervisory Deputy Bezanson, November 24, 2003.  <u>Objection</u>:  hearsay

N.     E-mail string between William Palk, Dave Hubbuch and Micke Brumbaugh, December 1, 2003.  <u>Objection</u>: hearsay, lack of foundation.

P.   E-mail from Chief Fallon to Sue Gibson, January 22, 2004.  <u>Objection</u>: relevance, hearsay.

Q.   E-mail from Supervisory Deputy Bezanson to Assistant Chief Taylor, January 22, 2004.  <u>Objection</u>: hearsay.

R.   E-mail from Assistant Chief Taylor to Chief Fallon, January 23, 2004.  <u>Objection</u>: hearsay.

S.   E-mail from Supervisory Deputy Hodgkins to Supervisory Deputy Hodgkins, January 28, 2004.  <u>Objection</u>: hearsay, relevance.

T.   E-mail string between Supervisory Deputy Hodgkins and Supervisory Deputy Bezanson, February 12, 2004.  <u>Objection</u>: relevance.

U.   E-mail from Supervisory Deputy Bezanson to Deputy DeCaire, February 12, 2004.  <u>Objection</u>: relevance.

V.   E-mail from Supervisory Deputy Bezanson to Deputy DeCaire, February 18, 2004.  <u>Objection</u>: relevance.

- 3 -

W. E-mail from Supervisory Deputy Hodgkins to Supervisory Deputy Bezanson, March 3, 2004.  <u>Objection</u>: relevance.

X.  E-mail from Supervisory Deputy Bezanson to Deputy DeCaire, March 3, 2004.  <u>Objection</u>: relevance.

        Respectfully submitted,

        **CYNTHIA A. DECAIRE**,

        By her attorney,


        _____/s/_ Indira Talwani_____
        Indira Talwani
        **SEGAL, ROITMAN & COLEMAN**
        11 Beacon Street
        Suite #500
        Boston, MA  02108
        (617) 742-0208

Dated:  May 12, 2005