UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>       Plaintiff<br><br>       vs.<br><br>ALBERTO R. GONZALES, in his official position as Attorney General of the United States.<br><br>       Defendant | C.A. No. 04-10593WGY |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN of the appearance of Paul F. Kelly of Segal, Roitman, and Coleman, on behalf of Plaintiff Cynthia A. DeCaire.

                                            Respectfully submitted,

                                            **CYNTHIA A. DECAIRE**,

                                            By her attorneys,

                                            _____/s/ Paul F. Kelly_____
                                            Paul F. Kelly, BBO #267000
                                            Indira Talwani, BBO #645577

                                            **SEGAL, ROITMAN & COLEMAN**
                                            11 Beacon Street
                                            Suite #500
                                            Boston, MA 02108
                                            (617) 742-0208

Dated: May 17, 2005