UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>Plaintiff<br><br>vs.<br><br>JOHN D. ASHCROFT,<br>in his official position as<br>Attorney General of the United States,<br><br>Defendant. | C.A. No. 04-10593WGY |

## VERIFICATION

I hereby declare under penalty of perjury that the Defendant has produced all responsive documents in response to Plaintiff's First Set of Request for Documents to the best of my information and belief.

Dated: 05.23.05

William E. Bordley
Associate General Counsel
United States Marshals Service