UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CYNTHIA A. DECAIRE,

      Plaintiff

      vs.

ALBERTO R. GONZALES, in his official position as
Attorney General of the United States.

      Defendant
_____

C.A. No. 04-10593WGY

## EMERGENCY MOTION TO REOPEN DISCOVERY
## AND RELATED MATTERS BY PLAINTIFF CYNTHIA A. DECAIRE

    Plaintiff Cynthia A. DeCaire brings this emergency request concerning discovery of the Report of the Office of the Inspector General Regarding Anthony Dichio, United States Marshal for the District of Massachusetts. In support of this request, Plaintiff states as follows:

    1.    Discovery closed on April 30, 2005, in this case, and this matter is set for trial, beginning June 2, 2005.

    2.    Plaintiff recently, and after the close of discovery, learned of rumors that the Office of the Inspector General, Department Justice, had completed its report regarding Anthony Dichio.

    3.    Plaintiff's counsel has now been informed by the Office of the Inspector General that the report has indeed been completed.

    4.    Plaintiff seeks to inspect this report, which may lead to admissible evidence concerning Anthony Dichio's credibility.

5.	As detailed in Plaintiff's counsel's affidavit filed herewith, counsel promptly attempted to resolve with Defendant's counsel the threshold questions of the reopening of discovery for purposes of this request, the timing of Defendant's response, including any objections, but was unable to do so.

6.	Accordingly, Plaintiff seeks an order: (1) reopening discovery for the limited purpose of requiring Defendant to respond to the attached request for production of documents; (2) compelling Defendant to respond to Plaintiff's request by May 31, 2005; and (3) setting a conference before this Court for June 1, 2005, to resolve any disputes concerning the requested production.

This motion is supported by the accompanying Affidavit and Exhibits attached there, and by the pleadings on file in this matter.

Respectfully submitted,

**CYNTHIA A. DeCAIRE**,

By her attorney,

____/s/ Indira Talwani_____
Indira Talwani
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  May 27, 2005

**CERTIFICATE PURSUANT TO RULE 37 AND LOCAL RULES 7.1(A)(2) & 37.1**

      I hereby certify that I conferred with Defendant's counsel, Barbara Cottrell, on May 19, 20, 24 and 26, 2005, in a good faith attempt to resolve or narrow the issues, and that I have complied with the provisions of Rule 37.1.

                                                                          ___/s/ Indira Talwani_____
                                                                             Indira Talwani