## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

CYNTHIA A. DECAIRE,

      Plaintiff

      vs.          C.A. No. 04-10593WGY

ALBERTO R. GONZALES, in his official position as Attorney General of the United States.

      Defendant

_____

## PLAINTIFF'S SECOND SET OF REQUESTS FOR DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendant produce the following document for inspection and copying at the offices of Segal, Roitman & Coleman, 11 Beacon Street, Suite 500, Boston, Massachusetts, 02108, within such time as is ordered by the Court.

### INSTRUCTIONS AND DEFINITIONS

1.    Pursuant to Local Rule 26.5, the full text of the definitions set forth in Local Rule 26.5(C) is deemed incorporated by reference into this discovery request.

2.    Pursuant to Federal Rule of Civil Procedure 34, Defendant shall respond within such time as is directed by the Court, and shall state that inspection will be permitted as requested, unless the request is objected to, in which event the reasons for objection shall be stated.

3.    Pursuant to Local Rule 34.1(E), if a claim or privilege is asserted in objection to the document request, and the document is not provided on the basis of that assertion, the

attorney asserting the privilege shall identify in the objection the nature of the privilege that is being claimed with respect to such document.

## REQUEST

Defendant is requested to produce the Report of the Office of Inspector General, United States Department of Justice, into the conduct of Marshal Dichio.

**CYNTHIA A. DeCAIRE**,

By her attorney,

_____/s/ Indira Talwani__ _____
Indira Talwani
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  May 27, 2005

2