# SEGAL, ROITMAN & COLEMAN

| | | |
|---|---|---|
| DONALD J. SIEGEL<br>PAUL F. KELLY<br>IRA SILLS<br>MARY THOMAS SULLIVAN*<br>SHELLEY B. KROLL<br>BURTON E. ROSENTHAL<br>ANNE R. SILLS<br>KATHRYN S. SHEA<br>INDIRA TALWANI**<br>ELIZABETH ARIENTI SLOANE<br>MICHAEL J. DOHENY<br>STEPHANIE R. PRATT<br>GREGORY A. GEIMAN<br>RACHEL E. ROSENBLOOM | COUNSELLORS AT LAW<br>11 BEACON STREET<br>SUITE 500<br>BOSTON, MASSACHUSETTS 02108 | ROBERT M. SEGAL (1915–1999)<br><br>OF COUNSEL<br>RICHARD W. COLEMAN<br>HAROLD B. ROITMAN<br>JOANNE F. GOLDSTEIN<br>JOSEPH P. MCKENNA, Jr.<br>PAUL S. HOROVITZ |

\* Also Admitted to the New Hampshire Bar

\*\* Also Admitted to the California Bar

May 20, 2005

By Mail and E-mail
Barbara Cottrell
Assistant United States Attorney
Northern District of New York
218 James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

Re: **Cynthia A. DeCaire v. Alberto R. Gonzales**
    Case No. 04-10593-WGY

Dear Ms. Cottrell:

Please accept this letter as a request to inspect and copy the report of the Office of the Inspector General, United States Department of Justice, into the conduct of Mr. Anthony Dichio, United States Marshal for the District of Massachusetts.

If Defendant is unwilling or unable to produce this document, please advise me:

1. if Defendant contends that the report is not final, and if so, based on what information;

2. if Defendant contends that the report is final but not yet published, and if so, based on what information; and

3. if Defendant asserts any other objections to the production of this report.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Indira Talwani

Cc: Cynthia A. DeCaire

TEL: (617) 742-0208 • FAX: (617) 742-2187