

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

Washington, DC 20530-1000

May 23, 2005

Indira Talwani
Segal, Roitman & Coleman
Counsellors at Law
11 Beacon Street
Suite 500
Boston, Massachestts 02108

    Re:    Cynthia A. DeCaire v. Alberto R. Gonzales, Case No. 04-10593-WGY

Dear Ms. Talwani:

    This is in response to your request to inspect and copy the report of the Office of the Inspector General, United States Department of Justice, into the conduct of Mr. Anthony Dichio, United States Marshal for the District of Massachusetts.

    Agency counsel has determined that the Office of Inspector General has completed its investigation into the conduct of Marshal Dichio. However, the investigative report has not been published by the Attorney General. I have not had an opportunity to examine the investigative report. Therefore, at this time we have not determined whether we will assert any objections or privileges.

    Sincerely,

**Gerald M. Auerbach**
General Counsel

By _____
**William E. Bordley**
Associate General Counsel

cc:    Barbara Cottrell
       Assistant United States Attorney
       Northern District of New York