UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>　　Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES, in his<br>official position as Attorney<br>General of the United States,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 04-10593-WGY<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND REQUEST FOR PROTECTIVE ORDER

In connection with Plaintiff's request for disclosure of documents pertinent to Merit Selection Announcements 03-078, 03-058, 03-136 and 04-030, concerning employees of the United States, which documents Defendant contends are subject to the provisions of 5 U.S.C. § 552a (the "Privacy Act"), it is hereby stipulated and agreed by and between the parties as follows:

　　1. This Stipulation and Protective Order governs the pre-trial use of information not previously disclosed in this litigation and which Defendant claims is protected by the Privacy Act ("the Protected Information"). No person who has access to the Protected Information pursuant to this Protective Order shall disclose such information to any person except for purposes of this litigation, and such information shall be used only for purposes of this litigation.

　　2. The substance of the Protected Information shall not be distributed or otherwise disclosed except as provided herein.

3. Plaintiff and the attorneys retained by plaintiff in connection with this litigation may be permitted access to the Protected Information. Plaintiff's attorneys may photocopy such information as may be of use in this litigation, but may not further disseminate said information without further order of the Court. Plaintiff may neither obtain copies of said documents nor take notes regarding the content of said documents. Neither Defendant's contention that objections other than Privacy Act objections may also exist regarding pre-trial production, nor Plaintiff's contention that all such discovery objections have been waived, is addressed by this Order. This Order also does not address any issues concerning the admissibility of such Protected Information at trial.

4. Persons who have access to the Protected Information shall follow procedures sufficient to prevent any disclosure of information that would constitute an unwarranted invasion of personal privacy. Specifically, such persons shall control and supervise information derived from the documents to prevent unauthorized or accidental disclosure of personal information. No person with access to the Protected Information may extract such information from these documents and retain for any other uses. To the extent that the documents contain private and personal information clearly irrelevant to the instant litigation, these documents will be reviewed with Plaintiff's attorneys prior to any disclosure to Plaintiff, and thereafter, will be released only after redacted or *in camera* review by the Court.

5. The Court and the parties shall address the use at trial of Protected Information at an appropriate time before any such Protected Information is introduced at trial.

6. This stipulation and order constitutes an exemption to the provisions of the Privacy Act of 1974 as embodied in 5 U.S.C. § 552a(b)(11) concerning the disclosure of such records.

7. The parties shall be bound by the terms of this order upon execution hereof by them.

The parties hereby move the Court for entry of this Protective Order.

| | |
|---|---|
| **CYNTHIA A. DeCAIRE**, | **ALBERTO R. GONZALES, in his official position as Attorney General of the United States** |
| By her attorney, | |
| | By his attorney, |
| /s/ Indira Talwani | |
| Indira Talwani | Glenn T. Suddaby |
| BBO # 645577 | United States Attorney |
| **SEGAL, ROITMAN & COLEMAN** | |
| 11 Beacon Street | /s/ Barbara D. Cottrell |
| Suite #500 | Barbara D. Cottrell |
| Boston, MA  02108 | Assistant U.S. Attorney |
| (617) 742-0208 | Bar Roll No. 101411(NDNY) |
| | 218 James T. Foley U.S. Courthouse |
| | 445 Broadway |
| | Albany, New York |
| | (518) 431-0247 |

SO ORDERED

CHIEF UNITED STATES DISTRICT JUDGE

Dated:  May     , 2005