UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA A. DeCAIRE,

    Plaintiff,

    v.

ALBERTO R. GONZALES, in his
official capacity as Attorney General
of the United States,

    Defendant.

Civ. No. 04-10593 (WGY)

## DECLARATION

BARBARA D. COTTRELL, states under penalty of perjury that:

1. I represent the defendant herein in the above-captioned matter; that this Affidavit is intended to advise the Court as to the status of the Office of Inspector General's (OIG) report that is the subject of Plaintiff's Second Request for Production of Documents as known to me at this time; and that I am currently unable to state Defendant's position with regard to that request.

2. I received Plaintiff's motion, accompanying affidavit and exhibits at approximately 10:30 on Friday, May 27, 2005, and forwarded same to the Office of General Counsel, USMS shortly thereafter. Since that time, I have been in telephonic contact with both that office and with OIG. I have been advised by OIG that the report it was tasked to prepare is complete and has been forwarded to the Deputy Attorney General. I was further advised that once the report has been delivered to the requesting component, any further action with regard to the matter for which the investigation was conducted is determined by that component. Finally, I was advised

by OIG that the report has not been made a public document. The OIG has received at least two (2) Freedom of Information Act (FOIA) requests for the document, which are currently under advisement within the Department of Justice.

3. I am aware that the Department of Justice has requested that a response to the OIG report be submitted within thirty days. Accordingly, it is my current understanding that the matter remains under advisement within the Department.

4. Both the USMS Office of General Counsel and I are attempting to ascertain whether Defendant will assert a governmental privilege pursuant to Title 5, United States Code, § 552(b)(5) as pertains to pre-decisional government documents or any other privilege or objection which may be available to him. Pursuant to Department policy, I may not claim a governmental privilege on Defendant's behalf without the prior approval of the Department. I respectfully request that Defendant's rights in this regard be preserved until such time as I am authorized to respond.

Dated: May 28, 2005

/s/
BARBARA D. COTTRELL
Assistant United States Attorney
Northern District of New York
218 James T. Foley U.S. Courthouse
Albany, New York 12207
(518)431-0247