## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>            Plaintiff<br><br>      vs.<br><br>ALBERTO R. GONZALES, in his official position as Attorney General of the United States.<br><br>            Defendant | C.A. No. 04-10593WGY |

### EMERGENCY MOTION FOR SANCTIONS FOR FAILURE TO OBEY DISCOVERY ORDER BY PLAINTIFF CYNTHIA A. DECAIRE

Plaintiff Cynthia A. DeCaire moves for an order of sanctions pursuant to Federal Rule of Civil Procedure 37(b)(2) for Defendant's failure to obey this Court's January 5, 2005, order to provide discovery.

Plaintiff specifically seeks an order under Federal Rule of Civil Procedure 37(b)(2)(A) establishing for purposes of this action that Plaintiff's promotional opportunities have been adversely impacted by: (1) not serving as the Acting Supervisor in Court Operations between April and October 2003; (2) not serving as Warrant Coordinator at any time since April 2003; and (3) not being assigned to the Warrants Investigations unit at any time since March 2003.

Plaintiff also specifically seeks an order under Federal Rule 37(b)(2)(A) establishing for purposes of this action that Defendant's claim that it selected Alison Hodgkins as the Acting Supervisor in Court Operations to provide an equal opportunity is pretextual, or in the alternative, an order under Federal Rule of Civil Procedure 37(b)(2)(B) prohibiting Defendant from introducing evidence opposing Plaintiff's claim that Alison Hodgkins was not qualified for

the Acting Supervisor position or that Alison Hodgkins had previously been provided greater opportunities than Plaintiff.

This motion is supported by the accompanying Memorandum and exhibits attached thereto and by the pleadings on file in this matter.

Respectfully submitted,

**CYNTHIA A. DeCAIRE**,

By her attorney,

__/s/ Indira Talwani_____
Indira Talwani
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  May 29, 2005

### CERTIFICATE PURSUANT TO RULE 37 AND LOCAL RULES 7.1(A)(2) & 37.1

I hereby certify that I conferred with Defendant's counsel, Barbara Cottrell, on May 28, 2005, and on numerous prior dates, in a good faith attempt to resolve or narrow the issues and in an effort to obtain the requested documents without further court action, and that I have complied with the provisions of Rule 37.1.

__/s/ Indira Talwani_____
Indira Talwani

2