UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CYNTHIA A. DeCAIRE,**

    Plaintiff,

    v.

**ALBERTO R. GONZALES, in his
official capacity as Attorney General
of the United States,**

    Defendant.

Civ. No. 04-10593 (WGY)

## DECLARATION

BARBARA D. COTTRELL, states under penalty of perjury that:

1. I represent the defendant herein in the above-captioned matter; that this Affidavit is intended to update the Court as to the status of the Office of Inspector General's (OIG) report that is the subject of Plaintiff's Second Request for Production of Documents as known to me at this time.

2. On May 31, 2005, I was advised by a representative of the OIG that the Department of Justice has determined not to consider release of the subject document as a public document pending receipt of the response to the document requested by the Department and disposition of pending FOIA requests, and that the matter remains under advisement within the Department.

3. It is my further understanding that the document was completed on March 21, 2005 and was forwarded for response on or about May 24, 2005.

Dated: June 1, 2005

                                        /s/
                              BARBARA D. COTTRELL
                              Assistant United States Attorney
                              Northern District of New York
                              218 James T. Foley U.S. Courthouse
                              Albany, New York 12207
                              (518)431-0247