UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE, <br><br> Plaintiff <br><br> vs. <br><br> ALBERTO R. GONZALES, in his official position as Attorney General of the United States. <br><br> Defendant | C.A. No. 04-10593WGY |

**PLAINTIFF AND DEFENDANT'S ADDITIONAL AGREED-UPON STATEMENT OF FACTS REGARDING PLAINTIFF'S APPLICATIONS FOR MERIT PROMOTION AND DEFENDANT'S OBJECTION TO EVIDENCE**

Pursuant to this Court's pre-trial order, the Plaintiff and Defendant have determined that the following additional facts are not in dispute. Defendant objects, however, to the entry of these facts, including the attached exhibits, into evidence.

1. In late 2002 or early 2003, Plaintiff responded to Merit Promotion Announcement 03-078, for a Criminal Investigator Deputy United States Marshal, Technical Operations Group Electronic Surveillance, Boston, Massachusetts. Trial Exhibit AA is a true and correct chart setting forth in redacted form the applicants for a promotion to this position in the first column, their duty stations in the second column, the grade of the positions the applicants held at the time of their application in the third column, their cumulative score on their promotional package in the fourth column, and the individual components of their score in fifth column (exam score), sixth column (experience score), seventh column (training score), eighth column (award score) and ninth column (essay score). Trial Exhibit AA also notes that one additional applicant, a lateral transfer, was also eligible for the position. Plaintiff ranked seventh among the applicants

seeking promotion and was included in the certification list for the position. The position was awarded to Anthony Visalli, a Supervisory Deputy United States Marshal from the District of Massachusetts.

2. Between October 21, 2003, and November 12, 2003, Deputy Marshal DeCaire responded to merit promotion announcement #03-136, for a Supervisory Deputy United States Marshall in the District of Massachusetts (Boston). Trial Exhibit AB is a true and correct chart setting forth in redacted form the applicants in the first column, their duty stations in the second column, the grade of the positions the applicants held at the time of their application in the third column, their cumulative score on their promotional package in the fourth column, and the individual components of their score in fifth column (exam score), sixth column (experience score), seventh column (training score), eighth column (award score) and ninth column (essay score). The six people with the highest cumulative scores were placed on the certification list for the position. Plaintiff did not make the certification list. The position was awarded to Alison Hodgkins, a Criminal Investigator Deputy United States Marshal from the District of Massachusetts.

3. Between March 8, 2004 and March 29, 2004, Deputy Marshal DeCaire responded to merit promotion announcement #04-030 for a Judicial Security Inspector position in the District of Massachusetts (Boston). Trial Exhibit AC is a true and correct chart setting forth in redacted form the applicants in the first column, their duty stations in the second column, the grade of the positions the applicants held at the time of their application in the third column, their cumulative score on their promotional package in the fourth column, and the individual components of their score in fifth column (exam score), sixth column (experience score), seventh column (training score), eighth column (award score) and ninth column (essay score). The five applicants for promotion with the highest cumulative scores were placed on the certification list

- 3 -

for the position, and in addition, one applicant, a lateral transfer, was also determined to be eligible for the position. Plaintiff did not make the certification list. The position was awarded to David Milne, a Criminal Investigator Deputy United States Marshal from the District of Vermont.

     4.     Between December 9, 2004, and December 30, 2004, Deputy Marshal DeCaire responded to merit promotion announcement #04-135, for a Judicial Security Inspector position in the Judicial Security Division - Court Security Program - Boston, Massachusetts. Trial Exhibit AD is a true and correct chart setting forth in redacted form the applicants for the position in the first column, their duty stations in the second column, the grade of the positions the applicants held at the time of their application in the third column, their cumulative score on their promotional package in the fourth column, and the individual components of their score in fifth column (exam score), sixth column (experience score), seventh column (training score), eighth column (award score) and ninth column (essay score). The five people with the highest cumulative score were placed on the certification list for the position. Plaintiff did not make the certification list. The position was awarded to Joseph Saccardo, a Criminal Investigator Deputy United States Marshal from the District of Massachusetts.

- 4 -

| | |
|---|---|
| **CYNTHIA A. DeCAIRE**, | **ALBERTO R. GONZALES, in his official position as Attorney General of the United States** |
| By her attorney, | |
| _____/s/ Indira Talwani_____ | By his attorney, |
| Indira Talwani | |
| BBO # 645577 | Glenn T. Suddaby |
| **SEGAL, ROITMAN & COLEMAN** | United States Attorney |
| 11 Beacon Street | |
| Suite #500 | _____/s/ Barbara D. Cottrell_____ |
| Boston, MA  02108 | Barbara D. Cottrell |
| (617) 742-0208 | Assistant U.S. Attorney |
| | Bar Roll No. 101411(NDNY) |
| | 218 James T. Foley U.S. Courthouse |
| | 445 Broadway |
| | Albany, New York |
| Dated:  June 1, 2005 | (518) 431-0247 |