UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DeCAIRE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 04-10593-WGY |
| ALBERTO R. GONZALES, ) | |
| in his official capacity ) | |
| as Attorney General of the ) | |
| United States, ) | |
| ) | |
| Defendant ) | |

MOTION OF ANTHONY DICHIO TO INTERVENE

Pursuant to Fed. R. Civ. P. 24(a)(2), Anthony Dichio moves to intervene for the limited purpose of filing (1) an opposition to the Emergency Motion to Reopen Discovery and Related Matters by Plaintiff Cynthia DeCaire (May 27, 2005) and (2) a motion for a protective order that the plaintiff may not inspect and copy the report by the Office of the Inspector General in the U.S. Department of Justice with respect to Mr. Dichio. In support of this motion, Mr. Dichio relies upon Blum v. Schlegel, 150 F.R.D. 38, 38-39 (W.D.N.Y. 1993).

REQUEST FOR ORAL ARGUMENT

Mr. Dichio requests the opportunity for oral argument in support of this motion. At oral argument, he would explain that his interests with respect to the confidentiality of the report may differ from those of the U.S. Department of Justice and that he should be allowed to intervene in order to protect his personal interests.

```
                              _____
                              Paul W. Johnson
                              BBO No. 252820
                              Ferriter Scobbo &
                                 Rodophele, PC
                              125 High Street
                              Boston, MA  02110
                              Tel. No. (617) 737-1800

                              Attorney for
                              Anthony Dichio
```

June 1, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand on June 1, 2005.

*Paul W. Johnson*
Paul W. Johnson

June 1, 2005