```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 04-10593-WGY

 4
     * * * * * * * * * * * * * * *
 5                                 *
     CYNTHIA A. DeCAIRE,           *
 6                                 *
              Plaintiff,           *
 7                                 *        OPENING STATEMENT
     v.                            *        BY THE PLAINTIFF
 8                                 *
     ALBERTO R. GONZALES, in his   *
 9   official position as Attorney *
     General of the United States, *
10                                 *
              Defendant.           *
11                                 *

12   * * * * * * * * * * * * * * *

13
                 BEFORE:  The Honorable William G. Young,
14                           District Judge

15
     APPEARANCES:
16

17              SEGAL, ROITMAN & COLEMAN (By Indira
        Talwani, Esq. and Paul F. Kelly,, Esq.), 11 Beacon
18      Street, Boston, Massachusetts 02108, on behalf of
        the Plaintiff
19
                UNITED STATES ATTORNEY'S OFFICE (By Barbara
20      D. Cottrell, Assistant United States Attorney),
        218 James T. Foley U.S. Courthouse, 445 Broadway,
21      Albany, New York 12207, on behalf of the Defendant

22
                                         1 Courthouse Way
23                                       Boston, Massachusetts

24                                       June 2, 2005

25
```