1                       UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF MASSACHUSETTS
2
                                              Civil Action
3                                             No. 04-10593-WGY

4

    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
5                                             *
CYNTHIA A. DeCAIRE,                           *
6                                             *
                Plaintiff,                    *
7                                             *        **TESTIMONY OF**
v.                                            *      **DAVID B. TAYLOR**
8                                             *
ALBERTO R. GONZALES, in his                   *
9    official position as Attorney            *
    General of the United States,             *
10                                            *
                Defendant.                    *
11                                            *

12    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

13
                BEFORE:   The Honorable William G. Young,
14                            District Judge

15
    APPEARANCES:
16

17              SEGAL, ROITMAN & COLEMAN (By Indira
        Talwani, Esq. and Paul F. Kelly,, Esq.), 11 Beacon
18      Street, Boston, Massachusetts 02108, on behalf of
        the Plaintiff
19
                UNITED STATES ATTORNEY'S OFFICE (By Barbara
20      D. Cottrell, Assistant United States Attorney),
        218 James T. Foley U.S. Courthouse, 445 Broadway,
21      Albany, New York 12207, on behalf of the Defendant

22
                                          1 Courthouse Way
23                                        Boston, Massachusetts

24                                        June 3, 2005

25

1                          **I N D E X**

2

     **WITNESS:**              **DIRECT**   **CROSS**      **REDIRECT**   **RECROSS**

3

4    DAVID B. TAYLOR

5        By Ms. Cottrell   3

6        By Ms. Talwani              24

7
                                                   **FOR**        **IN**
8        **EXHIBITS:**                              **I.D.**      **EVID.**

9

10   66        E-Mail                                              26

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25