UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>    Plaintiff<br><br>    vs.<br><br>ALBERTO R. GONZALES, in his official position as Attorney General of the United States.<br><br>    Defendant | C.A. No. 04-10593WGY |

**JOINT MOTION TO AMEND PLAINTIFF AND DEFENDANT'S ADDITIONAL AGREED-UPON STATEMENT OF FACTS REGARDING PLAINTIFF'S APPLICATIONS FOR MERIT PROMOTION AND DEFENDANT'S OBJECTION TO EVIDENCE**

On June 1, 2005, Plaintiff filed PLAINTIFF AND DEFENDANT'S ADDITIONAL AGREED-UPON STATEMENT OF FACTS REGARDING PLAINTIFF'S APPLICATIONS FOR MERIT PROMOTION AND DEFENDANT'S OBJECTION TO EVIDENCE.  This document included in Paragraph 4 information regarding Merit Promotion Announcement #04-135, and refered to an underlying document designated as Exhibit AD.  At the time of the filing, neither counsel for Plaintiff nor counsel for Defendant had yet seen Exhibit AD as Defendant had not yet presented the Exhibit to his counsel.

On June 2, 2005, Defendant's counsel provided to Plaintiff's counsel Exhibit AD.  That document shows that Plaintiff had the fifth highest cumulative score of the applicants for promotion.  Accordingly, the parties request that the statement in paragraph 4 that "Plaintiff did not make the certification list" be stricken from PLAINTIFF AND DEFENDANT'S ADDITIONAL AGREED-UPON STATEMENT OF FACTS REGARDING PLAINTIFF'S

- 2 -

APPLICATIONS FOR MERIT PROMOTION AND DEFENDANT'S OBJECTION TO EVIDENCE. Attached as Exhibit A hereto is a copy of the document with that sentence stricken.

| | |
|---|---|
| **CYNTHIA A. DeCAIRE**, | **ALBERTO R. GONZALES, in his official position as Attorney General of the United States** |
| By her attorney, | |
| | By his attorney, |
| _____/s/ Indira Talwani_____ | |
| Indira Talwani | Glenn T. Suddaby |
| BBO # 645577 | United States Attorney |
| **SEGAL, ROITMAN & COLEMAN** | |
| 11 Beacon Street | _____/s/ Barbara D. Cottrell_____ |
| Suite #500 | Barbara D. Cottrell |
| Boston, MA  02108 | Assistant U.S. Attorney |
| (617) 742-0208 | Bar Roll No. 101411(NDNY) |
| | 218 James T. Foley U.S. Courthouse |
| | 445 Broadway |
| | Albany, New York |
| Dated:  June 6, 2005 | (518) 431-0247 |

Case 1:04-cv-10593-EFH    Document 56    Filed 06/06/2005    Page 3 of 3