```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 04-10593-WGY

 4
    * * * * * * * * * * * * * * *
 5                                *
    CYNTHIA A. DeCAIRE,           *
 6                                *
              Plaintiff,          *
 7                                *      TESTIMONY OF
    v.                            *      DAVID DIMMITT
 8                                *
    ALBERTO R. GONZALES, in his   *
 9  official position as Attorney *
    General of the United States, *
10                                *
              Defendant.          *
11                                *

12  * * * * * * * * * * * * * * *

13
              BEFORE:  The Honorable William G. Young,
14                          District Judge

15
    APPEARANCES:
16

17          SEGAL, ROITMAN & COLEMAN (By Indira
       Talwani, Esq. and Paul F. Kelly,, Esq.), 11 Beacon
18     Street, Boston, Massachusetts 02108, on behalf of
       the Plaintiff
19
            UNITED STATES ATTORNEY'S OFFICE (By Barbara
20     D. Cottrell, Assistant United States Attorney),
       218 James T. Foley U.S. Courthouse, 445 Broadway,
21     Albany, New York 12207, on behalf of the Defendant

22
                                    1 Courthouse Way
23                                  Boston, Massachusetts

24                                  June 13, 2005

25
```