**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*  TEL: (518) 431-0247
*James T. Foley U.S. Courthouse*  FAX: (518) 431-0249
*Albany, New York 12207-2924*

15 June 2005

Chief Judge William G. Young
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      Re: <u>DeCaire v. Ashcroft CA No. 10593WGY</u>

Dear Chief Judge Young:

     Pursuant to Fed.R.Civ.P. 32(a)(4), Defendant offers the following portions of the deposition of USM Anthony Dichio which, in fairness, should be considered by the Court in review of those portions of the deposition submitted by Plaintiff:

Vol. I:  P. 9, line 18 through p. 10, line 20;
        P. 83, line 20 through p. 84, line 24;

Vol. II: P. 16, line 20 through p. 17, line 1;
        P. 42, line 18 through p. 43, line 4;
        P. 45, line 17
        P. 56, lines 11 through 16;
        P. 86, lines 22-23;
        P. 87, line 16 through p. 88, line 3;
        P. 103, lines 1 through 4;
        P. 149, line 22 through p. 150, line 1.

     In addition, Defendant withdraws its earlier objection and offers what was earlier marked for Identification in this case as Plaintiff's Exhibit AE, a June 5, 2003 affidavit of USM Dichio which is also an exhibit to the Marshals' deposition, pursuant to that portion of Rule 32(a)(4) that states that if only part of a deposition is offered in evidence by a party, "any party may introduce any other parts." The decision to admit deposition testimony is within the sound discretion of the district court. *See Lentomyynti Oy v. Medivac, Inc.*, 997 F.2d 364, 371 (7th Cir. 1993); *Byrd*

*v. United States*, 631 F.2d 1158, 1160 (5th Cir. 1980)(error, if any, in admitting entire deposition transcript was harmless).  Here, Plaintiff offered Exhibit AE in its own case; accordingly, Plaintiff cannot now argue prejudice by the Court's acceptance of this document.  For these reasons, it is respectfully requested that the materials referenced above be received into evidence by the Court.

    Respectfully submitted,

    GLENN T. SUDDABY
    UNITED STATES ATTORNEY
    Northern District of New York

    _____/s/_____

    BARBARA D. COTTRELL
    ASSISTANT U.S. ATTORNEY