UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA A. DECAIRE,

       Plaintiff

       vs.

ALBERTO R. GONZALES, in his official position as Attorney General of the United States.

       Defendant

C.A. No. 04-10593WGY

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS, BY PLAINTIFF CYNTHIA A. DECAIRE

Plaintiff Cynthia A. DeCaire moves for an order pursuant to Federal Rule of Civil Procedure 37(b):

(a) compelling Defendant within twenty-four hours of the Court's Order to produce to the Court for in camera review the complete file, maintained by United States Marshal Anthony Dichio, from which Defendant has produced Marshal Dichio's response to the February 2003 inquiry from the EEO office;

(b) ordering Defendant to pay Plaintiff the reasonable expenses, including attorney's fees, caused by Defendant's failure to produce in a timely manner documents from this file responsive to Plaintiff's discovery requests and this Court's prior order; and

(c) ordering such further remedies and sanctions as are appropriate.

2

      This motion is supported by the certificate set forth below, the accompanying Memorandum, and the pleadings and documents on file in this matter.

                Respectfully submitted,

                **CYNTHIA A. DeCAIRE**,

                By her attorney,

                ___/s/__ Indira Talwani_____
                Indira Talwani
                **SEGAL, ROITMAN & COLEMAN**
                11 Beacon Street
                Suite #500
                Boston, MA  02108
                (617) 742-0208

Dated:  June 21, 2005

## CERTIFICATE PURSUANT TO RULE 37 AND LOCAL RULES 7.1(A)(2) & 37.1

     I hereby certify that I conferred with Defendant's counsel, Barbara Cottrell, by e-mail on June 17, 20 and 21, 2005, and left voice messages for Defendant's counsel in a good faith attempt to resolve or narrow the issues and in an effort to obtain the documents at issue without court action, and that I have complied with the provisions of Rule 37.1.

                __/s/__ Indira Talwani_____
                Indira Talwani