UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action
No. 04-10593-WGY

* * * * * * * * * * * * * * * *
CYNTHIA A. DeCAIRE,

      Plaintiff,

v.

ALBERTO R. GONZALES, in his
official position as Attorney
General of the United States,

      Defendant.

* * * * * * * * * * * * * * * *

JURY WAIVED TRIAL
(Volume 7)

BEFORE:  The Honorable William G. Young,
         District Judge

APPEARANCES:

    SEGAL, ROITMAN & COLEMAN (By Indira Talwani, Esq. and Paul F. Kelly, Esq.), 11 Beacon Street, Boston, Massachusetts 02108, on behalf of the Plaintiff

    UNITED STATES ATTORNEY'S OFFICE (By Barbara D. Cottrell, Assistant United States Attorney), 218 James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207, on behalf of the Defendant

1 Courthouse Way
Boston, Massachusetts

June 16, 2005

1  A   No.  A while ago this came.  I haven't --
2  Q   How long ago?
3  A   His e-mails?
4  Q   How long ago was it that you reviewed this e-mail?
5  A   I looked at the e-mails -- I looked at the EEO
6  complaints, last week or so I've looked at the EEO
7  complaints.
8  Q   Now, I'm asking you about e-mail from a man you named as
9  Bob Wesley.
10 A   Right.  That was an EEO complaint.
11 Q   That was the EEO complaint?
12 A   Yes.
13 Q   And it was, it had a, I believe you said an 8:55 which
14 you thought was in the morning but it was really at night?
15 A   Right.  I received two, one on Cindy and one on Sue,
16 that same date.
17 Q   All right.  Are you aware that we asked for that e-mail
18 long ago and it's never been produced?
19 A   No, I'm not aware.
20 Q   You're not aware of that?
21 A   No.
22 Q   But you have possession of it, don't you?
23 A   I have possession of the complaints.  I had to answer
24 the questions.
25 Q   I'm talking about the e-mail from Mr. Wesley.

1  A   It's, the e-mail is the EEO complaint.  That's what I'm
2  talking about.
3  Q   From Mr. Wesley?
4  A   I received EEO complaints from Mr. Wesley and Eugene
5  Clark also.  EEO complaints.
6  Q   All right.  But the e-mail from Mr. Wesley dated
7  February 3rd, 8:55 p.m. --
8  A   Correct.
9  Q   -- you have possession of that, don't you?
10 A   I have possession of that.
11         MR. KELLY:  Your Honor, I would like, I would like
12 to --
13         THE COURT:  Yes, what do you say to that, Ms.
14 Cottrell?
15         MS. COTTRELL:  I've produced what I have, your
16 Honor.
17         THE COURT:  Well, that's not satisfactory.  That's
18 not a satisfactory answer.  Your witness now, your client,
19 indeed, says he has it.  So, produce it.
20         Now, have you -- you've got Chief Fallon here.
21         MS. COTTRELL:  Yes.
22         THE COURT:  Have him go get it.
23         MS. COTTRELL:  May Chief Fallon confer with the
24 Marshal --
25         THE COURT:  They may for a moment.

1   MS. COTTRELL: -- for e-mail purposes.
2   THE COURT: And you may step down, sir.
3   THE WITNESS: Okay, your Honor.
4   (Whereupon Marshal Dichio and Chief Fallon
5   conferred.)
6   THE COURT: Now, while we're conferring, among
7   counsel, if this is something of overarching significance
8   then I'll consider appropriate remedial action. Otherwise,
9   I think you can go on cross-examining.
10  MR. KELLY: Yes, your Honor. Yes.
11  THE COURT: I'm going to have it promptly produced,
12  it will be made part of the record, and we'll see how it
13  fits as corroboration or not. But I'm not going to extend
14  any time or anything.
15  MR. KELLY: Your Honor, before Chief Fallon leaves,
16  could we ask that if there are any other similar documents
17  that relate to the EEO complaints in that file that they be
18  produced. We've asked --
19  THE COURT: Too broad. I know what -- he'll get
20  this that the Marshal specifically directed him and we'll
21  look at it. Beyond that, he's not required to get anything
22  else.
23  Go on with your examination.
24  MR. KELLY: Thank you, your Honor.
25  Q   I believe you said, Marshal, that this Mr. Wesley was

ae9631aa-b25e-406c-87c5-4d35701a86c8

1  from outside of the Marshals Service?
2  A   I don't know him.  You know, I believe.  I don't know
3  him.  All I received is an e-mail regarding EEO complaint
4  and that I was to answer the questions and forward it.
5  Q   You don't know one way or another whether Mr. Wesley is
6  inside the Marshals Service or outside the Marshals Service,
7  right?
8  A   Right, I'm not sure.
9  Q   All right.  Now, you spoke with Assistant Chief Durette
10 about this complaint?
11 A   I did.
12 Q   You did, didn't you?
13 A   Yes.
14 Q   You understood that one of the issues that was being
15 complained about was your assignment of Deputy DeCaire to
16 Boston, correct?
17 A   I can't recall all that.  I remember it might have been
18 one, there's one complaint that she went to Worcester.  I
19 would have to see, I would have to see the EEO complaint to
20 see what's on there.
21 Q   So as you sit here today you don't recall one way or
22 another whether the EEO complaint that Chief Fallon's going
23 to get has anything to do with the transfer to Boston?
24 A   The EEO complaints that I have is, there was two or
25 three of them.  I can't recall what different questions are

1  in all of them until I see them.  There were complaints
2  about going to Worcester, there were complaints about
3  transfers to Boston.  I just can't recall which questions
4  they were and which complaints they were.
5  Q  All right.  And didn't you ask Assistant Chief Durette
6  to back you up on these?
7  A  Never.
8  Q  You didn't?
9  A  Never.
10 Q  And if he said that's what you told him he's lying?
11        THE COURT:  Well, that's not a proper question
12 because that's for the fact finder.  His views on it don't
13 add or detract.
14 Q  All right.  This, this February 5th is the day that you
15 asked for an acting chief, isn't it?
16 A  Yes.
17 Q  And the reason you asked for an acting chief was because
18 of the EEO complaint and because you didn't trust Assistant
19 Chief Durette, correct?
20 A  That, that was correct.  That was the second time I
21 asked.
22 Q  You had asked previously?
23 A  I did.
24 Q  You have a diary that you keep notes on in your office?
25 A  I have a diary.  I kept some notes.

1                    C E R T I F I C A T E

2

3

4        I, Donald E. Womack, Official Court Reporter for

5   the United States District Court for the District of

6   Massachusetts, do hereby certify that the foregoing pages

7   are a true and accurate transcription of my shorthand notes

8   taken in the aforementioned matter to the best of my skill

9   and ability.

10

11

12

13

14        _____
             DONALD E. WOMACK
15           Official Court Reporter
             P.O. Box 51062
16      Boston, Massachusetts 02205-1062
             womack@megatran.com
17

18

19

20

21

22

23

24

25