# Indira Talwani

| | |
|---|---|
| **From:** | Barbara.Cottrell@usdoj.gov |
| **Sent:** | Friday, June 17, 2005 7:41 PM |
| **To:** | Indira Talwani |
| **Subject:** | RE: Marshal Dichio's e-mails |

I've just finished going through every piece of paper I have in this case, and here's what I can tell you: 1) Exhibit 77 was not provided to me by the USMS, however, I would have seen it when I went through the Marshals' emails to produce the "S" documents. 2) I think I mistook this email as a duplicate of document 11S, which came from the Marshals' files during that same review, in which case I would have passed the duplicate by. Since Bezanson comes before DeCaire, I would have searched the Marshals' Bezanson file first. This one's definitely on me, and I apologize. 3) I don't know the answer to your other questions, but I'll find out by COB Monday. I'll fax the Marshals' response to you tomorrow. The court's already got it. I'll probably take a trip back to Boston on Monday. BDC

-----Original Message-----
From: ITalwani@segalroitman.com [mailto:ITalwani@segalroitman.com]
Sent: Friday, June 17, 2005 5:05 PM
To: Cottrell, Barbara
Subject: RE: Marshal Dichio's e-mails


The forwarding sheet is identical to the one sent to Tom Bezanson (see Trial Exhibit 14, which was produced, so that may be why you recognize it. (In Bezanson's case also, the response to the EEO officer was not produced).

Marshal Dichio suggested in his testimony that there were three complaints, which I assume correspond to the original (i.e. the e-mail produced in court), the amended (April 2003?) and the second complaint.
Were there also e-mails or hard copy material on these?

Also, Tom Bezanson stated that there was a similar e-mail for Sue Williams. That would also have fallen within our request for documents.
Is that in the Marshal's files?

Also, are any other of the remaining hard copy documents responsive to our requests?

-----Original Message-----
From: Barbara.Cottrell@usdoj.gov [mailto:Barbara.Cottrell@usdoj.gov]
Sent: Friday, June 17, 2005 4:58 PM
To: Indira Talwani
Subject: RE: Marshal Dichio's e-mails

I went through his email again this morning. The EEO questionairre email is included in the files I had previously reviewed. As soon as I unpack the car, I'm going to go back through the materials provided to my by the USMS to see whether I have it in hard copy. I recognized the forwarding sheet when I saw it in court, but I can't remember now whether I recognize it because I have it in hard copy or because I saw it the last time I was in his computer. I suspect, but won't know until I look, that I have it in hard copy and the fault is mine. I'll email you as soon as I find out. His response is not on the system - he had
that in hard copy, which Chief Fallon photocopied.   BDC

-----Original Message-----
From: ITalwani@segalroitman.com [mailto:ITalwani@segalroitman.com]
Sent: Friday, June 17, 2005 1:05 PM
To: Cottrell, Barbara
Subject: Marshal Dichio's e-mails


Barb, Any report on your review of Marshal Dichio's documents?

1