# Indira Talwani

**From:** Indira Talwani
**Sent:** Monday, June 20, 2005 10:25 AM
**To:** 'Barbara.Cottrell@usdoj.gov'
**Subject:** RE: Marshal Dichio's e-mails

Barbara,

Marshal Dichio testified on Thursday that he had received two or three EEO complaints from the EEO office in Cyndy's case -- which would make sense since in addition to the original complaint, there was an amended complaint, and a second complaint, for a total of three complaints by Cyndy, and three responses by the Marshal. He also testified that he received an EEO complaint for Sue Williams, and that of course, was also within the scope of our request for documents.

I am planning to bring a motion to get those documents, as well as anything else in the Marshal's hard copy and computer files concerning Cyndy and Sue's complaints. If the Marshal claims to no longer have these documents, I will ask for an order directing the EEO office to turn the documents over, and an order directing Marshal Dichio to state what happened to them, and when.

Thanks, Indi




-----Original Message-----
From: Barbara.Cottrell@usdoj.gov [mailto:Barbara.Cottrell@usdoj.gov]
Sent: Friday, June 17, 2005 8:33 PM
To: Indira Talwani
Subject: RE: Marshal Dichio's e-mails

Disregard that portion of my last email that attempted to respond to your additional questions - I'll ask the USM one more time whether he's got anything else I haven't seen yet. If there's anything more to be had from him, I'll get it to you Monday. Otherwise, unless I have reason to believe that something has been withheld from me, General Counsel's office says it's all in there and I'm going to accept that.

-----Original Message-----
From: ITalwani@segalroitman.com [mailto:ITalwani@segalroitman.com]
Sent: Friday, June 17, 2005 5:05 PM
To: Cottrell, Barbara
Subject: RE: Marshal Dichio's e-mails


The forwarding sheet is identical to the one sent to Tom Bezanson (see Trial Exhibit 14, which was produced, so that may be why you recognize it. (In Bezanson's case also, the response to the EEO officer was not produced).

Marshal Dichio suggested in his testimony that there were three complaints, which I assume correspond to the original (i.e. the e-mail produced in court), the amended (April 2003?) and the second complaint.
Were there also e-mails or hard copy material on these?

Also, Tom Bezanson stated that there was a similar e-mail for Sue Williams. That would also have fallen within our request for documents.
Is that in the Marshal's files?

Also, are any other of the remaining hard copy documents responsive to our requests?

-----Original Message-----
From: Barbara.Cottrell@usdoj.gov [mailto:Barbara.Cottrell@usdoj.gov]

1