**Indira Talwani**

**From:** Barbara.Cottrell@usdoj.gov
**Sent:** Monday, June 20, 2005 12:22 PM
**To:** Indira Talwani
**Subject:** DeCaire

  

Fax cover.pdf (40 KB)   DeCaire stmt3.pdf (244 KB)   Williams stmt.pdf (158 KB)

I have forwarded your remaining requests to USMS General Counsel.