


# UNITED STATES MARSHALS SERVICE
## --District of Massachusetts--

**ANTHONY DICHIO**
**UNITED STATES MARSHAL**

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 1-500
Boston, MA  02210
Office: (617) 748-2500.        Fax: (617) 748-2599

TO: _Barbara_

FROM: _Anthony_

DATE: _6-3r-05_

NUMBER OF PAGES: __7__ (EXCLUDING COVER SHEET)

COMMENTS: _Here are the "final" EEOs sent to Bob Wesley on Feb. 11, 2003. The copy you have is Not the one I sent to Bob Wesley, that was still in "Draft." (Cindy - 4 pages) (Sue - 3 pages)_

**WARNING**: MANY FACSIMILE MACHINES PRODUCE COPIES ON THERMAL PAPER. THE IMAGE PRODUCED IS HIGHLY UNSTABLE AND WILL DETERIORATE SIGNIFICANTLY IN A FEW YEARS. IT SHOULD BE COPIED ON A PLAIN PAPER COPIER PRIOR TO FILING AS A RECORD.