



# UNITED STATES MARSHALS SERVICE
## --District of Massachusetts--

### ANTHONY DICHIO
### UNITED STATES MARSHAL

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 1-500
Boston, MA   02210
Office: (617) 748-2500,        **Fax: (617) 748-2599**

TO: _Barbara_

FROM: _Anthony_

DATE: _6.2r-05_

NUMBER OF PAGES: _7_  (EXCLUDING COVER SHEET)

COMMENTS: _Here are the "Final" EEOs sent to_
_Bob Wesley on Feb. 11, 2003_
_~~The~~ The copy you have is Not the one I_
_sent to Bob Wesley, that was still in "Draft."_
_(Cindy - 4 pages)  (Sue - 3 pages)_

WARNING: MANY FACSIMILE MACHINES PRODUCE COPIES ON THERMAL PAPER. THE IMAGE PRODUCED IS
HIGHLY UNSTABLE AND WILL DETERIORATE SIGNIFICANTLY IN A FEW YEARS. IT SHOULD BE COPIED ON A PLAIN
PAPER COPIER PRIOR TO FILING AS A RECORD.