BINGHAM McCUTCHEN

Jonathan M. Albano
Direct Phone: (617) 951-8360
jonathan.albano@bingham.com

June 17, 2005

**By Hand**

Chief Judge William G. Young
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

*[Handwritten annotation:] June 24, 2005, Treated as a motion to unseal a preliminary document under seal in the records of this case, motion denied. William G. Young, Chief Judge*

Dear Chief Judge Young:

I am writing on behalf of Sean Murphy and Globe Newspaper Company, Inc., to request that, in your capacity as Chief Judge of the District Court for the District of Massachusetts, you permit the public to inspect and copy the Report of the Inspector General concerning the United States Marshal for the District of Massachusetts, Anthony Dichio (the "Report").

The Globe understands that the Report was prepared by the Inspector General after the Court, in its capacity as Chief Judge, requested that the Marshals Service investigate Marshall Dichio's attendance record. The Globe also understands that a copy of the Report was filed under seal with the Court in connection with the case of Cynthia A. Decaire v. Alberto R. Gonzales, in his official capacity as Attorney General of the United States, (Civ. No. 04-10593-WGY) and that a copy was provided to counsel in that case.

The Globe respectfully submits that the Chief Judge has control over the records in the Court's custody, including the discretion to make public those records it deems in the public interest. See generally Nixon v. Warner Communications, Inc., 435 U.S. 589, 598 (1978) ("[e]very court has supervisory power over its own records and files"); cf. O'Coin's, Inc. v. Treasurer of the County of Worcester, 362 Mass. 507, 510, 287 N.E.2d 608, 611 (1972) (the court's authority "is not limited to adjudication, but includes certain ancillary functions, such as rule-making and judicial administration").

The Report concerns the performance of a public official's public duties, a matter of the utmost public concern. "Although other Federal agencies are restricted by legislation to specific well-defined duties and jurisdictions, the Marshals are not. Consequently, they are called upon to uphold the government's interests and policies in a wide variety of circumstances."[1] One of the Marshals' primary duties is to ensure the safe conduct of judicial proceedings by protecting federal judges, jurors and other members of the federal

---

[1] See Marshals' Service web site, available at
http://www.usmarshals.gov/history/general_practitioners.htm.

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617 951 8000
617 951 8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

Chief Judge William G. Young
June 17, 2005
Page 2

judiciary. It is no understatement to describe those duties as essential to the functioning of an independent judiciary, a fact underscored by the Court's request that the Marshal's Office investigate press reports about Marshal Dichio's attendance record. Because the subject matter of the Report is of intense and legitimate public interest, the Globe respectfully requests that the Court exercise its discretion to release the Report to the public.

Bingham McCutchen LLP
bingham.com

Very truly yours,

*Jonathan M. Albano* (signature)

Jonathan M. Albano

cc:   Mr. Sean Murphy
      David McCraw, Esq., The New York Times Company
      Barbara D. Cottrell, Esq.
      Paul W. Johnson, Esq.
      Indira Talwani, Esq.

LITDOCS/605630.1