UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>        Plaintiff<br><br>        vs.<br><br>ALBERTO R. GONZALES, in his official position as Attorney General of the United States.<br><br>        Defendant | C.A. No. 04-10593WGY |

**JOINT MOTION TO CORRECT AND REPLACE TRIAL EXHIBIT THREE**

On June 2, 2005, the Court admitted into evidence in the trial of this matter Trial Exhibit 3, a table setting forth certain employment information for Deputy United States Marshals in the District of Massachusetts. The table contains two errors that have been corrected in the attached Corrected Trial Exhibit 3. Plaintiff and Defendant jointly request that Corrected Trial Exhibit 3 be substituted for the original Trial Exhibit 3.

| | |
|---|---|
| **CYNTHIA A. DeCAIRE**,<br><br>By her attorney,<br><br>_____/s/ Indira Talwani_____<br>Indira Talwani<br>BBO # 645577<br>**SEGAL, ROITMAN & COLEMAN**<br>11 Beacon Street<br>Suite #500<br>Boston, MA  02108<br>(617) 742-0208<br><br>Dated:  July 11, 2005 | **ALBERTO R. GONZALES, in his official position as Attorney General of the United States**<br><br>By his attorney,<br><br>Glenn T. Suddaby<br>United States Attorney<br><br>_____/s/ Barbara D. Cottrell_____<br>Barbara D. Cottrell<br>Assistant U.S. Attorney<br>Bar Roll No. 101411(NDNY)<br>218 James T. Foley U.S. Courthouse<br>445 Broadway<br>Albany, New York<br>(518) 431-0247 |