| NAME | TITLE (Most recent) | EOD DATE (Date of Entry on Duty at the USMS) | LOCATIONS ASSIGNED (since the later of 08/2002 or arrival to District of Mass.) | DATES OF ASSIGNED LOCATIONS IN DISTRICT OF MASSACHUSETTS SINCE 08/2002 | DATE OF SF50 for transfers |
|---|---|---|---|---|---|
| **CURRENT CIDUSMs** | | | | | |
| Jeffrey Christo | CIDUSM | 3/1/86* | Boston | 8/1/02 – present | |
| Francis Dawson | CIDUSM | 6/2/80 | Boston | 8/1/02 – present | |
| Cynthia DeCaire | CIDUSM | 6/10/91 | Boston | 8/1/02 – 9/30/02 | No |
| | | | Worcester | 9/30/02– 1/24/03 | No |
| | | | Boston | 1/25/03–10/13/03 | 10/12/03 |
| | | | Worcester | 10/14/03-11/23/03 | |
| | | | Limited Duty | 11/24/03 – 04/05/04 | |
| | | | LWOP | 04/05/04 – 9/19/04 | |
| | | | Worcester | 9/20/04 – present | |
| Steve Donaher | CIDUSM | 9/1/86* | Boston | 8/1/02-present | |
| Kevin Donahue | CIDUSM | 10/16/94 | Boston | 8/1/02-present | |
| Donald Freeman | CIDUSM | 5/4/98 | Boston | 8/1/02-present | |
| Scott Kimball | CIDUSM | 2/1/96* | Boston | 8/1/02-present | |
| Annette Lawlor | CIDUSM | 11/23/81 | Boston | 8/1/02-present | |
| Mark Lewis | CIDUSM | 5/4/98 | Boston | 8/1/02-9/19/02 | 9/20/02 |
| | | | Worcester | 9/20/02-present | |
| Gary Mattison | CIDUSM | 10/15/95 | Springfield | 8/1/02-present | |
| Chris McEnaney | CIDUSM | 2/20/96 | Boston | 8/1/02-present | |
| Stephen McKearney | CIDUSM | 10/16/94 | Worcester | 8/1/02-9/30/02 | 3/23/03 |
| | | | Boston | 9/30/02-present | |
| Michael Nelson | CIDUSM | 6/1/95 | Springfield | 8/1/02-present | |
| Kevin Roche | CIDUSM | 5/4/98 | Boston | 8/1/02-present | |

| NAME | TITLE (Most recent) | EOD DATE (Date of Entry on Duty at the USMS) | LOCATIONS ASSIGNED (since the later of 08/2002 or arrival to District of Mass.) | DATES OF ASSIGNED LOCATIONS IN DISTRICT OF MASSACHUSETTS SINCE 08/2002 | DATE OF SF50 for transfers |
|---|---|---|---|---|---|
| Leo Rosette | CIDUSM | 9/1/86* | Boston | 8/1/02-present | |
| Joseph Saccardo | CIDUSM | 8/3/92 | Boston | 8/1/02-present | |
| Paul Sugrue | CIDUSM | 10/28/90 | Boston | 8/1/02-present | |
| Kevin Wahl | CIDUSM | 8/7/89 | Worcester | 8/1/02-present | |
| Richard Wisnaskas | CIDUSM | 9/6/96 | Springfield | 1/11/04-present | |
| **CURRENT DUSMs** | | | | | |
| Michael Hughes | DUSM | 5/6/01 | Boston | 8/1/02-present | |
| Kevin Neal | DUSM | 12/29/02 | Boston | 3/10/03 –present | |
| Joseph Norton | DUSM | 12/29/02 | Boston | 3/10/03 – present | |
| Sean Weddeke | DUSM | 1/21/03 | Worcester | 3/31/03 -10/2/04 | 10/3/04 |
| | | | Boston | 10/3/04-present | |
| John Wickham | DUSM | 12/29/02 | Boston | 8/1/02-present | |
| Gary Oliveira | DUSM | 5/6/01 | Boston | 8/1/02 – present | |
| **FORMER CIDUSMs** | | | | | |
| William Francis | CIDUSM | 10/15/95 | Springfield | 8/1/02 – 6/14/03 | |
| Mark Smythers | CIDUSM | 7/14/91 | Boston | 8/1/02 – 10/31/03 | |
| Susan Williams | CIDUSM | 10/28/90 | Worcester | 8/1/02-10/11/03 | 10/12/03 |
| | | | Boston | 10/12/03-5/13/05 | |
| **FORMER DUSMs** | | | | | |
| Sean Bianchi | DUSM | 2/19/03 | Boston | 4/22/03 – 9/11/04 | |
| Ralph Rosado | DUSM | 2/25/01 | Boston | 8/1/02- 5/15/03 | |
| Jaime Viator | DUSM | 10/09/01 | Boston | 8/1/02 – 2/26/03 | |

L:\ITalwani\decaire\table2.doc