# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>        Plaintiff<br><br>        vs.<br><br>ALBERTO R. GONZALES, in his official position as Attorney General of the United States.<br><br>        Defendant | C.A. No. 04-10593WGY |

## UNOPPOSED MOTION TO SUPPLEMENT TRIAL RECORD

On the last day of trial in this matter, the Court directed Defendant to produce a document to which Marshal Anthony Dichio had referred during his trial testimony and which Defendant had not produced during discovery and expanded the record to include that document.  Transcript of Jury Waived Trial, volume 7, at 102.  Defendant's counsel subsequently produced to Plaintiff's counsel an e-mail cover sheet from Marshal Dichio with a four-page response to the EEO counselor regarding Plaintiff's EEO complaint and a three-page response to the EEO counselor regarding Deputy Susan William's EEO Complaint.  A copy of this document eight-page document is attached hereto as Exhibit A.  Defendant filed the fax cover sheet and four-page response to the EEO counselor regarding Plaintiff's complaint as Trial Exhibit 78, but did not file the three-page response to Deputy Sue Williams' complaint.

Plaintiff seeks to supplement the record with the full document, attached hereto as Exhibit A.  The document is relevant to a material factual dispute concerning the identity

of the applicants for the Worcester HIDTA position, and in particular, whether Deputy Wahl applied for the position. Marshal Dichio has contended that for him, locality, experience and seniority were the important factors in moving employees. Transcript of Deposition of Anthony Dichio, Volume 1, at 30. Defendant has also conceded that Deputy Mark Lewis was less experienced and junior to Deputy Susan Williams and Deputy DeCaire. Plaintiff and Defendant's Amended Agreed-Upon Statement of Facts, ¶ 21. If Deputy Williams was the only deputy from the Worcester office to have applied, then Marshal Dichio's selection of Deputy Lewis is a selection of the male candidate over the female candidate where all factors favored the female candidate. If Deputy Wahl also applied for the position, Defendant could argue that the decision was not discriminatory since a male candidate was rejected as well.

That position opened up on September 5, 2003. Transcript of Jury Waived Trial, Volume 7 (Testimony of Anthony Dichio), at 47. Defendant has stipulated that when the position opened up, Deputies DeCaire, Susan Williams and Mark Lewis expressed interest in the position. Plaintiff and Defendant's Amended Agreed-Upon Statement of Facts, ¶ 21. The announcement of Deputy Lewis' selection of the position was made on September 17, 2002. Trial Exhibit 9. At trial, Marshal Dichio stated:

> When I met with her on September 12th, Sue Williams didn't tell me that she was interested in [the HIDTA] position. However, Kevin Wahl, when I met with him out there, he advised me he was interested in the HIDTA position at the time I did my one-on-ones.

Transcript of Jury Waived Trial, Volume 7 (Testimony of Anthony Dichio), at 50. In the exhibit at issue here, however, Marshal Dichio states that the one-on-one meetings with Deputies Williams and Wahl did not occur on September 12 as Marshal Dichio claimed at trial, but on <u>September 26, 2003</u>, a date <u>after</u> the selection for the HIDTA position had

been announced.  See page 2 of response to Deputy Williams' complaint; Trial Exhibit 9.  The document thus undermines Marshal Dichio's claim that Deputy Wahl expressed interest in the position on that date, since the position was already filled by then.

    Plaintiff respectfully requests that the record in this case be supplemented by the attached exhibit for purpose set forth above.

                                      Respectfully submitted,

                                      **CYNTHIA A. DeCAIRE**,

                                      By her attorney,

                                        _____/s/ Indira Talwani_____
                                        Indira Talwani
                                        BBO # 645577
                                        **SEGAL, ROITMAN & COLEMAN**
                                        11 Beacon Street
                                        Suite #500
                                        Boston, MA  02108
                                        (617) 742-0208


Dated:  July 13, 2005

### Certificate of Counsel

    I, Indira Talwani, certify that I conferred with counsel for the Defendant, Barbara Cottrell, by telephone and e-mail, on July 13, 2005, and that Attorney Cottrell represented that Defendant does not oppose this motion.

                                                      ___/s/ Indira Talwani_____