```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                             Civil Action
 3                                           No. 04-10593-WGY

 4
    * * * * * * * * * * * * * * * *
 5                                  *
    CYNTHIA A. DeCAIRE,             *
 6                                  *
              Plaintiff,            *
 7                                  *    JURY WAIVED TRIAL
    v.                              *         (Volume 1)
 8                                  *
    ALBERTO R. GONZALES, in his     *
 9  official position as Attorney   *
    General of the United States,   *
10                                  *
              Defendant.            *
11                                  *

12  * * * * * * * * * * * * * * * *

13
                BEFORE:  The Honorable William G. Young,
14                             District Judge

15
    APPEARANCES:
16

17            SEGAL, ROITMAN & COLEMAN (By Indira
       Talwani, Esq. and Paul F. Kelly,, Esq.), 11 Beacon
18     Street, Boston, Massachusetts 02108, on behalf of
       the Plaintiff
19
              UNITED STATES ATTORNEY'S OFFICE (By Barbara
20     D. Cottrell, Assistant United States Attorney),
       218 James T. Foley U.S. Courthouse, 445 Broadway,
21     Albany, New York 12207, on behalf of the Defendant

22
                                        1 Courthouse Way
23                                      Boston, Massachusetts

24                                      June 2, 2005

25
```

## **I N D E X**

Opening Statement by Ms. Talwani . . . . . . . . . . . 8

Opening Statement by Ms. Cottrell . . . . . . . . . 18


**WITNESS:**           **DIRECT**   **CROSS**    **REDIRECT**    **RECROSS**


CYNTHIA DeCAIRE-BOHN

    By Ms. Talwani    24              130

    By  Ms. Cottrell         116

                                                       **FOR**        **IN**
**EXHIBITS:**                                                **I.D.**       **EVID.**

O    E-Mail . . . . . . . . . . . . . . . 108