```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

                                         Civil Action
                                         No. 04-10593-WGY


* * * * * * * * * * * * * * * *
                               *
CYNTHIA A. DeCAIRE,            *
                               *
         Plaintiff,            *
                               *         JURY WAIVED TRIAL
v.                             *            (Volume 2)
                               *
ALBERTO R. GONZALES, in his    *
official position as Attorney  *
General of the United States,  *
                               *
         Defendant.            *
                               *

* * * * * * * * * * * * * * * *


             BEFORE:  The Honorable William G. Young,
                         District Judge


APPEARANCES:

          SEGAL, ROITMAN & COLEMAN (By Indira
     Talwani, Esq. and Paul F. Kelly,, Esq.), 11 Beacon
     Street, Boston, Massachusetts 02108, on behalf of
     the Plaintiff

          UNITED STATES ATTORNEY'S OFFICE (By Barbara
     D. Cottrell, Assistant United States Attorney),
     218 James T. Foley U.S. Courthouse, 445 Broadway,
     Albany, New York 12207, on behalf of the Defendant




                                         1 Courthouse Way
                                         Boston, Massachusetts

                                         June 3, 2005
```

```
                       I N D E X

  WITNESS:            DIRECT    CROSS    REDIRECT   RECROSS

  NANCY McGILLIVRAY-SHAFFER

     By Ms. Talwani     4

     By Ms. Cottrell              19

  JEFFREY BOHN

     By Ms. Talwani    22

  TIMOTHY BANE

     By Ms. Talwani    71                   101

     By Ms. Cottrell             101

  DONALD FREEMAN

     By Ms. Talwani   107

  DAVID B. TAYLOR

     By Ms. Cottrell  109

     By Ms. Talwani              130


                                         FOR        IN
  EXHIBITS:                              I.D.       EVID.


  62     Letter  . . . . . . . . . . . . . . .  48

  63     E-Mail  . . . . . . . . . . . . . . .  96

  64     E-Mail  . . . . . . . . . . . . . . .  97

  65     E-Mail  . . . . . . . . . . . . . . .  98

  66     E-Mail  . . . . . . . . . . . . . . . 132
```