```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 04-10593-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     CYNTHIA A. DeCAIRE,            *
 6                                  *
              Plaintiff,            *
 7                                  *        JURY WAIVED TRIAL
     v.                             *           (Volume 3)
 8                                  *
     ALBERTO R. GONZALES, in his    *
 9   official position as Attorney  *
     General of the United States,  *
10                                  *
              Defendant.            *
11                                  *

12   * * * * * * * * * * * * * * *

13
               BEFORE:   The Honorable William G. Young,
14                            District Judge

15
     APPEARANCES:
16

17            SEGAL, ROITMAN & COLEMAN (By Indira
         Talwani, Esq. and Paul F. Kelly, Esq.), 11 Beacon
18       Street, Boston, Massachusetts 02108, on behalf of
         the Plaintiff
19
              UNITED STATES ATTORNEY'S OFFICE (By Barbara
20       D. Cottrell, Assistant United States Attorney),
         218 James T. Foley U.S. Courthouse, 445 Broadway,
21       Albany, New York 12207, on behalf of the Defendant

22
                                          1 Courthouse Way
23                                        Boston, Massachusetts

24                                        June 6, 2005

25
```

1                        **I N D E X**

2

3   **WITNESS:            DIRECT    CROSS      REDIRECT    RECROSS**

4   JOSEPH LEO CUMMINGS, JR.

5      By Mr. Kelly      3                     25

6      By Ms. Cottrell             20

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25