```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                         Civil Action
 3                                       No. 04-10593-WGY

 4
     * * * * * * * * * * * * * * *
 5                                 *
     CYNTHIA A. DeCAIRE,           *
 6                                 *
              Plaintiff,           *
 7                                 *   JURY WAIVED TRIAL
     v.                            *       (Volume 4)
 8                                 *
     ALBERTO R. GONZALES, in his   *
 9   official position as Attorney *
     General of the United States, *
10                                 *
              Defendant.           *
11                                 *

12   * * * * * * * * * * * * * * *

13
              BEFORE:  The Honorable William G. Young,
14                           District Judge

15
     APPEARANCES:
16

17           SEGAL, ROITMAN & COLEMAN (By Indira
     Talwani, Esq. and Paul F. Kelly,, Esq.), 11 Beacon
18   Street, Boston, Massachusetts 02108, on behalf of
     the Plaintiff
19
             UNITED STATES ATTORNEY'S OFFICE (By Barbara
20   D. Cottrell, Assistant United States Attorney),
     218 James T. Foley U.S. Courthouse, 445 Broadway,
21   Albany, New York 12207, on behalf of the Defendant

22

23

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         June 13, 2005
```

**I N D E X**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| PAUL DURETTE | | | | |
|   By Ms. Talwani | 8 | | | |
| DAVID B. TAYLOR, Recalled | | | | |
|   By Ms. Talwani | 41 | | 74 | |
|   By Ms. Cottrell | | 72 | | |
| JOHN WICKHAM | | | | |
|   By Ms. Talwani | 75 | | | |
|   By Ms. Cottrell | | 76 | | |
| DAVID DIMMITT | | | | |
|   By Ms. Cottrell | 78 | | | |
|   By Ms. Talwani | | 110 | | |

| EXHIBITS: | FOR I.D. | IN EVID. |
|---|---|---|
| 67   E-Mail | | 19 |
| 68   E- Mail | | 66 |