```
 1                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 04-10593-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     CYNTHIA A. DeCAIRE,            *
 6                                  *
              Plaintiff,            *
 7                                  *   JURY WAIVED TRIAL
     v.                             *       (Volume 5)
 8                                  *
     ALBERTO R. GONZALES, in his    *
 9   official position as Attorney  *
     General of the United States,  *
10                                  *
              Defendant.            *
11                                  *

12   * * * * * * * * * * * * * * * *

13
              BEFORE:  The Honorable William G. Young,
14                          District Judge

15
     APPEARANCES:
16

17          SEGAL, ROITMAN & COLEMAN (By Indira
     Talwani, Esq. and Paul F. Kelly,, Esq.), 11 Beacon
18   Street, Boston, Massachusetts 02108, on behalf of
     the Plaintiff
19
            UNITED STATES ATTORNEY'S OFFICE (By Barbara
20   D. Cottrell, Assistant United States Attorney),
     218 James T. Foley U.S. Courthouse, 445 Broadway,
21   Albany, New York 12207, on behalf of the Defendant

22

23

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          June 14, 2005
```

## I N D E X

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| KEVIN ROCHE | | | | |
|    By Ms. Talwani | 3 | | 6 | |
|    By Ms. Cottrell | | 5 | | |
| DAVID DIMMITT, Resumed | | | | |
|    By Ms. Talwani | | 7 | | 59 |
|    By Ms. Cottrell | | | 54 | |
| SUSAN WILLIAMS | | | | |
|    By Mr. Kelly | 62 | | | |
| WILLIAM FALLON | | | | |
|    By Ms. Cottrell | 109 | | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| AG | Promotional Package - Hodgkins | 34 | |
| 69 | E-Mail | | 46 |
| AH | Career Board Notes | 96 | |
| 70 | Deposition Exhibit | | 108 |
| 71 | Deposition Exhibit | | 108 |
| 72 | Deposition Exhibit | | 108 |