1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action
No. 04-10593-WGY

* * * * * * * * * * * * * * * * *

CYNTHIA A. DeCAIRE,

Plaintiff,

v.

ALBERTO R. GONZALES, in his official position as Attorney General of the United States,

Defendant.

* * * * * * * * * * * * * * * * *

**JURY WAIVED TRIAL**
(Volume 6)

BEFORE: The Honorable William G. Young, District Judge

APPEARANCES:

SEGAL, ROITMAN & COLEMAN (By Indira Talwani, Esq. and Paul F. Kelly, Esq.), 11 Beacon Street, Boston, Massachusetts 02108, on behalf of the Plaintiff

UNITED STATES ATTORNEY'S OFFICE (By Barbara D. Cottrell, Assistant United States Attorney), 218 James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207, on behalf of the Defendant

1 Courthouse Way
Boston, Massachusetts

June 15, 2005

**I N D E X**


| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| WILLIAM FALLON, Resumed | | | | |
| By Ms. Cottrell | 3 | | | |
| By Mr. Kelly | | 12 | | |
| THOMAS W. BEZANSON | | | | |
| By Ms. Cottrell | 68 | | | |
| By Ms. Talwani | | 82 | | |
| ANTHONY DICHIO | | | | |
| By Ms. Cottrell | 88 | | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| 73 | Certification List . . . . . . . . . . . | | 23 |
| 74 | E-Mail . . . . . . . . . . . . . . . . . | | 85 |