```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                                           Civil Action
                                           No. 04-10593-WGY


* * * * * * * * * * * * * * * *
                               *
CYNTHIA A. DeCAIRE,            *
                               *
          Plaintiff,           *
                               *     JURY WAIVED TRIAL
v.                             *        (Volume 7)
                               *
ALBERTO R. GONZALES, in his    *
official position as Attorney  *
General of the United States,  *
                               *
          Defendant.           *
                               *

* * * * * * * * * * * * * * * *


          BEFORE:  The Honorable William G. Young,
                         District Judge


APPEARANCES:

          SEGAL, ROITMAN & COLEMAN (By Indira
     Talwani, Esq. and Paul F. Kelly, Esq.), 11 Beacon
     Street, Boston, Massachusetts 02108, on behalf of
     the Plaintiff

          UNITED STATES ATTORNEY'S OFFICE (By Barbara
     D. Cottrell, Assistant United States Attorney),
     218 James T. Foley U.S. Courthouse, 445 Broadway,
     Albany, New York 12207, on behalf of the Defendant




                                     1 Courthouse Way
                                     Boston, Massachusetts

                                     June 16, 2005
```

```
 1                        I N D E X

 2
       WITNESS:            DIRECT    CROSS     REDIRECT    RECROSS
 3

 4     ANTHONY DICHIO, Resumed

 5        By Ms. Cottrell   3                    99

 6        By Mr. Kelly                29

 7     STEPHEN RIDGE, Rebuttal

 8        By Ms. Talwani    104

 9        By Ms. Cottrell             107
                                                  FOR         IN
10     EXHIBITS:                                  I.D.       EVID.

11

12     75       Award  . . . . . . . . . . . . . . . . . 46

13     76       Diary Entry  . . . . . . . . . . . . . . 80

14     77       E-Mail . . . . . . . . . . . . . . . . . 102

15

16

17

...

25
```