**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

**CYNTHIA A. DeCAIRE,**
                              **Plaintiff,**

        **v.**                                                **Civ. Action No. 04-10593WGY**

**ALBERTO GONZALEZ, in his official**
**position as Attorney General of the**
**United States,**
                              **Defendant.**


------------------------------------------------------

### AFFIDAVIT


BARBARA D. COTTRELL, declares under penalty of perjury that:

1. I represent the defendant herein, and have prepared Defendant's Post-trial Memorandum, which contains Defendant's proposed findings of fact and conclusions of law.

2. That by prior agreement with the Court, the parties were to have filed their post-trial papers by the end of August, which I took to mean August 31, 2005.

3. That on August 31, 2005, I unsuccessfully attempted to convert Defendant's Memorandum from Wordperfect to Word, to the PDF format required for filing.

4. That I alerted Plaintiff's counsel that I would not be in compliance with the August 31, 2005 deadline, and that Plaintiff's counsel and I have consented to an extension of the filing deadline to September 1, 2005, **with leave of the Court.**

                                        _____/s/_____

                                        BARBARA D. COTTRELL
                                        Assistant U.S. Attorney
                                        Bar Roll No. 101411 (NDNY)
                                        James T. Foley U.S. Courthouse
                                        445 Broadway
                                        Room 218
                                        Albany, New York     12207