## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------

CYNTHIA A. DECAIRE,

        Plaintiff,

           vs.

ALBERTO GONZALEZ, in his official position as
Attorney General of the United States,

        Defendant.

---------------------------------------------------------------

C.A. No. 10593WGY

## ASSENTED-TO MOTION TO EXTEND TIME
## TO FILE PROPOSED FINDINGS OF FACT AND LAW

Now comes the Plaintiff, Cynthia A. DeCaire, and moves this Court to extend the time within which to file Proposed Findings of Fact and Law until September 1, 2005. In support of its motion, Plaintiff respectfully represents as follows:

1)    Defendant's counsel notified Plaintiff's counsel that Defendant was going to be unable to meet the August 31, 2005 deadline for filing Proposed Findings of Fact and Law because of problems converting Defendant's Proposed Findings into PDF format.

2)    Plaintiff's counsel informed Defendant's counsel that she, too, needed additional time before filing.

3)    Plaintiff's and Defendant's counsel conferred and agreed to concur in requests to the Court to extend the filing deadline by one (1) day, to September 1, 2005.

4)    The parties have conferred with respect to this motion and the Defendant assents to the allowance of the motion.

2

**WHEREFORE**, Plaintiff respectfully requests leave to file its Proposed Findings of Facts

and Law on September 1, 2005.

Respectfully submitted,

**CYNTHIA A. DeCAIRE**,

By her attorney,

/s/Indira Talwani
Indira Talwani
BBO # 645577
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  September 1, 2005

L://DeCaire/post-trial/Leave for EOT.doc

2