```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

                                          Civil Action
                                          No. 04-10593-WGY


* * * * * * * * * * * * * * *
                              *
CYNTHIA A. DeCAIRE,           *
                              *
         Plaintiff,           *
                              *          JURY WAIVED TRIAL
v.                            *             (Volume 8)
                              *
ALBERTO R. GONZALES, in his   *
official position as Attorney *
General of the United States, *
                              *
         Defendant.           *
                              *

* * * * * * * * * * * * * * *


         BEFORE:  The Honorable William G. Young,
                       District Judge

APPEARANCES:

         SEGAL, ROITMAN & COLEMAN (By Indira
     Talwani, Esq.), 11 Beacon Street, Boston,
     Massachusetts 02108, on behalf of the Plaintiff

         UNITED STATES ATTORNEY'S OFFICE (By Barbara
     D. Cottrell, Assistant United States Attorney),
     218 James T. Foley U.S. Courthouse, 445 Broadway,
     Albany, New York 12207, on behalf of the Defendant



                                      1 Courthouse Way
                                      Boston, Massachusetts

                                      July 27, 2005
```