UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>    Plaintiff<br><br>    vs.<br><br>ALBERTO R. GONZALES, in his official position as Attorney General of the United States.<br><br>    Defendant | C.A. No. 04-10593WGY |

**PLAINTIFF'S CHRONOLOGY OF EVENTS**

Plaintiff respectfully submits the following chronology of events:

<u>August 6, 2002</u>

Anthony Dichio is sworn in as United States Marshal for the District of Massachusetts.

Timothy Bane remains as the Chief Deputy Marshal and Paul Durette remains as the Assistant Chief Deputy Marshal.

Tom Bezanson remains as the Supervisory Deputy Marshal assigned to the Worcester office. Walter Doherty remains as the Supervisory Deputy Marshal assigned to Court Operations. Jeffrey Bohn is an Acting Supervisory Deputy Marshal, assigned to supervise the High Intensity Drug Trafficking Area ("HIDTA") Task Force.

Deputy Marshal Cynthia DeCaire is a Team Leader in the Warrants Unit. Mark Lewis is a Deputy Marshal on Deputy DeCaire's Team.

Dave Taylor is the Deputy Marshal in the Worcester office assigned to the HIDTA Task Force.

<u>August 26, 2002</u>

Marshal Dichio has a one-on-one interview with Deputy DeCaire.

September 5, 2002

    Dave Taylor is promoted to the position of Judicial Security Inspector.

September 2002

    Jeffrey Bohn is promoted to the position of Supervisory Deputy Merit, and continues heading up the HIDTA Task Force

September 17, 2002

    Deputy Mark Lewis is appointed to the HIDTA Task Force in Worcester, effective September 20, 2002.  He remains in this position through the present.

September 26, 2002

    Marshal Dichio has a one-on-one interview with the Worcester deputies, including Kevin Wahl, Steve McKearney and Sue Williams.

September 30, 2002

    Deputy DeCaire is reassigned to the Worcester Office; Deputy McKearney is reassigned from Worcester to the Warrants Investigations unit in the Boston Office.

December, 2002

    Chief Bane leaves the District.

January 6, 2003

    Marshal Dichio advises Supervisory Deputy Bohn to shred an incident report filed by another deputy.

January 14, 2003

    Marshal Dichio advises Supervisory Deputy Bezanson that Deputy Sue Williams cannot attend a women in law enforcement training conference.

    Marshal Dichio asks Marshal Service Headquarters to assign him an Acting Chief because he does not trust Assistant Chief Durette.

January 21, 2003

    Deputy Williams appeals the denial of her request to attend a training conference.

January 22, 2003

    Marshal Dichio rotates Deputies Williams and DeCaire to Boston, effective January 23, 2003.

January 23, 2003

    Deputies Williams and DeCaire initiate EEO counseling.

January 24, 2003

    Deputy Williams and Assistant Chief Durette discuss her appeal of the denial of training, the rotational assignment, and the EEO complaint initiated by Deputies DeCaire and Deputies William.

    Assistant Chief Durette and Marshal Dichio discuss Deputy Williams' training request and the EEO complaint.

    Marshal Dichio informs Deputy Williams that her training request will be granted.

    Deputy Williams tells Assistant Chief Durette about her conversation with Marshal Dichio

January 28, 2003

    Marshal Dichio directs Assistant Chief Durette to transfer Deputy DeCaire to the Court Operations position vacated by Deputy Jaime Viator.

February 3, 2003

    Deputy DeCaire is told by Supervisory Deputy Bezanson of her reassignment to Boston to fill a position in Court Operations, effective February 4, 2003.

    Deputy DeCaire contacts her new supervisor, Supervisory Deputy Walter Doherty, and he states that he knows nothing of the transfer.

    Assistant Chief Durette sends an announcement to all staff that Deputy DeCaire will be filling the position vacated by Deputy Jaime Viator.

    Marshal Dichio receives an e-mail from the EEO counselor regarding Deputy DeCaire's complaint.

February 4, 2003

    Assistant Chief Durette speaks with Deputy DeCaire about her EEO complaint in the afternoon in his office, after Marshal Dichio has left.

February 5, 2003

    Marshal Dichio confronts Assistant Chief Durette about his conversation with Deputy DeCaire. Assistant Chief Durette tells Marshal Dichio that if asked, he will tell the truth – that he was not involved in the decision to transfer Deputy DeCaire to Boston.

>Marshal Dichio again asks Marshal Service Headquarters to assign him an Acting Chief because of Assistant Chief Durette and the EEO Complaint.
>
>Supervisory Deputy Bezanson sends Marshal Dichio a copy of the e-mail he received from the EEO office.

February 6, 2003

>Supervisory Deputy Bezanson sends Marshal Dichio a copy of his draft response to the EEO complaint.

February 2003

>After reading the e-mail announcement of Deputy DeCaire's move to Court Operations, Deputy Don Freeman offers to move to Court Operations to allow a more senior deputy to move to Warrants Investigation. This offer is declined by Marshal Dichio.

