UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>            Plaintiff<br><br>            vs.<br><br>JOHN D. ASHCROFT, in his official position as Attorney General of the United States.<br><br>            Defendant | C.A. No. 04-10593WGY |

**PLAINTIFF'S STATUS REPORT**

Plaintiff Cynthia A. DeCaire respectfully provides the Court with the following status update:

(1) Plaintiff remains in her position as a Deputy United States Marshal assigned to the Worcester sub-station;

(2) The District has announced that the HIDTA Task Force position currently to which Deputy Mark Lewis is currently assigned will not be available for rotation until January 2008;

(3) Plaintiff has been selected for a task force position with the FBI;

(4) That position, like many other task force or promotional positions, requires a Top Secret Security Clearance;

(5) The Top Secret Security Clearance investigation is performed by the Office of Personnel Management, which has contracted out the investigation;

(6) Plaintiff was required to state all litigation she is involved in and has reported her participation in this case;

(7) The investigator's interview of Plaintiff involved extensive questioning regarding the status of this case;

(8) Plaintiff has been informed by the investigator that the investigator now seeks to interview former Marshal Anthony Dichio for the investigation.

(9) Plaintiff's counsel has informed Defendant's counsel of this Status Report and Defendant's counsel does not object to submission of this Report.

> Respectfully submitted,
>
> **CYNTHIA A. DeCAIRE**,
>
> By her attorney,
>
> ___/s/___Indira Talwani_____
> Indira Talwani
> **SEGAL, ROITMAN & COLEMAN**
> 11 Beacon Street
> Suite #500
> Boston, MA  02108
> (617) 742-0208

Dated:  February 7, 2006

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to Defendant's counsel, a registered participant as identified on the Notice of Electronic File (NEF).

> ___/s/__Indira Talwani_____