

**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Room 8017, Bicentennial Building   (202) 616-6830
600 E Street, N..W.   FAX (202) 616-2867
Washington, DC 20530

July 19, 2006

Ms. Barbara Cottrell
Assistant United States Attorney
Northern District of New York
Post Office Box 7198
100 South Clinton Street
Syracuse, New York 13261

Dear Ms. Cottrell:

  Pursuant to 28 U.S.C. § 515 and a request from your office, effective the date of this letter your appointment as a Special Attorney is extended not to exceed July 18, 2007. You will continue to serve as a Special Attorney to the United States Attorney General in the District of Massachusetts.

  This extension is subject to the terms and conditions of your original appointment under 28 U.S.C. § 515, dated July 19, 2005.

  You must file a copy of this letter with the Clerk of the District Court to evidence this appointment. Any questions concerning this extension should be addressed to Chad Lough, Human Resources Assistant, Policy and Special Programs Division.

                    Sincerely,

                    Peter T. McSwain
                    Chief, Policy and Special Programs Division
                    Personnel Staff

cc: Paul McNulty, Deputy Attorney General