UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>Plaintiff<br><br>vs.<br><br>ALBERT R. GONZALES, in his official position as Attorney General of the United States.<br><br>Defendant | C.A. No. 04-10593WGY |

**PLAINTIFF'S REQUEST FOR STATUS CONFERENCE**

Plaintiff Cynthia A. DeCaire respectfully requests that the Court set a status conference in the above-captioned matter.

> Respectfully submitted,
>
> **CYNTHIA A. DeCAIRE**,
>
> By her attorney,
>
> ___/s/__ Indira Talwani_____
> Indira Talwani
> **SEGAL, ROITMAN & COLEMAN**
> 11 Beacon Street
> Suite #500
> Boston, MA  02108
> (617) 742-0208

Dated:  January 11, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to Defendant's counsel, a registered participant as identified on the Notice of Electronic File (NEF), on January 11, 2007.

___/s/__ Indira Talwani_____
