UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>            Plaintiff<br><br>vs.<br><br>ALBERT R. GONZALES, in his official position as Attorney General of the United States.<br><br>            Defendant | C.A. No. 04-10593WGY |

**PLAINTIFF'S MOTION TO REOPEN DISCOVERY
AND TO REOPEN THE RECORD
REGARDING PLAINTIFF'S TRANSFER TO THE
WORCESTER SUB-OFFICE IN OCTOBER 2003**

Plaintiff Cynthia A. DeCaire respectfully moves to reopen the record regarding her October 2003 transfer to the Worcester sub-office. In support of this motion, Plaintiff states as follows:

1.      The October 2003 transfer of Plaintiff, following her marriage to Supervising Deputy Jeffrey Bohn, is at issue in the case currently pending in this Court.

2.      During pre-trial proceedings and at trial, Counsel for the Defendant represented that this transfer was accomplished with an SF-50. See Agreed Upon Statement of Facts, ¶ 5, Document 49, filed June 1, 2006; Corrected Trial Exhibit 3 (attached to Joint Motion to Correct and Replace Trial Exhibit 3, Document 64, filed July 11, 2005) (agreed-upon chart showing that Plaintiff was transferred to Worcester with an SF-50 dated October 12, 2003). An SF-50 is generated when a transfer is approved by headquarters.

3.      The current Acting Marshal for the District of Massachusetts has advised Deputy DeCaire that it is her understanding that no such transfer was approved by headquarters, that no SF-50 showing headquarter's approval of the transfer can be located for the transfer, and that Deputy DeCaire's permanent assignment (and therefore the assignment to which she will return when her FBI Task Force assignment ends) is Boston and not Worcester.

4.      Plaintiff seeks to reopen discovery to determine if headquarters in fact approved the October 2003 transfer to Worcester as represented by Defendant's counsel during pre-trial proceedings and in the Court filings, or if no such approval was obtained at that time as the Acting Marshal now contends.  In the event that headquarters did not approve the transfer in 2003, Plaintiff requests leave to introduce both such evidence and the testimony given under oath during the EEO process and during discovery in this case by then-Chief Deputy William Fallon, Assistant Chief Deputy David Taylor, and Administrative Officer William Ryan that Deputy DeCaire was permanently transferred to Worcester in October 2003.

Respectfully submitted,

**CYNTHIA A. DeCAIRE**,

By her attorney,

\_\_\_/s/\_\_Indira Talwani_____
Indira Talwani
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  February 6, 2007

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with Defendant's counsel, Barbara Cottrell, Esq., on February 6, 2007, in a good-faith attempt to resolve or narrow the issues, and that we were unable to resolve the issues.

/s/ Indira Talwani
Indira Talwani, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Defendant's counsel, a registered participant as identified on the Notice of Electronic File (NEF), on February 6, 2007.

/s/ Indira Talwani
Indira Talwani, Esq.