# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-10593-WGY**

**CYNTHIA A. DeCAIRE**
**Plaintiff**

**v.**

**ALBERTO GONZALES**
**Defendant**

## JUDGMENT

This action came before the Court for a  nonjury trial. The issues have been tried and the Court has entered its Findings of Fact and Conclusions of Law.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE GOVERNMENT. .**

 **Sarah A. Thornton**
**Clerk**

**So Approved**

 **/s/ William G. Young**
**USDJ**

**/s/  Elizabeth  Smith**
**Deputy Clerk**

**February 23, 2007**

**To: All Counsel**