```
 1        THE CLERK:  Please raise your right hand.
 2        Do you solemnly swear that the answers you will
 3   give to this Court will be the truth, the whole truth, and
 4   nothing but the truth, so help you God?
 5        THE WITNESS:  I do.
 6        THE CLERK:  Please be seated.
 7                       JEFFREY BOHN
 8                    DIRECT EXAMINATION
 9   (BY MS. TALWANI:)
10   Q    Can you state your name for the record, please?
11   A    Jeffrey Bohn, B O H N.
12   Q    And by whom are you employed?
13   A    U.S. Marshals Service.
14   Q    How long have you been with the Marshals Service?
15   A    Approximately 13 years.
16   Q    And what was your position in August 2002 when Marshal
17   Dichio arrived in the district?
18   A    I was acting supervisor of the New England HIDTA
19   Fugitive Task Force.
20   Q    And at the time had you applied for a promotion?
21   A    Yes.
22   Q    And did you get that promotion?
23   A    Yes.
24   Q    And what was your new position?
25   A    Supervisor of the task force.
```

1  Q  When did you become the supervisor of the task force?

2  A  That was in September.

3  Q  So one month after Marshal Dichio arrived?

4  A  Correct.

5  Q  When you were either the acting supervisor or the supervisor of the HIDTA task force did your responsibilities include the warrants investigation unit?

8  A  No. That was handled by a separate supervisor, Tony Visalli.

10 Q  Thank you.

   And when -- after Marshal Dichio started did you have a one-on-one interview with him?

13 A  Yes, I did.

14 Q  And what did Marshal Dichio say to you in that one-on-one interview?

   **MS. COTTRELL:** Objection; relevance, and hearsay.

   **THE COURT:** Well, it's hardly hearsay because if relevant it's an admission by a defendant. But the relevance objection makes some sense.

   Now, I've read the plaintiff's trial memorandum concerning the testimony of this witness. Let's just see here a minute.

   **MS. TALWANI:** If I may just on this threshold question?

   **THE COURT:** Yes.