PAUL DURETTE

**DIRECT EXAMINATION**

**(BY MS. TALWANI:)**

Q    Can you state your name for the record, please?

A    Paul Durette, D U R E T T E.

Q    And by whom are you employed?

A    Department of Homeland Security, Federal Protective Service.

Q    And what is your current position with the Department of Homeland Security?

A    I'm a deputy director for operations.

Q    And what GS level?

A    GS-15.

Q    Thank you.

     And previously were you employed by the Marshals Service?

A    Yes.

Q    When did you begin your employment with the Marshals Service?

A    I began in June of 1990.

Q    In June of 1990 what position did you hold?

A    I was a Deputy U.S. Marshal in Washington, D.C.

     **THE COURT:** And your end date with the Marshals when you went to Homeland Security?

     **THE WITNESS:** April of 2003.

1  A   I did.

2  Q   And this is in Boston?

3  A   Yes.

4  Q   And what did you and Deputy Williams discuss?

5  A   What did she say to me? She had come in that morning, I
6  believe it was a Friday, and said that, ah, she had sent the
7  appeal to the Marshal and to myself. And I acknowledged
8  that I had received it. And that her and Cindy had filed an
9  EEO complaint. And I said, well, let me talk to the Marshal
10 and see what he wants to do about the conference.

11 Q   And did you speak to the Marshal?

12 A   I did.

13 Q   And what did, what did you say to the Marshal?

14 A   I first asked him why we were not letting her attend the
15 conference. And he said, well, we're short staffed. And I
16 said, well, we're not short staffed in Worcester, and that
17 as managers we're required to support these types of
18 training opportunities for career advancement, to support
19 the yo principles. And eventually he -- and I told him also
20 that they had filed an EEO complaint and his refusal to let
21 her go would add fuel to the fire. He eventually said okay,
22 you can go, tell her she can go to the conference.

23 Q   Anything else that he said that you recall?

24 A   Ah, yeah. At the end we had moved on to another
25 subject, but he said that should make that one go away.