UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>    Plaintiff<br><br>    vs.<br><br>ALBERTO R. GONZALES, in his official position as Attorney General of the United States.<br><br>    Defendant | C.A. No. 04-10593WGY |

Verified Request for Assessment of Costs

Plaintiff Cynthia DeCaire, through counsel, moves pursuant to Rule 54 and this Court's order of January 5, 2005, for an assessment of costs in the amount of $2,727.70. In support of this request, Plaintiff states as follows:

1. On December 15, 2004, Plaintiff filed an amended motion to compel production of documents and answers to interrogatories. (See Docket 14). By this motion, Plaintiff sought pursuant to Rule 37(a)(4) and 37(d) her expenses, including fees and the cost of the transcript for the Rule 30(b)(6) deposition caused by Defendant's failure to act and/or incurred in connection with the motion. Motion at 2.

2. On January 5, 2005, the Court granted the motion to compel and allowed the motion for costs, stating that costs would be assessed at the close of the action.

3. As detailed in Plaintiff's Memorandum filed on December 15, 2004 (Docket 15) requesting $2,000 in fees, Plaintiff's counsel expended approximately seven hours to prepare the motion and accompanying memorandum, and an eighth hour on the

Rule 30(b)(6) deposition necessitated by Defendant's failure to conduct the search required by the discovery rules. Memorandum at 8. Plaintiff's counsel is regularly compensated at between $250 and $290 per hour for such work. Memorandum at 9.

4.   As set forth in the attached invoice, Plaintiff incurred $727.70 for the 30(b)(6) deposition transcript.

Wherefor, Plaintiff respectfully requests that the Court assess costs in favor of the Plaintiff in the amount of $2,727.70.

> Respectfully submitted,
>
> **CYNTHIA A. DeCAIRE**,
>
> By her attorney,
>
> _/s/ Indira Talwani_____
> Indira Talwani
> BBO # 645577
> **SEGAL, ROITMAN & COLEMAN**
> 11 Beacon Street
> Suite #500
> Boston, MA  02108
> (617) 742-0208

Verification of Counsel

I, Indira Talwani, verify on personal knowledge that the allegations set forth in paragraphs 3 and 4 above are true and correct.

> __/s/ Indira Talwani____

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

> _/s/ Indira Talwani__

Dated:  March 5, 2007