# Accurate Reporting Services

# Invoice

36 West Street
Whitman, MA 02382

| Depo Date | Invoice # |
|---|---|
| 12/14/2004 | 9822 |
| Terms | Tax ID 22-3849840 |
| Due on receipt | LM |

**Bill To**

Segal, Roitman & Coleman
Indira Talwani, Esq.
11 Beacon Street, Suite 500
Boston, MA 02108

| Deposed | Docket Number |
|---|---|
| Wlllliam Fallon (35 pages)<br>Anthony Dichio, VII (177 pages) | 04-10593WGY |

| Pages | Case Name | Rate | Amount |
|---|---|---|---|
| 212 | Original Transcript | 3.00 | 636.00 |
| | Expedite fee - Fallon transcript | 84.00 | 84.00 |
| | Fee for postage | 7.70 | 7.70 |
| 1 | Free Indexing & Condensing | 0.00 | 0.00 |
| | CYNTHIA A. DECAIRE, Plaintiff | | |
| | VS | | |
| | JOHN D. ASHCROFT, Defendant | | |

Thank you for allowing Accurate Reporting Services to be of assistance to you!

**Total** $727.70

Telephone: 781-447-9520
Fax: 781-447-9426

**Balance Due** $727.70