**U.S. Department of Justice**

United States Attorney
Northern District of New York

445 Broadway, Room 218          TEL.: (518) 431-0247
James T. Foley U.S. Courthouse   FAX: (518) 431-0249
Albany, New York 12207-2924

March 12, 2007

Hon. William G. Young
U.S. District Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
5th Floor
1 Courthouse Way
Suite 2300
Boston, MA 02210

    RE:   *DeCaire v. Ashcroft*
           Civil No. 04-10593WGY

Dear Judge Young:

    Please allow this letter to serve as Defendant's response to Plaintiff's request for amendment of the Court's findings of fact in the above-captioned matter. Defendant is satisfied that the Court carefully considered each of its findings of fact and finds no basis within Fed.R.Civ.P. 60(b) for the requested relief.

                              Respectfully submitted,

                              GLENN T. SUDDABY
                              UNITED STATES ATTORNEY
                              NORTHERN DISTRICT OF NEW YORK


                              BY:   /s/ Barbara D. Cottrell

                              BARBARA D. COTTRELL
                              ASSISTANT U.S. ATTORNEY
                              Bar Roll No. 101411 (NDNY)


cc: Indira Talwani, Esq.