## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT
## FROM A JUDGMENT AND ORDER OF A DISTRICT COURT

**United States District Court for the District of Massachusetts**

**File Number:**   C.A. No. 04-10593WGY

_____

CYNTHIA A. DECAIRE,

        Plaintiff,

        vs.

ALBERTO R. GONZALES, in his official position as Attorney General of the United States.

        Defendant.

_____

**NOTICE OF APPEAL**

      Notice is hereby given that Plaintiff Cynthia A. DeCaire hereby appeals to the United States Court of Appeals for the First Circuit from the Final Judgment entered in this action on February 23, 2007, and from the Memorandum and Order, entered in this action on February 23, 2007 (and amended by Order entered on March 16, 2007).

      **CYNTHIA A. DeCAIRE**,

      By her attorney,

        /s/ Indira Talwani_____

      Indira Talwani
      BBO # 645577
      **SEGAL, ROITMAN & COLEMAN**
      11 Beacon Street
      Suite #500
      Boston, MA  02108
      (617) 742-0208

Dated:  March 22, 2007

- 2 -

Certificate of Service

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      _/s/ Indira Talwani__

Dated:  March 22, 2007