```
 1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 04-10593-WGY

 4
      * * * * * * * * * * * * * * * *
 5                                   *
      CYNTHIA A. DeCAIRE,             *
 6                                   *
              Plaintiff,              *
 7                                   *    VOICE MAIL MESSAGES
      v.                              *    PLAYED IN OPEN COURT
 8                                   *
      ALBERTO R. GONZALES, in his    *
 9    official position as Attorney  *
      General of the United States,  *
10                                   *
              Defendant.              *
11                                   *

12    * * * * * * * * * * * * * * * *

13
                BEFORE:   The Honorable William G. Young,
14                              District Judge

15
      APPEARANCES:
16

17              SEGAL, ROITMAN & COLEMAN (By Indira
          Talwani, Esq. and Paul F. Kelly,, Esq.), 11 Beacon
18        Street, Boston, Massachusetts 02108, on behalf of
          the Plaintiff
19
                UNITED STATES ATTORNEY'S OFFICE (By Barbara
20        D. Cottrell, Assistant United States Attorney),
          218 James T. Foley U.S. Courthouse, 445 Broadway,
21        Albany, New York 12207, on behalf of the Defendant

22

23

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          June 14, 2005
```