APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10593-WGY

DeCaire v. Ashcroft
Assigned to: Judge William G. Young
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 03/26/2004
Jury Demand: Plaintiff
Nature of Suit: 442 Civil
Rights: Jobs
Jurisdiction: U.S. Government
Defendant

## Plaintiff

**Cynthia A. DeCaire**

represented by **Indira Talwani**
Segal, Roitman & Coleman
500
11 Beacon Street
Boston, MA 02108
617-742-0208
Fax: 617-742-2187
Email:
italwani@segalroitman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Paul F. Kelly**
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108
617-742-0208
Fax: 617-742-2187
Email:
pkelly@segalroitman.com
*ATTORNEY TO BE*

*NOTICED*

V.

**Defendant**

**John D. Ashcroft**
*in his official position as*
*Attorney General of the*
*United States*
*TERMINATED: 05/12/2005*

represented by **Barbara D. Cottrell**
United States Attorney's
Office
218 James T. Foley U.S.
Courthouse
445 Broadway
Albany, NY 12207
518-431-0247
Fax: 518-431-0249
Email:
barbara.cottrell@usdoj.gov
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

**Alberto R. Gonzales**

**Interested Party**

**Anthony Dichio**

represented by **Paul W. Johnson**
Ferriter, Scobbo &
Rolophele, P.C.
125 High Street
Boston, MA 02110
617-737-1800
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number |

|  |  | 54857, filed by Cynthia A. DeCaire.(Bell, Marie) (Entered: 03/30/2004) |
|---|---|---|
| 03/26/2004 | ❑ | Summons Issued as to John D. Ashcroft. (Bell, Marie) (Entered: 03/30/2004) |
| 03/26/2004 | ❑ | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Bell, Marie) (Entered: 03/30/2004) |
| 04/15/2004 | ❑2 | AFFIDAVIT OF SERVICE Executed by Cynthia A. DeCaire. John D. Ashcroft served on 3/31/2004, answer due 4/20/2004. Acknowledgement filed by Cynthia A. DeCaire. (Bell, Marie) (Entered: 04/20/2004) |
| 05/21/2004 | ❑3 | First MOTION for Extension of Time to July 9, 2004 to File Answer re 1 Complaint by John D. Ashcroft. (Attachments: # 1 Affidavit)(Cottrell, Barbara) (Entered: 05/21/2004) |
| 05/25/2004 | ❑ | Judge William G. Young : ELECTRONIC ORDER entered granting 3 Motion for Extension of Time to Answer 1 Complaint. Answer for John D. Ashcroft due 7/9/04. (Bell, Marie) (Entered: 05/25/2004) |
| 06/04/2004 | ❑4 | NOTICE of Appearance by Barbara D. Cottrell on behalf of John D. Ashcroft (Cottrell, Barbara) (Entered: 06/04/2004) |
| 07/07/2004 | ❑5 | ANSWER to Complaint by John D. Ashcroft.(Cottrell, Barbara) (Entered: 07/07/2004) |
| 07/07/2004 | ❑6 | AMENDED COMPLAINT against John D. Ashcroft , filed by Cynthia A. DeCaire.(Smith, Bonnie) (Entered: 07/08/2004) |
| 07/09/2004 | ❑7 | NOTICE of Scheduling Conference Scheduling Conference set for 9/15/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 07/09/2004) |

| 07/27/2004 | ❍ | NOTICE OF RESCHEDULINGInitial Scheduling Conference reset for TUESDAY 9/14/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. cc/cl(Smith, Bonnie) (Entered: 07/27/2004) |
|---|---|---|
| 08/23/2004 | 28 | JOINT STATEMENT re scheduling conference. (Abaid, Kim) (Entered: 08/26/2004) |
| 08/31/2004 | 29 | CERTIFICATION pursuant to Local Rule 16.1 by Cynthia A. DeCaire.(Bell, Marie) (Entered: 09/02/2004) |
| 09/14/2004 | ❍ | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young : Scheduling Conference held on 9/14/2004. Court explains requirements of the session. Court inquires as to whether parties want to proceed before Magistrate Judge. ADR: None at this time. Final Pretrial Conference no sooner than 5/2/05. Jury Trial on Running Trial List as of 6/6/05. (Bell, Marie) (Entered: 09/16/2004) |
| 09/14/2004 | ❍ | Set Deadlines/Hearings: Final Pretrial Conference set for no sooner than 5/2/2005 02:00 PM before Chief Judge William G. Young. Jury Trial set for running trial list as of 6/6/2005 09:00 AM before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 01/11/2005) |
| 09/20/2004 | ❍ | Judge William G. Young : ELECTRONIC ORDER entered re 8 Joint statement re scheduling conference. ALLOWED AS THE JOINT CASE MANAGEMENT SCHEDULING ORDER. Discovery due by 4/1/2005. Dispositive Motions due by 5/15/2005. cc/cl.(Bell, Marie) (Entered: 09/20/2004) |
| 11/30/2004 | 10 | MOTION to Compel *Production of EEO Complaints and Grievances of Other Employees and Investigative Files* by Cynthia A. DeCaire.(Talwani, Indira) (Entered: 11/30/2004) |

