UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>Plaintiff<br><br>vs.<br><br>MICHAEL B. MUKASEY, in his official position as Attorney General of the United States.<br><br>Defendant | C.A. No. 10593WGY |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Please take notice and update your records to reflect that Indira Talwani, counsel to Plaintiff, Cynthia A. DeCaire will have a new address effective January 1, 2008. From that date forward, all correspondence should be directed to:

Indira Talwani
Segal Roitman, LLP
111 Devonshire Street, 5th Floor
Boston, MA  02109
Tel.: (617) 742-0208
Fax: (617) 742-2187

Please note that the telephone and fax numbers will remain unchanged.

Respectfully submitted,

CYNTHIA A. DECAIRE

By her attorney,

                          /s/__Indira Talwani_____
                          Indira Talwani, BBO #645577
                          SEGAL ROITMAN, LLP
                          111 Devonshire Street
                          5th Floor
                          Boston, MA  02109

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                          _/s/ Indira Talwani__

Dated:  January 2, 2008