# United States Court of Appeals
## For the First Circuit

No. 07-1539

CYNTHIA A. DECAIRE,
Plaintiff, Appellant,

v.

MICHAEL B. MUKASEY, ATTORNEY GENERAL,[1]
Defendant, Appellee.

**JUDGMENT**
Entered: March 11, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's entry of judgment is vacated, and the case is remanded for further proceedings consistent with the opinion issued this day, in accordance with Local Rule 40.1(K)(1) of the District of Massachusetts. No costs are awarded.

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. William g. Young and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Ms. Talwani, Mr. Kelly, Mr. Johnson, Ms. Cottrell, Ms. Dover, & Ms. Marcus.]

---

[1] Pursuant to Fed. R. App. P. 43(c)(2), Attorney General Michael B. Mukasey has been substituted for former Attorney General Alberto R. Gonzales as the respondent herein.