U.S. Department of Justice

United States Attorney
Northern District of New York

445 Broadway, Room 218　　　　　　　　　TEL: (518) 431-0247
James T. Foley U.S. Courthouse　　　　　　FAX: (518) 431-0249
Albany, New York 12207-2924

March 26, 2008

Hon. Edward F. Harrington
Senior U.S. District Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

　　　　RE:　*DeCaire v. Ashcroft*
　　　　　　　Civil No. 04-10593EFH

Dear Judge Harrington:

　　　I received word yesterday that a conference has been scheduled in the above-captioned matter for April 3, 2008 at 10:00. This letter is intended as a request for adjournment of that conference until the week of May 12, 2008 or thereafter, at the Court's convenience.

　　　I am scheduled to begin trial of *Armstrong v. United States*, 03-CV-597 (a Title VII case), before visiting Judge Sessions (D. Vt.) in the Northern District of New York on April 1, 2008. I am thereafter scheduled to try *Brown v. United States*, 05-1325 (an FTCA case), before Judge Sharpe of this district on April 28, 2008.

　　　If, alternatively, the Court would consider conducting a telephone conference on April 3d, I will contact Judge Sessions and request that I be made available. I will be making the same request of him regarding a conflicting court appearance within the district on April 2d.

　　　Thank you for any accommodation you may be able to provide.

2

Respectfully submitted,

GLENN T. SUDDABY
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF NEW YORK


BY: *Barbara D. Cottrell*

BARBARA D. COTTRELL
ASSISTANT U.S. ATTORNEY
Bar Roll No. 101411 (NDNY)


cc: Indira Talwani, Esq. (ECF only)