UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA A. DECAIRE,

       Plaintiff

       vs.

ALBERTO R. GONZALES, in his official position as Attorney General of the United States.

       Defendant

C.A. No. 04-10593 EFH

**PLAINTIFF'S OPPOSITION TO
DEFENDANT'S REQUEST TO ADJOURN PRE-TRIAL CONFERENCE FOR FIVE WEEKS**

    Plaintiff hereby opposes Defendant's request to adjourn the pre-trial conference for more than five weeks. In support of this opposition, Plaintiff states as follows:

    1.    This action for gender discrimination and retaliation under Title VII relates to a series of events that occurred in 2003. Because Plaintiff continues to be an employee of the defendant employer, an expeditious resolution of the dispute is important to Plaintiff.

    2.    On March 25, 2008, this Court scheduled the pre-trial conference in this matter for April 3, 2008. On March 26, 2008, at 7:55 a.m., Plaintiff's counsel sent an e-mail to Defendant's counsel, asking her assent to a motion seeking a one week continuance because Plaintiff's counsel has an arbitration set for April 3. A copy is attached hereto.

    3.    Later that same morning, without first responding to Plaintiff's counsel's e-mail or complying with Local Rule 7.1(a)(2), Defendant's counsel filed a request to adjourn the pre-trial conference for more than five weeks. In her request, Defendant's counsel represented that

- 2 -

she is scheduled for a trial on April 1, and that she is "thereafter" scheduled for a trial on April 28.

4.       According to the docket for the United States District Court for the Northern District of New York, the first trial of Defendant's counsel's two trials is scheduled to conclude on April 4. (See attached docket sheet).

5.       Plaintiff respectfully requests that the pre-trial conference be continued one week, rather than more than five, and that it be set for April 10, 2008. In the alternative, Plaintiff requests that the Court hold the pre-trial conference by telephone on April 3, 2008, at 10:00 a.m.

      Respectfully submitted,

      **CYNTHIA A. DeCAIRE**,

      By her attorney,

      _____/s/ Indira Talwani_____
      Indira Talwani
      BBO # 645577
      **SEGAL, ROITMAN & COLEMAN**
      11 Beacon Street
      Suite #500
      Boston, MA 02108
      (617) 742-0208

Dated: March 26, 2008