# Indira Talwani

| | |
|---|---|
| **From:** | Indira Talwani |
| **Sent:** | Wednesday, March 26, 2008 7:55 AM |
| **To:** | barbara.cottrell@usdoj.gov |
| **Subject:** | FW: Activity in Case 1:04-cv-10593-EFH DeCaire v. Ashcroft Notice of Hearing |

Hi Barbara,

I have an arbitration set for the date of the prehearing conference, and am preparing a motion seeking to continue the conference date by one week. Will you assent?

Thanks,
Indi

Indira Talwani
Segal Roitman, LLP
111 Devonshire Street
5th Floor
Boston, MA 02109
phone: (617) 603-1427
fax: (617) 742-2187

-----Original Message-----
From: ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
Sent: Tue 3/25/2008 2:55 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:04-cv-10593-EFH DeCaire v. Ashcroft Notice of Hearing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 3/25/2008 at 2:55 PM EDT and filed on 3/25/2008

Case Name:   DeCaire v. Ashcroft
Case Number:        1:04-cv-10593 <https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?91349>
Filer:
Document Number:    No document attached

Docket Text:
ELECTRONIC NOTICE of Hearing : Pretrial Conference set for 4/3/2008 10:00 AM before Senior Judge Edward F. Harrington. (Folan, Karen)

1:04-cv-10593 Notice has been electronically mailed to:

Paul W. Johnson  pjohnson@keeganwerlin.com

Paul F. Kelly  pkelly@segalroitman.com, jsantoro@segalroitman.com