# U.S. District Court
## Northern District of New York – Main Office (Syracuse) [LIVE – Version 3.1.3] (Albany)
### CIVIL DOCKET FOR CASE #: 1:03–cv–00597–WKS–DRH

Armstrong v. Potter  
Assigned to: Chief Judge William K. Sessions, III  
Referred to: Magistrate Judge David R. Homer  
Demand: $1,000,000  
Cause: 29:0794 Job Discrimination (Handicap)

Date Filed: 05/14/2003  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Jennifer Armstrong**     represented by **Lewis B. Oliver, Jr.**  
Oliver, Oliver Law Firm  
156 Madison Avenue  
Albany, NY 12202  
518–463–7962  
Email: jlewisbo@nycap.rr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John E. Potter**  
*Postmater General, United States Postal Service*

represented by **James C. Woods**  
Office of United States Attorney – Albany  
445 Broadway  
218 James T. Foley U.S. Courthouse  
Albany, NY 12207–2924  
518–431–0247  
Fax: 518–431–0249  
Email: Jamie.Woods2@usdoj.gov  
*TERMINATED: 01/29/2007*

**Barbara D. Cottrell**  
Office of United States Attorney – Albany  
445 Broadway  
218 James T. Foley U.S. Courthouse  
Albany, NY 12207–2924  
518–431–0247  
Fax: 518–431–0249  
Email: barbara.cottrell@usdoj.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2003 | 1 | COMPLAINT filed; FILING FEE $ 150.00 RECEIPT # 67677 ; Service deadline 7/13/03 for John E. Potter (wbl) Additional attachment(s) added on 7/2/2004 (intkv, ). (Entered: 05/15/2003) |
| 05/14/2003 |   | SUMMONS(ES) issued for John E. Potter (wbl) (Entered: 05/15/2003) |
| 05/14/2003 |   | General Order 25 Filing Order Issued; Conference set before Magistrate Judge David R. Homer in Albany, Status Conference at 10:30 9/9/03 , Deadline for filing Case Management Plan, 8/25/03 , ADR Track Case. (wbl) (Entered: 05/15/2003) |
| 06/11/2003 | 2 | ACKNOWLEDGEMENT OF SERVICE via certified mail, return receipt as to agents for John E. Potter on 5/21/03, 5/22/03 : Answer due on 7/21/03 for John E. Potter (wjg) Additional attachment(s) added on 7/2/2004 (intkv, ). (Entered: 06/11/2003) |

