UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>            Plaintiff<br><br>            vs.<br><br>ALBERTO R. GONZALES, in his official position as Attorney General of the United States.<br><br>            Defendant | C.A. No. 04-10593 EFH |

## ASSENTED TO MOTION TO SUBSTITUTE PARTY BY PLAINTIFF CYNTHIA DECAIRE

Pursuant to Federal Rule of Civil Procedure 25(d), Plaintiff Cynthia A. DeCaire brings this assented to motion for an order to substitute Michael B. Mukasey in his official position as Attorney General of the United States, for former Attorney General Alberto Gonzales.

This action was brought in 2004 against John D. Ashcroft in his official position as Attorney General of the United States. On May 12, 2005, after John D. Ashcroft left office and Alberto R. Gonzales was sworn in as Attorney General, the Court granted Plaintiff's First Assented to Motion to Substitute Party, substituting Alberto R. Gonzales for John D. Ashcroft.

Mr. Gonzales no longer holds that position of Attorney General, and on November 9, 2007, Michael B. Mukasey was sworn in as Attorney General.

Federal Rule of Civil Procedure 25(d)(1) provides that:

[w]hen a public officer is a party to an action in an official capacity and during its pendency dies, resigns, or otherwise ceases to hold office, the action does not abate and the officer's successor is automatically substituted as a party. Proceedings following the substitution shall be in the name of the substituted party, but any misnomer not affecting the substantial rights of the parties shall be disregarded. An order of substitution may be entered at any time, but the omission to enter such an order shall not affect the substitution.

Accordingly, Plaintiff requests an order of the Court substituting Michael B. Mukasey for Defendant Alberto R. Gonzales.

> Respectfully submitted,
>
> **CYNTHIA A. DECAIRE**,
>
> By her attorney,
>
> _____/s/ Indira Talwani_____
> Indira Talwani
> **SEGAL ROITMAN, LLC**
> 111 Devonshire Street
> 5th Floor
> Boston, MA  02109
> (617) 742-0208

Dated:   March 26, 2008

**CERTIFICATE PURSUANT TO LOCAL RULES 7.1(A)(2)**

I hereby certify that I conferred with Defendant's counsel, Barbara Cottrell, and that Defendant has assented to this motion.

> ___/s/ Indira Talwani_____
> Indira Talwani