March 27, 2008

By ECF Filing

Hon. Judge Edward F. Harrington
U.S. District Court for the
  District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

      Re:    **Cynthia A. DeCaire v. Alberto Gonzales**
             Case No. 04-10593-EFH

Dear Judge Harrington:

      This letter is to request that Plaintiff's name be changed in the above-captioned matter from Cynthia A. DeCaire to Cynthia Bohn. At the time the underlying EEO complaint was filed (January 2003), Ms. DeCaire was single. She subsequently wed Jeffrey Bohn, and now uses Cynthia Bohn as her legal name.

      Defendant's counsel has advised me that she does not oppose this request.

                                            Sincerely,

                                            /s/ Indira Talwani
                                            Indira Talwani

Encl.

Cc: Barbara Cottrell, Esq. (by ECF)
     Cynthia Bohn

It/inda-e/decaire/Harrington.doc