UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. DECAIRE,<br><br>        Plaintiff<br><br>        vs.<br><br>ALBERTO R. GONZALES, in his official position as Attorney General of the United States.<br><br>        Defendant | C.A. No. 04-10593 EFH |

### NOTICE OF FILING

Plaintiff Cynthia A. DeCaire hereby respectfully gives notice of her filing of an Amended Notice of Related Case and Request to Transfer Action in <u>Cynthia Bohn v. Michael Mukasey</u>, C.A. 07-10822 WGY. A copy of that filing is attached as an Exhibit hereto.

        Respectfully submitted,

        **CYNTHIA A. DECAIRE**,

        By her attorney,


        _____/s/ Indira Talwani_____
        Indira Talwani
        **SEGAL ROITMAN, LLC**
        111 Devonshire Street
        5th Floor
        Boston, MA  02109
        (617) 742-0208

Dated:  March 28, 2008