UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA BOHN,

        Plaintiff

        vs.                        C.A. No. 07-10822 WGY

MICHAEL MUKASEY, in his official position as
Attorney General of the United States.

        Defendant

AMENDED NOTICE OF RELATED CASE AND
REQUEST TO TRANSFER ACTION

       Pursuant to Local Rule 40.1(g) and (i), Plaintiff Cynthia Bohn files this amended notice of related case and request to transfer action. In support of said notice and request, Plaintiff states as follows:

       1.     The instant action is related to <u>Cynthia DeCaire v. Gonzalez</u>, C.A. No. 04-10593 in that: all of the parties are the same[1] and the cases involve similar claims. Specifically, the case filed in 2004 involved Cynthia Bohn's claims that the former United States Marshal took actions against her in 2003 and 2004 because of gender discrimination and retaliation for pursuing an EEO Complaint, and the instant case, filed in 2007, involves Cynthia Bohn's claims that in 2005 (and, as Plaintiff will contend in a motion to amend, in 2007 and continuing to the

---

[1] Although the captions are different, Plaintiff has filed both an assented to motion in <u>DeCaire v. Gonzalez</u> to update the Defendant from the former Attorney General, Alberto Gonzales, to the current Attorney General, Michael Mukasey, and an assented to request to change Plaintiff's name from DeCaire to Bohn to reflect her present use of her married name.

present), the United States Marshals Service has retaliated against her for pursuing the first EEO case.

2. The 2004 case was originally assigned to the Honorable Judge Young. In April 2007 when the instant case was filed, the 2004 case was on appeal to the United States Court of Appeals for the First Circuit.

3. In accordance with Local Rule 40.1(g)(2), Plaintiff's counsel marked the civil cover sheet for the instant case as related to DeCaire v. Gonzalez, 04-10593 WGY, and the clerk, in accordance with Local Rule 40.1(g)(3), assigned the instant case to this Court.

4. Following remand, however, the 2004 case was transferred to the Honorable Judge Harrington. The instant related case was not transferred at that time. Accordingly, Plaintiff now gives amended notice that the instant case is related to the case now designated as DeCaire v. Gonzales, 04-10593 EFH.

5. Plaintiff states further that re-assignment to a single judge in light of the identical parties, the similar claims and the absence of any substantive motions or rulings thus far in the instant case is consistent with the Local Rule. Reassignment will serve the interest of judicial economy and may facilitate the expeditious resolution of the dispute. It will also facilitate consideration of a motion to consolidate if either party (or the Court) views such action as appropriate

6. Defendant's counsel does not oppose this notice and request.

Respectfully submitted,

**CYNTHIA A. BOHN**,

By her attorney,


_____/s/ Indira Talwani_____
Indira Talwani
**SEGAL ROITMAN, LLP**
111 Devonshire Street
5th Floor
Boston, MA  02109
(617) 742-0208


Dated:  March 28, 2008


### CERTIFICATE PURSUANT TO LOCAL RULES 7.1(A)(2)

I hereby certify that I conferred with Defendant's counsel, Richard Myrus, and that Defendant does not oppose this motion.


____/s/ Indira Talwani_____
Indira Talwani

### CERTIFICATE OF SERVICE

I, Indira Talwani, certify that on the 28th day of March 2008, I electronically filed the within Motion for Substitution of Party with the Clerk of the United States District Court for the District of Massachusetts, using the CM/ECF System.  The following participants have received notice electronically:

Richard Myrus, Esq.

 _/s/ Indira Talwani