UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

**CYNTHIA A. DeCAIRE,**
                 **Plaintiff,**

   v.                                            Civ. Action No. 04-10593EFH

**JOHN D. ASHCROFT, in his official
position as Attorney General of the
United States,**
                 **Defendant.**

-------------------------------------------------------

## PARTIES' JOINT MOTION TO RESCHEDULE CONFERENCE

Due to scheduling conflicts, the parties hereby jointly request that the pre-trial conference, currently scheduled for April 3, 2008, be moved one week, to April 10, 2008, at noon.

WHEREFORE, the parties respectfully request that this Motion be allowed, and the scheduled pretrial conference be modified as above.

                                                                      Respectfully submitted

Plaintiff,

CYNTHIA A. DECAIRE                      MICHAEL B. MUKASEY,
By her attorney,                                        By his attorney


/s/ Indira Talwani                            By:   /s/ Barbara D. Cottrell
Indira Talwani                                     Barbara D. Cottrell
Segal Roitman, LLP                          Assistant U.S Attorney
111 Devonshire Street, 5th Floor         Northern District of New York
Boston, MA 02109                          218 James T. Foley U.S. Courthouse
(617) 742-0208                                    445 Broadway
                                                               Albany, New York 12207
                                                               (518)431-0247