

U.S. Department of Justice

United States Marshals Service

*Office of Equal Employment Opportunity*

---

*Washington, DC 20530-1000*

MAR 21 2008

**CERTIFIED MAIL NUMBER: 7007 1490 0003 2257 3112**

Ms. Cynthia Bohn
30 Chauncy Street
Westboro, Massachusetts 01581

Re: **Complaint Docket Number: USM-2008-00025**

Dear Ms. Bohn:

This refers to the discrimination complaint you filed against the U.S. Marshals Service (USMS) on January 17, 2008. Receipt of your complaint was acknowledged by letter dated February 22, 2008. The letter also provided you with notice of your rights in accordance with Equal Employment Opportunity Commission federal sector complaint regulations.

The discrimination is alleged to have occurred on September 7, 2007. The date of the initial contact with the EEO Office to request informal counseling is November 1, 2007. Efforts to resolve your complaint were unsuccessful, and on January 11, 2008, the Notice of Right to File a Discrimination Complaint was issued. Based on my review of the EEO Counselor's Report and your formal complaint, I am accepting the following allegation for investigation:

> Whether you were subjected to reprisal discrimination (for filing prior EEO complaints) when: on September 7, 2007, you received an email notifying you that after you complete your assignment on the Joint Terrorism Task Force, you will be returning to the Operations Division in Boston effective April 1, 2008.

If you believe the issue in this complaint has not been correctly identified, please notify me, in writing (certified mail), within 5 calendar days after you receive this letter and specify why you believe the issue has not been correctly identified. My address is Joann W. Grady, EEO Officer, United States Marshals Service, Washington, D.C. 20530-1000. If you fail to contact me, I will conclude you agree that the issue has been properly identified.

Your complaint will be assigned to an investigator for formal investigation. Once assigned, you will be informed of the investigator's identity and when the investigation is expected to begin. You will be provided a copy of the Report of Investigation on its completion.

According to the Equal Employment Opportunity Commission's complaint regulation (29 CFR §1614.108(e)): "The agency shall complete its investigation within 180 days of the date of filing of an individual complaint...." The regulation provides for an extension (by written agreement) of not more than 90 days, if voluntarily agreed on by the complainant and the agency.

To ensure your complaint is processed within the specified time frames, it is essential that when the investigator requests information to support this complaint, you should provide it promptly. Failure to cooperate with the investigation may lead to dismissal of your complaint.

If you have any questions regarding the guidance contained in this document, or about any aspect of the complaints process, please contact Tanya L. Wright, Chief, Complaints Processing, at (202) 305-9419.

Sincerely,

Joann W. Grady
EEO Officer

Enclosure: EEO Counselor's Report

# EEO COUNSELING REPORT
## INDIVIDUAL COMPLAINT of DISCRIMINATION under 29 CFR §1614.105(c)
### UNITED STATES DEPARTMENT OF JUSTICE
### U.S. MARSHALS SERVICE

**PART 1:**     **COMPLAINANT PERSONAL INFORMATION**

| | |
|---|---|
| Complainant's Name: | CYNTHIA BOHN |
| Position Title/Series/Grade: | Deputy U.S. Marshal |
| Complainant's Place of Employment: | United States Marshals Service<br>1 Courthouse Way<br>Suite 1-500<br>Boston, Massachusetts 02212 |
| Work/daytime phone: | 617-223-6457 |
| Complainant's Home Address and phone: | 30 Chauncy Street<br>Westboro, Massachusetts 01581 |
| Name of Complainant's Representative (if any):<br>Mailing address and phone number: | N/A |

**PART 2:**     **CHRONOLOGY OF EEO COUNSELING**

| | |
|---|---|
| Initial request for EEO Counseling: | November 1, 2007 |
| EEO Counselor Assigned: | November 1, 2007 |
| Date of Initial Interview: | November 6, 2007 |
| Date of Agreement to Extend Counseling:<br>(includes date Complainant makes ADR election) | N/A |
| Date Final Interview Conducted: | January 11, 2008 |
| Notice of Right to File Issued: | January 11, 2008 |
| Date Counseling Report Submitted:<br>(*Reports are due within 15 days of Issuance of NORTF or 5 days after EEO Office request) | March 21, 2008 |

Name of EEO Counselor:     Ann Chappelle

Office Address:     U.S. Marshals Service<br>Office of Equal Employment Opportunity<br>Washington, D.C. 20530-1000

Telephone Number:     (202) 307-9048

Signature of EEO Counselor: *Ann Chappelle*     Date: March 21, 2008

PART 3         **BASIS OF DISCRIMINATION ALLEGED**
Check applicable box(es) and fill in specificity where indicated:

**BASIS**         (Please specify)

Race:  <u>White</u>         <u>Black</u>

☐ Asian/Pacific Islander  ☐ Native American

☐ Color .................Please specify _____

☐ Religion .............Please specify _____

     National Origin.... ☐ Hispanic  ☐ Non-Hispanic  Other: _____

☐ Sex..... ( ) Male     ( ) Female

Age ............  Specify Date Of Birth:

