Standard Form 52
Rev. 7/91, Automated 2/90
U.S. Office of Personnel Management FPM
Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

OPM Salary Tables

**PART A - Requesting Office** (Also complete Part B, Items 1, 7-12, 32, 33, 36 and 39.)

1. Actions Requested
EMPLOYEE REASSIGNMENT - CHANGE IN DUTY STATION

2. Request Number

3. For Additional Information Call (Name and Telephone Number)
Bill Ryan (617) 748-2510

4. Proposed Effective Date
4/30/06

5. Action Requested By (Name Title, Signature, Request Date)
YVONNE N. BONNER, U S MARSHAL (A)    9/11/2007

6. Action Authorized By:

**PART B** - For preparation of SF 50 (Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)

1. Name (Last, First, Middle)
BOHN, CYNTHIA A.

2. Social Security Number
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

3. Date of Birth
4/19/68

4. Effective Date
04/30/2006

**FIRST ACTION**
5-A. Code: 721
5-B. Nature of Action: Reassignment
5-C. Code: N2M
5-D. Legal Authority:
5-E. Code:
5-F. Legal Authority:

**SECOND ACTION**
6-A. Code:
6-B. Nature of Action:
6-C. Code:
6-D. Legal Authority:
6-E. Code:
6-F. Legal Authority:

ENTERED

7. FROM: Position Title and Number
CRIMINAL INVESTIGATOR

15. TO: Position Title and Number
CRIMINAL INVESTIGATOR    PD# 50114831

8. Pay Plan: GS  9. Occ. Code: 1811  10. Grade or Level: 12  11. Step or Rate: 06  12. Total Salary  13. Pay Basis
8. Pay Plan: GS  9. Occ. Code: 1811  10. Grade or Level: 12  11. Step or Rate: 06  12. Total Salary  13. Pay Basis: PA

14. Name and Location of Position's Organization
MASSACHUSETTS
WORCESTER SUB - OFFICE

22. Name and Location of Position's Organization
MASSACHUSETTS
ENFORCEMENT DIVISION
US 0140 0010

**EMPLOYEE DATA**

23. Veterans Preference
24. Tenure
25. Agency Use
26. Veterans Preference for RIF
27. FEGLI
28. Annuitant Indicator
29. Pay Rate Determinant
30. Retirement Plan
31. Service Comp. Date (Leave)
32. Work Schedule
33. Part-Time Hours Per Biweekly Pay Period

**POSITION DATA**

34. Position Occupied
35. FLSA Category
36. Appropriation Code
37. Bargaining Unit Status
38. Duty Station Code: 25-0120-025
39. Duty Station (City - County - State or Overseas Location): Boston, MA
40. Agency Data  41.  42.  43.  44.
45. Educational Level  46. Year Degree Attained  47. Academic Discipline  48. Functional Class  49. Citizenship: 1-USA 8-Other  50. Veterans Status  51. Supervisory Status

**PART C - Reviews and Approvals** (Not to be used by Requesting Office)

| 1. Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. | | | D. | | |
| B. | | | E. | | |
| C. | | | F. | | |

2. Approval. I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

Signature: [signed]    Approval Date: 9/4/07

CONTINUED ON PAGE 2
52-119

Editions Prior to 7/91 Are Not Usable After 6/30/93
USMS reprinted 06/02