UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>    Plaintiff<br><br>    vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>    Defendant | C.A. No. 04-10593 EFH |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A
SUPPLEMENTAL COMPLAINT**

  Plaintiff Cynthia Bohn (formerly Cynthia DeCaire) moves, pursuant to Federal Rule of Civil Procedure 15(d), to file a supplemental complaint (attached hereto as Exhibit 1) in the above-captioned matter. This motion is supported by the accompanying Memorandum of Law and Exhibits thereto and the attached proposed Supplemental Complaint and Exhibits thereto.

                  Respectfully submitted,

                  **CYNTHIA BOHN**,

                  By her attorney,

                  _____/s/ Indira Talwani_____
                  Indira Talwani
                  **SEGAL ROITMAN, LLC**
                  111 Devonshire Street
                  5th Floor
                  Boston, MA  02109
                  (617) 742-0208

Dated:  April 22, 2008

- 2 -

## CERTIFICATE PURSUANT TO LOCAL RULES 7.1(A)(2)

      I hereby certify that I conferred with Defendant's counsel and attempted in good faith to resolve or narrow the issues and that Defendant opposes this motion.

                                        ___/s/ Indira Talwani_____
                                        Indira Talwani