

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

Washington, DC 20530-1000

September 6, 2007

Indira Talwani, Esq.
Sega., Roitman & Coleman
Counsellors at Law
11 Beacon Street
Suite 500
Boston, MA   02108

Re:  Cynthia A. DeCaire v. Alberto R. Gonzales, Case No. 04-10593 WGY

Dear Ms. Talwani:

This is in response to your letter dated March 22, 2007 on behalf of your client, Cynthia DeCaire Bohn, requesting that a Standard Form 50 (SF50) be placed in her official personnel file to correct her permanent duty station from "Boston Suffolk MA" to "Worcester Worcester MA."

We have reviewed Ms. Bohn's personnel file and noted an administrative error in processing of the original SF 50. On July 31, 2007, a memorandum was submitted to the Human Resources Division (HRD) requesting that Ms. Bohn's personnel records be corrected to reflect Worchester Worcester MA as her permanent duty station. We have been advised by personnel within HRD that the correction has been made in HRD's data base. A corrected SF 50 will be placed in Ms. Bohn's official personnel file and she should receive a copy for her records.

If you have any questions regarding this response, please contact me on 202 307-8571.

Sincerely,

**William E. Bordley**
Associate General Counsel
Office of General Counsel