*Emailed to Emma 9/12/07 & 11/15/07*

Standard Form 52
Rev. 7/91, Automated 2/00
U.S. Office of Personnel Management FPM
Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

OPM Salary Tables

**PART A - Requesting Office** (Also complete Part B, Items 1, 7-12, 32, 33, 36 and 39.)

2. Request Number

1. Actions Requested
**EMPLOYEE REASSIGNMENT - CHANGE IN DUTY STATION**

4. Proposed Effective Date: 4/30/06

3. For Additional Information Call (Name and Telephone Number)
Bill Ryan (617) 748-2510

6. Action Authorized By:

5. Action Requested By (Name, Title, Signature, Request Date)
YVONNE N. BONNER, U S MARSHAL (A)    9/11/2007
[signature]

**PART B** - For preparation of SF 50 (Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)

1. Name (Last, First, Middle)
BOHN, CYNTHIA A.

2. Social Security Number [redacted]
3. Date of Birth: 4/19/68
4. Effective Date: 04/30/2006

### FIRST ACTION
5-A. Code    5-B. Nature of Action
5-C. Code    5-D. Legal Authority
5-E. Code    5-F. Legal Authority

### SECOND ACTION
6-A. Code    6-B. Nature of Action
6-C. Code    6-D. Legal Authority
6-E. Code    6-F. Legal Authority

7. FROM: Position Title and Number
**CRIMINAL INVESTIGATOR**

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1811 | 12 | 06 | | |

12A. Basic Pay    12B. Locality Adj.    12C. Adj. Basic Pay    12D. Other Pay

14. Name and Location of Position's Organization
**MASSACHUSETTS WORCESTER SUB - OFFICE**

15. TO: Position Title and Number
**CRIMINAL INVESTIGATOR**

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1811 | 12 | 06 | | |

20A. Basic Pay    20B. Locality Adj.    20C. Adj. Basic Pay    20D. Other Pay

22. Name and Location of Position's Organization
**MASSACHUSETTS ENFORCEMENT DIVISION**

### EMPLOYEE DATA
23. Veterans Preference
1 - None    3 - 10-Point/Disability    5 - 10 Point/Other
2 - 5-Point  4 - 10-Point/Compensable   6 - 10 Point/Compensable/30%

24. Tenure
0 - None    2 - Conditional
1 - Permanent    3 - Indefinite

25. Agency Use

26. Veterans Preference for RIF
☐ YES    ☐ NO

27. FEGLI
28. Annuitant Indicator
29. Pay Rate Determinant

30. Retirement Plan
31. Service Comp. Date (Leave)
32. Work Schedule
33. Part-Time Hours Per Biweekly Pay Period

### POSITION DATA
34. Position Occupied
1 - Competitive Service    3 - SES General
2 - Excepted Service    4 - SES Career Reserved

35. FLSA Category
☐ EXEMPT ☐ NON-EXEMPT

36. Appropriation Code

37. Bargaining Unit Status

38. Duty Station (City - County - State or Overseas Location)

39. Duty Station Code

40. Agency Data    41.    42.    43.    44.

45. Educational Level    46. Year Degree Attained    47. Academic Discipline    48. Functional Class    49. Citizenship 1-USA 8-Other    50. Veterans Status    51. Supervisory Status

**PART C - Reviews and Approvals** (Not to be used by Requesting Office.)

1. Office/Function    Initials/Signature    Date    Office/Function    Initials/Signature    Date

A.    D.
B.    E.
C.    F.

Approval Date
Signature

E. Approval. I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.