# EEO COUNSELING REPORT
## INDIVIDUAL COMPLAINT of DISCRIMINATION under 29 CFR §1614.105(c)
### UNITED STATES DEPARTMENT OF JUSTICE
### U.S. MARSHALS SERVICE

## PART 1:    COMPLAINANT PERSONAL INFORMATION

| | |
|---|---|
| Complainant's Name: | CYNTHIA BOHN |
| Position Title/Series/Grade: | Deputy U.S. Marshal |
| Complainant's Place of Employment: | United States Marshals Service<br>1 Courthouse Way<br>Suite 1-500<br>Boston, Massachusetts 02212 |
| Work/daytime phone: | 617-223-6457 |
| Complainant's Home Address and phone: | 30 Chauncy Street<br>Westboro, Massachusetts 01581 |
| Name of Complainant's Representative (if any): Mailing address and phone number: | N/A |

## PART 2:    CHRONOLOGY OF EEO COUNSELING

| | |
|---|---|
| Initial request for EEO Counseling: | November 1, 2007 |
| EEO Counselor Assigned: | November 1, 2007 |
| Date of Initial Interview: | November 6, 2007 |
| Date of Agreement to Extend Counseling: (Includes date Complainant makes ADR election) | N/A |
| Date Final Interview Conducted: | January 11, 2008 |
| Notice of Right to File Issued: | January 11, 2008 |
| Date Counseling Report Submitted: (*Reports are due within 15 days of issuance of NORTF or 5 days after EEO Office request) | March 21, 2008 |

Name of EEO Counselor:    Ann Chappelle

Office Address:    U.S. Marshals Service
Office of Equal Employment Opportunity
Washington, D.C. 20530-1000

Telephone Number:    (202) 307-9048

Signature of EEO Counselor: *Ann Chappelle*    Date: March 21, 2008

**PART 3**                **BASIS OF DISCRIMINATION ALLEGED**
                Check applicable box(es) and fill in specificity where indicated:

**BASIS**        (Please specify)

Race:   <u>White</u>            <u>Black</u>

☐ Asian/Pacific Islander   ☐ Native American

☐ Color ..................Please specify _____

☐ Religion ............Please specify _____

    National Origin.... ☐ Hispanic  ☐ Non-Hispanic   Other: _____

☐ Sex..... ( ) Male      ( ) Female

 Age ............    Specify Date Of Birth:

☐ Disability.............☐ (Mental - please specify) _____

            ☐ (Physical - please specify) _____

**(X) Reprisal for prior EEO activity (specify nature of prior EEO Activity)**

☐ Other/Departmental Processing only   ☐ Sexual Orientation

            ☐ Parental Status

**PART 4:**       **CLAIM (ISSUE - EMPLOYMENT RELATED MATTER)**
            **Check all applicable box(es)**

1.    Appointment/Hire
2. ( ) Assignment of Duties
3. ☐ Awards
4. ☐ Conversion to Full-Time
5.    Disciplinary Action

        a. ☐ Demotion
        b. ( ) Reprimand
        c.    Suspension
        d.    Removal
        e.    Other:

6. ☐ Duty Hours
7.    Evaluation/Appraisal (PIP)
8. ☐ Examination Test
9. ( ) Harassment

        a.    Non-Sexual
        b.   Sexual

10. ☐ Medical Examination
11. ☐ Pay - Including Overtime
12. Promotion/Non-selection
13. (X) Reassignment

    a.  request denied
    b.  directed
14. ☐ Reasonable Accommodation
15.   Reinstatement
16. ☐ Retirement

17.   Termination
18 (X) Terms & Conditions of Employment
19.   Time & Attendance
20.   Training
21.   Other (Please specify below)

**PART 5:**         **ALLEGATION OF DISCRIMINATION**

☞    Date of Alleged Discriminatory Event/Occurrence:   September 7, 2007

☞    Unit Where Alleged Discrimination Occurred:    United States Marshals Service
                                                  District of Massachusetts

☞    Principle Agency Witness (PAW) for management:   Yvonne Bonner, AUSM
                                                           David Taylor, CDUSM

☞    Allegation of Discrimination   (Provide a brief description of complaint, summarizing actions which caused counseling to be sought and which complainant believes are discriminatory)

Deputy Bohn alleges she is being subjected to reprisal discrimination in retaliation for filing prior EEO complaints. Specifically, on September 7, 2007, she received an email notifying her that she will be returning to Operations in Boston, effective April 1, 2008, when her assignment on the Joint Terrorism Task Force is completed. Deputy Bohn alleges her official duty station should be the Worcester sub-office rather than being transferred back to Boston.

☞    If complaint appears to be untimely, what explanation is offered by Complainant to explain why contact was not made within the statutory 45 (forty-five) day requirement?

N/A

☞    Remedy Desired by Complainant:
Complainant does not wish to be transferred back to the Boston office. She would like to remain in her present duty station at the Worcester sub-office.

---

On the same matter, has Complainant filed a grievance under negotiated grievance procedure?    ☐ Yes    ✔ No

On the same matter, has Complainant filed a grievance under the Agency grievance system?    ☐ Yes    ✔ No

If the issue presented constitutes a Mixed-Case Complaint, has Complainant appealed to the Merit Systems Protection Board?    ☐ Yes    ✔ No

                                                              N/A

If grievance or appeal has been filed, what is its status?

**PART 6**     **SUMMARY OF EEO COUNSELING INQUIRY**

INFORMATION DEVELOPED DURING INFORMAL INQUIRY

In narrative format, identify the source of each fact; relevant documents provided by
employee/applicant, management officials involved, other witnesses, and/or
Personnel, noting whether the document is attached to the report or merely reviewed.

CONTACTS/INTERVIEWS DURING EEO COUNSELING INQUIRY:

Complainant - - Cynthia Bohn
              Deputy U.S. Marshal (DUSM)

DUSM Bohn stated that on September 7, 2007, she received an email from CDUSM David Taylor,
which revealed that DUSM Bohn would be transferred to Court Operations in the Boston office.
DUSM Bohn believes she is being retaliated against because of her prior EEO activity, and that this is
the reason for her duty station reassignment as she has been transferred several times since 2003,
when she filed her initial EEO complaint.

DUSM Bohn stated that when she was assigned to the FBI Joint Terrorism Task Force, she was never
informed that she would have to transfer back to Boston once her rotation on the task force was
completed.

Management Officials - -     Acting United States Marshal (AUSM) Yvonne Bonner;
                             Chief Deputy U.S. Marshal (CDUSM) David Taylor

On November 14, 2007, CDUSM David Taylor and AUSM Yvonne Bonner responded to the
allegations filed by DUSM Bohn. They stated that DUSM Bohn's rotation on the task force is over,
and that she has to return to her duty station in the Boston office on April 1, 2008, pursuant to
standard rotation procedures. They further explained that the Human Resources Division did not sign
DUSM Bohn's SF-52 (Request for Personnel Action) changing her duty station from Worcester back
to Boston until late in 2007, and because the SF-52 was authorized too late, the Worcester position
was already filled and there is currently no position available.

Both AUSM Bonner and CDUSM Taylor stated DUSM Bohn's return to the Boston office has
nothing to do with her previous EEO activities.

SUMMARY OF RESOLUTION ATTEMPT:

A resolution was unsuccessful. The Notice of Right to File a Discrimination Complaint was issued
on January 11, 2008.