UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>          Plaintiff<br><br>     vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>          Defendant | C.A. No. 04-10593 EFH |

**PLAINTIFF'S MOTION FOR ORDER OF TRIAL BY JURY ON LIABILITY AND DAMAGES PURSUANT TO RULE 39(B)**

As set forth in Plaintiff's Memorandum of Law Regarding Right to Trial by Jury, Plaintiff Cynthia Bohn remains entitled as of right to a trial by jury on both liability and damages.

In the alternative, Plaintiff moves, pursuant to Federal Rule of Civil Procedure 39(b), for an order of trial by jury on both liability and damages.

This motion is supported by Plaintiff's Memorandum of Law Regarding Right to Trial by Jury.

                                        Respectfully submitted,

                                        **CYNTHIA BOHN**,

                                        By her attorney,


                                        _____/s/ Indira Talwani_____
                                        Indira Talwani
                                        **SEGAL ROITMAN, LLC**
                                        111 Devonshire Street
                                        5th Floor
                                        Boston, MA  02109
                                        (617) 742-0208

Dated:   May 1, 2008

- 2 -

## CERTIFICATE PURSUANT TO LOCAL RULES 7.1(A)(2)

I hereby certify that I attempted to confer with Defendant's counsel in good faith to resolve or narrow the issues, but that I was unable to reach Defendant's counsel, and that based on the Defendant's position at the pre-trial conference and as stated in Defendant's Opposition to Plaintiff's Request for Jury Trial, Defendant opposes this motion.

    /s/ Indira Talwani
Indira Talwani