```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 04-10593-WGY

 4
    * * * * * * * * * * * * * * * *
 5                                 *
    CYNTHIA A. DeCAIRE,            *
 6                                 *
              Plaintiff,           *
 7                                 *         JURY WAIVED TRIAL
    v.                             *            (Volume 2)
 8                                 *
    ALBERTO R. GONZALES, in his    *
 9  official position as Attorney  *
    General of the United States,  *
10                                 *
              Defendant.           *
11                                 *

12  * * * * * * * * * * * * * * * *

13
              BEFORE:  The Honorable William G. Young,
14                            District Judge

15
    APPEARANCES:
16

17       SEGAL, ROITMAN & COLEMAN (By Indira
    Talwani, Esq. and Paul F. Kelly,, Esq.), 11 Beacon
18  Street, Boston, Massachusetts 02108, on behalf of
    the Plaintiff
19
         UNITED STATES ATTORNEY'S OFFICE (By Barbara
20  D. Cottrell, Assistant United States Attorney),
    218 James T. Foley U.S. Courthouse, 445 Broadway,
21  Albany, New York 12207, on behalf of the Defendant

22

23

                                     1 Courthouse Way
24                                   Boston, Massachusetts

25                                   June 3, 2005
```

1  in that answer, but just to have the record clear. On the
2  career --
3      THE COURT: Well, now that -- it either was or
4  wasn't. But you've reserved a right to a trial by jury on
5  damages here, if ever we get to that stage. How does this
6  benefit, how is it relevant, as Ms. Cottrell says, to your
7  liability case?
8      MS. TALWANI: The argument that is made by, one of
9  the arguments that is made by the defendant is essentially
10 nothing happened here. That these were all -- that Deputy
11 DeCaire is an 1811, Grade 12, she's still an 1811, Grade 12,
12 nothing's happened, there have been no adverse actions. And
13 I believe the law is that if there are significant, if there
14 are changes in job duties that are significant, if there are
15 opportunities that are lost, if there's a change in
16 experience --
17     THE COURT: You're trying to foreclose the chance,
18 the fear that you could lose the case as to liability on the
19 sole ground that there's no harm at all.
20     MS. TALWANI: Right. No harm, no foul.
21     THE COURT: Understand. All right. Put your
22 question.
23 Q   Does the career board consider all applicants for the
24 position?
25 A   No.