UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

**CYNTHIA BOHN,**
                             **Plaintiff,**

   v.                                           Civ. Action No. 04-10593EFH

**MICHAEL MUKASEY, in his official
position as Attorney General of the
United States,**
                             **Defendant.**

-------------------------------------------------------

**AFFIDAVIT**

BARBARA D. COTTRELL, states under penalty of perjury that I represent the defendant herein; that I have read the Memorandum In Support of Defendant's Opposition to Plaintiff's Motion for Leave to File a Supplemental Complaint and know the contents thereof; that the same is true to my knowledge except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

                                              BARBARA D. COTTRELL
                                              Assistant U.S. Attorney
                                              Bar Roll No. 101411 (NDNY)
                                              James T. Foley U.S. Courthouse
                                              445 Broadway
                                              Room 218
                                              Albany, New York    12207