# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CYNTHIA BOHN,

      Plaintiff

      v.

MICHAEL MUKASEY, in his official
position as Attorney General of the
United States,

      Defendant.

CIVIL ACTION NO.:
04-10593-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

May 8, 2008

HARRINGTON, S.D.J.

    The Court sets the trial of this case for **Monday, June 16, 2008** at **9:00 A.M.** in Courtroom No. 13, 5th floor.

    This shall be a jury trial. There is insufficient reason to conclude that the plaintiff had waived trial by jury with respect to any and all subsequent trials that might occur. Cf. United States v. Lee, 539 F.2d 606, 609 (6th Cir. l976). Moreover, as the defendant appears to acknowledge, this Court has discretion under Fed. R. Civ. P. 39(b) to grant a trial by jury.

    SO ORDERED.

                              /s/ Edward F. Harrington
                              EDWARD F. HARRINGTON
                              United States Senior District Judge