# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CYNTHIA BOHN,

       Plaintiff

       vs.

MICHAEL MUKASEY, in his official position as Attorney General of the United States.

       Defendant

C.A. No. 04-10593 EFH

## PLAINTIFF'S AMENDED PRE-TRIAL DISCLOSURES

On May 12, 2005, the parties submitted a Joint Pre-Trial Statement. Plaintiff Cynthia Bohn amends her pre-trial disclosures of witnesses as follows:

1. Plaintiff Cynthia Bohn, c/o Indira Talwani, 111 Devonshire St., 5th Floor, Boston, MA 02109

2. Nancy McGillivray, (617) 722-8244

3. Timothy Bane, 10 Causeway Street, Boston, 02222

4. Kevin Roche, c/o United States Marshals Service, District of Massachusetts, Boston, MA

5. Jeff Bohn, c/o United States Marshals Service, District of Massachusetts, Boston, MA

6. Paul Durette, 800 North Capital Street N.W., Suite 500, Washington, DC 20536

7. Joe Cummings, co/o Brockton Police Department, Brockton, MA

8. Susan Williams, c/o NOAA Office of Law Enforcement, 70 Everett Avenue, Suite 515, Chelsea, MA 02150

9. Steven Ridge, c/o Boston Police Department, Boston, MA

10. Paul Sugrue, c/o United States Marshals Service, District of Rhode Island, Providence, Rhode Island.

11. John Wickham, c/o United States Marshals Service, District of Massachusetts, Boston, MA

12. Don Freeman, c/o United States Postal Inspectors, Boston, MA

13. Leo F. Polizoti, Ph.D., 338 Highland Street, Worcester, MA 01602, 508 798-2399

14. Judith Sanditen, Psy.D., 73 Union St., Newton Centre, MA 02459.

Respectfully submitted,

**CYNTHIA BOHN**,

By her attorney,

_____/s/ Indira Talwani_____
Indira Talwani
**SEGAL ROITMAN, LLC**
111 Devonshire Street
5th Floor
Boston, MA  02109
(617) 742-0208

Dated:  June 6, 2008

- 2 -