UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA BOHN,

        Plaintiff

        vs.                              C.A. No. 04-10593 EFH

MICHAEL MUKASEY, in his official position as
Attorney General of the United States.

        Defendant

**PLAINTIFF'S AMENDED LIST OF EXHIBITS**

On May 12, 2005, the parties submitted a Joint Pre-Trial Statement. Plaintiff Cynthia Bohn amends her pre-trial disclosures of exhibits as follows:

<u>Proposed exhibits:</u>

    1.    GA-082-05 Position Description

    2.    Notification of Personnel Action, December 22, 1996, with attached job description

    3.    Plaintiff and Defendant's Amended Agreed-Upon Statement of Facts, and prior Trial Exhibit 3 (chart)

    4.    Request for Incentive Award, December 6, 2001

    5.    E-mail from Chief Timothy Bane to Deputy DeCaire, August 30, 2002

    6.    E-mail from Deputy DeCaire to Chief Bane, September 3, 2002

    7.    E-mail from Deputy DeCaire to Assistant Chief Paul Durette, September 6, 2002

8. E-mail from Marshal Dichio to Deputy DeCaire, September 9, 2002

9. E-mail from Assistant Chief Paul Durette to Chief Timothy Bane, September 16, 2002

10. E-mail from Chief Timothy Bane to all hands, September 17, 2002

11. E-mail from Deputy DeCaire to Chief Bane, September 17, 2002

12. E-mail from Supervisory Deputy Bohn to Assistant Chief Durette, September 17, 2002

13. E-mail from Deputy Williams to Chief Bane, September 17, 2002

14. E-mail from Supervisory Deputy Sugrue to Marshal Dichio, September 18, 2002

15. E-mail from Chief Timothy Bane to all hands, September 25, 2002

16. E-mail from Susan Williams to Anthony Dichio, January 21, 2003

17. E-mail from Supervisory Deputy Bezanson to Supervisory Deputy Dunne, January 22, 2003

18. E-mail from Supervisory Deputy Bezanson to staff, January 23, 2003

19. E-mail from Assistant Chief Durette to Supervisory Deputy Tom Bezanson and Supervisory Deputy Walter Doherty, January 24, 2003

20. E-mail from Assistant Chief Durette to Deputy DeCaire, January 30, 2003

21. E-mail from Bob Wesley to Marshal Dichio with attachment

22. E-mail from Assistant Chief Durette to all hands, February 3, 2003

23. [first trial 14] E-mail from Supervisory Deputy Bezanson to Marshal Dichio, February 5, 2003, with attachment

24. E-mail from Supervisory Deputy Bezanson to Marshal Dichio, February 6, 2003

25. Marshal Dichio's draft response to Bob Wesley e-mail

26. Marshal Dichio's final response to Bob Wesley e-mail

27. Letter from Marshal Dichio to Chief Studenski, February 25, 2003

28. Memo from Deputy Director John J. Barthelmes to Intelligence Cub-Committee, March 3, 2003 and attached agenda

29. E-mail from Deputy DeCaire to Acting Chief Dimmitt, April 21, 2003

30. E-mail from Deputy DeCaire to Acting Chief Dimmitt, April 23, 2003

31. E-mail from Chief Dimmitt to all hands, April 28, 2003

32. Eugene Clark letter of June 18, 2003 re: investigation

33. E-mail from Deputy DeCaire to Acting Assistant Chief Taylor, August 21, 2003

34. E-mail from Acting Assistant Chief Taylor to Deputy DeCaire, August 21, 2003

35. E-mail from Chief Fallon to all hands, September 12, 2003

36. E-mail from Chief Fallon to all hands, October 3, 2003

37. E-mail from Assistant Chief Taylor to management, October 15, 2003

38. E-mail from Supervisory Deputy Bezanson to Chief Fallon, October 28, 2003

39. E-mail from Assistant Chief Taylor to Chief Fallon, October 28, 2003

40. E-mail string between Supervisory Deputy Bezanson to Chief Fallon, October 28, 2003

41. E-mail from Chief Fallon to Supervisory Deputy Dunne, and Supervisory Deputy Spellesi, November 13, 2003

42. November 13, 2003 Limited Duty Letter

43. November 24, 2003 Limited Duty Follow-Up Letter

44. E-mail from Deputy DeCaire to Supervisory Deputy Dunne, November 24, 2003

45. E-mail from Assistant Chief Taylor to Chief Fallon, November 24, 2003

46. E-mail from Assistant Chief Taylor to Supervisory Deputy Bohn, December 1, 2003

47. E-mail from Steve Donaher to Assistant Chief Taylor, December 10, 2003

48. E-mail from Assistant Chief Taylor to Marshal Dichio, Chief Fallon, December 11, 2003

49. Memorandum from Supervisory Deputy Bohn to Joe Buonocore, Central Courthouse Management, December 11, 2003

50. E-mail from Acting Assistant Chief David Taylor to Chief William Fallon, with copy to Marshal Dichio, December 12, 2003

