# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>                   Plaintiff<br><br>          vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>                   Defendant | C.A. No. 04-10593 EFH |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUESTED VOIR DIRE

Plaintiff Cynthia Bohn has no objection to the voir dire requested by Defendant if amended so that the Court makes inquiry

> into whether any juror or a family member of a prospective juror has had occasion to file a formal or informal EEO complaint <u>or has been named in a formal or informal EEO complaint filed by someone else</u>, whether that complaint was resolved, and whether the experience would have an impact on the ability to sit as a fair and impartial juror.

                                                   Respectfully submitted,

                                                   **CYNTHIA BOHN**,

                                                   By her attorney,

                                                   _____/s/ Indira Talwani_____
                                                   Indira Talwani
                                                   **SEGAL ROITMAN, LLC**
                                                   111 Devonshire Street
                                                   5th Floor
                                                   Boston, MA  02109
                                                   (617) 742-0208

Dated:  June 12, 2008