## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>           Plaintiff<br><br>           vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>           Defendant | C.A. No. 04-10593 EFH |

### PLAINTIFF'S NOTICE OF WITNESSES

Pursuant to Local Rule 43.1(b)(2), Plaintiff hereby gives notice of her intent to testify as a witness on her own behalf on Monday, June 16, 2008, at the trial of the above captioned matter.

                                        Respectfully submitted,

                                        **CYNTHIA BOHN**,

                                        By her attorney,


                                        _____/s/ Indira Talwani_____
                                        Indira Talwani
                                        **SEGAL ROITMAN, LLC**
                                        111 Devonshire Street
                                        5th Floor
                                        Boston, MA  02109
                                        (617) 742-0208

Dated:  June 12, 2008