UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>                  Plaintiff<br><br>              vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>                 Defendant | C.A. No. 04-10593 EFH |

**PLAINTIFF'S NOTICE OF WITNESSES**

Pursuant to Local Rule 43.1(b)(2), Plaintiff hereby gives notice of her intent to call Nancy McGillivray, Timothy Bane and John Wickham to testify as witnesses on her behalf on Tuesday, June 17, 2008, at the trial of the above captioned matter.

                                                        Respectfully submitted,

                                                        **CYNTHIA BOHN**,

                                                        By her attorney,

                                                        _____/s/ Indira Talwani_____
                                                        Indira Talwani
                                                        **SEGAL ROITMAN, LLC**
                                                        111 Devonshire Street
                                                        5th Floor
                                                        Boston, MA  02109
                                                        (617) 742-0208

Dated:  June 16, 2008