UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>                Plaintiff<br><br>        vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>                Defendant | C.A. No. 04-10593 EFH |

**PLAINTIFF'S NOTICE OF WITNESSES**

Pursuant to Local Rule 43.1(b)(2), Plaintiff hereby gives notice of her intent to call Kevin Roche, Joe Cummings, Jeffrey Bohn and Steven Ridge to testify as witnesses on her behalf on Wednesday, June 18, 2008, at the trial of the above captioned matter.

                                                    Respectfully submitted,

                                                    **CYNTHIA BOHN**,

                                                    By her attorney,

                                                  _____/s/ Indira Talwani_____
                                                  Indira Talwani
                                                  **SEGAL ROITMAN, LLC**
                                                  111 Devonshire Street
                                                  5th Floor
                                                  Boston, MA  02109
                                                  (617) 742-0208

Dated:  June 16, 2008