**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CYNTHIA BOHN,

           Plaintiff

        vs.                                C.A. No. 04-10593 EFH

MICHAEL MUKASEY, in his official position as
Attorney General of the United States.

           Defendant

**PLAINTIFF'S AMENDED NOTICE OF WITNESSES**

Pursuant to Local Rule 43.1(b)(2), Plaintiff hereby gives notice of her intent to call Paul Sugrue, Kevin Roche, Joe Cummings, Jeff Bohn, Steven Ridge, Don Freeman and Paul Durette to testify as witnesses on her behalf on Wednesday, June 18, 2008, at the trial of the above captioned matter.

                              Respectfully submitted,

                              **CYNTHIA BOHN**,

                              By her attorney,

                              _____/s/ Indira Talwani_____
                              Indira Talwani
                              **SEGAL ROITMAN, LLC**
                              111 Devonshire Street
                              5th Floor
                              Boston, MA  02109
                              (617) 742-0208

Dated:  June 17, 2008