UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>    Plaintiff<br><br>    vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States,<br><br>    Defendant | C.A. No. 04-10593-EFH |

**NOTICE OF APPEARANCE**

I, James A.W. Shaw of the law firm of Segal Roitman, LLP, hereby appear with Indira Talwani and Paul F. Kelly of the same firm on behalf of the Plaintiff in the above-captioned action.

Please forward copies of all pleadings, notices, and documents, and notice of all hearings, conferences, and proceedings in this matter to my attention as follows:

James A.W. Shaw, Esquire
Segal Roitman, LLP
111 Devonshire Street, Fifth Floor
Boston, MA  02109
(617) 742-0208
jshaw@segalroitman.com

            Respectfully submitted,

            */s/ James A.W. Shaw*
            James A.W. Shaw, Esquire, BBO # 670993
            Segal Roitman, LLP
            111 Devonshire Street, 5th Floor
            Boston, MA  02109
            (617) 742-0208
            jshaw@segalroitman.com

Dated: June 20, 2008

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the above Notice of Appearance has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 20th day of June, 2008

                                                */s/ James A.W. Shaw*
                                                James A.W. Shaw, Esquire