# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

CYNTHIA BOHN,

        Plaintiff

        vs.

MICHAEL MUKASEY, in his official position as
Attorney General of the United States.

        Defendant

_____

C.A. No. 04-10593 EFH

## PLAINTIFF'S NOTICE OF WITNESSES

      Pursuant to Local Rule 43.1(b)(2), Plaintiff hereby gives notice of her intent to call Thomas Bezanson and to recall Cynthia Bohn to testify on rebuttal on Monday, June 23, 2008, at the trial of the above captioned matter.

      Respectfully submitted,

      **CYNTHIA BOHN**,

      By her attorney,


      _____/s/ Indira Talwani_____
      Indira Talwani
      **SEGAL ROITMAN, LLC**
      111 Devonshire Street
      5th Floor
      Boston, MA  02109
      (617) 742-0208

Dated:  June 22, 2008