UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA BOHN,

       Plaintiff

       vs.

MICHAEL MUKASEY, in his official position as
Attorney General of the United States.

       Defendant

C.A. No. 04-10593 EFH

**PLAINTIFF'S NOTICE OF INTENTION TO OFFER IN EVIDENCE PORTIONS OF THE DEPOSITION OF THOMAS BEZANSON**

Pursuant to Federal Rule of Civil Procedure 32(a)(2), Plaintiff hereby gives notice of her intention to offer in evidence part of the Deposition of Thomas W. Bezanson in this matter, specifically:

    page 46, line 14, to page 47, line 9

    page 48, line 20, to page 49, line 11, and Deposition Exhibit 5

    page 60, line 22, to page 61, line 15.

    page 62, Line 21, to page 63, line 18.

The deposition was taken on February 15, 2005. At the time, Supervisory Deputy Bezanson was a managing agent of the Defendant. In response to Plaintiff's interrogatory asking Defendant "to identify each person with substantial discoverable information regarding each disputed allegation of the Amended Complaint and/or each material fact on which an affirmative defense is based, and as to each such person, provide a brief summary of that information," Defendant responded that the information

"is contained within the EEO Reports of Investigation, Docket Nos. M-03-0025 and M-04-0012 . . . ." Defendant's Response to Plaintiff's First Set of Interrogatories, February 4, 2005, Response to Interrogatory 33.

EEO Report of Investigation, Docket Nos. M-03-0025, in turn, identifies Mr. Thomas W. Bezanson, Supervisory Deputy United States Marshals, as a "Responding Management Official." EEO Report of Investigation, Docket Nos. M-03-0025, at 9.

The EEO Report of Investigation reports that Mr. Bezanson stated that "DUSM Williams stated: 'What are they going to do when we bang in sick on them?'" Id. at 10. The proffered deposition testimony confirms that Mr. Bezanson identified Deputy Sue Williams, and not Deputy DeCaire as the Deputy who made that statement.

The evidence is material to rebut Marshal Dichio's assertion that Deputy Cyndy Bohn stated to Supervisory Bezanson "What are they going to do when we bang in sick on them?" when she was advised of the rotation. The deposition testimony also confirms that Deputy Cynthia Bohn did advise her Boston supervisor when she called in sick, and that the directive that the rotating deputies were to call Supervisor Bezanson when they were sick came after and not before Deputy Bohn called in sick.

    Respectfully submitted,

    **CYNTHIA BOHN**,

    By her attorney,

    _____/s/ Indira Talwani_____
    Indira Talwani
    **SEGAL ROITMAN, LLC**
    111 Devonshire Street
    5th Floor
    Boston, MA 02109

Dated: June 22, 2008    (617) 742-0208