UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

CYNTHIA BOHN,

        Plaintiff,

v.                                    04-CV-10593EFH

MICHAEL MUKASEY, in his official capacity as
Attorney General of the United States,

        Defendant.

## VERDICT FORM

### COUNT 1

1. Did plaintiff prove the United States Marshals Service took adverse action against the plaintiff as specifically charged in the complaint?

        Yes_____        No _____

2. Did plaintiff prove that the adverse action taken against her was gender based, that is, that it was motivated by the fact that plaintiff is female?

        Yes _____        No _____

3. State the amount of damages, if any, you award to plaintiff.

        Amount $_____

### COUNT 2

1. Did plaintiff prove the United States Marshals Service took adverse action against the plaintiff as specifically charged in the complaint?

        Yes_____        No_____

2. Did plaintiff prove that the adverse action taken against her was in retaliation for the filing an EEO complaint?

        Yes_____        No_____

3. State the amount of damages, if any, you award to plaintiff.

Amount $ _____

June \_\_\_\_, 2008

_____
FOREPERSON