UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>   Plaintiff<br><br>   vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>   Defendant | C.A. No. 04-10593 EFH |

### PLAINTIFF'S PROPOSED VERDICT FORM

Plaintiff Cynthia Bohn respectfully submits this proposed verdict form, appended as an Attachment hereto.

                Respectfully submitted,

                CYNTHIA BOHN,

                By her attorney,

                /s/ Indira Talwani
                Indira Talwani
                SEGAL ROITMAN, LLC
                111 Devonshire Street
                5th Floor
                Boston, MA 02109
                (617) 742-0208

Dated: June 23, 2008

ATTACHMENT

**PART A — GENDER DISCRIMINATION**

1. Did the Marshals Service subject Deputy Cynthia Bohn to one or more adverse employment actions between January 2003 and August 2005?

    ___ YES          ___ NO

2. If so, was gender at least one of the motivating factors for the Marshals Service in any or all of the actions that you found to be adverse employment actions?

    ___ YES          ___ NO

3. Were any of the adverse employment actions caused by gender discrimination?

    ___ YES          ___ NO

**PART B — RETALIATION**

4. Was the Marshals Service's treatment of Deputy Cynthia Bohn, or its treatment of Jeff Bohn or Paul Durette insofar as it affected her, sufficiently adverse so that a reasonable person observing such treatment might be dissuaded from initiating an EEO complaint against the Marshals Service?

    ___ YES          ___ NO

    If you answer YES to this question, then the treatment of plaintiff or her co-workers that caused you to answer YES will be referred to in the following two questions as "materially adverse actions".

5. If you answered YES to Question 4, was the fact that Deputy Cynthia Bohn initiated Equal Employment Opportunity (EEO) counseling in January 2003, or the fact that she filed and pursued an EEO complaint, at least one of the factors that motivated the Marshals Service to take any of the materially adverse actions?

    ___ YES          ___ NO

6. Did Deputy Cynthia Bohn's initiation of Equal Employment Opportunity (EEO) counseling in January 2003 or her filing and pursuing an EEO complaint cause the Marshals Service to take any materially adverse actions?

    ___ YES          ___ NO

**PART C — DAMAGES**

7. If you answered YES to Question 3 or Question 6, or both, what is the total amount of damages you award Deputy Cynthia Bohn for emotional distress, pain and suffering and/or other non-pecuniary losses she sustained?

    $_____.