UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
CYNTHIA BOHN,

            Plaintiff

      v.                          CIVIL ACTION NO.:
                                 04-10593-EFH

MICHAEL MUKASEY, in his official
position as Attorney General of the
United States,

            Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **VERDICT**

1.    Do you find that the plaintiff, Cynthia Bohn, has established by a preponderance of the evidence that any of the employment actions listed below were adverse employment actions for which the plaintiff's gender was a motivating factor?

Answer YES or NO as to each below listed employment action. (For each, if you conclude that the action was both an adverse employment action and that the plaintiff's gender was a motivating factor in that action, answer YES. If you conclude that the action was not adverse, or that gender was not a motivating factor, or that neither of those conditions were met, answer NO as to that employment action.)

    a.    Defendant assigned her to weekly rotations in Worcester and Boston in or around January 2003;

      Answer YES or NO.    _____no_____

b.    Defendant transferred her to Court Operations in Boston in or around February 2003;

      Answer YES or NO.    _____no_____

c.    Defendant kept her in Court Operations in Boston after additional employees were added to the unit;

      Answer YES or NO.    _____no_____

d.    Defendant failed to move her to the Boston Warrants unit when an opening did occur there in or around March 2003;

      Answer YES or NO.    _____no_____

e.    Defendant refused to assign her to the Warrant Coordinator position in or around April 2003;

      Answer YES or NO.    _____no_____

f.    Defendant refused to assign her to the Warrant Coordinator position in or around September 2003;

      Answer YES or NO.    _____no_____

g.    Defendant transferred her to Worcester in October 2003;

      Answer YES or NO.    _____no_____

h.    Defendant assigned her multiple duty stations in November 2003;

      Answer YES or NO.    _____no_____

i.    Defendant assigned her to the control room in the Federal Courthouse in Boston in November 2003;

      Answer YES or NO.    _____no_____

j.    Defendant required her to work in the control room with limited or no breaks;

      Answer YES or NO.      _no_

2. Do you find that the plaintiff, Cynthia Bohn, has established by a preponderance of the evidence that any of the actions listed below were materially adverse actions taken by the defendant in retaliation against the plaintiff for her having filed a complaint of discrimination against the United States Marshal Service?

Answer YES or NO as to each below listed action. (For each, if you conclude that the action was both a materially adverse action and that the action was retaliatory, answer YES. If you conclude that the action was not materially adverse, or that it was not retaliatory, or that neither of those conditions were met, answer NO as to that action.)

   a.    Defendant transferred her to Court Operations in Boston in or around February 2003;

      Answer YES or NO.      _no_

   b.    Defendant kept her in Court Operations in Boston after additional employees were added to the unit;

      Answer YES or NO.      _yes_

   c.    Defendant failed to move her to the Boston Warrants unit when an opening did occur there in or around March 2003;

      Answer YES or NO.      _yes_

   d.    Defendant denied her a promotion to the Court Operations Supervisor position in or around April 2003;

      Answer YES or NO.      _yes_

   e.    Defendant refused to assign her to the Warrant Coordinator position in or around April 2003;

    Answer YES or NO.     *NO*

f.     Defendant denied her an appointment to the Acting Court Operations Supervisor position in or around September 2003;

    Answer YES or NO.     *NO*

g.     Defendant refused to assign her to the Warrant Coordinator position in or around September 2003;

    Answer YES or NO.     *NO*

h.     Defendant transferred her to Worcester in October 2003;

    Answer YES or NO.     *YES*

i.     Defendant assigned her multiple duty stations in November 2003;

    Answer YES or NO.     *NO*

j.     Defendant assigned her to the control room in the Federal Courthouse in Boston in November 2003;

    Answer YES or NO.     *NO*

k.     Defendant required her to work in the control room with limited or no breaks;

    Answer YES or NO.     *NO*

If you answered YES to any of the above listed actions in Question No. 1 or Question No. 2, answer Question No. 3; if you answered NO to all of the above listed actions in Question No. 1 and Question No. 2, do not answer any further questions.

3.     What amount of money do you find the plaintiff, Cynthia Bohn, has established by a preponderance of the evidence to be the full amount of her damages necessary to

-4-

compensate her for emotional pain and suffering from January 2003 to August 26, 2005 proximately caused by the defendant's conduct?

$ _150,000_

_6/24/08_
Date

_[signature]_
FOREPERSON