UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Cynthia Bohn**
            Plaintiff(s)

      v.                            CIVIL ACTION NO. **04-10593-EFH**

**Michael Mukasey**
            Defendant(s)

**JUDGMENT IN A CIVIL CASE**

Harrington, D.J.

**X**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    **Jury verdict found for the plaintiff awarding damages in the amount of $150,000.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 6/24/08                    By /s/ Karen Folan
                                              Deputy Clerk

NOTE: The post judgment interest rate effective this date is   2.57   %.

(JudgementCivil.wpd - 3/7/2005)