# EXHIBIT A

Invoices for fees of the court reporter for all or any part of the
transcript necessarily obtained for use in the case

($2,719.20)

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

INVOICE NO:  20050093

**MAKE CHECKS PAYABLE TO:**

Indira Talwani, Esq.
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Phone:   (617) 742-0208
FAX:     (617) 742-2187

DONALD E. WOMACK, RMR
Official Court Reporter
P.O. Box 1704
Plainville, MA 02762

Phone:   (617) 304-8157
FAX      (508) 695-8398
Tax ID:   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
*womack@megatran.com*

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | 06-03-2005 | 06-03-2005 |

**Case Style:** 04-10593-WGY, DeCaire v Gonzales
Furnishing Ms. Talwani electronic transcript of portions of proceedings heard in the above-entitled matter on June 3, 2005

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 30 | 4.40 | 132.00 | | | | | | | 132.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 132.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $132.00 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 06-03-2005 |

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

2552-02129✓

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

INVOICE NO:    20050133

**MAKE CHECKS PAYABLE TO:**

Indira Talwani, Esq.
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Phone:    (617) 742-0208
FAX:      (617) 742-2187

DONALD E. WOMACK, RMR
Official Court Reporter
P.O. Box 1704
Plainville, MA 02762

Phone:    (617) 304-8157
FAX       (508) 695-8398
Tax ID:   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
womack@megatran.com

| | | | |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 06-16-2005 | DATE DELIVERED: 07-26-2005 | |

**Case Style:** 04-10593-WGY, DeCaire v Gonzales
Furnishing Ms. Talwani transcripts of proceedings heard in the above-entitled matter on June 2-3, 6, 13-16, 2005

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 748 | 3.30 | 2,468.40 | | | | | | | 2,468.40 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 2,468.40 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $2,468.40 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE _Donald E Womack_    DATE 7/26/2005

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

INVOICE NO:  20050136

**MAKE CHECKS PAYABLE TO:**

Indira Talwani, Esq.
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Phone:   (617) 742-0208
FAX:     (617) 742-2187

DONALD E. WOMACK, RMR
Official Court Reporter
P.O. Box 1704
Plainville, MA 02762

Phone:   (617) 304-8157
FAX      (508) 695-8398
Tax ID:   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
womack@megatran.com

| | | |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 07-27-2005 | DATE DELIVERED: 07-29-2005 |

**Case Style:** 04-10593-WGY, DeCaire v Gonzales
Furnishing Ms. Talwani transcript of proceedings heard in the above-
entitled matter on July 27, 2005

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 36 | 3.30 | 118.80 | | | | | | | 118.80 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 118.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $118.80 |

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*