# EXHIBIT B

Costs on Appeal

(Part of "Other Costs")

Costs on Appeal

**FILING FEES**

| DATE | FEE | TOTAL |
|---|---|---|
| 3/22/2007 | Appeals Court Filing Fee | $ 455.00 |

**APPELLATE PRINTING COSTS**

| DATE | COMPANY | INVOICE | SERVICE | FEE | POSTAGE | MISC. | TOTAL |
|---|---|---|---|---|---|---|---|
| 6/27/2007 | George H. Dean Co. | 67519 | brief covers & appendix covers | $ 250.00 | $ 45.00 | $ 12.50 | $ 307.50 |
| 7/2/2007 | Litigation Document Productions, Inc. | 46936 | copy & bind | $ 488.75 | $ - | $ 24.44 | $ 513.19 |
| 7/2/2007 | Litigation Document Productions, Inc. | 46937 | copy & bind | $ 196.30 | $ - | $ 9.82 | $ 206.12 |
| 7/31/2007 | George H. Dean Co. | 67840 | brief covers | $ 150.00 | $ 48.00 | $ 7.50 | $ 205.50 |
| 8/9/2007 | Litigation Document Productions, Inc. | 47249 | copy & bind | $ 76.28 | $ - | $ 3.81 | $ 80.09 |
| 8/23/2007 | Red Sun Press | 8204 | brief covers | $ 4.50 | $ 20.00 | $ 0.23 | $ 24.73 |
| 11/27/2007 | Litigation Document Productions, Inc. | 48010 | copy & bind | $ 112.01 | $ - | $ 5.60 | $ 117.61 |
| 11/30/2007 | George H. Dean Co. | 68707 | brief covers | $ 75.00 | $ 25.00 | $ 3.75 | $ 103.75 |
| | | | | | | | $ 1,558.49 |

**Kimberly M. Mason**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Thursday, March 22, 2007 12:08 PM |
| **To:** | Kimberly M. Mason |
| **Subject:** | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.    PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: MAD CM ECF
Pay.gov Tracking ID: 24U58S77
Payment Agency Tracking ID: 1455560

Cardholder Name: Indira Talwani
Cardholder Address: 11 Beacon Street
Cardholder State: MA
Cardholder Country: USA
Cardholder Zip Code: 02108
Card Type: American Express
Payment Amount: $455.00
Transaction Date: Mar 22, 2007 12:08:03 PM

# PRINT • MAIL • FULFILLMENT

SOLD TO:  
Patricia Malley  
Segal, Roitman and Coleman  
11 Beacon Street Suite 500  
Boston, MA 02108

June 27, 2007

YOUR ORDER NO.　　　　　　　　　　　　　　　　　　　　　　INVOICE NO: 67519

23710/82

| Qty | Description | Amount |
|---|---|---|
| 12 | Brief Covers  Decaire v Gonzalez | |
| 8 | Appendix Covers – Decaire v. Gonzalez | 250.00 |
| | MA Sales Tax | 12.50 |
| | Delivery | 45.00 |

**Total Due**　　　　　　　　　　　　　　　　　　　　　　　　　　307.50

AA

TERMS: NET 30 DAYS 1½% CHARGE AFTER 60 DAYS

140 Campanelli Drive, Braintree, MA 02184 · 781-356-4100 · Fax: 781-356-0440 · Toll Free: 1-888-794-DEAN

# LITIGATION DOCUMENT PRODUCTIONS, INC.

(617) 542-7333
61 Batterymarch Street
Boston, MA 02110

## Invoice

| | |
|---|---|
| DATE: | 7/2/2007 |
| INVOICE #: | 46936 |
| REQUESTOR: | Patricia |
| SERVICE DATE: | 6/18/2007 |

FED ID 04-3215305

BILL TO: Segal, Roitman & Coleman
Accounts Payable
11 Beacon Street, Suite 500
Boston, MA 02108

CLIENT/MATTER: 2552/07219 ✓

SHIP TO: Same

| DESCRIPTION | ORIGINALS | SIZE | SETS | COPIES | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| Copying | 558 | 8½x11 | 8 | 4,464 | 0.093 | 415.15 |
| Cover Stock | | 8½x11 | | 16 | 0.15 | 2.40 |
| GBC Bind 7/8" | | | | 8 | 3.95 | 31.60 |
| GBC Bind 2" | | | | 8 | 4.95 | 39.60 |

