# EXHIBIT C

Transcripts for Depositions

(Part of "Other Costs")

Deposition Transcript

| DATE | COMPANY | INVOICE | SERVICE | FEE | POSTAGE | MISC. | TOTAL |
|---|---|---|---|---|---|---|---|
| 10/26/2004 | Accurate Reporting Services | 9687 | transcript- Deposition of Anthony Dichio Vol. I | $ 294.00 | $ 3.95 | $ 25.00 | $ 322.95 |
| 12/14/2004 | Accurate Reporting Services | 9822 | transcripts- Deposition of William Fallon & Deposition of Anthony Dichio Vol. VII | $ 636.00 | $ 7.70 | $ 84.00 | $ 727.70 |
| 2/3/2005 | Misty Klapper & Associates | 43071 | transcript- Deposition of Paul Durette | $ 489.50 | $ - | $ - | $ 489.50 |
| 2/15/2005 | Accurate Reporting Services | 9939 | transcript- Deposition of David B. Taylor | $ 216.00 | $ - | $ - | $ 216.00 |
| 2/15/2005 | Accurate Reporting Services | 9938 | transcript- Deposition of Thomas W. Bezanson | $ 333.00 | $ 4.75 | $ - | $ 337.75 |
| 3/22/2005 | Accurate Reporting Services | 10047 | transcripts- Deposition of William Ryan & Deposition of Walter Doherty | $ 600.00 | $ 5.30 | $ - | $ 605.30 |
| 3/23/2005 | Accurate Reporting Services | 10068 | Dunne & Deposition of Alison Hodgkins Vol. I | $ 609.00 | $ - | $ 31.00 | $ 640.00 |
| 3/24/2005 | Accurate Reporting Services | 10043 | transcript- Deposition of Alison Hodgkins Vol. II | $ 441.00 | $ 4.60 | $ - | $ 445.60 |
| 3/30/2005 | Apex Reporting | 28069 | transcript- Deposition of Cynthia DeCaire | $ 177.50 | $ 10.00 | $ - | $ 187.50 |
| 12/17/2005 | Accurate Reporting Services | 9972 | Taylor & Deposition of William Fallon | $ 525.00 | $ 3.85 | $ 34.00 | $ 562.85 |
| 12/18/2005 | Accurate Reporting Services | 9921 | transcript- Deposition of David Dimmitt | $ 441.00 | $ 4.60 | $ 31.00 | $ 476.60 |
|  |  |  |  |  |  |  | $ 5,011.75 |

# Accurate Reporting Services

36 West Street
Whitman, MA 02382

# Invoice

| Depo Date | Invoice # |
|---|---|
| **10/26/2004** | **9687** |
| Terms | Tax ID 22-3849840 |
| Due on receipt | *LM* |

| Bill To |
|---|
| **Segal, Roitman & Coleman**<br>**Indira Talwani, Esq.**<br>**11 Beacon Street, Suite 500**<br>**Boston, MA  02108** |

| Deposed | Docket Number |
|---|---|
| ANTHONY DICHIO, VOL I | 04-10593WGY |

| Pages | Case Name | Rate | Amount |
|---|---|---|---|
| 98 | Original Transcript | 3.00 | 294.00 |
| | Parking | 25.00 | 25.00 |
| | Fee for postage | 3.95 | 3.95 |
| | **CYNTHIA A. DECAIRE, Plaintiff** | | |
| | **VS** | | |
| | **JOHN D. ASHCROFT, Defendant** | | |

Thank you for allowing Accurate Reporting Services to be of assistance to you!

| **Total** | **$322.95** |
|---|---|

Telephone: 781-447-9520
Fax:  781-447-9426

| **Balance Due** | **$322.95** |
|---|---|

2552-03128✓

# Accurate Reporting Services

# Invoice

36 West Street
Whitman, MA 02382

| Depo Date | Invoice # |
|---|---|
| **12/14/2004** | **9822** |
| Terms | Tax ID 22-3849840 |
| Due on receipt | *LM* · |

| Bill To |
|---|
| **Segal, Roitman & Coleman**<br>**Indira Talwani, Esq.**<br>**11 Beacon Street, Suite 500**<br>**Boston, MA  02108** |

| Deposed | Docket Number |
|---|---|
| Willliam Fallon (35 pages)<br>Anthony Dichio, VII (177 pages) | 04-10593WGY |

| Pages | Case Name | Rate | Amount |
|---|---|---|---|
| 212 | Original Transcript | 3.00 | 636.00 |
| | Expedite fee - Fallon transcript | 84.00 | 84.00 |
| | Fee for postage | 7.70 | 7.70 |
| 1 | Free Indexing & Condensing | 0.00 | 0.00 |
| | CYNTHIA A. DECAIRE, Plaintiff | | |
| | VS | | |
| | JOHN D. ASHCROFT, Defendant | | |

