# EXHIBIT D

Westlaw Charges

(Part of "Other Costs")

## Westlaw Charges

| | | |
|---|---|---|
| Original Action | $ | 31.42 |
| | $ | 17.50 |
| | $ | 166.94 |
| | $ | 61.72 |
| | $ | 450.17 |
| | $ | 475.17 |
| | $ | 298.31 |
| | $ | 693.54 |
| | $ | 67.26 |
| | $ | 176.33 |
| | $ | 517.64 |
| | $ | 154.60 |
| Total | $ | **3,110.60** |

| | | |
|---|---|---|
| Appeal | $ | 714.35 |
| | $ | 47.33 |
| | $ | 422.85 |
| | $ | 14.93 |
| Total | $ | **1,199.46** |

| | | |
|---|---|---|
| Remand | $ | 14.47 |
| | $ | 25.51 |
| | $ | 337.30 |
| | $ | 120.47 |
| | $ | 624.16 |
| Total | $ | **1,121.91** |

**WESTLAW TOTAL**   $   **5,431.97**

**SEGAL ROITMAN, LLP**
111 DEVONSHIRE ST
5TH FLOOR
BOSTON, MA  02109
(617) 742-0208
Taxpayer ID No. 04-2489114

July 08, 2008

CYNTHIA DECAIRE

**2552-03128      U.S. MARSHALL SERVICE**

EXPENSES

| | | | | Price | AMOUNT |
|---|---|---|---|---|---|
| 1/1/2004 - | MTS | WESTLAW RESEARCH CHARGES | | 31.42 | 31.42 |
| 3/1/2004 - | IT | WESTLAW RESEARCH CHARGES | | 17.50 | 17.50 |
| 11/22/2004 - | IT | WESTLAW RESEARCH CHARGES | | 166.94 | 166.94 |
| 2/8/2005 - | IT | WESTLAW RESEARCH CHARGES | | 61.72 | 61.72 |
| 3/1/2005 - | IT | WESTLAW RESEARCH CHARGES | | 450.17 | 450.17 |
| 4/1/2005 - | IT | WESTLAW RESEARCH CHARGES | | 475.17 | 475.17 |
| 5/19/2005 - | IT | WESTLAW RESEARCH CHARGES | | 298.31 | 298.31 |
| 6/1/2005 - | MJD | WESTLAW RESEARCH CHARGES | | 693.54 | 693.54 |
| 7/11/2005 - | IT | WESTLAW RESEARCH CHARGES | | 67.26 | 67.26 |
| 8/1/2005 - | IT | WESTLAW RESEARCH CHARGES | | 176.33 | 176.33 |

Page   2

|  | Price | AMOUNT |
|---|---|---|
| 9/1/2005 - IT   WESTLAW RESEARCH CHARGES | 517.64 | 517.64 |
| 10/3/2005 - MS   WESTLAW RESEARCH CHARGES | 154.60 | 154.60 |
| TOTAL EXPENSES |  | $3,110.60 |

**SEGAL ROITMAN, LLP**
111 DEVONSHIRE ST
5TH FLOOR
BOSTON, MA  02109
(617) 742-0208
Taxpayer ID No. 04-2489114

July 08, 2008

CYNTHIA DECAIRE

**2552-07219**     **ALBERTO GONZALES, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES**
**U.S. COURT OF APPEALS CASE**
     EXPENSES

|  |  | | Price | AMOUNT |
|---|---|---|---|---|
| 6/1/2007 - | IT | WESTLAW RESEARCH CHARGES | 714.35 | 714.35 |
| 8/3/2007 - | IT | WESTLAW RESEARCH CHARGES | 47.33 | 47.33 |
| 11/8/2007 - | IT | WESTLAW RESEARCH CHARGES | 442.85 | 442.85 |
| 2/8/2008 - | IT | WESTLAW RESEARCH CHARGES | 14.93 | 14.93 |
| TOTAL EXPENSES | | | | $1,219.46 |

**SEGAL ROITMAN, LLP**
111 DEVONSHIRE ST
5TH FLOOR
BOSTON, MA 02109
(617) 742-0208
Taxpayer ID No. 04-2489114

July 08, 2008

CYNTHIA DECAIRE

**2552-08235      DISTRICT COURT REMAND**

    EXPENSES

| Date | | Description | Price | AMOUNT |
|---|---|---|---:|---:|
| 3/14/2008 - | IT | WESTLAW RESEARCH CHARGES | 14.47 | 14.47 |
| 4/8/2008 - | IT | WESTLAW RESEARCH CHARGES | 25.51 | 25.51 |
| 4/9/2008 - | IT | WESTLAW RESEARCH CHARGES | 337.30 | 337.30 |
| 5/1/2008 - | IT | WESTLAW RESEARCH CHARGES | 120.47 | 120.47 |
| 6/1/2008 - | KT | WESTLAW RESEARCH CHARGES | 624.16 | 624.16 |
| - | KT | WESTLAW RESEARCH CHARGES | 624.16 | 624.16 |

    TOTAL EXPENSES                                                                                                                      $1,746.07