UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>    Plaintiff<br><br>    vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>    Defendant | C.A. No. 04-10593 EFH |

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

Plaintiff Cynthia Bohn moves, pursuant to Federal Rule of Civil Procedure 54(d), 42 U.S.C. § 2000e-5(k), and 42 U.S.C. § 2000e-16(d) for reasonable attorney's fees in the amount of $412,495 and for costs other than attorney's fees in the amount of $16,165.81.[1]

Judgment in the above case was entered on June 24, 2008, following a jury verdict for the Plaintiff awarding damages in the amount of $150,000.

This motion is supported by the accompanying Memorandum of Law, Declaration of Indira Talwani (and Exhibits thereto), Declaration of Paul Kelly, Declaration of Monica Halas (and the Exhibit thereto), Declaration of Nancy S. Shilepsky, Declaration of Robert M. Hale, Declaration of Robert P. Joy, Declaration of Allan G. Rodgers (and the Exhibit thereto), and the Bill of Costs and supporting documentation filed separately.

---

[1] These costs are documented in the Bill of Cost filed separately today.

- 2 -

## REQUEST FOR HEARING

Pursuant to Local Rule 7.1(D), Plaintiff hereby requests oral argument.

                          Respectfully submitted,

                          **CYNTHIA BOHN**,

                          By her attorney,

                          _____/s/ Indira Talwani_____
                          Indira Talwani
                          **SEGAL ROITMAN, LLC**
                          111 Devonshire Street
                          5th Floor
                          Boston, MA  02109
                          (617) 742-0208

Dated:  July 8, 2008

## CERTIFICATE PURSUANT TO LOCAL RULES 7.1(A)(2)

    I hereby certify that I attempted to confer with Defendant's counsel in good faith to resolve or narrow the issues and that Defendant's counsel was unavailable to confer prior to the due date for filing this motion.

                          ____/s/ Indira Talwani_____
                          Indira Talwani