# Massachusetts Law Reform Institute
**99 Chauncy Street • Suite 500 • Boston MA 02111-1703**
**PHONE 617-357-0700 • FAX 617-357-0777**

February 19, 2008

## MLRI Attorneys Fees Scale

| Experience Level (years) | Hourly Rate |
|---|---|
| **Lawyers** | |
| 1- 3 | $140-160 |
| 4- 6 | 170-190 |
| 7-10 | 205-237 |
| 11-14 | 252-278 |
| 15-17 | 288-309 |
| 18-20 | 319-340 |
| 21-23 | 350-361 |
| 24-26 | 371-381 |
| 27+ | 390 |
| **Paralegals** | 110 |
| **Law Students** | 75 |

AGR:SD

2.19.08 MLRI Fees Scale