UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>Plaintiff<br><br>vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>Defendant | C.A. No. 04-10593 EFH |

**DECLARATION OF ROBERT M. HALE IN SUPPORT OF PLAINTIFF'S MOTION FOR REASONABLE ATTORNEY'S FEES**

I, Robert M. Hale, declare:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts and this Court. This declaration is submitted in support of Plaintiff's Motion for Reasonable Attorney's Fees.

**Background and Experience**

2. Briefly summarized, my background is as follows: I am a 1983 *magna cum laude* graduate of Boston University Law School. I joined the firm that is now Goodwin Procter LLP in 1984. Since 1991, I have been a partner in the firm's Labor & Employment Practice. I have an active litigation and counseling practice in the labor and employment law area. I am a Fellow of the College of Labor and Employment Lawyers and am listed in *Chambers USA: America's Leading Lawyers for Business*, *The Best Lawyers in America* and *Super Lawyers* magazine.

**Reasonableness of Hourly Rates Sought in this Fee Application**

3. I have reviewed the hourly rates claimed by the Plaintiff's attorneys in this application. In my opinion and experience, the hourly rates being claimed are at the low

- 2 -

end of market rates charged by Boston lawyers of equivalent experience, skill, and expertise for comparable work in representing employers.

4.  I have both arbitration and negotiation experience in matters in which Plaintiff's attorney Mary Sullivan and I have represented opposing parties. I have consistently found her to be an able and knowledgeable advocate. I have worked with Plaintiff's attorney Indira Talwani on the comprehensive treatise entitled <u>The Family and Medical Leave Act</u>, published jointly by the American Bar Association and the Bureau of National Affairs, on which I served as co-editor-in-chief and she served as one of two senior editors. I know from this experience that she is an able and knowledgeable attorney.

5.  I am also familiar with Segal, Roitman LLP's reputation among Boston lawyers. The firm is skilled and well respected in labor and employment litigation.

If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct, and that this declaration is executed at Boston, Massachusetts on July _1_, 2008.

_____
Robert M. Hale

LIBB/1588243.2

Certificate of Service

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      _/s/ Indira Talwani__