UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>Plaintiff<br><br>vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>Defendant | C.A. No. 04-10593 EFH |

**DECLARATION OF ROBERT P. JOY IN SUPPORT OF PLAINTIFF'S MOTIONS FOR REASONABLE ATTORNEY'S FEES**

I, Robert P. Joy, declare:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts and this Court. This declaration is submitted in support of Plaintiff's Motion for Reasonable Attorney's Fees.

**Background and Experience**

2. Briefly summarized, my background is as follows: I am a partner and Chair of the Management Committee of the Boston law firm of Morgan, Brown & Joy. The concentration of our firm is in the field of Labor and Employment Law, an area in which I have practiced since 1975. I have handled employment law matters of numerous types and complexities including discrimination and retaliation claims.

**Reasonableness of Hourly Rates Sought in this Fee Application**

3. I have reviewed the hourly rates claimed by the Plaintiff's attorneys in this application. In my opinion and experience, the hourly rates being claimed are well within the range of market rates charged by Boston lawyers of equivalent experience, skill, and expertise for comparable work.

- 2 -

4. I, and my partners, have worked with Plaintiff's attorneys Paul Kelly and Indira Talwani. I know from personal experience that Mr. Kelly is a highly competent and skilled litigator who is cable of handling the most complex employment claims and has developed a very high reputation among his peers for the quality of his legal work.

5. I am also familiar with Segal, Roitman LLP's reputation among Boston lawyers. The firm is skilled in labor and employment litigation, and its reputation, background and experience is among the highest in the profession. Our firms have practiced together and on opposite sides of the table in the Labor and Employment field for over 50 years.

If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct, and that this declaration is executed at Boston, Massachusetts on July __, 2008.

_____
Robert P. Joy

Certificate of Service

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      _/s/ Indira Talwani__