UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA BOHN,

        Plaintiff

        vs.

MICHAEL MUKASEY, in his official position as Attorney General of the United States.

        Defendant

C.A. No. 04-10593 EFH

### DECLARATION OF PAUL F. KELLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

1. My name is Paul F. Kelly. I am a partner with the law firm of Segal Roitman, LLP, formerly known as Segal Roitman, & Coleman. I joined the firm in 1977 and have practiced labor and employment law since then.

2. I received a B.A. from the College of the Holy Cross in 1970 and a J.D. *cum laude* from Suffolk Law School in 1975.

3. I instructed first year law students at Suffolk Law School in 1975-1976 as a Legal Practical Skills instructor. Since 1996 I have taught Massachusetts Practice as an Adjunct Professor of Law at Suffolk Law School.

4. I was admitted to the Bar of the Supreme Judicial Court in 1975, the Bar of the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit in 1977. In 1982 I was admitted to the Bar of the United States Supreme Court and in 1990 to the Bar of the United States Court of Appeals for the Third Circuit.

5. I served as law clerk for the Honorable Andrew A. Caffrey, Chief Judge of the United States District Court for the District of Massachusetts in 1976-1977 prior to joining Segal, Roitman & Coleman in September, 1977. My year with Judge Caffrey allowed me to aspire to be a trial lawyer and, over the past 31 years, I have tried numerous employment and personal injury cases to judges and juries in the courts of the Commonwealth and the District of Massachusetts. In addition, I have tried several hundred labor arbitration cases.

6. Segal Roitman, LLP is a small law firm consisting of 11 partners, 4 associates and an administrative staff of 7. We practice labor and employment law on behalf of labor unions and individual employees. We also represent plaintiffs in personal injury cases and we counsel Taft-Hartley Funds who administer pension, health and training benefits for union members.

7. Our staffing of this case resulted in significant efficiencies and little duplication of effort. Attorney Indira Talwani took primary responsibility for the entire case. Attorney Talwani has been my law partner since 2003 when she first took on Plaintiff's claim. She has worked tirelessly to vindicate the rights eventually recognized by the jury on June 24, 2008. After Judge Young's adverse decision in 2006 Attorney Talwani successfully argued the merits of her client's claim and the error of Judge Young's decision to the First Circuit.

8. During the stages of this case (i.e., administrative process, discovery, trial and appeal) Attorney Talwani delegated discrete research projects to associates and law student interns and requested assistance from her partners with respect to overall strategy and trial. The case was efficiently litigated because Attorney Talwani herself developed the complex factual record, avoiding duplicative attorney conferences and document review. If multiple lawyers had been involved in the day to day preparation and prosecution of this factually intense and

complex case far more time would have been expended pulling the case together for trial and appeal.

9. I primarily assisted Attorney Talwani during the two (2) trials of this case. Other partners and associates, including Attorney Mary Sullivan whose Declaration also supports the Motion, contributed to the successful outcome in this case. I will identify the other lawyers involved so that the Court may evaluate the fee request in light of their experience.

10. Attorney Shelley B. Kroll received her J.D. *suma cum laude* from Boston College School of Law in 1984. She served as Law Clerk to the Honorable Edward F. Hennessey, Chief Justice of the Supreme Judicial Court of Massachusetts from 1984 to 1985. She joined Segal Roitman in 1985 and has been a partner at the Firm since 1992. Attorney Kroll regularly authors papers and speaks at Bar Association and Labor and Employment Law conferences. She is nationally recognized among union lawyers.

11. Attorney Burton E. Rosenthal received his J.D. *cum laude* from Harvard Law School and his B.A. *suma cum laude* from Harvard College. Attorney Rosenthal was admitted to the Bar of the Commonwealth of Massachusetts in 1977. He has more than thirty years experience practicing labor and employment law. Attorney Rosenthal joined Segal Roitman in 1988 and became a partner in 1990. Prior to that time he served as an attorney for the National Labor Relations Board. Attorney Rosenthal has chaired the Massachusetts Bar Association Labor and Employment Section.

12. Attorney Michael J. Doheny has been a member of the Bar of the Commonwealth of Massachusetts since 1999. Currently a partner at Segal Roitman Attorney Doheny was an associate during the time he worked on this case. He received his J.D. *magna cum laude* from Suffolk University Law School where he served as Executive Editor of the Suffolk

University Law Review and his B.A. from Cornell University. Attorney Doheny is a member of the steering committee of the Labor and Employment Law Section of the Boston Bar Association.

13. Attorney Rachel Rosenbloom was admitted to the Bar of the Commonwealth of Massachusetts in 2002. She served as a Law Clerk to the Honorable Morris E. Lasker of the United States District Court for the District of Massachusetts (from the Southern District of New York) until she joined Segal Roitman in 2003. Attorney Rosenbloom left Segal Roitman in 2006. She currently works in the Post-Deportation Human Rights Project at Boston College.

14. Attorney Stephanie R. Pratt was also admitted to the Bar of the Commonwealth of Massachusetts in 2002. She joined Segal Roitman in 2003 after serving as an Associate in the litigation group at Testa, Hurwitz & Thibeault, LLP. She received her J.D. from Northeastern University Law School and her B.A. *magna cum laude* from Buena Vista University.

15. The hourly rates requested in the Motion are reflective of the experience of the lawyers involved. Thus, the more senior lawyers (i.e., myself and Attorney Sullivan) are billed at $375 per hour while Attorneys Talwani, Kroll and Rosenthal are billed at $350 per hour. Attorney Doheny, a senior associate at the time he worked on this case, is billed at $250 per hour. Less senior associates (Attorneys Rosenbloom, Pratt and Shaw) are billed at $200 per hour. The hourly rates reflect the rates for similar legal work prevailing in the community as demonstrated by the other supporting Declarations. Moreover, the rates requested herein include certain overhead costs that may be separately billed as costs such as paralegal time,

law student time, administrative support time and office expenses such as postage, copying, messenger service, travel expenses and long distance telephone calls.

16. If called upon to do so I would testify that the foregoing facts are true and accurate to the best of my knowledge and belief and that both the hours and hourly rates submitted by the Segal Roitman lawyers for work in this case are both reasonable under the circumstances of this case and in the highest tradition of legal service.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8TH DAY OF JULY, 2008.

   /s/ Paul F. Kelly_____
Paul F. Kelly, Esquire

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

 /s/ Indira Talwani\_\_