UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>              Plaintiff<br><br>              vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>              Defendant | C.A. No. 04-10593 EFH |

**DECLARATION OF ALLAN G. RODGERS IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

## ATTORNEYS FEES HOURLY RATE AFFIDAVIT OF ALLAN G. RODGERS

1. I, Allan G. Rodgers, being duly sworn, say that I am an attorney with forty-five years of law practice in Massachusetts. I have been for the past thirty-nine years Executive director of the Massachusetts Law Reform Institute (MLRI), a legal services advocacy and support center for low-income persons and their advocates.

2. During my forty-five years of practice, I have had extensive experience in civil litigation. Much of this experience has been in representing very low-income persons in claims under federal and state civil rights statutes. In addition, I have had much experience in negotiating and litigating attorneys fees claims in civil rights cases. During the course of my time at MLRI, I and members of my staff have litigated approximately five such claims and have negotiated and settled numerous other such claims.

3. As part of MLRI's effort to pursue attorneys fees claims in its own cases, and in advising other legal services lawyers on litigation matters, we have for many years maintained a scale of standard hourly rates for our attorneys' work on litigation where attorneys fees may be available. This scale applies statewide, no matter where the location of the court. Attached hereto is the most recent scale, which became effective February 19, 2008. This scale assigns standard hourly rates on the basis of the number of years of experience of each lawyer on our staff and has single rates for paralegals and law students. Because our lawyers have been engaged almost exclusively, during their legal careers, in legal services and civil rights-type practice, we believe that the numbers of years of legal experience is equivalent to that amount of experience for purposes of attorneys fees claims under fee-shifting statutes.

4. In establishing the hourly fee scale for MLRI, I reviewed recent case decisions, both reported and unreported, in Massachusetts state courts and in the Massachusetts federal court district on attorneys fees hourly rates; attorneys fees claims made by those in legal services and outside, particularly as to the hourly rates claimed; and information on hourly rates charged in private practice in the Greater Boston area, such as hourly rates for experienced Boston

litigators. Based on these sources of information, I believe that the hourly rates set forth on the attached scale for MLRI lawyers are reasonable and fair rates for standard civil rights-type casework and that, if anything, those rates understate the rates for similar services which prevail among the private bar.

Signed under the pains and penalties of perjury this 8th day of July, 2008.

_____
Allan G. Rodgers

2.19.08 AGR ATTORNEYS FEES HOURLY RATE AFFIDAVIT

Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    _/s/ Indira Talwani__