UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA BOHN,

    Plaintiff

vs.

MICHAEL MUKASEY, in his official position as Attorney General of the United States.

    Defendant

C.A. No. 04-10593 EFH

### DECLARATION OF NANCY S. SHILEPSKY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

I, Nancy S. Shilepsky, declare:

1.    I am a member in good standing of the bar of the Commonwealth of Massachusetts and this Court. This declaration is submitted in support of Plaintiff's Motion for Attorney's Fees and Costs.

**Background and Experience**

2.    Briefly summarized, my background is as follows: I am a 1978 graduate of Boston University Law School, and have practiced employment law since the mid-1980s. Since 2005, I have been a partner at Shilepsky O'Connell LLP, where I represent employees across a wide range of industries with regard to complex employment matters including executive employment, retention, compensation, whistle-blowing and severance. Prior to co-founding Shilepsky O'Connell, I was a partner at Perkins, Smith & Cohen, LLP for over five years and before that a partner at Dwyer & Collora, LLP for five years. I have been involved in several discrimination cases, including for example, Bowman v. Heller, 420 Mass. 517 (1995) and Stonehill College v. MCAD, 441 Mass. 549 (2004). I have also represented employers, and

have served as an impartial investigator and as an expert witness. Since 2000, I have been a Fellow of the College of Labor and Employment Lawyers.

### Reasonableness of Hourly Rates Sought in this Fee Application

3. I am familiar with Segal, Roitman LLP's reputation among Boston lawyers. The firm is very highly regarded for its expertise in labor and employment law. Its background and experience are among the strongest in Massachusetts, and would rank in anyone's list of the best labor and employment lawyers in the state. I have worked with Attorney Sullivan for over twenty years, as she has been closely involved in a number of discrimination cases, preparation of amicus briefs on discrimination matters, and professional education for both MCLE and the MBA. I have worked with Attorney Talwani, who moved here from the highly respected Altshuler Berzon firm in California in 1999, on professional education for the ABA and on issues related to SOX claims.

4. I have reviewed the hourly rates claimed by the Plaintiff's attorneys in this application. In my opinion and experience, the hourly rates being claimed are at comparable to, or lower than, the market rates charged by Boston plaintiff-side employment lawyers of equivalent experience, skill, and expertise for comparable work. Defense-side employment lawyers of equivalent experience, skill and expertise typically charge significantly more per hour than what is being requested here.

5. One of the inherent difficulties of plaintiffs' employment discrimination practice is not only the legal and trial experience required, but the economic challenges faced by those who agree to represent plaintiffs in such cases. Few individuals can afford to fully fund discrimination litigation, much less five years of such litigation. Many firms will not take employment discrimination cases for individuals, and many attorneys leave the practice of such

work, because of the financial challenges. It is critical that when a firm makes the commitment to represent a client in a discrimination case, that the firm be compensated adequately for its efforts. Otherwise, private enforcement of the discrimination laws is undermined.

6. If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct, and that this declaration is executed at Boston, Massachusetts on July 3, 2008.

_____
Nancy S. Shilepsky

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

_/s/ Indira Talwani__