UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>    Plaintiff<br><br>vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>    Defendant | C.A. No. 04-10593 EFH |

## DECLARATION OF MARY T. SULLIVAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

1. My name is Mary T. Sullivan. I am a partner with the law firm of Segal Roitman, LLP, formerly known as Segal Roitman, & Coleman. I joined the firm in 1983, and have practiced labor and employment law since that time.

2. I received a B.A., summa cum laude, Phi Beta Kappa, from the University of Massachusetts, Amherst in 1975. I received my J.D. from Northeastern Law School in 1981.

3. I was admitted to the bar of the State of New Hampshire in 1982, the bar of the Supreme Judicial Court of Massachusetts, the bar of the United States District Court for the District of Massachusetts, the United States District Court for the District of New Hampshire, and the United States Court of Appeals for the First Circuit in 1983, and the United States Court of Appeals for the Federal Circuit in 1987.

4. I served as law clerk for the Honorable Shane Devine, Chief Judge of the United States District Court for the District of New Hampshire from 1981-1983. I joined Segal, Roitman & Coleman in September, 1983 and became a partner in 1990.

5. In my twenty five (25) years at Segal Roitman, LLP (formerly Segal, Roitman & Coleman) I have handled a number of discrimination cases before administrative agencies and in court. I am also a lecturer for MCLE and the MBA in discrimination and trial tactics seminars. I served as Chair of the Massachusetts Bar Association's Labor and Employment Law Section and am a former member of the Judicial Nominating Committee.

6. I have represented federal employees before the Merit Systems Protection Board and in the United States Court of Appeals for the Federal Circuit. I have also represented a number of women in law enforcement, including employees of the State Police, the County Sheriffs, and the Boston Police Department. The resolution of the case involving the Boston Police Department (which is a matter of public record) resulted in agreed upon revisions to departmental procedures, additional training, and what was at the time the largest settlement in MCAD history.

7. I assisted Attorney Talwani by handling this matter while she was on maternity leave, reviewed cases and consultations regarding the issues on appeal, and helping with the preparation of this petition. I also consulted with her at various stages of the litigation concerning federal EEO procedures. My contemporaneous time records have been submitted to the court.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8TH DAY OF JULY, 2008.

_____
Mary T. Sullivan, Esquire

L/italwani/ind/decaire/remand/motions/fees/sullivanfeeaff.doc

Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    _/s/ Indira Talwani__