| ATTORNEYS | BAR DATE | TOTAL TIME | TIME CLAIMED IN FEE PETITION | TIME EXCLUDED IN FEE PETITION | HOURLY RATE | TOTAL CLAIMED IN FEE PETITION |
|---|---|---|---|---|---|---|
| Paul Kelly | 1975 | 137.5 | 137.5 | 0.0 | $ 375.00 | $ 51,562.50 |
| Mary Sullivan | 1982 | 17.7 | 14.3 | 3.4 | $ 375.00 | $ 5,362.50 |
| Shelley Kroll | 1985 | 2.3 | 2.3 | 0.0 | $ 350.00 | $ 805.00 |
| Burt Rosenthal | 1977 | 9.0 | 7.0 | 2.0 | $ 350.00 | $ 2,450.00 |
| Indira Talwani | 1988 | 1066.9 | 975.2 | 91.7 | $ 350.00 | $ 341,320.00 |
| Michael Doheny | 1999 | 23.3 | 21.5 | 1.8 | $ 250.00 | $ 5,375.00 |
| Nicole Decter | 2003 | 0.2 | 0.0 | 0.2 | $ 200.00 | $ - |
| Stephanie Pratt | 2002 | 9.9 | 9.9 | 0.0 | $ 200.00 | $ 1,980.00 |
| Rachel Rosenbloom | 2002 | 19.0 | 18.2 | 0.8 | $ 200.00 | $ 3,640.00 |
| James Shaw | 2007 | 5.2 | 0.0 | 5.2 | $ 200.00 | $ - |
| | | | | | | |
| **LAW STUDENTS** | | | | | | |
| Nathanial Kramer | | 47.5 | 0.0 | 47.5 | $ 100.00 | $ - |
| Lou Mandarini | | 37.6 | 0.0 | 37.6 | $ 100.00 | $ - |
| Michael Steinberg | | 38.0 | 0.0 | 38.0 | $ 100.00 | $ - |
| Laurel Webb | | 41.9 | 0.0 | 41.9 | $ 100.00 | $ - |
| James Shaw | | 23.7 | 0.0 | 23.7 | $ 100.00 | $ - |
| Melissa Owens | | 33.3 | 0.0 | 33.3 | $ 100.00 | $ - |
| Katharine Thomas | | 0.5 | 0.0 | 0.5 | $ 100.00 | $ - |
| | | **1513.5** | **1185.9** | **327.6** | | **$ 412,495.00** |