**2003:   Internal Agency EEO Process**

| Attorney | Time Sought | Time Excluded |
|---|---|---|
| Indira Talwani | 32.6 | .3 |
| Mary Sullivan | 2.2 | .9 |

**January 1, 2004 through July 31, 2004: United States District Court, Drafting of original complaint (and excluding additional time on internal EEO process and on amended complaint**

| Attorney | Time Sought | Time Excluded |
|---|---|---|
| Indira Talwani | 12.4 | 3.6 |
| Mary Sullivan | .7 | .7 |
| Michael Doheny | 21.5 | 1.8 |

**August 1, 2004 – April 1, 2005:  United States District Court, Discovery (including motions to compel) and Jury Trial issue**

| Attorney | Time Sought | Time Excluded |
|---|---|---|
| Indira Talwani | 163.9 | 20.5 |
| Mary Sullivan | 1.0 | |

**April 5, 2005 – April 18, 2005:  United States District Court, Opposition to Motion for Summary Judgment and Cross-Motion for Partial Summary Adjudication**

| Attorney | Time Sought | Time Excluded |
|---|---|---|
| Indira Talwani | 98.0 | |

| Law Student | Time Sought | Time Excluded |
|---|---|---|
| Nathanial Kramer | | 16.5 |

**April 25, 2005 – June 1, 2005:  United States District Court, Pre-trial Preparation and Motions and Final Discovery**

| Attorney | Time Sought | Time Excluded |
|---|---|---|
| Indira Talwani | 116.6 | |
| Paul Kelly | 8.0 | |
| Rachel Rosenbloom | 18.2 | .4 |

| Law Student | Time Sought | Time Excluded |
|---|---|---|
| Nathanial Kramer | | 31.0 |
| Lou Mandarini | | 17.2 |

**June 2, 2005 – United States District Court, November 14, 2005 Trial and Post-Trial Motions**

| Attorney | Time Sought | Time Excluded |
|---|---|---|
| Indira Talwani | 227.2 | .1 |
| Paul Kelly | 42.5 | |
| Mary Sullivan | 2.4 | |
| Shelley Kroll | 2.3 | |
| Stephanie Pratt | 9.9 | |
| Rachel Rosenbloom | | .4 |

| Law Student | Time Sought | Time Excluded |
|---|---|---|
| Lou Mandarini | | 20.4 |
| Michael Steinberg | | 38.0 |

**2006 - United States District Court, Post Trial, Pre-Judgment**

| Attorney | Time Sought | Time Excluded |
|---|---|---|

Indira Talwani                            .9

### January – March, 2007 - United States District Court, Judgment, Post-Judgment Motions

| Attorney | Time Sought | Time Excluded |
|---|---|---|
| Indira Talwani | 12.1 | 3.0 |
| Mary Sullivan | 6.0 | .3 |

| Law Student | Time Sought | Time Excluded |
|---|---|---|
| James Shaw | | 4.2 |

### March  2007- January 2008 – United States Court of Appeals, Appeal

| Attorney | Time Sought | Time Excluded |
|---|---|---|
| Indira Talwani | 151.0 | 37.7 |
| Paul Kelly | 5.0 | |
| Mary Sullivan | 1.8 | |
| Nicole Decter | | .2 |

| Law Student | Time Sought | Time Excluded |
|---|---|---|
| Laurel Webb | | 41.9 |
| James Shaw | | 19.5 |
| Melissa Owens | | 33.3 |

### March 13 – June 24, 2008, United States District Court, on remand

| Attorney | Time Sought | Time Excluded |
|---|---|---|
| Indira Talwani | 160.5 | 26.5 |

Paul Kelly                              82.0

Mary Sullivan                                              1.5

Burt Rosenthal                          7.0              2.0

James Shaw                                               5.2


| Law Student | Time Sought | Time Excluded |
| --- | --- | --- |
| Katharine Thomas | | .5 |