UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>           Plaintiff<br><br>           vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>           Defendant | C.A. No. 04-10593 EFH |

**PLAINTIFF'S ASSENTED TO MOTION TO FOR LEAVE TO SUBSTITUTE CORRECTED MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff respectfully requests leave to substitute the attached Corrected Memorandum for the original Memorandum in Support of Plaintiff's Motion for Attorneys' Fees and Costs, filed on July 8, 2008. In support of this request, Plaintiff states:

1.   the Corrected Memorandum: (a) adds page numbering to the brief; (b) adds on pages 4 – 8 additional citations to the Declarations submitted with the original Memorandum; (c) corrects a typographical error on page 10 ("appropriated" to "appropriate"); and (d) adds on page 15, fourth paragraph, the word "hours" after the number "37.7."

2.   Defendant has assented to this motion.

- 2 -

       Respectfully submitted,

       **CYNTHIA BOHN**,

       By her attorney,


       _____/s/ Indira Talwani_____
       Indira Talwani
       **SEGAL ROITMAN, LLC**
       111 Devonshire Street
       5th Floor
       Boston, MA  02109
       (617) 742-0208

Dated:  July 16, 2008


### CERTIFICATE PURSUANT TO LOCAL RULES 7.1(A)(2)

    I hereby certify that I conferred with Defendant's counsel in good faith to resolve or narrow the issues and that Defendant's counsel has assented to this motion.


       ____/s/ Indira Talwani_____
       Indira Talwani