UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

**CYNTHIA BOHN,**
                **Plaintiff,**

v.                                          Civ. Action No. 04-10593EFH

**MICHAEL MUKASEY, in his official
position as Attorney General of the
United States,**
                **Defendant.**

-------------------------------------------------------

## AFFIDAVIT

BARBARA D. COTTRELL, states under penalty of perjury that I represent the defendant herein; that I have read Defendant's Response to Plaintiff's Motion for Attorney's Fees and Costs and know the contents thereof; that the same is true to my knowledge except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

                                                             BARBARA D. COTTRELL
                                                             Assistant U.S. Attorney
                                                              Bar Roll No. 101411 (NDNY)
                                                              James T. Foley U.S. Courthouse
                                                              445 Broadway
                                                               Room 218
                                                              Albany, New York    12207