UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA BOHN,<br><br>            Plaintiff<br><br>      vs.<br><br>MICHAEL MUKASEY, in his official position as Attorney General of the United States.<br><br>            Defendant | C.A. No. 04-10593-EFH |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS

Now comes Plaintiff Cynthia Bohn and moves this Honorable Court pursuant to Local Rule 7.1 (b)(3) for leave to file a Reply Brief. As grounds therefore, Plaintiff submits that a Reply Brief will assist in focusing the issues to be resolved by the Court. The proposed Reply Brief is submitted herewith.

Respectfully submitted,

**CYNTHIA BOHN**,

By her attorneys,

/s/ Indira Talwani
Indira Talwani, Esq., BBO # 462220
James A.W. Shaw, Esq., BBO # 670993
**SEGAL ROITMAN, LLP**
111 Devonshire Street
5th Floor
Boston, MA  02109
(617) 742-0208
italwani@segalroitman.com

Dated:  July 24, 2008

2

## CERTIFICATE PURSUANT TO LOCAL RULES 7.1(a)(2)

I hereby certify that I conferred with Defendant's counsel in good faith to resolve or narrow the issues and that Defendant's counsel has assented to this motion.

/s/ Indira Talwani
Indira Talwani

## CERTFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 24, 2008.

/s/ Indira Talwani
Indira Talwani

L:\ITalwani\individualclients(A-E)\decaire\2552-08235 DISTRICTCOURT-REMAND\motions\attorneysfees\motion for leave to file reply brief.doc

2