# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CYNTHIA BOHN,

    Plaintiff

    v.                                          CIVIL ACTION NO.:
                                                   04-10593-EFH

MICHAEL MUKASEY, in his official
position as Attorney General of the
United States,

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

July 30, 2008

HARRINGTON, S.D.J.

Upon consideration of the memoranda and records submitted, the Court grants Plaintiff's request for reasonable attorney's fees in the amount of $397,490.00 and costs in the amount of $16,065.06.

SO ORDERED.

    /s/ Edward F. Harrington
    EDWARD F. HARRINGTON
    United States Senior District Judge