February 11, 2003

>Marshal Dichio sends a response to EEO Investigator Bob Wesley in which he falsely states that he has detailed contemporaneous notes of his initial conversation with Deputy DeCaire.

February 14, 2003

>Deputy DeCaire is issued a Notice of Right to File a Discrimination Complaint.

February 17, 2003

>Chief Deputy U.S. Marshal David Dimmitt, Northern District of New York, becomes the Acting Chief Deputy Marshal for the District of Massachusetts for 120 days.

February 19, 2003

>EEO Counseling report is submitted.

February 25, 2003

>Marshal Dichio sends Brockton Chief of Police Paul Studenski a letter commending Detective Cummings.
>
>Marshal Dichio asks Detective Cummings his opinion of Supervisory Deputy Bohn, and Marshal Dichio states his opinion of Deputy DeCaire and her future at the Marshals Service.

March 10, 2003

>New 082 Deputies Kevin Neal and Joseph Norton are assigned to the Boston office.

March 11, 2003

    Marshal Dichio removes Supervisory Deputy Bohn from his position as head of the HIDTA Task Force. Supervisory Deputy Bohn has no regular supervisory responsibility over deputies for the next seven months.

March 17, 2003

    Deputy Marshal Scott Kimball, who has less seniority than Deputy Marshal DeCaire, is transferred from Court Operations to the Warrant Investigations unit.

March 18, 2003 (approx.)

    Assistant Chief Durette learns from Deputy DeCaire that Detective Cummings has stated that Marshal Dichio has made threatening comments.

    Assistant Chief Durette passes the information regarding Detective Cummings' comments to Acting Chief Dimmitt.

March 31, 2003

    At Marshal Dichio's direction, Acting Chief Dimmit removes Assistant Chief Durette from his office and assigns him a cubicle in the administrative section of the office.

    New 082 Deputy Sean Weddecke is assigned to the Worcester office.

April 7, 2003

    At Marshal Dichio's direction, Acting Chief Dimmitt takes away Assistant Chief Durette's keys to the office.

April 18, 2003

    Walter Doherty leaves his position as Supervisory Deputy U.S. Marshal.

    Assistant Chief Paul Durette leaves the Marshals Service.

April 21, 2003

    Deputy DeCaire expresses to Acting Chief Dimmitt and Marshal Dichio her interest in being considered for a position as an Acting Supervisor in Court Operations. She receives no reply.

April 22, 2003

    New 082 Deputies Kevin Neal and Joseph Norton are assigned to the Boston office.

April 23, 2003

    Deputy DeCaire expresses to Acting Chief Dimmitt and Marshal Dichio her interest in being considered for a position as Warrant Coordinator.  She receives no reply.

April 2003

    Judicial Security Inspector Taylor approaches Deputies Alison Hodgkins and Annette Lawlor about the Acting Supervisor position.

    Acting Chief Dimmitt approaches Deputy Paul Sugrue about the Warrant Coordinator position.

April 28, 2003

    Deputy Alison Hodgkins is assigned to fill a 120 day position as Acting Supervisor for Court Operations.

    Deputy Paul Sugrue is assigned to the position as Warrant Coordinator.  He remains in that position (except for a 120 day Acting Supervisor position) to the present.

    Judicial Security Inspector David Taylor is designated Acting Assistant Chief Deputy Marshal, not to exceed one year.

June 5, 2003

    Marshal Dichio meets with EEO Investigator Eugene Clark.

    Deputy DeCaire provides the EEO Investigator with a list of witnesses including Detective Joe Cummings.

June 11, 2003

    Acting Chief Dimmitt calls Supervisory Deputy Bohn and tells him to get back to the office, that his training was not approved.

June 12, 2003

    Acting Chief Dimmitt tells Supervisory Deputy Bohn that Marshal Dichio is after him.

June 13, 2003

    Acting Chief Dimmitt returns to Northern District of New York.

July 15, 2003

    William Fallon became Chief Deputy U.S. Marshal for the District of Massachusetts.

August 21, 2003

    Deputy DeCaire asks to be considered for the position of Supervisor in Court Operation since 120 days have passed since Deputy Hodgkins' appointment to the position. Acting Assistant Chief Deputy Taylor forwards the request to Chief Fallon. Deputy DeCaire receives no further response.

September 2003

    Acting Assistant Chief Taylor seeks out a female Deputy Marshal for the Acting Supervisory Deputy Position in Court Operations sought by Deputy DeCaire. The female Deputy, Annette Lawlor, informs Acting Assistant Chief Taylor that she is not interested in the position.

    Alison Hodgkins is continued in the Acting position (beyond the 120 days) until it is eliminated in October.

September 12, 2003

    Chief Fallon announces his intention to develop a rotation schedule for all warrant/task force assignments.

October 3, 2003

    Deputy Hodgkins' Acting Supervisor position ends.