| 11/30/2004 | ❏11 | MEMORANDUM in Support re 10 MOTION to Compel *Production of EEO Complaints and Grievances of Other Employees and Investigative Files* filed by Cynthia A. DeCaire. (Attachments: # 1 Exhibit Plaintiff's First Set of Requests for Documents)(Talwani, Indira) (Entered: 11/30/2004) |
|---|---|---|
| 12/13/2004 | ❏12 | MOTION to Compel *Production of Documents and Answers to Interrogatories and for Fees* by Cynthia A. DeCaire.(Talwani, Indira) (Entered: 12/13/2004) |
| 12/13/2004 | ❏13 | MEMORANDUM in Support re 12 MOTION to Compel *Production of Documents and Answers to Interrogatories and for Fees* filed by Cynthia A. DeCaire. (Attachments: # 1 Exhibit Plaintiff's First Set of Interrogatories# 2 Exhibit Plaintiff's First Set of Requests for Documents# 3 Exhibit Email String# 4 Exhibit Letter# 5 Exhibit Email String)(Talwani, Indira) (Entered: 12/13/2004) |
| 12/15/2004 | ❏14 | Amended MOTION to Compel *Production of Documents and Answers to Interrogatories and for Fees* by Cynthia A. DeCaire.(Talwani, Indira) (Entered: 12/15/2004) |
| 12/15/2004 | ❏15 | MEMORANDUM in Support re 14 Amended MOTION to Compel *Production of Documents and Answers to Interrogatories and for Fees* filed by Cynthia A. DeCaire. (Attachments: # 1 Exhibit Plaintiff's First Set of Interrogatories# 2 Exhibit Plaintiff's First set of Requests for Documents# 3 Exhibit Letter# 4 Exhibit Notice of Deposition# 5 Exhibit Agreed-Upon Statement with Attachment# 6 Exhibit Email String# 7 Exhibit Email String) (Talwani, Indira) (Entered: 12/15/2004) |
| 12/15/2004 | ❏16 | Opposition re 10 MOTION to Compel *Production of EEO Complaints and Grievances of Other Employees and Investigative Files* filed by John D. Ashcroft. (Attachments: # 1 Affidavit # 2 Exhibit #1)(Cottrell, |

| | | |
|---|---|---|
| | | Barbara) (Entered: 12/15/2004) |
| 12/16/2004 | ❷ | Motions terminated: 12 MOTION to Compel *Production of Documents and Answers to Interrogatories and for Fees* filed by Cynthia A. DeCaire. (Bell, Marie) (Entered: 12/16/2004) |
| 12/16/2004 | ❷ | Judge William G. Young : ELECTRONIC ORDER entered RE: 14 Amended Motion to Compel. MOTION ALLOWED TO THE EXTENT OF REQUIRING IN CAMERA PRODUCTION. NO COSTS. cc/cl. (Bell, Marie) (Entered: 12/17/2004) |
| 12/17/2004 | ❷17 | MOTION for Clarification re Order on Motion to Compel *and/or Reconsideration* by Cynthia A. DeCaire. (Attachments: # 1 Affidavit of Indira Talwani# 2 Affidavit of Cynthia DeCaire)(Talwani, Indira) (Entered: 12/17/2004) |
| 12/22/2004 | ❷ | Judge William G. Young : ELECTRONIC Order VACATING Order on Motion to Compel- Document #14. cc/cl.(Bell, Marie) (Entered: 12/22/2004) |
| 12/22/2004 | ❷ | Judge William G. Young : ELECTRONIC ORDER entered RE: 10 Motion to Compel. MOTION ALLOWED TO THE EXTENT OF REQUIRING IN CAMERA PRODUCTION. NO COSTS. cc/cl. (Bell, Marie) (Entered: 12/22/2004) |
| 12/22/2004 | ❷ | Judge William G. Young : ELECTRONIC ORDER entered re: 17 Motion for Clarification re Order on Motion to Compel-Doc.#14. IN CLARIFICATION, THE ORDER RELATES TO DOCKET #10. cc/cl. (Bell, Marie) (Entered: 12/22/2004) |
| 12/29/2004 | ❷18 | AFFIDAVIT of Barbara D. Cottrell, AUSA in Opposition re 14 Amended MOTION to Compel *Production of Documents and Answers to Interrogatories and for Fees* filed by John D. Ashcroft. (Cottrell, Barbara) (Entered: 12/29/2004) |
| | ❷ | |