| | | |
|---|---|---|
| 07/22/2003 | 3 | LETTER REQUEST by AUSA James Woods dd 7/22/03 and ORDER, reset Answer deadline to 8/1/03 for John E. Potter ( signed by Magistrate Judge David R. Homer ) (wjg) (Entered: 07/23/2003) |
| 08/11/2003 | 4 | Court Scheduling Notice dated 8/11/03 by Lynda A. Hennessy, Judicial Assistant, to Judge David R. Homer resetting Filing Order Deadlines: Conference set before Magistrate Judge David R. Homer in Albany, Status Conference at 10:30 a.m. on 10/15/03, Deadline for filing Case Management Plan, 10/7/03 (jel) Additional attachment(s) added on 7/6/2004 (intkv, ). (Entered: 08/13/2003) |
| 08/14/2003 | 5 | ANSWER to Complaint by John E. Potter (Attorney James Woods). (jel) Additional attachment(s) added on 7/6/2004 (intkv, ). (Entered: 08/15/2003) |
| 10/14/2003 | 6 | Proposed Joint Civil Case Management Plan Submitted. (jel) Additional attachment(s) added on 7/6/2004 (intkv, ). (Entered: 10/16/2003) |
| 10/17/2003 | 7 | Uniform Pretrial Scheduling Order; Length of Trial: 5 days; Trial Location: Albany; Joining of Parties Deadline 11/15/03; Amending of Pleadings Deadline 11/15/03; Discovery Deadline 8/14/04; Motion Filing Deadline 10/14/04; Trial ready deadline 10/14/04 Jury Trial Deadline 9:30 a.m. on 1/24/05; Parties have opted out of ADR program. (Signed by: Magistrate Judge David R. Homer on 10/17/03) (jel) (Entered: 10/20/2003) |
| 01/08/2004 | 8 | NOTICE of Appearance by Barbara D. Cottrell on behalf of John E. Potter (Cottrell, Barbara) (Entered: 01/08/2004) |
| 03/04/2004 | 9 | ORDER REASSIGNING CASE: Case reassigned to Judge Gary L. Sharpe for all further proceedings. Judge Lawrence E. Kahn no longer assigned to case. Signed by Chief Judge Frederick J. Scullin Jr. on 3/4/04. (jmb) (Entered: 03/08/2004) |
| 03/17/2004 | 10 | NOTICE to counsel from Judge Homer re: pretrial deadlines. (cbm, ) (Entered: 03/18/2004) |
| 03/22/2004 | 11 | NOTICE dated 3/22/2004 by John Law, CRD, to U.S. District Judge Gary L. Sharpe, stating that the Jury Trial scheduled for 1/24/2005 at 9:30 a.m. in Albany has been adjourned. (jel, ) (Entered: 03/24/2004) |
| 06/09/2004 | 12 | Letter for John E. Potter requesting an extension to the discovery deadline. (Cottrell, Barbara) (Entered: 06/09/2004) |
| 06/15/2004 | 13 | SCHEDULING ORDER: Resetting deadlines Discovery due by 11/14/2004. Motions to be filed by 1/14/2005. Trial Ready Deadline is 1/14/2005. Signed by Judge David R. Homer on 6/15/04. (tab ) (Entered: 06/16/2004) |
| 07/21/2004 | 14 | Letter for Jennifer Armstrong requesting intervention of the Court in order to resolve a discovery dispute between the parties. (Attachments: # 1 # 2)(Oliver, Lewis) (Entered: 07/21/2004) |
| 07/22/2004 | 15 | NOTICE of Hearing: Discovery Conference set for 7/27/2004 11:00 AM in Albany before Magistrate Judge David R. Homer. (tab) (Entered: 07/22/2004) |
| 07/29/2004 | 16 | Minute Entry for proceedings held before Judge David R. Homer : Discovery Conference held on 7/21/2004. Order to issue. (wjg, ) (Entered: 07/29/2004) |
| 07/29/2004 | 17 | ORDER for various discovery directives and denying pltf's request to extend discovery ddl. Signed by Judge David R. Homer on 7/29/04. (wjg, ) (Entered: 07/29/2004) |
| 08/11/2004 | 18 | STATUS REPORT by John E. Potter. (Cottrell, Barbara) (Entered: 08/11/2004) |
| 08/13/2004 | 19 | Letter for Jennifer Armstrong requesting To schedule another conference. (Oliver, Lewis) (Entered: 08/13/2004) |
| 08/16/2004 | 20 | NOTICE of Hearing: Discovery Conference set for 8/25/2004 03:30 PM in Albany before Magistrate Judge David R. Homer. (tab) (Entered: 08/16/2004) |
| 08/26/2004 | 21 | Minute Entry for proceedings held before Judge David R. Homer : Discovery Hearing held on 8/26/2004. Appearances by Lewis Oliver representing |