☐ Disability.............☐ (Mental - please specify) _____

           ☐ (Physical - please specify) _____

(X) Reprisal for prior EEO activity (specify nature of prior EEO Activity)


☐ Other/Departmental Processing only   ☐ Sexual Orientation

            ☐ Parental Status

PART 4:      **CLAIM (ISSUE - EMPLOYMENT RELATED MATTER)**
             Check all applicable box(es)

1.    Appointment/Hire
2. ( ) Assignment of Duties
3. ☐ Awards
4. ☐ Conversion to Full-Time
5.    Disciplinary Action

       a. ☐ Demotion
       b. ( ) Reprimand
       c.    Suspension
       d.    Removal
       e.    Other:

6. ☐ Duty Hours
7.    Evaluation/Appraisal (PIP)
8. ☐ Examination Test
9. ( ) Harassment

       a.   Non-Sexual
       b.   Sexual

10. ☐ Medical Examination
11. ☐ Pay - Including Overtime
12.   Promotion/Non-selection
13. (X) Reassignment

    a.   request denied
    b.   directed
14. ☐ Reasonable Accommodation
15.    Reinstatement
16. ☐ Retirement

17.    Termination
18 (X) **Terms & Conditions of Employment**
19.    Time & Attendance
20.    Training
21.    Other (Please specify below)

**PART 5:**        **ALLEGATION OF DISCRIMINATION**

- **Date of Alleged Discriminatory Event/Occurrence:** September 7, 2007

- **Unit Where Alleged Discrimination Occurred:**    United States Marshals Service
  District of Massachusetts

- **Principle Agency Witness (PAW) for management:** Yvonne Bonner, AUSM
  David Taylor, CDUSM

- **Allegation of Discrimination** (Provide a brief description of complaint, summarizing actions which caused counseling to be sought and which complainant believes are discriminatory)

  Deputy Bohn alleges she is being subjected to reprisal discrimination in retaliation for filing prior EEO complaints. Specifically, on September 7, 2007, she received an email notifying her that she will be returning to Operations in Boston, effective April 1, 2008, when her assignment on the Joint Terrorism Task Force is completed. Deputy Bohn alleges her official duty station should be the Worcester sub-office rather than being transferred back to Boston.

- **If complaint appears to be untimely, what explanation is offered by Complainant to explain why contact was not made within the statutory 45 (forty-five) day requirement?**

  N/A

- **Remedy Desired by Complainant:**
  Complainant does not wish to be transferred back to the Boston office. She would like to remain in her present duty station at the Worcester sub-office.

On the same matter, has Complainant filed a grievance under negotiated grievance procedure?
     ☐ Yes   ✔ No

On the same matter, has Complainant filed a grievance under the Agency grievance system?
     ☐ Yes   ✔ No

If the issue presented constitutes a Mixed-Case Complaint, has Complainant appealed to the Merit Systems Protection Board?    ☐ Yes   ✔ No

If grievance or appeal has been filed, what is its status?      N/A

## PART 6 — SUMMARY OF EEO COUNSELING INQUIRY

### INFORMATION DEVELOPED DURING INFORMAL INQUIRY

In narrative format, identify the source of each fact; relevant documents provided by employee/applicant, management officials involved, other witnesses, and/or Personnel, noting whether the document is attached to the report or merely reviewed.

CONTACTS/INTERVIEWS DURING EEO COUNSELING INQUIRY:

**Complainant - - Cynthia Bohn**
             **Deputy U.S. Marshal (DUSM)**

DUSM Bohn stated that on September 7, 2007, she received an email from CDUSM David Taylor, which revealed that DUSM Bohn would be transferred to Court Operations in the Boston office. DUSM Bohn believes she is being retaliated against because of her prior EEO activity, and that this is the reason for her duty station reassignment as she has been transferred several times since 2003, when she filed her initial EEO complaint.

DUSM Bohn stated that when she was assigned to the FBI Joint Terrorism Task Force, she was never informed that she would have to transfer back to Boston once her rotation on the task force was completed.

**Management Officials - -   Acting United States Marshal (AUSM) Yvonne Bonner;**
                              **Chief Deputy U.S. Marshal (CDUSM) David Taylor**

On November 14, 2007, CDUSM David Taylor and AUSM Yvonne Bonner responded to the allegations filed by DUSM Bohn. They stated that DUSM Bohn's rotation on the task force is over, and that she has to return to her duty station in the Boston office on April 1, 2008, pursuant to standard rotation procedures. They further explained that the Human Resources Division did not sign DUSM Bohn's SF-52 (Request for Personnel Action) changing her duty station from Worcester back to Boston until late in 2007, and because the SF-52 was authorized too late, the Worcester position was already filled and there is currently no position available.

Both AUSM Bonner and CDUSM Taylor stated DUSM Bohn's return to the Boston office has nothing to do with her previous EEO activities.

---

SUMMARY OF RESOLUTION ATTEMPT:

A resolution was unsuccessful. The Notice of Right to File a Discrimination Complaint was issued on January 11, 2008.