51. E-mail from Acting Assistant Chief David Taylor to Supervisory Deputy Bohn and Supervisory Deputy Dunne, December 12, 2003

52. E-mail string between Supervisory Deputy Bezanson and Assistant Chief Taylor, December 12, 2003

53. E-mail from Acting Assistant Chief David Taylor to Chief Fallon, December 12, 2003

54. E-mail string between Supervisory Deputy Bezanson and Chief Fallon, Deputy DeCaire, January 20, 2004

55. January 20, 2004 policy notice

56. E-mail from Deputy DeCaire to Assistant Chief Taylor, January 22, 2004

57. Memo from Deputy DeCaire to Supervisory Deputy Hogkins, January 27, 2004

58. E-mail string between Supervisory Deputy Hodgkins and Assistant Chief Taylor, January 28, 2004

59. E-mail from Supervisory Deputy Bezanson to Chief Fallon, January 28, 2004

60. E-mail from Supervisory Deputy Bezanson to Chief Fallon, January 29, 2004, regarding 1811 reassignment

61. E-mail from Dave Taylor to Marshal Dichio and Chief Fallon, January 29, 2004

62. E-mail string between Supervisory Deputy Alison Hodgkin and Supervisory Deputy Tom Bezanson, February 5, 2004

63. E-mail from Supervisory Deputy Bezanson to Chief Fallon and Acting Chief Taylor, with copy to Supervisory Deputy Dan Spellesi, February 5, 2004

64. Second E-mail string between Supervisory Deputy Alison Hodgkin and Supervisory Deputy Tom Bezanson, February 5, 2004

65. E-mail from Supervisory Deputy Hodgkins to Assistant Chief Taylor, February 6, 2004

66. E-mail from Supervisory Deputy Hodgkins to Deputy DeCaire, February 6, 2004

67. Memo from Supervisory Deputy Bezanson to Deputy DeCaire, February 24, 2004

68. E-mail from Tom Bezanson to Senior Inspector of Electronics Surveillance Brian Murphy, Senior Inspector of Electronics Surveillance Tony Visalli, Administrative Officer William Ryan, and Supervisory Deputy Dan Spellesi, March 5, 2004, with attachment

69. E-mail from Chief Fallon to Marshal Dichio, April 1, 2004

70. E-mail string between Supervisory Deputy Bezanson and Assistant Chief Taylor, April 5, 2004

71. E-mail string between Supervisory Deputy Bezanson and Assistant Chief Taylor, June 7, 2004

72. United States Marshals Service, District of Massachusetts, Number 04-01, July 20, 2004

73. A Report of Investigation into Allegations of Misconduct Regarding Anthony Dichio, District of Massachusetts, United States Marshals Service, Office of the Inspector General, March 21, 2005

74. Report for psychiatric claim by treatment provider Leo F. Polizoti, Ph.D., May 12, 2008

75. Marshal Dichio's notes of August 26, 2002, meeting with Deputy DeCaire [unredacted and redacted copies]

76. Marshal Dichio's notes of January 14, 2003

77. Marshal Dichio's notes from February 5, 2003

78. Marshal Dichio's notes from February 6, 2003

79. Marshal Dichio's notes March 31, 2003

80. Marshal Dichio's notes April 28, 2003

81. Marshal Dichio's notes June 5, 2003

82. Marshal Dichio's notes June 13, 2003

83. Defendant's Response to Plaintiff's First Set of Interrogatories, February 4, 2005

84. Defendant's Response to Plaintiff's First Request for Admissions [incorrectly captioned "PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS"], March 10, 2005

85. Defendant's Amended Response to Plaintiff's First Request for Admissions, April 7, 2005.

86. Excerpts of the Transcript of the Deposition of Anthony Dichio:

<u>Transcript Volume I, October 26, 2004:</u>

page 8, line 14, through page 9, line 6

page 41, line 24, through  page 44, line 8

page 61, line 13, through page 65, line 1

page 85, line 1, through page 85, line 5

Page 89, line 23, through page 90, line 16

Page 92, line 15, through page 92, line 23

<u>Transcript Volume II, December 14, 2004</u>

Page 17, line 2, through page 17, line 14

Page 41, line 21, through page 42, line 17

Page 54, line 6, through page 54, line 13

Page 80, line 6, through page 80, line 11

Page 86, line 19, through page 86, line 23

Page 87, line 13, through page 87, line 15

Page 94, line 6, through page 94, line 16

Page 102, line 22, through page 102, line 24

Page 121, line 15, through page 121, line 19

Page 122, line 2, through page 122, line 5

Page 149, line 10, through page 149, line 14

Page 152, line 4, through 152, line 15

Page 156, line 16, through 158, line 18

- 9 -

          Respectfully submitted,

          **CYNTHIA BOHN**,

          By her attorney,


          _____/s/ Indira Talwani_____
          Indira Talwani
          **SEGAL ROITMAN, LLC**
          111 Devonshire Street
          5th Floor
          Boston, MA  02109
          (617) 742-0208

Dated:   June 11, 2008