COMMENTS:
* Make 8 copies of 2 banded volumes bearing the Bates range of: # 0001 through # 0558.
* GBC bind copies into 2 volumes using white coverstock covers and backs, note: customer supplied for volume # 1.

| | | | | | | |
|---|---|---|---|---|---|---|
| MA State Sales Tax | | | | | 5.00% | 24.44 |

| | | | | Total: | $513.19 |
|---|---|---|---|---|---|
| YOU MAY DEDUCT A CASH DISCOUNT OF: $ | 24.44 | IF PAID BY: | 7/12/2007 | | |

Please note our terms: 5% CASH DISCOUNT 10 DAYS - NET 30.
ANY ACCOUNT OVER 30 DAYS WILL BE ASSESSED A MONTHLY SERVICE CHARGE OF 1½% (18% Annually).

# 44635
$1806.57

# Invoice

**LITIGATION DOCUMENT PRODUCTIONS, INC.**
(617) 542-7333
61 Batterymarch Street
Boston, MA 02110

FED ID 04-3215305

| DATE: | INVOICE #: |
|---|---|
| 7/2/2007 | 46937 |

| | |
|---|---|
| REQUESTOR: | Patricia |
| SERVICE DATE: | 6/18/2007 |

BILL TO: Segal, Roitman & Coleman
Accounts Payable
11 Beacon Street, Suite 500
Boston, MA 02108

CLIENT/MATTER: 2552-07219
SHIP TO: Same

| DESCRIPTION | ORIGINALS | SIZE | SETS | COPIES | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| Copying | 141 | 8½x11 | 12 | 1,692 | 0.088 | 148.90 |
| GBC Bind ¾" | | | | 12 | 3.95 | 47.40 |
| COMMENTS: | | | | | | |
| * Make 12 copies of one banded volume. | | | | | | |
| * GBC bind copies using customer supplied front and back covers. | | | | | | |
| * Expedite. | | | | | | |
| MA State Sales Tax | | | | | 5.00% | 9.82 |

YOU MAY DEDUCT A CASH DISCOUNT OF: $ 9.82   IF PAID BY: 7/12/2007

Total: $206.12

Please note our terms: 5% CASH DISCOUNT 10 DAYS - NET 30.
ANY ACCOUNT OVER 30 DAYS WILL BE ASSESSED A MONTHLY SERVICE CHARGE OF 1½% (18% Annually).

# PRINT • MAIL • FULFILLMENT

SOLD TO:

Patricia Malley
Segal, Roitman and Coleman
11 Beacon Street Suite 500
Boston, MA 02108

July 31, 2007

YOUR ORDER NO.      INVOICE NO: 67840

23710/82

| 13 | Brief Covers Decaire V. Gonzales | 150.00 |
|----|----------------------------------|--------|
|    | MA Sales Tax                     | 7.50   |
|    | Delivery                         | 48.00  |

**Total Due**   205.50

AA

TERMS: NET 30 DAYS 1 % CHARGE AFTER 60 DAYS
140 Campanelli Drive, Braintree, MA 02184 · 781-356-4100 · Fax: 781-356-0440 · Toll Free: 1-888-794-DEAN

# Invoice

**LITIGATION DOCUMENT PRODUCTIONS, INC.**
(617) 542-7333
61 Batterymarch Street
Boston, MA 02110

FED ID 04-3215305

| | |
|---|---|
| DATE: | 8/9/2007 |
| INVOICE #: | 47249 |
| REQUESTOR: | Patricia Malley |
| SERVICE DATE: | 8/6/2007 |

**BILL TO:** Segal, Roitman & Coleman
Accounts Payable
11 Beacon Street, Suite 500
Boston, MA 02108

**CLIENT/MATTER:** 2552-07219

**SHIP TO:** Same

| DESCRIPTION | ORIGINALS | SIZE | SETS | COPIES | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| Copying | 26 | 8½x11 | 14 | 364 | 0.088 | 32.03 |
| Velobind 1" | | | | 15 | 2.95 | 44.25 |
| COMMENTS: | | | | | | |
| * Make 14 copies of one brief. | | | | | | |
| * Velobind originals and copies with customer supplied covers. | | | | | | |
| * Expedite. | | | | | | |
| | | | | | | |
| MA State Sales Tax | | | | | 5.00% | 3.81 |