Thank you for allowing Accurate Reporting Services to be of assistance to you!

| **Total** | **$727.70** |
|---|---|

Telephone: 781-447-9520
Fax:  781-447-9426

| **Balance Due** | **$727.70** |
|---|---|



205 2 26PM    FROM MISTY KLAPPER 703 780 9632

MISTY KLAPPER & ASSOCIATES
7900 Andrus Road
Suite 11
Alexandria, VA 22306
(703) 780-9559   Fax  (703) 780-9632

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 43071 | 02/03/2005 | 01-8962 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/28/2005 | BENNMA | 10593wg4 |

**CASE CAPTION**

DeCaire v. Ashcroft

**TERMS**

Due upon receipt

Indira Talwani, Esq.
Segal, Roitman & Coleman
11 Beacon Street
Suite 500
Boston, MA 02108

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Paul Durette                                                                    489.50

                                              TOTAL   DUE  >>>>              489.50

next day air cod

---

TAX ID NO.:  54-1740020                                    (617) 742-0208    Fax (617) 742-2187

*Please detach bottom portion and return with payment.*

Indira Talwani, Esq.
Segal, Roitman & Coleman
11 Beacon Street
Suite 500
Boston, MA 02108

Invoice No.:  43071
Date       :  02/03/2005
TOTAL DUE  :     489.50


Job No.    :  01-8962
Case No.   :  10593wg4
DeCaire v. Ashcroft

Remit To:    **MISTY KLAPPER & ASSOCIATES**
             **7900 Andrus Road**
             **Suite 11**
             **Alexandria, VA 22306**

2552-03128√

# Accurate Reporting Services

# Invoice

36 West Street
Whitman, MA 02382

| Depo Date | Invoice # |
|-----------|-----------|
| **2/15/2005** | **9939** |
| Terms | Tax ID 22-3849840 |
| Due on receipt | *JW* |

| Bill To |
|---------|
| **Segal, Roitman & Coleman**<br>**Indira Talwani, Esq.**<br>**11 Beacon Street, Suite 500**<br>**Boston, MA  02108** |

| Deposed | Docket Number |
|---------|---------------|
| DAVID B. TAYLOR | 10593WGY |

| Pages | Case Name | Rate | Amount |
|-------|-----------|------|--------|
| 72 | **Original Transcript**<br>**Free Indexing & Condensing** | 3.00<br>0.00 | 216.00<br>0.00 |
| | **CYNTHIA A. DECAIRE, Plaintiff**<br><br>**VS.**<br><br>**JOHN D. ASHCROFT, in his office position as**<br>**Attorney General of the United States,**<br>**Defendant** | | |

We appreciate your prompt payment. Please include the Invoice Number on your check.
Thank You!

| Total | $216.00 |
|-------|---------|

Telephone: 781-447-9520
Fax:  781-447-9426

| **Balance Due** | **$216.00** |
|-----------------|-------------|

2552-03128✓

# Accurate Reporting Services

# Invoice

36 West Street
Whitman, MA 02382

| Depo Date | Invoice # |
|---|---|
| **2/15/2005** | **9938** |
| Terms | Tax ID 22-3849840 |
| Due on receipt | *JW* |

| Bill To |
|---|
| **Segal, Roitman & Coleman**<br>**Indira Talwani, Esq.**<br>**11 Beacon Street, Suite 500**<br>**Boston, MA  02108** |

| Deposed | Docket Number |
|---|---|
| THOMAS W. BEZANSON | 10593WGY |

| Pages | Case Name | Rate | Amount |
|---|---|---|---|
| 111 | **Original Transcript**<br>**Free Indexing & Condensing**<br>**Fee for postage** | 3.00<br>0.00<br>4.75 | 333.00<br>0.00<br>4.75 |
| | **CYNTHIA A. DECAIRE, Plaintiff**<br><br>**VS**<br><br>**JOHN D. ASHCROFT, in his office position as**<br>**Attorney General of the United States,**<br>**Defendant** | | |

We appreciate your prompt payment. Please include the Invoice Number on your check.
Thank You!