    Supervisory Deputies Paul Dunne and Jeff Bohn are assigned as Court Operations Supervisors. These assignments are effective October 14, 2003. Supervisory Deputy Bohn remains a Supervisor in Court Operations through May 31, 2005.

    Deputy Kevin Donahue is assigned to the Warrant Coordinator position. Kevin Donahue has less seniority than Plaintiff and at the time had been assigned to Court Operations.

October 10, 2003

    Deputy Marshal DeCaire and Supervisory Deputy Bohn marry.

October 14, 2003

    Deputy Marshal DeCaire is transferred to Worcester.

    Deputy Marshal Williams is transferred to Boston, where she remains until May 2005.

October 15, 2003

    Acting Assistant Chief Taylor issues a memo to management staff detailing duties, and listing the "command center" as Supervisory Deputy Bohn's responsibility.

- 8 -

October 28, 2003

    Supervisory Deputy Bezanson advises Chief Fallon that Deputy DeCaire has advised him that she is pregnant and is requesting light duty status.

    Acting Assistant Chief Taylor reminds Chief Fallon of the supervisory issue if Deputy DeCaire is transferred to Boston.

November 13, 2003

    Chief Fallon issues a letter listing Deputy Decaire's limitations, including no excessive heat.

November 14, 2003

    Deputy DeCaire is advised that her assignment while on light duty is in the Worcester office on Mondays and Fridays, the Control Room in Boston on Tuesdays and Thursdays, and Springfield on Wednesdays.

November 20, 2003

    Deputy DeCaire reports to work in the Boston Control Room. When she arrives in Boston, she is told by Supervisory Deputy Dunne that the Springfield assignment has been eliminated, and she is to work in Boston Tuesdays, Wednesdays and Thursdays.

December 1, 2003

    Acting Assistant Chief Taylor directs Supervisory Deputy Bohn that Deputy DeCaire is to be assigned to the Control Center.

December 10, 2003

    Acting Assistant Chief Dave Taylor is advised that Supervisory Deputy Bohn is filing an OSHA complaint concerning the control room, including excessive heat.

December 11, 2003

    Supervisory Deputy Bohn files an OSHA complaint.

    Acting Assistant Chief Taylor writes to Marshal Dichio and Chief Fallon regarding Supervisory Deputy Bohn's assignment over the control room.

December 12, 2003

    Acting Assistant Chief Taylor writes to Chief Fallon regarding his conversation with Supervisory Deputy Bohn regarding the OSHA complaint.

    Supervisory Deputy Bohn is relieved of his responsibilities for the control room.

    Supervisory Deputy Bezanson expresses hostility in an e-mail regarding Supervisory Deputy Bohn and Deputy DeCaire, and Chief Fallon and Acting Assistant Chief Taylor take no action

January 12, 2004

    David Taylor is promoted to the position of Assistant Chief Deputy Marshal and Alison Hodgkins is promoted to Supervisory Deputy Marshal and is assigned to Court Operations.

January 20, 2004

    Chief Fallon issues a written policy statement concerning rotation of investigative and task force assignments.   The statement notes that the HIDTA position in Worcester is supervised by Worcester Supervisory Deputy Tom Bezanson.

January 21, 2004

    Supervisory Deputy Bezanson advises Deputy DeCaire that she would be working in the Boston office until further notice.

January 27, 2004

    Deputy DeCaire submits for consideration a request for participation in the Department of Justice Worklife program, requesting to work from the Worcester Office during the remainder of her pregnancy.

February 5-6, 2004

    Supervisory Deputies Bezanson and Hodgkins ridicule Deputy DeCaire and Supervisory Deputy Bohn in e-mails, and Chief Fallon and Assistant Chief Taylor take no action.

February 24, 2004

    Deputy Decaire's request to work from the Worcester Office during the remainder of her pregnancy is denied.

March 5, 2004

    Supervisory Deputy Bezanson ridicules Supervisory Deputy Bohn's request to work in Worcester during Deputy DeCaire's last few weeks of pregnancy.   Supervisory Deputy Bezanson is not disciplined.

June 7, 2004

    Supervisory Deputy Bezanson ridicules Supervisory Deputy Bohn in an e-mail. Supervisory Deputy Bezanson is not disciplined.

June – July, 2004

    A new cooling system is installed in the Control Room.

July 20, 2004

    Chief Fallon issues a written policy statement concerning rotation of investigative and task force assignments

September 2004

    Deputy DeCaire returns from her maternity leave. She is assigned to General Operations in Worcester. She has remained in that assignment since her return to work.

January 2005

    Chief Fallon issues a written policy statement concerning rotation of investigative and task force assignments.

May 2005

    Deputy Williams quits the Marshals Service.


    Respectfully submitted,

    **CYNTHIA A. DeCAIRE**,

    By her attorney,

    _____/s/ Indira Talwani_____
    Indira Talwani
    BBO # 645577
    **SEGAL, ROITMAN & COLEMAN**
    11 Beacon Street
    Suite #500
    Boston, MA  02108
    (617) 742-0208

Dated:  September 6, 2005