| | | |
|---|---|---|
| 01/05/2005 | | Judge William G. Young : ElectronicORDER entered granting 14 Motion to Compel. DISCOVERY TO BE FURNISHED WITHIN 30 DAYS OF THE DATE OF THIS ORDER. THE MOTION FOR COSTS IS ALLOWED, COSTS TO BE ASSESSED AT THE CLOSE OF THIS ACTION. cc/cl. (Bell, Marie) (Entered: 01/05/2005) |
| 01/11/2005 | 19 | Letter/request (non-motion) from Barbara D. Cottrell, AUSA. (Cottrell, Barbara) (Entered: 01/11/2005) |
| 02/08/2005 | 20 | AFFIDAVIT of AUSA Barbara D. Cottrell by John D. Ashcroft. (Attachments: # 1 Certificate of service) (Cottrell, Barbara) (Entered: 02/08/2005) |
| 02/24/2005 | 21 | JOINT STATEMENT of counsel *requesting discovery conference*. (Cottrell, Barbara) (Entered: 02/24/2005) |
| 03/02/2005 | ❍ | NOTICE of Hearing re Discovery Hearing :Hearing set for 3/9/2005 02:30 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 03/02/2005) |
| 03/09/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Hearing re Discovery Conference held on 3/9/2005. The Court orders the Government to search computers for records requested and produce them within one week. The Government is to file a report as to whether the in camera material is priviledged or not. The Court reviews with all parties the discovery in question. The Court encourages ADR, but the Government declines. (Smith, Bonnie) (Entered: 03/10/2005) |
| 03/10/2005 | 22 | Letter/request (non-motion) from Barbara D. Cottrell, AUSA *for correction of 3/10/05 ECF filing*. (Cottrell, Barbara) (Entered: 03/10/2005) |
| 03/10/2005 | 23 | Letter/request (non-motion) from Barbara D. Cottrell, AUSA *requesting correction of 3/10/05 ECF notice*. (Cottrell, Barbara) (Entered: 03/10/2005) |

| 03/11/2005 | ❍ | Judge William G. Young : Electronic ORDER entered. re 23 Letter requesting correction of 3/10/05 ECF Notice. TREATED AS A MOTION FOR CLARIFICATION, THE COURT DOES CLARIFY THAT COUNSEL'S UNDERSTANDING IS CORRECT. cc/cl.(Bell, Marie) (Entered: 03/15/2005) |
|---|---|---|
| 03/17/2005 | ❍24 | STATUS REPORT by John D. Ashcroft. (Cottrell, Barbara) (Entered: 03/17/2005) |
| 03/24/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Hearing held on 3/24/2005 re: Discovery. (Court Reporter D. Womack.) (Bell, Marie) (Entered: 03/25/2005) |
| 04/05/2005 | ❍25 | *First Amended* ANSWER to Amended Complaint by John D. Ashcroft.(Cottrell, Barbara) (Entered: 04/05/2005) |
| 04/05/2005 | ❍26 | First MOTION for Summary Judgment by John D. Ashcroft. (Attachments: # 1 Statement of Material Facts# 2 memorandum of law# 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit)(Cottrell, Barbara) (Entered: 04/05/2005) |
| 04/12/2005 | ❍ | NOTICE of Hearing on Motion 26 First MOTION for Summary Judgment: Motion Hearing set for 5/17/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 04/12/2005) |
| 04/16/2005 | ❍27 | Cross MOTION for Partial Summary Judgment by Cynthia A. DeCaire.(Talwani, Indira) (Entered: 04/16/2005) |
| 04/16/2005 | ❍28 | MEMORANDUM in Support re 27 Cross MOTION for Partial Summary Judgment filed by Cynthia A. DeCaire. (Talwani, Indira) (Entered: 04/16/2005) |
| 04/16/2005 | ❍29 | EXHIBIT re 27 Cross MOTION for Partial Summary Judgment *and Request for Judicial Notice* by Cynthia |