| | | |
|---|---|---|
| | | Armstrong and Barbara Cottrell representing the U.S. Postal Service. Plaintiffs request for an order compelling defendant to produce certain information was DENIED without prejudice. A written order was entered. (ban) (Entered: 08/27/2004) |
| 08/27/2004 | 22 | ORDER. Plaintiff's request for an order compelling defendant to produce additional information concerning other employees in the Albany District who have held "light" duty positions is DENIED without prejudice to renewal after plaintiff takes the deposition of the Manager of Injury Compensation for the Albany District of the USPS. Signed by Judge David R. Homer on 8/26/04. (ban) (Entered: 08/27/2004) |
| 01/14/2005 | 23 | MOTION for Summary Judgment *or to Dismiss* Motion Hearing set for 2/17/2005 10:00 AM in Albany before Judge Gary L. Sharpe. Response to Motion due by 1/31/2005 Reply to Response to Motion due by 2/7/2005. by John E. Potter. (Attachments: # 1 motion to dismiss/summary judgment# 2 Affidavit # 3 Statement of Material Facts # 4 Memorandum of Law # 5 certificate of service)(Cottrell, Barbara) Additional attachment(s) added on 1/24/2005 (jel, ). (Entered: 01/14/2005) |
| 01/14/2005 | 24 | STATUS REPORT *regarding exhibits accompanying defendant's motion to dismiss* by John E. Potter. (Cottrell, Barbara) (Entered: 01/14/2005) |
| 01/24/2005 | | Attached exhibits submitted conventionally to the 23 Motion to Dismiss or in the Alternative for Summary Judgment. (jel, ) (Entered: 01/24/2005) |
| 02/02/2005 | 25 | Letter from Lewis B. Oliver, Jr., Esq. for Jennifer Armstrong requesting adjournment. (Oliver, Lewis) (Entered: 02/02/2005) |
| 02/02/2005 | 26 | LETTER REQUEST dated 2/2/2005 by Lewis B. Oliver, Jr., Esq., and ORDER regarding the 23 MOTION for Summary Judgment or to Dismiss: Response to Motion due by 4/7/2005 Reply to Response to Motion due by 4/21/2005. No further extensions will be granted. Signed by Judge Gary L. Sharpe on 2/2/2005. (jel, ) (Entered: 02/02/2005) |
| 04/07/2005 | | CLERK'S CORRECTION OF DOCKET ENTRY – Deleted text only notice dated April 7, 2005 for it was entered in error. (jel, ) (Entered: 04/07/2005) |
| 04/11/2005 | 27 | Letter from Lewis B. Oliver, Jr. for Jennifer Armstrong requesting extension of time to file plaintiff's papers in opposition to defendant's motion for summary judgment. (Oliver, Lewis) (Entered: 04/11/2005) |
| 04/11/2005 | 28 | RESPONSE in Opposition re 23 MOTION for Summary Judgment *or to Dismiss* filed by Jennifer Armstrong. (Attachments: # 1 Exhibit(s) Exhibits to Affirmation# 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13)(Oliver, Lewis) (Entered: 04/11/2005) |
| 04/12/2005 | 29 | LETTER dated 4/11/2005 by Lewis B. Oliver, Jr., Esq., and ORDER granting extension of time to file response papers to pending motion. Signed by Judge Gary L. Sharpe on 4/11/2005. (jel, ) (Entered: 04/12/2005) |
| 04/21/2005 | 30 | STATUS REPORT by John E. Potter. (Cottrell, Barbara) (Entered: 04/21/2005) |
| 08/15/2005 | | TEXT ONLY NOTICE of Hearing on Motion regarding the 23 MOTION for Summary Judgment or to Dismiss: Motion Hearing has been set for 10/20/2005 at 09:00 AM in Albany before Judge Gary L. Sharpe. Oral argument will be required unless otherwise notified by the court.(jel, ) (Entered: 08/15/2005) |
| 09/29/2005 | 31 | Letter Motion from Lewis B. Oliver, Jr., Esq. for Jennifer Armstrong requesting ajournment of oral argument at 9:00 A.M. on October 20, 2005 submitted to Judge Gary L. Sharpe. (Oliver, Lewis) (Entered: 09/29/2005) |
| 09/29/2005 | 32 | Letter Motion from Lewis B. Oliver, Jr., Esq. for Jennifer Armstrong requesting /not a letter request, but attachment to letter, re document no. 31 submitted to Judge Gary L. Sharpe. (Oliver, Lewis) (Entered: 09/29/2005) |
| 09/30/2005 | 33 | LETTER REQUEST dated September 29, 2005 by Lewis B. Oliver, Jr., Esq., and ORDER regarding the 23 MOTION for Summary Judgment or to Dismiss: Motion Hearing has been reset for 11/17/2005 at 09:00 AM in Albany before |