**Total: $80.09**

YOU MAY DEDUCT A CASH DISCOUNT OF: $ 3.81    IF PAID BY: 8/19/2007

Please note our terms: 5% CASH DISCOUNT 10 DAYS - NET 30.
ANY ACCOUNT OVER 30 DAYS WILL BE ASSESSED A MONTHLY SERVICE CHARGE OF 1½% (18% Annually).



# INVOICE

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 00008204 | 8/23/2007 |

**BILL TO:**

Segal, Roitman, & Coleman
11 Beacon Street Suite 500
Boston, MA 02108

| ACCOUNT NUMBER | SALES REP | PURCHASE ORDER NUMBER | SHIP VIA | DATE SHIPPED | TERMS |
|---|---|---|---|---|---|
|  |  | Nancy Smith |  |  |  |

| QTY | DESCRIPTION | AMOUNT | EXTENDED |
|---|---|---|---|
| 30 | Brief covers and blank back covers |  | $4.50 |

**Send payment to:**
94 Green Street
Boston, MA 02130

**Questions? Call:**
(617) 524-6822

| | | |
|---|---|---|
| Sub-Total | = |  |
| Sales Tax | = | $0.23 |
| Freight | = | $20.00 |
| Total Amount | = | $24.73 |
| Payment Rcvd | = | $0.00 |
| Balance Due | = | $24.73 |

√# 44628
9-10-07

Printed on Recycled Paper

# Invoice

**LITIGATION DOCUMENT PRODUCTIONS, INC.**

(617) 542-7333
61 Batterymarch Street
Boston, MA 02110

FED ID 04-3215305

**BILL TO:** Segal, Roitman & Coleman
Accounts Payable
11 Beacon Street, Suite 500
Boston, MA 02108

| DATE: | 11/27/2007 | INVOICE #: | 48010 |
|---|---|---|---|
| CLIENT/MATTER: | 2552-07219 ✓ | REQUESTOR: | Patricia Malley |
| SHIP TO: | Same | | SERVICE DATE: 11/19/2007 |

| DESCRIPTION | ORIGINALS | SIZE | SETS | COPIES | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| Copying | 41 | 8½x11 | 14 | 574 | 0.088 | 50.51 |
| Spiral Bind (7/16) | | | | 15 | 4.10 | 61.50 |
| COMMENTS: | | | | | | |
| * Make 14 copies of brief. | | | | | | |
| * Spiral bind original and copies using customer supplied front and back covers. | | | | | | |
| * Expedite. | | | | | | |
| | | | | | | |
| MA State Sales Tax | | | | | 5.00% | 5.60 |

YOU MAY DEDUCT A CASH DISCOUNT OF: $ 5.60   IF PAID BY: 12/7/2007   **Total:** $117.61

Please note our terms: 5% CASH DISCOUNT 10 DAYS - NET 30.
ANY ACCOUNT OVER 30 DAYS WILL BE ASSESSED A MONTHLY SERVICE CHARGE OF 1½% (18% Annually).

# PRINT • MAIL • FULFILLMENT

SOLD TO:                                           November 30, 2007

Patricia Malley
Segal, Roitman and Coleman
11 Beacon Street Suite 500
Boston, MA 02108

| YOUR ORDER NO. | | INVOICE NO: 68707 |
|---|---|---|
| | | 23710/82 |
| 12 | Brief Covers Decaire V. Mukasey | 75.00 |
| | MA Sales Tax | 3.75 |
| | Delivery | 25.00 |
| | **Total Due** | 103.75 |

2552-07219

TERMS: NET 30 DAYS 1½% CHARGE AFTER 60 DAYS

140 CAMPANELLI DRIVE, BRAINTREE, MA 02184 · 781-356-4100 · FAX: 781-356-0440 · TOLL FREE: 1-888-794-DEAN