| **Total** | **$337.75** |
|---|---|

Telephone: 781-447-9520
Fax:  781-447-9426

| **Balance Due** | **$337.75** |
|---|---|

2552-0312

# Accurate Reporting Services

# Invoice

36 West Street
Whitman, MA 02382

| Depo Date | Invoice # |
|---|---|
| **3/22/2005** | **10047** |
| Terms | Tax ID 22-3849840 |
| Due on receipt | *KM* |

| Bill To |
|---|
| **Segal, Roitman & Coleman**<br>**Indira Talwani, Esq.**<br>**11 Beacon Street, Suite 500**<br>**Boston, MA  02108** |

| Deposed | Docket Number |
|---|---|
| WILLIAM RYAN<br>WALTER DOHERTY, JR. | |

| Pages | Case Name | Rate | Amount |
|---|---|---|---|
| | **Deposition of:  WILLIAM RYAN** | | |
| 164 | **Original Transcript** | 3.00 | 492.00 |
| | **Free Indexing & Condensing** | 0.00 | 0.00 |
| | **DEPOSITION OF:  WATLER DOHERTY, JR.** | | |
| 36 | **Original Transcript** | 3.00 | 108.00 |
| | **Free Indexing & Condensing** | 0.00 | 0.00 |
| | **Fee for postage** | 5.30 | 5.30 |
| | **CYNTHIA A. DECAIRE, Plaintiff** | | |
| | **VS.** | | |
| | **JOHN D. ASHCROFT, in his official position as Attorney General for the United States, Defendant** | | |

| | |
|---|---|
| We appreciate your prompt payment. Please include the Invoice Number on your check. Thank You! | **Total**  $605.30 |

Telephone: 781-447-9520
Fax:  781-447-9426

| **Balance Due** | **$605.30** |
|---|---|

2552-0312

# Accurate Reporting Services

# Invoice

36 West Street
Whitman, MA 02382

| Depo Date | Invoice # |
|---|---|
| **3/23/2005** | **10068** |
| Terms | Tax ID 22-3849840 |
| Due on receipt | *LM* |

| **Bill To** |
|---|
| **Segal, Roitman & Coleman**<br>**Indira Talwani, Esq.**<br>**11 Beacon Street, Suite 500**<br>**Boston, MA  02108** |

| Deposed | Docket Number |
|---|---|
| PAUL DUNNE<br>ALISON L. HODGKINS - VOL. I | 04-10593WGY |

| Pages | Case Name | Rate | Amount |
|---|---|---|---|
| | **Deposition of:  PAUL DUNNE** | | |
| 82 | **Original Transcript** | 3.00 | 246.00 |
| | **Free Indexing & Condensing** | 0.00 | 0.00 |
| | **Deposition of: ALISON L. HODGKINS - VOL. I** | | |
| 121 | **Original Transcript** | 3.00 | 363.00 |
| | **Free Indexing & Condensing** | 0.00 | 0.00 |
| | **Parking** | 31.00 | 31.00 |
| | **CYNTHIA A. DECAIRE, Plaintiff** | | |
| | **VS.** | | |
| | **JOHN D. ASHCROFT, in his official position as Attorney General of the United States, Defendant** | | |

| We appreciate your prompt payment. Please include the Invoice Number on your check. Thank You! | **Total** | **$640.00** |
|---|---|---|

Telephone: 781-447-9520
Fax:  781-447-9426

| **Balance Due** | **$640.00** |
|---|---|

2552-03128 ✓

# Accurate Reporting Services

# Invoice

36 West Street
Whitman, MA 02382

| Depo Date | Invoice # |
|---|---|
| **3/24/2005** | **10043** |
| Terms | Tax ID 22-3849840 |
| Due on receipt | *NS* |

**Bill To**

**Segal, Roitman & Coleman**
**Indira Talwani, Esq.**
**11 Beacon Street, Suite 500**
**Boston, MA  02108**

| Deposed | Docket Number |
|---|---|
| ALISON HODGKINS - VOL. 2 | CA10593WGY |

| Pages | Case Name | Rate | Amount |
|---|---|---|---|
| 147 | **Original Transcript** | 3.00 | 441.00 |
| | **Free Indexing & Condensing** | 0.00 | 0.00 |
| | **Fee for postage** | 4.60 | 4.60 |
| | **CYNTHIA DECAIRE, Plaintiff** | | |
| | **VS.** | | |
| | **JOHN D. ASHCROFT, in his official  capacity as Attorney General of the United States, Defendant** | | |