| | | |
|---|---|---|
| | | A. DeCaire. (Attachments: # 1 Exhibit # 2 Exhibit) (Talwani, Indira) (Entered: 04/16/2005) |
| 04/16/2005 | 30 | EXHIBIT re 26 First MOTION for Summary Judgment, 27 Cross MOTION for Partial Summary Judgment by Cynthia A. DeCaire. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21 # 22 # 23 # 24 # 25 # 26 # 27 # 28 # 29 # 30 # 31 # 32 # 33 # 34 # 35 # 36 # 37 # 38 # 39 # 40 # 41 # 42 # 43 # 44 # 45 # 46 # 47 # 48 # 49 # 50 # 51 # 52 # 53 # 54 # 55 # 56 # 57 # 58 # 59 # 60 # 61 # 62 # 63 # 64 # 65 # 66 # 67 # 68 # 69 # 70 # 71 # 72 # 73 # 74 # 75 # 76 # 77 # 78 # 79 # 80 # 81 # 82 # 83 # 84 # 85 # 86)(Talwani, Indira) (Entered: 04/16/2005) |
| 04/18/2005 | 31 | MEMORANDUM in Opposition re 26 First MOTION for Summary Judgment filed by Cynthia A. DeCaire. (Talwani, Indira) (Entered: 04/18/2005) |
| 04/18/2005 | 32 | STATEMENT of facts re 26 First MOTION for Summary Judgment, 27 Cross MOTION for Partial Summary Judgment *[DISPUTED MATERIAL FACTS]*. (Talwani, Indira) (Entered: 04/18/2005) |
| 04/19/2005 | 33 | Judge William G. Young : Electronic ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 5/12/2005 02:30 PM in Courtroom 18 before Chief Judge William G. Young.(Smith, Bonnie) (Entered: 04/19/2005) |
| 04/19/2005 | ○ | NOTICE of Hearing on Motion 27 Cross MOTION for Partial Summary Judgment: Motion Hearing set for 5/17/2005 02:00 PM in Courtroom 19 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 04/19/2005) |
| 04/21/2005 | 34 | STATEMENT of facts re 27 Cross MOTION for Partial Summary Judgment *(Undisputed Material Facts)*. (Talwani, Indira) (Entered: 04/21/2005) |
| | | |

| | | |
|---|---|---|
| 04/25/2005 | ●35 | EXHIBIT re 30 Exhibit,,, 26 First MOTION for Summary Judgment by Cynthia A. DeCaire. (Attachments: # 1 Affidavit of Susan J. Williams# 2 Affidavit of Paul Sugrue)(Talwani, Indira) (Entered: 04/25/2005) |
| 04/27/2005 | ●36 | Assented to MOTION to Substitute Party by Cynthia A. DeCaire.(Talwani, Indira) (Entered: 04/27/2005) |
| 05/02/2005 | ●37 | RESPONSE to Motion re 27 Cross MOTION for Partial Summary Judgment filed by John D. Ashcroft. (Cottrell, Barbara) (Entered: 05/02/2005) |
| 05/12/2005 | ● | Judge William G. Young : Electronic ORDER entered granting 36 Motion to Substitute Party. Alberto R. Gonzales added. John D. Ashcroft terminated (Smith, Bonnie) (Entered: 05/12/2005) |
| 05/12/2005 | ●38 | PRETRIAL MEMORANDUM by Alberto R. Gonzales, Cynthia A. DeCaire. (Attachments: # 1 Statement of Agreed Upon Facts)(Talwani, Indira) (Entered: 05/12/2005) |
| 05/12/2005 | ●39 | Objection *To Evidence*. (Talwani, Indira) (Entered: 05/12/2005) |
| 05/12/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Final Pretrial Conference held on 5/12/2005. Court inquires as to settlement, jury or nonjury trial. Trial expected to last 3 weeks. Counsel will inform the Court on Tuesday whether or not it will be a jury or nonjury trial.Court will not sit on June 23 to accommodate counsel. Case on running trial list for June 6 but if the parties want to proceed nonjury the case will start June 1. Court informs counsel of schedule of cases for June. Argument on Motion for Summary Judgement set for Tue. May 17. (Smith, Bonnie) (Entered: 05/13/2005) |
| 05/17/2005 | ●40 | NOTICE of Appearance by Paul F. Kelly on behalf of Cynthia A. DeCaire (Kelly, Paul) (Entered: |