| | | |
|---|---|---|
| | | Judge Gary L. Sharpe. Oral argument will be required unless otherwise notified by the court. Signed by Judge Gary L. Sharpe on 9/30/2005. (jel, ) (Entered: 09/30/2005) |
| 11/17/2005 | 34 | Minute Entry for proceedings held before Judge Gary L. Sharpe : CRD: John Law; Motion Hearing held on 11/17/2005 re 23 MOTION for Summary Judgment or to Dismiss filed by John E. Potter; Appearances Made: Lewis B. Oliver, Jr., Esq., for the plaintiff and Barbara Cottrell, Esq., for the defendant; Court asks counsel if this survives motion if this would be a jury trial; Atty. Cottrell states no jury demanded in complaint so would be bench trial; Court discusses jury demand issue with counsel; Court discusses summary and facts of the case and gives analysis. Court discusses the operative fact of reasonable accommodation; Court cites the October meeting. Court states in statement of material facts the government does not address the October meeting. Court states view disputed material fact that creates a jury issue. Court gives further summation of the case. Atty. Cottrell states whether or not bench or jury trial based upon credibility feels defendant will prevail; if only contention is October would concede a fact issue; Court states finds material fact issue; Court DENIES defendant's motion. Court directs that this matter be placed upon the court's trial ready calendar. Court directs plaintiff's counsel to review complaint and submit issue to the court regarding jury or bench trial. Court states transcript constitutes the decision of the court. No written order forthcoming. (Court Reporter Theresa Casal) Time: 9:45 – 10:05 a.m. (jel, ) (Entered: 11/18/2005) |
| 11/17/2005 | | ORAL ORDER, that the defendant's 23 Motion for Summary Judgment is DENIED . Orally issued from the bench by Judge Gary L. Sharpe on 11/17/2005. (jel, ) (Entered: 11/18/2005) |
| 11/17/2005 | 35 | COURT EXHIBIT 1. (jel, ) Additional attachment(s) added on 11/18/2005 (jel, ). (Entered: 11/18/2005) |
| 11/17/2005 | 36 | COURT EXHIBIT 2. (jel, ) (Entered: 11/18/2005) |
| 11/21/2005 | 37 | Letter Motion from Lewis B. Oliver, Jr., Esq. for Jennifer Armstrong requesting /not requesting, but advising the Court that upon review of plaintiff's Complaint, the Complaint does include a request for a jury trial submitted to Judge Gary L. Sharpe. (Oliver, Lewis) (Entered: 11/21/2005) |
| 06/09/2006 | 38 | TRIAL ORDER – Consent to the Exercise of Jurisdiction by a Magistrate Judge due by September 1, 2006. Pretrial Submissions due by 9/5/2006 by 4:00 p.m. Final Pretrial Conference set for 9/18/2006 at 01:00 PM in Albany before Judge Gary L. Sharpe. Jury Selection set for 9/25/2006 at 01:00 PM in Albany before Judge Gary L. Sharpe.Jury Trial to commence immediately upon completion of the case preceding it. Signed by Judge Gary L. Sharpe on 6/9/2006. (jel, ) (Entered: 06/09/2006) |
| 06/19/2006 | 39 | Letter Motion from Lewis B. Oliver, Jr., Esq. for Jennifer Armstrong requesting that the trial in this case which is currently scheduled to commence on September 25, 2006 be adjourned to the next available trial calendar submitted to Judge Gary L. Sharpe. (Oliver, Lewis) (Entered: 06/19/2006) |
| 06/21/2006 | 40 | LETTER REQUEST dated June 19, 2006 by Lewis B. Oliver, Jr., Esq., and ORDER, GRANTING request adjourning trial date and all pretrial deadlines without date. Signed by Judge Gary L. Sharpe on 6/21/2006. (jel, ) (Entered: 06/21/2006) |
| 01/26/2007 | 41 | ORDER REASSIGNING CASE: Case reassigned to Visiting Chief Judge William K. Sessions, III for all further proceedings. Judge Gary L. Sharpe no longer assigned to case. Signed by Chief Judge Norman A. Mordue on 1/26/07. (jmb) (Entered: 01/29/2007) |
| 02/23/2007 | | TEXT NOTICE of Hearing: IN PERSON Pretrial Conference set for 4/20/2007 at 01:30 PM in Albany before Chief Judge William K. Sessions III. (drm) (Entered: 02/23/2007) |
| 09/27/2007 | | TEXT NOTICE of Hearing: Telephone Conference set for 10/11/2007 11:30 AM before Chief Judge William K. Sessions III. Parties are to call chambers at |

| | | |
|---|---|---|
| | | 802–951–6350 and should be together on one telephone line.(lmp) (Entered: 09/27/2007) |
| 10/11/2007 | | TEXT Minute Entry for proceedings held before Judge William K. Sessions III: Initial Pretrial Telephone Conference held on 10/11/2007. L. Oliver for Pltf.; B. Cottrell for Deft. Court makes inquiries. Case not expected to settle. Deft. to provide transcript of summary judgment ruling to Court. Possibility of Bench Trial discussed; counsel to discuss with clients and notify Court within 1 week; final pretrial pleadings due 1 week in advance of trial. Jury Trial set for 3/31/2008 09:00 AM before Chief Judge William K. Sessions III. (Court Reporter Nichols) (lmp, ) (Entered: 10/15/2007) |
| 12/05/2007 | 42 | RECORD of Proceedings: Oral Argument held on November 17, 2005 before Judge Gary L. Sharpe, Court Reporter: Theresa J. Casal. IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Redact with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Notice of Intent to Redact due by 12/12/2007,Transcript due by 3/4/2008. (tjc, ) (Entered: 12/05/2007) |
| 02/25/2008 | 43 | Letter from Lewis B. Oliver requesting Confirmation of Trial Dates submitted to Judge William K. Sessions. (dpk) (Entered: 02/26/2008) |
| 03/06/2008 | 44 | TRANSCRIPT of Proceedings (Unredacted): Oral Argument held on November 17, 2005 before Judge Gary L. Sharpe, Court Reporter: Theresa J. Casal. (tjc, ) (Entered: 03/06/2008) |
| 03/25/2008 | | TEXT NOTICE of Hearing: Bench Trial re–scheduled for 4/1/2008 09:00 AM in Albany concluding on Friday 4/4/08, before Chief Judge William K. Sessions III. (lmp) (Entered: 03/25/2008) |