We appreciate your prompt payment. Please include the Invoice Number on your check.
Thank You!

| **Total** | **$445.60** |
|---|---|

Telephone: 781-447-9520
Fax:  781-447-9426

| **Balance Due** | **$445.60** |
|---|---|

2552-03128 ✓



**APEX Reporting**
P.O. Box 3
Boston, MA  02112
**(617) 426-3077**

DATE  3/30/05
INVOICE #  28069

PO # or DCN #

TERMS  Net 30

# Invoice

| BILL TO: | SHIP TO: |
|---|---|
| Segal, Roitman & Coleman | Segal, Roitman & Coleman |
| 11 Beacon Street, Suite 500 | 11 Beacon Street, Suite 500 |
| Boston, MA  02108 | Boston, MA  02108 |
| Attn: Indria Talwani, Esq. | |

| DATE | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|---|
| | DOJ-DeCaire v USA, 10593-WGY | | | | |
| 3/16/05 | Depo - Cynthia DeCaire | 71 | pgs | 2.25 | 159.75 |
| 3/16/05 | Minuscript | 71 | pgs | 0.25 | 17.75 |
| 3/30/05 | Delivery | 1 | shp | 10.00 | 10.00 |

1.50%  PER MONTH ON UNPAID BALANCE
Fed ID# 04-3535286

**Total**                    $187.50

2652-0312B ✓

# Accurate Reporting Services

# Invoice

36 West Street
Whitman, MA 02382

| Depo Date | Invoice # |
|---|---|
| 2/17/2005 | 9972 |
| Terms | Tax ID 22-3849840 |
| Due on receipt | *KM* |

| Bill To |
|---|
| Segal, Roitman & Coleman<br>Indira Talwani, Esq.<br>11 Beacon Street, Suite 500<br>Boston, MA  02108 |

| Deposed | Docket Number |
|---|---|
| DAVID TAYLOR<br>WILLIAM FALLON | 04-10593WGY |

| Pages | Case Name | Rate | Amount |
|---|---|---|---|
| | **Deposition of:  DAVID TAYLOR** | | |
| 88 | **Original Transcript** | 3.00 | 264.00 |
| | **Free Indexing & Condensing** | 0.00 | 0.00 |
| | **Deposition of:  WILLIAM FALLON** | | |
| 87 | **Original Transcript** | 3.00 | 261.00 |
| | **Free Indexing & Condensing** | 0.00 | 0.00 |
| | **Fee for postage** | 3.85 | 3.85 |
| | **Parking** | 34.00 | 34.00 |
| | **CYNTHIA A. DECAIRE, Plaintiff** | | |
| | **VS.** | | |
| | **JOHN D. ASHCROFT, in his official position as Attorney General of the United States, Defendants** | | |

| We appreciate your prompt payment. Please include the Invoice Number on your check. Thank You! | **Total** | **$562.85** |
|---|---|---|

Telephone: 781-447-9520
Fax:  781-447-9426

| **Balance Due** | **$562.85** |
|---|---|

2552-03128✓

# Accurate Reporting Services

**Invoice**

36 West Street
Whitman, MA 02382

| Depo Date | Invoice # |
|-----------|-----------|
| **2/18/2005** | **9921** |
| Terms | Tax ID 22-3849840 |
| Due on receipt | *NS* |

**Bill To**

**Segal, Roitman & Coleman**
**Indira Talwani, Esq.**
**11 Beacon Street, Suite 500**
**Boston, MA  02108**

| Deposed | Docket Number |
|---------|---------------|
| DAVIT DIMMITT | CA10593WGY |

| Pages | Case Name | Rate | Amount |
|-------|-----------|------|--------|
| 137 | **Original Transcript** | 3.00 | 411.00 |
| | **Free Indexing & Condensing** | 0.00 | 0.00 |
| | **Fee for postage** | 4.60 | 4.60 |
| | **Parking** | 31.00 | 31.00 |
| | **CYNTHIA DECAIRE, Plaintiff** | | |
| | **VS.** | | |
| | **JOHN D. ASHCROFT, in his official capacity as Attorney General of the United States, Defendant** | | |

We appreciate your prompt payment. Please include the Invoice Number on your check. Thank You!

**Total** **$446.60**

Telephone: 781-447-9520
Fax:  781-447-9426

**Balance Due** **$446.60**

2552-0312 ✓