| | | |
|---|---|---|
| | | 05/17/2005) |
| 05/17/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 5/17/2005 re 26 First MOTION for Summary Judgment filed by John D. Ashcroft,, 27 Cross MOTION for Partial Summary Judgment filed by Cynthia A. DeCaire,, Motions terminated: 26 First MOTION for Summary Judgment filed by John D. Ashcroft,, 27 Cross MOTION for Partial Summary Judgment filed by Cynthia A. DeCaire,. After hearing the Plainitff's motion is allowed. The Defendant's motion is denied. Jury waived trial to commence on June 2, 2005 at 9AM (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/18/2005) |
| 05/17/2005 | ● | Set/Reset Hearings: Bench Trial set for 6/2/2005 09:00 AM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/18/2005) |
| 05/27/2005 | ●41 | DECLARATION *of William E. Bordley* by Alberto R. Gonzales. (Cottrell, Barbara) (Entered: 05/27/2005) |
| 05/27/2005 | ●42 | Emergency MOTION for Discovery *to Reopen Discovery and Related Matters* by Cynthia A. DeCaire. (Attachments: # 1 Exhibit Request for Documents)(Talwani, Indira) (Entered: 05/27/2005) |
| 05/27/2005 | ●43 | AFFIDAVIT in Support re 42 Emergency MOTION for Discovery *to Reopen Discovery and Related Matters*. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Talwani, Indira) (Entered: 05/27/2005) |
| 05/27/2005 | ●44 | STIPULATION *AND JOINT REQUEST FOR PROTECTIVE ORDER* by Cynthia A. DeCaire. (Talwani, Indira) (Entered: 05/27/2005) |
| 05/28/2005 | ●45 | DECLARATION *of Barbara D. Cottrell* by Alberto R. Gonzales. (Cottrell, Barbara) (Entered: 05/28/2005) |
| 05/29/2005 | ●46 | Emergency MOTION for Sanctions *for Failure to* |

| | | |
|---|---|---|
| | | *Obey Discovery Order* by Cynthia A. DeCaire. (Talwani, Indira) (Entered: 05/29/2005) |
| 05/29/2005 | 47 | MEMORANDUM in Support re 46 Emergency MOTION for Sanctions *for Failure to Obey Discovery Order* filed by Cynthia A. DeCaire. (Talwani, Indira) (Entered: 05/29/2005) |
| 06/01/2005 | 48 | STATUS REPORT *by Barbara D. Cottrell, AUSA* by Alberto R. Gonzales. (Cottrell, Barbara) (Entered: 06/01/2005) |
| 06/01/2005 | 49 | STATEMENT of facts *Amended*. (Talwani, Indira) (Entered: 06/01/2005) |
| 06/01/2005 | 50 | STATEMENT of facts *additional and Defendant's Objections*. (Talwani, Indira) (Entered: 06/01/2005) |
| 06/01/2005 | 51 | TRIAL BRIEF by Alberto R. Gonzales. (Cottrell, Barbara) (Entered: 06/01/2005) |
| 06/01/2005 | 52 | MOTION to Intervene by Anthony Dichio. c/s.(Bell, Marie) (Entered: 06/02/2005) |
| 06/02/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Bench Trial Day 1 held on 6/2/2005. Prior to the start of the trial the court addresses the outstanding motions.Dft Dichio's Motion to Intervene Allowed for a limited purpose.P's Emergency motion for production of report- Court Orders the draft report be submitted to the court under seal for the court's eyes only. Once the final report is ready the govt is to give the final report to the court.P's Emergency motion to reopen discovery. Court orders the personnel file in question to be produced by Noon 6/3/05. Motion is Allowed in part, denied in part. Opening remarks by Plaintiff, by Defendant. Plaintiff's evidence commences. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 06/02/2005) |
| 06/02/2005 | ❍ | Judge William G. Young : Electronic ORDER entered |

| | | |
|---|---|---|
| | | granting in part and denying in part 42 Motion for Discovery, denying as moot 46 Motion for Sanctions, production to be made by noon 6/3/05, granting for limited purpose 52 Motion to Intervene (Smith, Bonnie) (Entered: 06/02/2005) |
| 06/02/2005 | ❍53 | TRIAL BRIEF *REGARDING TESTIMONY OF FORMER DEPUTY U.S. MARSHAL WILLIAMS AND SUPERVISORY DEPUTY US MARSHAL BOHN* by Cynthia A. DeCaire. (Talwani, Indira) (Entered: 06/02/2005) |
| 06/03/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Bench Trial Day 2 held on 6/3/2005. Plaintiff's evidence continues. To accomodate schedules,the court takes evidence out of order from the defendant. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 06/03/2005) |
| 06/06/2005 | ❍54 | TRANSCRIPT of Proceedings held on 6/2/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 06/06/2005) |
| 06/06/2005 | ❍55 | TRANSCRIPT of Proceedings held on 6/3/05 before Judge Young. Court Reporter: WOMACK. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 06/06/2005) |
| 06/06/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Bench Trial Day 3 held on 6/6/2005. Plaintiff's evidence continues (Court Reporter Womack.) (Smith, Bonnie) (Entered: 06/06/2005) |
| 06/06/2005 | ❍56 | Joint MOTION to Amend 50 Statement of facts by |

| | | Cynthia A. DeCaire. (Attachments: # 1 Exhibit Plaintiff and Defendant's Additional Agreed-Upon Statement of Facts Regarding Plaintiff's Applications for Merit Promotion and Defendant's Objection to Evidence, with strike-out)(Talwani, Indira) (Entered: 06/06/2005) |
|---|---|---|
| 06/10/2005 | ❍ | Judge William G. Young : Electronic ORDER entered granting 56 Motion to Amend. cc/cl. (Bell, Marie) (Entered: 06/10/2005) |
| 06/13/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Bench Trial Day 4 held on 6/13/2005. Plaintiff evidence continues (Court Reporter Womack.) (Smith, Bonnie) (Entered: 06/14/2005) |
| 06/14/2005 | ❍57 | TRANSCRIPT of Proceedings held on 6/13/05 before Judge YOUNG. Court Reporter: WOMACK. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 06/14/2005) |
| 06/14/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Bench Trial Day 5 held on 6/14/2005. Plaintiff's evidence continues. Plaintiff RESTS. Defendant's evidence commences. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 06/14/2005) |
| 06/14/2005 | ❍58 | TRIAL BRIEF *REGARDING ADMISSIBILITY OF DEPOSITION TESTIMONY* by Cynthia A. DeCaire. (Talwani, Indira) (Entered: 06/14/2005) |
| 06/15/2005 | ❍59 | TRIAL BRIEF *regarding introduction of deposition testimony* by Alberto R. Gonzales. (Cottrell, Barbara) (Entered: 06/15/2005) |
| 06/15/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Bench Trial Day 6 held on |

| | | |
|---|---|---|
| | | 6/15/2005. Defense evidence continues (Court Reporter Womack.) (Smith, Bonnie) (Entered: 06/15/2005) |
| 06/16/2005 | ◕ | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Bench Trial Day 7 held on 6/16/2005. Defendant's evidence continues. Defendant Rests. Plaintiff Rebuttal evidence commences. Plainitff Rests. Lobby conference held re: scheduling. Closing arguments set for 7/27/05 at 2PM (Court Reporter Womack.) (Smith, Bonnie) (Entered: 06/16/2005) |
| 06/21/2005 | ◕60 | MOTION to Compel *Production of Documents and For Sanctions* by Cynthia A. DeCaire.(Talwani, Indira) (Entered: 06/21/2005) |
| 06/21/2005 | ◕61 | MEMORANDUM in Support re 60 MOTION to Compel *Production of Documents and For Sanctions* filed by Cynthia A. DeCaire. (Attachments: # 1 Exhibit Excerpts of Trial Transcript# 2 Exhibit June 17, 2005 E-mail String# 3 Exhibit June 17-20 E-mail String# 4 Exhibit June 20, 2005 E-mail# 5 Exhibit Fax cover sheet from Marshal Dichio)(Talwani, Indira) (Entered: 06/21/2005) |
| 06/22/2005 | ◕62 | Exhibit/Witness List *Final response to Exhibit 77 requested by the Court* by Alberto R. Gonzales.. (Attachments: # 1 Supplement)(Cottrell, Barbara) (Entered: 06/22/2005) |
| 06/24/2005 | ◕63 | Letter from Jonathan M. Albano re: Inspection and copy of the Report of the Inspector General. (Bell, Marie) (Entered: 06/24/2005) |
| 06/24/2005 | ◕ | Judge William G. Young : Electronic ORDER entered. re 63 Letter from Jonathan M. Albano re: Inspection and Copy of the Report of the Inspector General. TREATED AS A MOTION TO UNSEAL A PRELIMINARY DOCUMENT UNDER SEAL IN |

| | | |
|---|---|---|
| | | THE RECORDS OF THIS CASE, MOTION DENIED. cc/cl.(Bell, Marie) (Entered: 06/24/2005) |
| 07/11/2005 | 64 | Joint MOTION Correct and Replace Trial Exhibit 3 by Cynthia A. DeCaire. (Attachments: # 1 Exhibit Corrected Trial Exhibit 3)(Talwani, Indira) (Entered: 07/11/2005) |
| 07/13/2005 | 65 | Assented to MOTION Supplement Trial Record by Cynthia A. DeCaire. (Attachments: # 1 Exhibit) (Talwani, Indira) (Entered: 07/13/2005) |
| 07/18/2005 | | Judge William G. Young : Electronic ORDER entered granting 65 Motion to Supplement Trial Record. cc/cl. (Bell, Marie) (Entered: 07/19/2005) |
| 07/21/2005 | | Judge William G. Young : Electronic ORDER entered finding as moot 60 Motion to Compel. cc/cl. (Bell, Marie) (Entered: 07/21/2005) |
| 07/25/2005 | | Judge William G. Young : Electronic ORDER entered granting 64 Motion to Correct and Replace Trial Exhibit 3. cc/cl. (Bell, Marie) (Entered: 07/25/2005) |
| 07/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Conference to determine whether counsel want the court to make final findings of fact, conclusions of law, and judgment today. Counsel both request that the court take the matter Under Advisement and permission to file proposed findings of fact and conclusions of law by the end of August. Court agrees to the request.Bench Trial Day 8 held on 7/27/2005. Court hears closing argument and takes the matter UNDER ADVISEMENT. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/27/2005) |
| 08/03/2005 | 66 | TRANSCRIPT of Proceedings held on June 2, 2005 before Judge Young. Court Reporter: Donald Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be |

| | | obtained by contacting the court reporter at www.donwomack.com or the Clerk's Office. (Bell, Marie) (Entered: 08/03/2005) |
|---|---|---|
| 08/03/2005 | 67 | TRANSCRIPT of Proceedings held on June 3, 2005 before Judge Young. Court Reporter: Donald Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at www.donwomack.com or the Clerk's Office. (Bell, Marie) (Entered: 08/03/2005) |
| 08/03/2005 | 68 | TRANSCRIPT of Proceedings held on June 6, 2005 before Judge Young. Court Reporter: Donald Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at www.donwomack.com or the Clerk's Office. (Bell, Marie) (Entered: 08/03/2005) |
| 08/03/2005 | 69 | TRANSCRIPT of Proceedings held on June 13, 2005 before Judge Young. Court Reporter: Donald Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at www.donwomack.com or the Clerk's Office. (Bell, Marie) (Entered: 08/03/2005) |
| 08/03/2005 | 70 | TRANSCRIPT of Proceedings held on June 14, 2005 before Judge Young. Court Reporter: Donald Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at www.donwomack.com or the Clerk's Office. (Bell, Marie) (Entered: 08/03/2005) |
| 08/03/2005 | 71 | TRANSCRIPT of Proceedings held on June 15, 2005 before Judge Young. Court Reporter: Donald Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be |

| | | |
|---|---|---|
| | | obtained by contacting the court reporter at www.donwomack.com or the Clerk's Office. (Bell, Marie) (Entered: 08/03/2005) |
| 08/03/2005 | 72 | TRANSCRIPT of Proceedings held on June 16, 2005 before Judge Young. Court Reporter: Donald Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at www.donwomack.com or the Clerk's Office. (Bell, Marie) (Entered: 08/03/2005) |
| 09/01/2005 | 73 | TRIAL BRIEF *Post-trial memorandum* by Alberto R. Gonzales. (Attachments: # 1 Affidavit)(Cottrell, Barbara) (Entered: 09/01/2005) |
| 09/01/2005 | 74 | Assented to MOTION for Extension of Time to 9/1/05 to To File Proposed Findings of Fact and Law by Cynthia A. DeCaire.(Talwani, Indira) (Entered: 09/01/2005) |
| 09/01/2005 | 75 | Proposed Findings of Fact by Cynthia A. DeCaire. (Talwani, Indira) (Entered: 09/01/2005) |
| 09/02/2005 | 76 | TRANSCRIPT of Proceedings held on 7/27/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 09/02/2005) |
| 09/06/2005 | ● | Judge William G. Young : Electronic ORDER entered granting 74 Motion for Extension of Time to File Proposed Findings of Fact and Law. cc/cl. (Bell, Marie) (Entered: 09/06/2005) |
| 09/06/2005 | 77 | APPENDIX/EXHIBIT re 75 Proposed Findings of Fact *(CHRONOLOGY)* by Cynthia A. DeCaire. (Talwani, Indira) (Entered: 09/06/2005) |
| 02/07/2006 | 78 | STATUS REPORT by Cynthia A. DeCaire. (Talwani, |

| | | Indira) (Entered: 02/07/2006) |
|---|---|---|
| 02/10/2006 | 79 | Judge William G. Young : ORDER entered. SUMMARY FINDINGS OF FACT AND CONCLUSIONS OF LAW - "...Even so, this Court has no choice under the restrictive legal framework but to order judgment for the defendant AttorneyGeneral upon the issuance of the full opinion. (Costello, Helen) (Entered: 02/10/2006) |
| 07/18/2006 | 80 | STATUS REPORT *Renewal of Special Attorney Appointment in the District of Massachusetts* by Alberto R. Gonzales. (Cottrell, Barbara) (Entered: 07/18/2006) |
| 01/11/2007 | 81 | MOTION for Status Conference by Cynthia A. DeCaire.(Talwani, Indira) (Entered: 01/11/2007) |
| 02/06/2007 | 82 | MOTION to reopen discovery and to reopen the record regarding plaintiff's transfer to the Worcester sub-office in October 2003 by Cynthia A. DeCaire. (Talwani, Indira) (Entered: 02/06/2007) |
| 02/09/2007 | ◕ | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Plaintiff's attorney Talwani and AUSA Cottrell are present in the courtroomStatus Conference held on 2/9/2007. The plaintiff requests the court to reopen the discovery. After hearing the Court informs counsel it will issue the Findings of Fact and Conclusions of Law within 2 weeks. If the court is unable to do so within that time period, counsel may move for a further status conference. Once judgment has entered, the court,if it has jurisdiction, will entertain any motion filed pursuant to Rule 60(b). (Court Reporter Womack.) (Smith, Bonnie) (Entered: 02/09/2007) |
| 02/23/2007 | 83 | Judge William G. Young : ORDER entered. MEMORANDUM AND ORDER: "FOR THE REASONS SET FORTH ABOVE AND HAVING |

| | | |
|---|---|---|
| | | CAREFULLY CONSIDERED THE RECORED IN ITS ENTIRETY, THIS COURT RULES IN FAVOR OF THE GOVERNMENT ON THE GENDER DISCRIMINATION AND RETALIATION CLAIMS. JUDGMENT WILL ENTER FOR THE GOVERNMENT." (Paine, Matthew) (Entered: 02/23/2007) |
| 02/23/2007 | 84 | Judge William G. Young : ORDER entered. JUDGMENT in favor of Government against Plaintiff (Smith, Bonnie) (Entered: 02/23/2007) |
| 03/05/2007 | 85 | MOTION to Amend *the Court's Findings of Fact* by Cynthia A. DeCaire.(Talwani, Indira) (Entered: 03/05/2007) |
| 03/05/2007 | 86 | MEMORANDUM in Support re 85 MOTION to Amend *the Court's Findings of Fact* filed by Cynthia A. DeCaire. (Attachments: # 1 A - Bohn Testimony# 2 B - Durette Testimony)(Talwani, Indira) (Entered: 03/05/2007) |
| 03/05/2007 | 87 | MOTION Assessment of Costs by Cynthia A. DeCaire. (Attachments: # 1 Invoice)(Talwani, Indira) (Entered: 03/05/2007) |
| 03/12/2007 | 88 | Letter/request (non-motion) from AUSA Barbara D. Cottrell. (Cottrell, Barbara) (Entered: 03/12/2007) |
| 03/16/2007 | | Judge William G. Young : Electronic ORDER entered GRANTING 85 MOTION to Amend the Court's Findings of Fact. (Paine, Matthew) (Entered: 03/16/2007) |
| 03/22/2007 | 89 | NOTICE OF APPEAL as to 84 Judgment, 83 Memorandum & ORDER, by Cynthia A. DeCaire Filing fee $ 455, receipt number 1455560 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm |

| | | MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/11/2007. (Talwani, Indira) (Entered: 03/22/2007) |